IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALDARESS CARTER, *individually, and for a class of similarly situated persons or entities*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:15-CV-555-WKW ) |
| THE CITY OF MONTGOMERY, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the motion to dismiss filed by Defendant City of Montgomery. (Doc. # 8.)  Also before the court are Defendant Branch D. Kloess's motion to dismiss (Doc. # 10) and motion to sever (Doc. # 11).

On September 14, 2015, Plaintiff Aldaress Carter timely filed an amended complaint. (Doc. # 18.)  *See* Fed R. Civ. P. 15(a)(1)(B) (allowing a party to amend a complaint once as a matter of course "within . . . 21 days after service of . . . a motion under Rule 12(b), (e), or (f)").  The amended complaint supersedes the original complaint to which Defendants' motions to dismiss are directed. *Fritz v. Standard Sec. Life Ins. Co. of N.Y.*, 676 F.2d 1356, 1358 (11th Cir. 1982).

Accordingly, it is ORDERED

1. That the motion to dismiss filed by Defendant City of Montgomery (Doc. # 8) is DENIED without prejudice to file a motion to dismiss in response to the amended complaint;

2. That Defendant Branch D. Kloess's motion to dismiss (Doc. # 10) is DENIED without prejudice to file a motion to dismiss in response to the amended complaint;

3. That Defendant Branch D. Kloess's motion to sever (Doc. # 11) is DENIED without prejudice; and

4. That the briefing deadlines on Defendant City of Montgomery's motion to dismiss (Doc. # 8), Defendant Branch D. Kloess's motion to dismiss (Doc. # 10), and Defendant Branch D. Kloess's motion to sever (Doc. # 11), which were previously set by the Court's September 4, 2015 Order (Doc. # 17), are CANCELLED.  All other provisions of the September 4, 2015 Order (Doc. # 17), *including all briefing requirements for future motions filed in this case*, remain in effect.

DONE this 16th day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE