IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALDARESS CARTER, | ) | |
| *individually, and for a class of* | ) | |
| *similarly situated persons or entities*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:15-CV-555-WKW |
| | ) | (WO) |
| THE CITY OF MONTGOMERY, *et* | ) | |
| *al*., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the unopposed motion for leave to file a supplement to the motion to dismiss filed by Defendant CHC Companies, Inc. ("CHC").  (Doc. # 47.)  Upon consideration of the motion, and for good cause, it is ORDERED that the motion (Doc. # 47) is GRANTED.  It is further ORDERED

1.  that, **on or before December 9, 2015**, Defendant CHC shall file a supplemental motion to dismiss;

2.  that, **no later than twenty-one (21) days after Defendant CHC's supplemental motion is filed**, Plaintiff shall file a brief in response to the supplemental motion; and

3.      that, **within seven (7) days** of the filing of Plaintiff's response to the supplemental motion, Defendant CHC may file a single reply to both of Plaintiffs' briefs in response to CHC's motion and supplemental motion to dismiss.

DONE this 7th day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE