IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALDARESS CARTER,                          )
*individually, and for a class of*         )
*similarly situated persons or entities*,  )
                                          )
              Plaintiff,                   )
                                          )
        v.                                )    CASE NO.  2:15-CV-555-WKW
                                          )
THE CITY OF MONTGOMERY, *et*              )
*al*.,                                     )
                                          )
              Defendants.                  )

## <u>ORDER</u>

Before the court are the following motions: the motion to stay discovery (Doc. # 53) filed by Defendant CHC Companies, Inc.; the motion to stay discovery (Doc. # 54) filed by Defendants Correctional Healthcare Companies, Inc., and Judicial Correctional Services, Inc.; and the motion to stay discovery (Doc. # 56) filed by Defendant City of Montgomery.

The court has considered the arguments and authorities presented in the parties' submissions on the motions to stay.  Ordinarily, the court would not delay discovery and entry of a scheduling order pending ruling on motions to dismiss and motions for class certification.  However, this case presents unique case management circumstances that necessitate a stay until after the court rules on the pending motions to dismiss the amended complaint.  The amended complaint in

this case is 96 pages long (not counting over 170 pages of attachments), is over 426 numbered paragraphs in length, and includes 15 separate counts.  (Doc. # 18.) On behalf of individual plaintiffs and two proposed classes, the amended complaint raises claims pertaining to denial of due process and other alleged constitutional violations against indigent defendants arising out of the City of Montgomery's use of Judicial Correction Services, Inc.'s "probation" services, RICO claims, and claims arising out of state law.

Further, currently pending in this court is an earlier-filed, similar case against some of the same defendants in which similar or identical claims are raised on behalf of similar, identical, or overlapping proposed classes. *McCullough et al v. The City of Montgomery, Alabama et al.*, Case No. 2:15-cv-00463-WKW-WC. The amended complaint in *McCullough* is 88 pages long, is over 281 numbered paragraphs in length, and includes 14 separate counts.  (Doc. # 32.)  Motions to dismiss are pending in *McCullough*.

The court concludes that the necessities of case management require that issues of consolidation, class certification, and scheduling of discovery be considered after the motions to dismiss are resolved in both cases.   Therefore, it is ORDERED:

1. This case, including all discovery, is STAYED until further order.

2.      The motion to stay discovery (Doc. # 53) filed by Defendant CHC Companies, Inc. is GRANTED.

3.      The motion to stay discovery (Doc. # 54) filed by Defendants Correctional Healthcare Companies, Inc., and Judicial Correctional Services, Inc. is GRANTED

4.      The motion to stay discovery (Doc. # 56) filed by Defendant City of Montgomery is GRANTED.

DONE this 2nd day of May, 2016.

/s/ W. Keith Watkins

CHIEF UNITED STATES DISTRICT JUDGE