UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Aldaress Carter, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF MONTGOMERY, ALABAMA, *et al.*, <br><br> Defendants. | CASE NO: 2:15-cv-555 (RCL) |

**ORDER**

Before the Court is the defendants' motion to stay proceedings in this case. Upon consideration of the motion [124], the plaintiffs' opposition thereto [125], and the defendants' reply [126], it is hereby **ORDERED** that the defendants' motion to stay further proceedings in this case is **GRANTED**, pending action by the Eleventh Circuit to resolve the issues before it in *The City of Montgomery, Alabama, et al. v. Angela McCullough, et al.*, Case No. 17-11554 (11th Cir.), and *Les Hayes, III v. Angela McCullough, et al.*, Case No. 17-11555 (11th Cir.).

**SO ORDERED.**

_____  8/9/17
Royce C. Lamberth
United States District Court