UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALDARESS CARTER, *et al.*, | ) |
| Plaintiffs, | ) CASE NO: 2:15-cv-555 (RCL) |
| vs. | ) |
| THE CITY OF MONTGOMERY, ALABAMA, *et al.*, | ) |
| Defendants. | ) |

# ORDER

Before the Court are eight motions of the parties regarding which a full and final disposition of the Court is unwarranted at this time, given the previous Order [131] to stay this litigation, pending action by the Eleventh Circuit to resolve the issues before it in *The City of Montgomery, Alabama, et al. v. Angela McCullough, et al.*, Case No. 17-11554 (11th Cir.); and *Les Hayes, III v. Angela McCullough, et al.*, Case No. 17-11555 (11th Cir.). In consideration of the procedural posture of this case, it is hereby:

**ORDERED** that the plaintiffs' Motion [69] for partial summary judgment is **DENIED, WITHOUT PREJUDICE**;

**ORDERED** that the plaintiffs' Motion [71] for partial summary judgment is **DENIED, WITHOUT PREJUDICE**;

**ORDERED** that the plaintiffs' Motion [74] to seal is **DENIED AS MOOT**, and that the proposed sealed material is to be returned to the plaintiff and not be made available for public display on the Court's CM/ECF system;

**ORDERED** that the defendants' Motion [75] to strike is **DENIED AS MOOT**;

**ORDERED** that the defendants' Motion [76] to strike is **DENIED AS MOOT**;

**ORDERED** that the defendants' Motion [78] for an extension of time is **DENIED AS MOOT**;

**ORDERED** that the defendants' Motion [85] for leave is **DENIED AS MOOT**; and

**ORDERED** that the plaintiffs' Motion [87] to strike is **DENIED, WITHOUT PREJUDICE**.

**SO ORDERED.**

Date: 8/16/17

_____
Royce C. Lamberth
United States District Court