IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALDARESS CARTER, INDIVIDUALLY, AND FOR A CLASS OF SIMILARLY SITUATED PERSONS OR ENTITIES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 2:15-cv-00555-RCL |
| THE CITY OF MONTGOMERY, et al., | ) ) | |
| Defendants. | ) | |

STATE OF ALABAMA      )
COUNTY OF MONTGOMERY  )

## AFFIDAVIT OF KENNETH H. NIXON, JR.

1.     My name is Kenneth H. Nixon, Jr.  I have served as Court Administrator for the Montgomery Municipal Court since 2009. Prior to that time, I served as a prosecutor for the City of Montgomery in the Municipal Court.  I have knowledge of the facts set out herein.

2.     People in the Montgomery City Jail on any given day from 2009 to 2014 could have been there for various reasons.  For instance, some might have been arrested for failure to appear at a hearing for which the person had notice and were being held pending the hearing or trial they had missed.  People could have been there in connection with an arrest on a misdemeanor for which they did not make bond.  People could have been there because they pled guilty to some charge and were given a sentence.  Some people could have been there because they had been tried for an offense and sentenced to jail.  Some were being held for other jurisdictions.  Some may have been jailed <u>after a hearing</u> in connection with which their fines and costs were converted by judicial order to jail time.  Not all people who were jailed by the Municipal Court judges for failure to pay fines and costs had been assigned to Judicial Correction Services (JCS).

3.     Many people who had their fines and costs converted to jail time by the Municipal Court judges in connection with failure to pay fines and costs were never assigned to JCS.

4.     Some of the people who were assigned to JCS and whose fines, fees, and costs were ultimately converted to jail time will likely have been removed by the Court from JCS well prior to August 2013.

5.     For the vast majority of cases, the Municipal Court records will not reflect whether a person assigned to JCS (or anyone else) was indigent.  The Municipal Court electronic records do not have a searchable field for arrests, jailing, or JCS assignment.

EXHIBIT 1

6.      Aldaress Carter's Municipal Court records show that he himself was removed from JCS supervision in January 2013 over two years before he filed suit in August 2015.

7.      Determining which Municipal Court defendants ultimately served any jail time for failing to pay fines and costs would require an individualized manual review of thousands of pages of court and jail records.

8.      There is a field in the Municipal Court electronic record system that could show that someone received a jail sentence. That field is not regularly used by the Municipal Court clerks. While there are paper records which have been scanned into the electronic system that reflect whether someone had fines, fees or costs converted to jail time (which is referred to as being"commuted"), one would have to manually review those records and do a further manual search of additional records to determine who was commuted and whether he or she served that commuted time.

9.      Municipal Court Defendants could have requested JCS probation, not because they were indigent or unable to pay in full on the day the fines and costs became due, but because they chose to pay over time.

10.      There are various scenarios in connection with which people could have chosen to pay over time by opting for JCS supervision rather than paying in full. These include people who appeared at the window and asked to be placed on JCS pursuant to the Standing Order (a copy of which is attached hereto as Ex. 1).

11.      In addition, people could have chosen to be assigned to JCS rather than paying in full, even if they had the ability to do so, when they appeared in Court on a traffic ticket or misdemeanor and requested placement on JCS.

12.      Even the people who were ordered by one of the Municipal Court judges to be placed on JCS could have chosen JCS over the option of paying immediately, if they were able, but not willing, to pay in full when placed on JCS.

13.      Municipal Court records indicate that Mr. Carter was arrested in 2010 for failure to appear on three tickets issued in 2009 and 2010 before ever being assigned to JCS. He was not assessed fines or costs on those tickets. Mr. Carter was arrested in connection with failure to appear on other tickets in May of 2011, and he was placed on JCS the next day when he was seen by Municipal Court Judge Karen Knight.

14.      Mr. Carter was subsequently arrested in connection with cases pending in the Montgomery Municipal Court in January 2014. Though warrants were issued in connection with that arrest for his failure to appear at a JCS-initiated revocation hearing, he was also arrested at the same time in January 2014 on three warrants for tickets never assigned to JCS in connection with which he had failed to make an initial court appearance as ordered on the ticket; his arrest thus resulted from that failure to appear independent of his failure to appear for the JCS revocation.

2

15.     The Court will dismiss a failure to display insurance ticket if a defendant provides evidence that he or she had insurance when ticketed. Likewise, a ticket related to a vehicle defect could be dismissed by the Court if a defendant showed he or she had cured a defect in his vehicle.

16.     Mr. Carter's Municipal Court file indicates that all of his arrests in connection with Municipal Court tickets can be tied to his failure to appear in Court pursuant to notices to appear.

17.     Mr. Carter was first placed on probation with JCS on May 27, 2011. His probation ended when it was revoked in January 2013, well before twenty-four months had passed from his initial assignment to JCS.

18.     Mr. Carter was never charged in the Montgomery Municipal Court with either the separate offense of failure to appear or the offense of failure to obey a court order.

19.     An arrest for failure to appear is issued for the purpose of ensuring a person's appearance in court. An arrest pursuant to a failure to appear warrant is different from an arrest for the separate offense of failure to appear which would result in an additional case being filed against the defendant, a separate prosecution, and potential fines, fees and court costs associated with that charge.

20.     In connection with none of the sixteen tickets which are potentially at issue in this litigation (all tickets issues to him between 2009 and 2014) was Mr. Carter charged more than $500 in fines. Those tickets have the following case numbers, and I have reviewed the court records relative to each: 2009TRT37975, 2010TRT024280, 2010TRT024281, 2010TRT094803, 2010TRT094804, 2011TRT016671, 2011TRT016672, 2011TRT020956, 2011TRT020957, 2011TRT020958, 2012TRT033859, 2012TRT033860, 2012TRT040632, 2012TRT071101, 2012TRT071126, 2012TRT072918. A true and correct copy of the case files for those tickets printed after the filing of this matter and are attached hereto as Ex. 5.

21.     When people were assigned to JCS, the assignment was for particular traffic tickets or misdemeanor cases. People could have some of their tickets or cases assigned to JCS but then have others that never were assigned to JCS. This could happen for various reasons, including, for instance, where people were removed from JCS at some point or paid off JCS-related tickets and then got new tickets. It could also happen in cases in which people had tickets that were resolved before their being assigned to JCS. Both scenarios occurred in Mr. Carter's case such that of the sixteen tickets he received between 2009 and 2012, only ten were ever assigned to JCS.

22.     Once JCS assignment was revoked, outstanding JCS fees were not collected by the Court. The Court never collected JCS's fees.

23.     I am now aware that some Municipal Court defendants' JCS probation orders were signed by Municipal Court Judges though some may not have been.

24.     As a matter of general practice, judicial hearings were provided to Municipal Court defendants prior to their having fines and costs converted to jail time. Any of the Municipal Court judges who served on the court could have held, and most did hold, hearings in which fines and

3

costs were converted to jail time with the likely exception of Judges Ford and Vickers who were appointed after 2014.

25.     It is my understanding that some Municipal Court defendants during the period from 2009 to the present have affirmatively requested of the Municipal Court judges that fines and costs be converted to jail time.

26.     There were at least eight different judges who heard cases in the Municipal Court from 2009 to the present.  These judges were Karen Knight, Troy Massey, Lloria James, Darron Hendley, Armstead Lester Hayes, Milton Westry, David Vickers and Virgil Ford.  Only Judges Vickers and Ford's tenure began after the Court stopped using JCS.

27.     I understand that one of the claims in this case is that the Judges failed to hold probation revocation hearings.  The Municipal Court did schedule and hold probation revocation hearings, though I am aware that many Municipal Court defendants did not appear for their hearings.  In some cases revocation was ordered at the time of the hearing if the defendant did not appear; in other cases, judges might have considered revocation the next time the person appeared in Court.

28.     Based on my review of the Municipal Court records, on December 6, 2012, JCS submitted a "Petition for Revocation of Probation" as to Mr. Carter which was scheduled to be heard on January 30, 2013.  Mr. Carter failed to appear at the hearing.  The Municipal Court judge revoked his assignment to JCS at that point.

29.     The Municipal Court records show that Mr. Carter was then arrested for failure to appear at that hearing (and for failing to appear on initial appearances on other tickets) and not because his probation was revoked.  It was not, to my knowledge, the practice of any judge to jail individuals solely because they were removed from JCS.  In that sense, revocation of probation from JCS, did not result in the implementation of a suspended sentence unless, perhaps, the person had a suspended sentence.

30.     Mr. Carter was arrested, as noted above, in January 2014 because he had failed to appear at the revocation hearing and for failures to appear on tickets which had not be adjudicated or assigned to JCS.  He was then jailed after a subsequent hearing before a Municipal Court judge. Rule 26.11, Ala. R. Crim. P., permits Judges, within the parameters set out therein, to convert fines and costs to jail time.

31.     Prior to some time in 2014, people who were arrested for failure to appear for hearings in connection with adjudicated but unpaid tickets, could be released without seeing a judge if they paid the balance of their outstanding fines, costs and fees. This was based on instructions from the Court.

32.     When people had failed to appear for a post-adjudication compliance hearing or a JCS revocation proceeding relative to tickets with outstanding balances, they could be picked up on a failure to appear warrant and then they would be held for an appearance before the Court – the appearance they had missed.  They could avoid the appearance if it related to compliance in a

4

case involving only unpaid fines, fees and costs by paying the fines, fees and costs owed in their pending cases, thereby removing any need for them to appear. Again, this practice was based on instructions from the Court.

33.     Judicial procedures and policies in the Municipal Court of Montgomery changed significantly between 2009 and the present.

34.     JCS no longer operates in connection with the Montgomery Municipal court. The Court stopped using JCS in Montgomery in June of 2014.

35.     The Judges of the Montgomery Municipal Court adopted new judicial procedures which were fully implemented in December 2014. A copy of those procedures are attached hereto as Ex. 2. (See Mitchell, et al. v. City of Montgomery, Case No. 2:14-cv-186, Doc. 51 and 51-1.)

36.     In connection with Exhibit 2, the Montgomery Municipal Court adopted new procedures governing issuance of arrest warrants, collection of fines and costs, conversion of fines and costs to jail time, alternatives to fines, notice, etc., that have been approved by the federal court.   To my knowledge, the Judges have maintained these procedures generally to this day in all material respects except that, in some cases, procedures are in place that are more protective of the Municipal Court defendants' rights than those laid out in Exhibit 2.   (For instance, all defendants who do not pay fines, costs, and fees in full when due are given the option of a $25.00 a month payment plan in connection with all fines and costs owed or community service; this option is not limited to those who prove their indigence.)   In addition, thereto, the procedures for release post-arrest have likewise changed.  See Exs. 3 and 4 (standing bail orders).

37.     JCS charged and collected fees for their services of which none where shared with the Montgomery Municipal Court.   Nor were any of those fees submitted to the City to my knowledge.

38.     The Municipal Court is not a court of record and so no transcripts or recordings were regularly made prior to or on about December 2014 of Municipal Court hearings.  Recordings of certain proceedings were instituted in December 2014 in connection with the Agreement reached in Ex. 2.

39.     At some point in 2014, the Municipal Court began issuing notices for court hearings involving JCS cases.

40.     The absence of the entry of a public defender's name in a municipal court docket or case file will not indicate that no public defender represented the Municipal Court defendant. Public defenders appearances are (and were during the period beginning in 2009) not always entered in the record despite the fact that public defenders were always available to defendants at each court docket or session during this period. Public defenders generally appear in numerous cases before the Municipal Court in connection with each docket.

41.     To my knowledge, the Montgomery Municipal Court made counsel available to anyone who was subject to potential incarceration.

5

42.     I am aware that public defenders have in the past appeared and represented criminal defendants before the Municipal Court in hearings in which fines and costs were converted to jail time.

43.     A case-by-case manual evaluation would need to be done to determine which Municipal Court defendants whose fines and costs were converted to jail time were released early. There is no field in the electronic record system for the Municipal Court that would indicate when an inmate was released early.

44.     Mr. Carter's arrest warrants from January 2014 indicate that he was arrested for failure to appear. See Ex. 5 hereto (true and correct copies of Mr. Carter's Municipal Court case files for the period of 2009 through and following his 2014 arrest).

45.     Determining who was arrested relative to unadjudicated tickets (for failure to appear on an initial appearance) or adjudicated cases with unpaid fines and costs (for failure to appear for post-adjudication hearings) would require a manual review of the court records.

46.     Arrest records for everyone who was arrested from 2009 forward would have to be reviewed to ascertain who might have a claim relative to arrest for failure to pay. There is no field in the Municipal Court electronic records system that would indicate whether a warrant had been issued for failure to appear as opposed to for failure to pay.

47.     To make the determination whether someone might have been arrested for failure to pay, one would have to manually review the Court files to a meticulous degree to locate arrest warrants, to eliminate the existence of a true failure to appear in the person's file in connection with a warrant, or to locate an arrest warrant indicating that the sole reason for arrest was the defendant's failure to pay.

48.     There is no electronic field that would indicate the language on the warrant or the existence of a failure to appear prior thereto.

49.     Many of the failure to appear warrants in connection with putative class members would have been issued for hearings scheduled subsequent to adjudication of the case. At some point, there were two kinds of failure to appear warrants issued by the Court. Some issue for failure to appear on an initial appearance for a ticket or misdemeanor charge and some for a hearing scheduled in connection with compliance with an order to pay fines, or costs or to comply with, for instance, a drug or anger management program. The second type of failure to appear involves a hearing subsequent to adjudication.

50.     The hearings for which people failed to appear and were later arrested on failure to appear warrants could have included JCS revocation hearings or hearings to follow up on the payment of fines and costs when people were given time to pay, an option Judges very often offered. In fact, I am not aware of any Municipal Court defendant having been jailed in connection with failure to pay fines and costs who was not given time to pay, though it could have happened.

51.     In addition, in Montgomery, there could have been a benefit in not paying outstanding fines, fees and costs, immediately after an arrest, even if the defendant had access to the funds and even given that payment in full would have secured immediate release.

52.     People who were arrested in connection with outstanding fines, fees, and costs (and others who had outstanding fines, costs and fees) stood to receive a benefit of a reduction of their fines, fees, and cost by sometimes more than one third by remaining in custody, seeing a judge, and having their fines and costs converted to jail time. This has to do with fees that were removed upon conversion of fines and costs to jail time. District Attorney's fees were often added to fines, fees and costs that were more than ninety days overdue pursuant to Ala. Code § 12-17-225 et seq. In addition, warrant fees of up to $32.00 were often assessed when people failed to appear and a warrant was later issued or the person was in warrant status. In addition, when people failed to appear for an initial appearance on a traffic ticket, Judges could increase the scheduled fine pursuant to Rule 19(C). These fees were regularly removed when individuals' fines, fees and costs were converted to jail time. Thus, by not paying fines, costs and fees in full, and by waiting to see a judge and then having the judge convert the fines and costs to jail time, a Municipal Court defendant could have a substantial portion of his or her debt removed permanently. Often judges would then release the defendant upon payment of a portion of the smaller debt. And defendants could always be released upon payment of the entire reduced amount. It was not uncommon for someone to have fines, fees and costs converted to jail time, to have their total debt thereby reduced, and for them then to pay the reduced amount very shortly thereafter without serving any further jail time.

53.     In addition, Municipal Court judges often credited, at $50 a day, the days Municipal Court defendants spent waiting for a hearing if the defendants' fines and costs were subsequently converted to jail time. That did not generally happen for defendants who were not commuted. Statutorily, even after a commute, the judges were only required to credit a defendant whose fines, costs and fees were converted to jail time at the rate of $10.00 a day.

54.     The Municipal Court handles dozens of different kinds of traffic and misdemeanor offenses.

55.     Any Municipal Court cases that were closed prior to about February 2012 will likely not have been transferred in full to the current electronic record system. Those records may be stored in paper form only. Those cases that were initiated before February 2012 and still open on that date should have been fully transferred over to the electronic system. The pre-2012 paper records for traffic offenses, if retained, are not retained in a manner that will readily permit even a systematic manual review; they are not stored alphabetically or by date of offense or other defined criteria.

56.     The Municipal Court did not as a matter of common practice share information with Judicial Correction Services related to the arrests of JCS assignees; typically the only Municipal Court document that would be shared with JCS relative to anyone assigned to JCS would be the probation order and the probation revocation order.

7

57.     Below is a more detailed narrative description of various facts relative to the Municipal Court and its operations.

## MUNICIPAL COURT RECORDS

58.     The Municipal Court records were moved to an electronic format in or around February of 2012, at which point open cases from prior to that time were scanned in. The database does contain some fields which are searchable, but they are limited. Records of cases that were closed prior to 2012 are limited largely to paper files. The closed paper files, if they are still available, were not retained in a way that make them easily reviewable even manually. They were not stored alphabetically or by case number, for instance, but in bulk storage. Even for the electronic files, there is no field showing the date of an actual arrest, the reason for the arrest, the existence of a conversion of fines and costs to jail time, the setting of a bond, the amount of bond, days in jail, or even court dates set.

59.     Municipal Courts in Alabama are not considered courts of records. All appeals from municipal court are to Circuit Court and are de novo under state law. Thus, no record is deemed necessary for that purpose. Thus, orders entered do not provide as a general matter findings of fact or conclusions of law. Often orders are entered orally and recorded only on the docket or reflected in other documents. This makes interpreting what occurred in the Municipal Court in any given case all the more difficult to determine and would often require someone with experience with the Court files to review them to ascertain what specifically occurred or likely occurred in a given case as to a given specific question or issue.

## LARGE SCALE CHANGES IN 2014

60.     Over the course of 2014, the Municipal Court judicial practices changed significantly. The description of Court practices in the sections below largely relates to the practices in place prior to 2014. After, 2014, the practices were (and remain) governed by the terms of the Settlement entered in *Mitchell v. City of Montgomery*. See. Ex. 2.

61.     In fact, the post-2014 changes exceed those provided for in that document in that individuals who do not pay fines and costs when they are initially charged are *all* given the option, to my knowledge, of a $25 a month payment plan (as to all tickets on which fines and costs are owing such that no defendant need pay more than that) or the option of community service. (Thus no indigence determinations ever need be made.) All such defendants who fall behind court-ordered payment plans or community service are afforded by the Judges a contempt hearing with notice before any jail time is assigned, which is a broader protection than required under the Mitchell agreement.. All such defendants are provided with counsel in connection with those contempt hearings. To my knowledge, the various notices provided in the *Mitchell* agreement are still provided as a general matter (absent some error by the clerks or court staff). Notices for all hearings are provided to the defendant in open court or in a traffic ticket or other order to appear.

62.     Of course, there could be instances in which an individual judge may not comply perfectly with the terms outlined above or in the Order. But determining that would require an individualized review of each court file.

63.     In August of 2015, the Court issued a general order on bail that authorized the use of a signature bond. It also ordered that only those who had an active failure to appear would have to make a bond other than a signature bond. Even those people who did not make bond are afforded under the order a hearing within seventy-two hours. Most receive a hearing within 24 hours and all should receive a hearing the next business day. See. Exs. 3 & 4 (standing bail orders).

64.     The Court stopped using JCS in any capacity and removed all defendants from JCS as of June 2014.

## JUDGES OF THE MUNICIPAL COURT OF THE CITY OF MONTGOMERY

65.     From August 2009 through the present there have been at least eight municipal court judges. Judge Troy Massey who served from 2001 to 2012; Judge Lloria James, who served from 2012 to 2015; Judge Karen Knight who served from 2001 to 2012, and is no longer living; Judge Darron Hendley who served from 2000 to 2015; Judge Les Hayes who served from 2000 to the present; Judge Milton Westry who served from 2012 to the present and is now Presiding Judge; Judge David Vickers who served from 2016 to the present; and Judge Virgil Ford who served from 2016 to the present.

66.     There have been two presiding judges during the period from 2009 to present.

67.     The Municipal Court is open except on state holidays, and a court session is held on every weekday except on those state holidays or where some event prevents the Court from opening.

## PUBLIC DEFENDERS DURING THE 2009 TO 2014 PERIOD

68.     From August 2013 forward there were at least three different public defenders. One contract was with the firm Barfoot and Schoettker, and the other contract was the Law Office of Branch Kloess. At least one, and sometimes two, of the three public defenders attended each Municipal Court docket. To my knowledge, at least one public defender has been assigned to each court docket since my association with the Court began in 2003.. The public defenders are not part of a public defender program with a unified approach to their work. Rather, each is a private practitioner who gets paid by the hour for the work he or she does in the Municipal Court.

69.     For some period between August 2009 and August 2013, Milton Westry, now the presiding judge of the Municipal Court, served as a public defender.

70.     Public defenders were, during the entire relevant period, made available to defendants without the requirement that defendants fill out affidavits of financial hardship. Individual defendants who appeared in Court could request a consultation with the public defender who could then appear on the individual's behalf. Alternatively, the judge could require the public defender to appear, or the public defender could decide, upon consultation or otherwise, to appear for a particular defendant.

71.     With respect to the jail docket (which was totally separate from the JCS revocation docket), discussed further below, it was generally the practice that a public defender would consult with each person on the jail docket. An individualized inquiry would be required to determine in which cases, and to what extent, the defendants present for a jail docket or JCS probation revocation docket were in fact represented by a public defender before the Municipal Court judge; the Court records will not reflect that. Nor will the Court records necessarily reflect whether the defendant waived that representation or presented information to the public defender that would have indicated that no representation would be needed. (For instance, if a defendant represented to the public defender that he or she could pay the fine or costs that had accrued, there would have been no reason for the public defender to represent that person as there would have been no realistic possibility that the person would be jailed.)

## INITIATION OF COURT PROCEEDINGS DURING THE 2009 TO 2014 PERIOD

72.     Individual defendants could be brought before the Montgomery Municipal Court in multiple ways. Many received traffic tickets and were required to appear in court on those tickets; others received misdemeanor charges, including marijuana possession, violation of license to carry a pistol, DUIs, domestic violence, etc. People who received tickets were not arrested for those tickets when ticketed but were released on their own recognizance with a promise to appear on the date set out on the face of the ticket, which is also known as the Uniform Traffic Ticket and Complaint (UTTC). The Ticket itself provides that a failure to appear before the Court on the date specified will result in an arrest. A copy of the standard ticket and the relevant language and rule governing the UTTC in Rule 19, Ala. R. of Jud. Adm.

73.     Tickets for scheduled offenses could be paid for prior to the Court date and resolved either on-line or by paying at the window the amount of the scheduled offense. A scheduled offense is an offense for which the law creates a standard default fine. Alternatively, people with scheduled offenses in Montgomery could, prior to 2014, plead guilty at the window and obtain more time to pay, either a fixed time or by voluntarily submitting to a JCS probation. The option of a JCS probation is what we sometimes call the "window procedure," and it was very common for defendants to ask for JCS probation through the window procedure from 2009-14 to June 2014. See Ex. 1.

74.     One could also be ticketed for an unscheduled offense. Tickets for unscheduled offenses could not be paid at the window, but they required (and still require) a court appearance. An example of an unscheduled offense is driving with a suspended license. A Municipal Court Judge would generally assign the defendant with an unscheduled offense a fine within a range provided for by statute or ordinance.

75.     People charged with scheduled offenses on tickets not paid prior to the Court date and people with unscheduled offenses were required by law to appear in Municipal Court on the date set out in the Uniform Traffic Ticket and Complaint. With respect to both scheduled and unscheduled offenses, defendants could then plead not guilty and request a trial. They would be provided a trial date in those cases. With respect to those who pled guilty in Court, the Judges had discretion with respect to the fines charged, or the sentence to be imposed.

76.     People charged with misdemeanors, of course, had a different experience.  They were most often arrested, booked at the jail and were subject to bond requirements and a later appearance date or a preliminary hearings from jail if they failed to bond out pursuant to the bond schedule.  Mr. Carter had no misdemeanor charges with the Municipal Court.  However, there will be many people who were assigned to JCS and people who had their fines and costs converted to jail time who had misdemeanor charges connected therewith.  Of course, ultimately after pleading guilty or after a trial, these Municipal Court defendants often incurred court costs, fines and fees in connection with those cases.

## OPTIONS FOR THOSE WHO DID NOT PAY INITIALLY

77.     People with unscheduled fines or who were otherwise before the Court to plead guilty on their tickets or to seek options with respect to payment could have been (and were) provided a variety of options in connection with fines and costs, depending on their circumstances and the Municipal Court judge who saw them.  Sometimes a judge would place people immediately on JCS on all tickets.  Many times, judges would give people a set amount of time, from weeks to months, to pay the fines and costs.  Many times people would ask to be placed on JCS, either through the "window procedure" or in court before the judges.  At some point during the relevant time period, some people were placed on non-JCS payment plans or given the option to have a non-JCS payment plan.  There may have been occasions prior to the large-scale changes in 2014 when individuals were placed on community service in lieu of fines and costs.

78.     When people were given time to pay, many times the judges (or clerks at the window if time was permitted through the window procedure) would issue an order for them to reappear in Court at the end of their payment time.  If people appeared in Court as ordered, but had not paid the entire amount, a Judge could take various alternative approaches, either remitting part of the fine due to circumstances, giving them more time to pay, placing them on JCS, potentially giving them community service, or converting fines and costs to jail time.

## FAILURE TO APPEAR

79.     Failure to appear in Court on the date assigned in the UTTC or failure to appear for any other court date (including a JCS revocation hearing) or for trial without permission from the Court could result in the individual being arrested for failure to appear.  The arrest warrants in connection with a failure to appear would be generated by the Court (not the police or the City).  Failure to appear on the court date provided in connection with people who were given more time to pay (see above) could result in the issuance of a capias warrant.  Generally an alias warrant was issued for failure to appear on an initial appearance and a capias warrant was issued for failure to appear as ordered on any appearance other than the initial appearance.

80.     There could also be warrants issued for the same person for arrests from another jurisdiction entirely.  Of course those would have no relevance to the Municipal Court.

81.     Warrants could be recalled at the discretion of the Court.  For instance, if a defendant appeared and sought a new court date, the Court could recall the prior warrant or take the person out of warrant status.

**JCS AND REVOCATION**

82.     People who were placed on JCS could be placed there as a result of their choice to do so at the window or they could be placed on JCS because they requested that placement in Court or, at times, they may have been ordered to be placed with JCS by the Court.  In each situation, there should be a probation order entered in the case files in connection with which they were ordered to go to JCS.

83.     JCS would collect funds from the Municipal Court defendants and would remit part of the collection to the Municipal Court.  The Municipal Court judges had the authority to waive JCS's fees.  Because people often did not pay the full amount to JCS each month, the amount submitted by JCS to the Court and the amount kept by JCS could vary.

84.     JCS often filed motions to revoke probation orders.  In those instances, for much of the class period it was JCS that sent notice to the Municipal Court defendant assigned to JCS. During 2014, that practice changed and the Court began sending notice. Certainly, in many cases, the Municipal Court defendant gave JCS the correct mailing address. And individuals did appear on the dockets in which JCS revocations were scheduled to be heard.  Not all hearings noticed by JCS were for revocation. Sometimes JCS sent notice to people to appear at a show-cause hearing. At those dockets where show-cause or revocation motions were heard, the Judges had a variety of options in dealing with the outstanding fines and costs, including remitting the same, converting the fines and costs to jail time, giving the individuals more time to pay, placing the individual back on JCS, or, perhaps, offering community service (though that was not regularly done prior to 2014).

85.     When people did not appear in connection with revocation proceedings, they were subject to being arrested for failure to appear, and a warrant could issue just as was the case in connection with failure to appear for initial appearances, trials or compliance hearings.  If the defendant attempted to contact the Court and seek a new hearing date, it was within the Judge's discretion to give that new date and to remove the defendant from warrant status but the defendant would generally be required to put something in writing.

86.     Even when people had failed to appear and were subject to arrest, they could still have sought to avoid arrest by asking for a new court date in writing, have made payments to the municipal court by money order or check through the mail or on-line by credit card or by having a friend or family member bring in payments. People who were revoked from JCS were not treated as though they had a suspended sentence if they did not have one.  In other words, judges did not automatically jail someone merely because he or she had been revoked from the assignment to JCS.  In fact, I am not aware of any situation where someone was jailed solely because of the revocation. As discussed above, Judges could opt for several different measures relative to revocation of a person from JCS supervision.

87.     It is certainly possible that people assigned to JCS may have suspended sentences. Determining this would require a manual review of the individual assignees files.

## ARRESTS FOR FAILURE TO APPEAR AND BOND

88.     It was the case during the relevant period (2009 to present) that when people were pulled over for traffic stops or otherwise stopped, a warrant check would often be run by the police to determine whether the individuals were subject to arrest for failure to appear in Montgomery Municipal court.  If the Court indicated that the person had failed to appear for prior court dates, capias and/or alias warrants would be issued for the person's arrest.

89.     Mr. Carter contends that people were arrested for failure to pay.  During the time period from 2009 forward, warrants were generally issued in connection with failure to appear in Court.  Mr. Carter was never arrested for failure to pay but rather for failure to appear in Court as ordered.  A determination as to whether one might arguably have been arrested for failure to pay as opposed to failure to appear for a properly noticed hearing would be an individualized question as discussed earlier.

90.     When the failures to appear were in connection with outstanding fines and costs that were overdue, it was generally the case that individuals during much of the relevant period at least through August of 2015, were required to pay the full amount owed to be released from jail.  However, that amount, very obviously, could have been as little as a few dollars to a far larger amount, depending on the person's history with the Municipal Court and prior payments.  To determine what amount was due at the time of arrest would require a manual review of the Municipal Court records.   There are not fields in the Municipal Court database that would indicate what the total amount due on a particular date for fines and costs would have been.

91.     Moreover, the arrestee would be seen, in general, on the next business day.  This meant that it was very often fewer than twenty-four hours between a person's arrest and their being seen by the Court in connection with their failure to appear.  On a Friday arrest or over a long holiday, the arrestee might not be seen in Court in connection with their failure to appear for approximately three days.  Even before the current bail procedures, a magistrate would within seventy-two hours advise a defendant of the charges against them and their bail options.

92.     Particularly where there were very few hours between an arrest and the individual's court appearance, a person might well have chosen to stay rather than pay their fines, fees, and costs in full, in hopes of: (a) getting on a payment plan (with JCS or through the court) and avoid having to pay in full; (b) having fines, fees, or costs reduced or remitted; (c) being given more time to pay; or (d) even being commuted.

93.     It could also be the case that a person who had been revoked from JCS or otherwise failed to appear in connection with fines and costs that were due might be arrested on a matter totally unrelated to those cases.  Therefore, an arrest of a person who had been revoked from JCS could have nothing to do with that person's JCS cases.  This is what happened with Mr. Carter, who, in January 2014, had multiple outstanding warrants, both revocation-related and non-revocation-related.  The same could be said for those people who had cases in connection with which they were merely given more time to pay.  Even if they were overdue on their payments and had failed to appear on their compliance date, they could be arrested on something totally unrelated to those cases.

94.     In addition, there could have been various reasons a person might have been arrested including a misdemeanor, an initial failure to appear, failure to appear for JCS revocation or show-cause hearings, or failure to appear for a compliance hearing.  To determine from the Municipal Court records whether there was a combination of reasons for the arrest, one would have to conduct a manual review of the Municipal Court record.  In short, to determine whether someone was arrested in connection with a case assigned to JCS would require a review of the Court and JCS documents.

95.     To determine from the Municipal Court records why someone was arrested, on what tickets or cases, and the bond requirement would require an individualized review of the Municipal Court records.

## APPEARANCE IN COURT AFTER A FAILURE TO APPEAR

96.     After an arrest for failure to appear on an FTA for an initial appearance, at the next available court session, the person would be given a chance to plea just as though he or she had appeared in court, assuming he or she did not make bond.  Judges at that time, as discussed above, could undertake a variety of options.  No judge would regularly, if at all, exercise the option of jailing someone on a ticket at the initial appearance for failing to pay.  The most common options would be giving someone time to pay of various durations either with or without a compliance hearing date at the end of the period, placing people on JCS, or, if they pled not guilty, assigning them a trial date.

97.     Sometimes, however, if someone had to be arrested to be made to appear in court on a ticket, a Municipal Court judge would, instead of charging fines and costs on the ticket, give the person credit for time served prior to appearing in Court (which, as noted above, could be just a few hours or over a long weekend) in connection with any new tickets, thus preventing the person from incurring any further fines and costs.  This is what happened to Mr. Carter with his 2009 and 2010 tickets.

98.     In connection with failure to appear for a JCS revocation hearing or another kind of compliance court date scheduled to review, for instance, compliance with payment on fines and costs or compliance with court-supervised probation, there would be no adjudication of a ticket or misdemeanor because the adjudication would have already occurred.

99.     In connection with tickets that had been assigned to JCS but were the subject of a revocation petition, the Judges could, upon the person's appearance in Court after the arrest, revoke the JCS probation, give the person more time to pay, remit the fines and costs in whole or part, potentially give community service in lieu of the fines and costs, put the person on a court-ordered non-JCS payment plan, place them back on JCS's supervision, or convert the individual's fines, fee, and costs to jail time.   In short, the Court would essentially hold the review that would have occurred at the revocation hearing but for the person's failure to appear.   A manual review of the record by someone familiar with the Municipal Court system would have to be conducted to determine what occurred in any such hearing. In fact, a review of these Court records will generally have to be conducted with someone familiar with the Municipal Court to determine what precisely

occurred due to the nature of the court records. Often the Court's action will have to be pieced together based on a variety of information taken together from various files. Not all documents may, for instance, have been scanned in as to each ticket in some instances. Some items may appear only on the docket sheet and not be recorded as a document in the file. Some general practices might have to be understood to make sense of a docket entry or Court action.

100.   Regardless of what the Plaintiff has alleged, it was not the general practice of the court that a person would have had their fines, fees, and costs converted to jail time without a hearing in which the person would physically appear before a Municipal Court judge. Each judge determined his or her own approach to that hearing, but there would be some inquiry by each judge generally speaking as to the reasons for nonpayment. The judge would also have immediate access to the entire electronic record of the person (prior to 2012, this would have been a set of paper records), and a list of the warrants in connection with which the person was arrested which would show what the underlying offenses were, whether there was a failure to appear at the initial hearing or at a compliance or revocation hearing, the amount due on the tickets or other charges (indicating the amount that was likely previously paid), and the date of the charges, at the very least. In addition, to that, during the relevant period there would have been either access to the individual defendant's paper records or electronic records which would have reflected the number of opportunities the person had been given to pay, the period of time the person had to pay, payments received by the Court, whether the person had been assigned to JCS and/or revoked from JCS. Also evident might be whether the person was continuing to drive a car (and thus continuing to receive traffic tickets.) Also evident from a file review would be whether the individual had appeared for noticed court hearings or had failed to. At least some judges had the practice of receiving additional information in writing from the public defender as to each individual's personal circumstances before hearings. Public defenders were always available for these hearings, and the judges would have public defenders consult with defendants prior to these hearings.

101.   Even for people not ever assigned to JCS or subject to a revocation order, the substantially same sort of hearing as described in the paragraph above would be held if he or she missed a compliance hearing date scheduled by the Court to follow up on his or her efforts to pay fines and costs.

102.   The hearings that followed arrests for failure to appear were part of what is called the jail docket. That docket would include people who were arrested and did not bond out for misdemeanors as well as those arrested for failure to appear (for JCS initiated hearings or for other court hearings or appearances) and was generally held at the end of the regularly scheduled morning docket on each weekday.

**THE JAIL DOCKET FROM 2009 TO PRESENT**

103.   Each person arrested who did not bond out would be part of the jail docket the next business morning. These individuals were subject to being commuted in some instances, depending on the judge and the defendant's record as evidenced by their file and the testimony during their hearing. However, each case was handled individually based on the facts of that case

and the colloquy between the Judge and the individual as well as any input from the public defender.

104.    The Judge would have, of course, as noted above, access to the electronic records. The documents and information discussed above as well as the colloquy would provide the judge access to a substantial amount of information.

## REDUCTION OF FINES AND COSTS IN CONNECTION WITH COMMUTATION FROM 2009 TO 2014

105.    Generally, when a Municipal Court judge ordered Municipal Court defendants' fines and costs to be converted to jail time, the amounts of those fines and costs would be reduced in the following manner: all warrant fees would be removed, all DA fees would be removed, any fines that were increased pursuant to Rule 19(C)(2) of the Alabama Rules of Jud. Adm., would be reduced to the original fine owed. Because the DA fees in and of themselves represented a thirty percent increase in the total amount owed on any ticket to which they were added, this reduction in the amount owed could be significant. In addition each warrant fee was $32 for much of this period. This reduction of fees was possibly known by many Municipal Court defendants who were familiar with the Municipal Court practices.

106.    Mr. Carter's Municipal Court case files for the period from 2009 through and following his 2014 arrest are attached here as Ex. 5, and bate stamped COURT 005797-005941 and COURT 016000-016026. In Mr. Carter's case, the reduction in the amount he owed as a result of the conversion of his fines and costs to days in jail on January 27, 2014 on the tickets that were commuted was a reduction from $1,829 owed to $1,104.00 pursuant to COURT 005914, which shows the handwritten reductions of the amounts owed on capias warrant (already adjudicated) tickets. See also COURT 005913 which is the Jail Transcript, essentially the Court's order instructing the jail as to how to process the defendant, which reflects the handwritten reductions evidenced on COURT 005914 for each of the tickets commuted. In short, Mr. Carter himself benefited in connection with having fines and costs converted to jail time by a reduction of $725.00 of his debt to the Municipal Court. He was also credited with $200.00 toward his fines and costs for the three days he waited to see a Judge and the one day spent in jail after his hearing.

107.    In other words, while this post-conversion reduction was not announced in open Court, this reduction practice was likely common knowledge to many of those who had appeared before the Court or among their friends, acquaintances or families. Thus, it is probable that many of the Municipal Court defendants, including many of the putative class members, were aware that by accepting conversion of their fines and costs to jail time and not pleading an inability to pay, they would benefit by a substantial reduction in fines and costs. They could then be released upon paying the reduced amount or a portion of it (the latter number at the judges' discretion).

108.    The benefit of the reduced fines and costs upon conversion of fines and costs to days in jail remained even if the person was released upon paying part or all of the fines and costs owed. In other words, the fees removed were not added back after release from confinement.

109.    It was not uncommon that people would be able to obtain the funds to be released very shortly after having been commuted.

## JCS, ARRESTS AND JAIL TERMS

110.    The Court did not formally communicate to JCS when people who were or had been assigned to JCS were arrested.  Nor did the Court communicate to JCS when people who were or had been assigned to JCS were jailed for any reason, much less for failure to pay fines and costs.  Because those individuals would come before the Court either on unrelated cases (cases not assigned to JCS) often arising after the JCS involvement or on cases assigned to JCS only after the person was removed from the JCS assignment pursuant to a revocation, there would have been no reason to communicate with JCS regarding the person's jailing or arrest.  There were JCS personnel in the courthouse who might have learned about arrests and jailings in the courtroom.

111.    The only documents regularly made available to JCS from the defendants' court files would have been the Probation Orders and the Revocation Petitions/Orders or Show Cause Notices and Order.  To the extent that any other documents were provided to JCS, such document would not have been provided as a general matter.

112.    A determination as to whether a person was ever jailed could be made from the Court files assuming that the person's identifying information was entered correctly.  This would require a manual review of the Court's files. Determining why a person spent a particular day in jail would also require a manual review of the Court file.  This is because the court electronic record system does not have a field that would indicate whether a person was doing mandatory time or was doing time in connection with conversion of fines and costs to jail time.  In many cases, both mandatory time (i.e., a sentence on a ticket or other charge) was given at the same time that someone was commuted.  In those instances, even after determining that someone had been commuted (had fines and costs converted to jail time) based on the manual review of the Court record, one would have to make calculations regarding the mandatory time to determine if the person actually served any commuted time at all.  Review would also be necessary to determine if the commuted time would have been days waiting for a judicial appearance or whether it was in addition thereto.  In other words, several documents would have to be reviewed before it could be discerned whether any class member was given or actually served time on a sentence resulting from the conversion of fines and costs to jail time.

## PROBATION TERMS

113.    The Municipal Court records will have to be manually reviewed to determine whether a person assigned to JCS was assigned to JCS for a period exceeding twenty-four months.  There is no field in the system for either the assignment to JCS or revocation from JCS that would permit manual review.  To the extent ProbationTracker has that information, it would not be the official record.

## THE JCS CONTRACT

114.    The Judges exercised their own discretion with respect to whether to use JCS at all and when as to the individuals who appeared before them.  Some judges used JCS more than others.

115.    JCS regularly submitted payments to the Municipal Court which were applied to Municipal Court Defendants fines and costs.  JCS submitted funds on behalf of Mr. Carter which monies were applied to the balance of his fines, fees and cost.

Further affiant sayeth not.

Kenneth H. Nixon, Jr.

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY        )

Sworn to and subscribed before me on this the 27th day of September , 2018.

Notary Public
My Commission Expires:

IN THE MUNICIPAL COURT FOR THE CITY OF
MONTGOMERY, ALABAMA

|  |  |  |
|---|---|---|
| IN RE: PAYMENT PLANS AT<br>PAY WINDOWS | )<br>)<br>)<br>)<br>) | GENERAL ORDER NO. 2015-0001 |

Any Defendant appearing at the pay window who is on a payment plan greater than twenty-five dollars ($25.00) per month which was ordered on or after December 15, 2014 shall immediately be directed to see a judge.

If a judge is unavailable, it is hererby **ORDERED** that the Defendant shall be given the following treatment:

1.   The clerk at the pay window shall advise the Defendant that he/she is being placed on a payment plan of twenty-five dollars ($25.00) per month and a copy of this General Order shall be placed with all of the Defendant's associated cases.

2.   The clerk at the window shall also advise the Defendant that in the alternative, he/she may choose not to make a payment and may instead request of the Judge at his /her next scheduled court hearing that the Defendant be allowed to perform community service in lieu of payment of all fines and costs, with community service being performed at one hour for every ten dollars ($10.00) owed in fines and costs.

3.   Any defendant placed or currently on a payment plan of twenty-five dollars ($25.00)  shall be informed that he/she may at any time pay off the entire outstanding balance owed or make payments in an amount more than twenty-five dollars ($25.00).

**DONE** and **ORDERED** this the 28th day of April, 2015.

_____
LES HAYES, Presiding Judge

**EXHIBIT 1 TO
NIXON AFF.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SHARNALLE MITCHELL, LORENZO        )
BROWN, TITO WILLIAMS,              )
COURTNEY TUBBS, TEQUILA            )
BALLARD, WILLIE WILLIAMS,          )
THOMAS ELLIS, GAVIN                )
BULLOCK, KENDRICK MAULL,           )
TAMARA TUDLEY, JERMAINE            )
TYLER, JANET EDWARDS,              )
RISKO McDANIEL, DEMETRI            )
COLVIN, CARL WILLIAMS, and         )
RAYSHONE WILLIAMS,                 )
                                   )
        Plaintiffs,                )        CIVIL ACTION NO.
                                   )        2:14cv186-MHT
        v.                         )           (WO)
                                   )
CITY OF MONTGOMERY,                )
HONORABLE LES HAYES, III,          )
HONORABLE MILTON WESTRY,           )
HONORABLE DARRON HENDLEY,          )
and HONORABLE LLORIA JAMES,        )
                                   )
        Defendants.                )


JUDGMENT GRANTING FINAL
DECLARATORY AND INJUNCTIVE RELIEF

Based on the representation of the parties before the

court, it is ORDERED that:

(1) The parties' joint motion for entry of final

declaratory and injunctive relief (doc. no. 47) is granted.

EXHIBIT 2 TO
NIXON AFF.

(2) The parties to the agreement to settle declaratory and injunctive claims ("settlement agreement"), which is attached to this judgment, are to comply with its terms for the periods set out therein.

(3) The plaintiffs' request for declaratory and injunctive relief is resolved in full subject only to the further jurisdiction of this court to enforce the settlement agreement for the periods set out therein.

(4) The plaintiffs are to notify this court of any material breaches of the settlement agreement after making full attempts to resolve the dispute with the parties as set out in the settlement agreement.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of November, 2014.

___/s/ Myron H. Thompson___
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| SHARNALLE MITCHELL, LORENZO BROWN, TITO WILLIAMS, COURTNEY TUBBS, TEQUILA BALLARD, WILLIE WILLIAMS, THOMAS ELLIS, GAVIN BULLOCK, KENDRICK MAUL, TAMARA DUDLEY, JERMAINE TYLER, JANET EDWARDS, RISKO MCDANIEL, DEMETRI COLVIN, CARL WILLIAMS, RAYSHONE WILLIAMS, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| vs. | ) **Case No. 2:14-cv-186**<br>) |
| CITY OF MONTGOMERY, | )<br>) |
| **Defendant.** | ) |

## AGREEMENT TO SETTLE INJUNCTIVE AND DECLARATORY RELIEF CLAIMS

COME NOW the PARTIES to this Settlement Agreement, the sixteen Plaintiffs in the above-styled action, the City of Montgomery (hereinafter referred to as "the City"), and Presiding Judge Les Hayes, III, Judge Darron Hendley, Judge Lloria James, and Judge Milton Westry (each in his or her official capacity as Judge of the Municipal Court of the City of Montgomery) (hereinafter referred to collectively as "the Judges") and, for good and valuable consideration, enter into this Agreement as a full and final settlement of all the Plaintiffs' claims for declaratory and injunctive relief.

WHEREAS, the City denies any liability for the claims alleged by the Plaintiffs and further denies having authority over the Judges of the Municipal Court or over the Municipal Court itself in connection with the counts and claims pled in the above-styled action and takes the position that the relief requested cannot be provided by the City;

1

WHEREAS, the Judges of the Municipal Court of the City of Montgomery, without waiving any potential immunity to claims for damages, attorneys' fees, or any other relief or any defenses thereto, and to further promote the resolution of the lawsuit and thereby any potential proceedings which might be brought against them in the future;

WHEREAS, the Plaintiffs take the position that the City of Montgomery is responsible and liable for—and capable of preventing and remedying in the future—the constitutional violations alleged by the Plaintiffs, which the Plaintiffs contend involved various City officials, employees, and agents.  Plaintiffs further take the position that the result of the City's actions was the illegal jailing of indigent City residents.[1]  Plaintiffs seek a timely resolution of their claims for declaratory and injunctive relief in order to end the challenged practices and take the position that the following provisions, to which the parties agree, provide significant constitutional protections relating to their claims in the above-styled litigation.

The Judges of the Municipal Court of the City of Montgomery, in their official capacities, while denying liability and in order to promote the efficient and effective operation of the Court, agree to the following which are to be implemented beginning not more than forty-five days after the execution of this agreement:

1.     To audio record compliance and indigence hearings (as those hearings are described in the Judicial Procedures attached hereto as Appendix 1) for a period of  not less than twenty-four months following the execution of this Agreement.

---

[1] Nothing in this Agreement should be construed to constitute an admission by the Plaintiffs that the City of Montgomery is not liable for the constitutional violations alleged in this case or capable of remedying those violations and providing the relief sought.  Similarly, nothing in this agreement should be construed to constitute an admission by the City that it is liable for the same.

2.     To use a microphone when conducting court unless a Party asks that the microphone be turned off and the court finds, after allowing for objections to be made, that to turn the microphone off is appropriate to guard against disclosure of private medical information, information about a minor child, or other sensitive, private information. Use of the microphone pursuant to this Agreement shall be for a period of not less than three years following the execution of this Agreement.

3.     To notify Plaintiffs' Counsel by email within twelve hours of any Municipal Court defendant's being placed in jail for nonpayment of a fine, costs or restitution (or otherwise placed in jail pursuant to the Plan, including for contempt of court for nonperformance of community service or any other reason stemming from nonpayment or nonperformance of community service in lieu of payment).  Said notification would be provided to Alec Karakatsanis at the following email address: alec@equaljusticeunderlaw.org. The notification will include the defendant's name, the date of the order jailing the defendant, the case number(s), the name of the attorney representing the defendant, a copy of any written findings, and instructions regarding how to request the recording of the proceeding.  The responsibility for providing said notifications will end one hundred and eighty days from the date this Agreement is executed.

4.     To permit entry of the public into the courtroom in the event the doors are locked.  Specifically, the Court will provide a means  for the public to request entry into the courtroom by pressing a button located outside the entrance door to the courtroom  which will notify security personnel within the courtroom that a member of the public wishes to enter.  Once security inside the courtroom has been established, security personnel will go to the courtroom door and screen the person(s) wishing to enter the courtroom.  Admission to the courtroom using this procedure will be granted as promptly as practicable.  A sign will be posted at the entrance

3

door to the courtroom stating this procedure in large print. The amount of time in which the Municipal Court courtroom doors are locked will be minimized and limited to the time necessary to secure the courtroom, and, if it takes longer than ten minutes to secure the courtroom, and someone is seeking entrance, the Judge or courtroom clerk will call another staff member to open the door. This term will be in place for not less than three years following the execution of this Agreement

     5.     To train the Public Defenders regarding the requirements and holding of *Bearden v. Georgia*, 461 U.S. 660 (1983), and *Turner v. Rogers*, 131 S. Ct. 2507 (2011), within thirty days of the execution of this Agreement.  The training will be conducted by Shannon Holliday and any designee made by her, and the need to request a *Bearden* hearing for any person who is subject to being jailed for failure to pay a fine, court costs, or restitution will be fully discussed with the Public Defenders as will the defendants' rights as implemented under the Judicial Procedures.  The training will also emphasize the Public Defenders' obligation to represent their clients during courtroom proceedings in Municipal Court as described in the Judicial Procedures,  to meet with and advise clients prior to any indigence/ability-to-pay hearing and to provide to the client the Public Defender's name and contact information, if requested, in cases in which clients are incarcerated for failure to pay fines and costs or have a pending contempt proceeding for failure to comply with an order to do community service in lieu of paying fines and costs and to fully inform their clients of their pertinent rights under Alabama law, the United States Constitution, and the new Municipal Court procedures as they relate to the indigence/ability to pay hearings.

     To cause the Public Defenders' contracts to be altered so as to remove  the clause referencing the "Fair Trial Tax Fund" by which the Public Defender's compensation is currently linked to whether enough money is placed in that account, to add a clause requiring the Public

Defender's attendance at the training provided by the Municipal Court regarding the general operations of the Court, and to add a clause to the effect that the Public Defenders' duties in connection with defendants who are incarcerated for failure to pay fines, court costs, or restitution include notifying defendants of applicable appellate rights and assisting them in filing notices of appeal and motions to waive any appellate bond if they wish to claim indigence. This provision shall be in place for not less than three years following the execution of this Agreement.

6.      To train the Prosecutors regarding the Judicial Procedures to ensure the proper functioning of the compliance and indigence hearings described in the Judicial Procedures, attached hereto as **Appendix 1**, and to train the prosecutors regarding the holdings of *Bearden v. Georgia*, 461 U.S. 660 (1983), and *Turner v. Rogers*, 131 S. Ct. 2507 (2011). Should any new prosecutor be hired within the three year period following the execution of this Agreement, the above-described training will be provided to that newly hired prosecutor.

7.      To certify to the jail administrator, whenever a person is ordered to be jailed for nonpayment of costs, fines, or restitution (or otherwise ordered to be jailed in a case involving nonpayment for nonperformance of community service), that the Judicial Procedures have been followed and to make that written certification part of the court file and/or case action summary, and to ensure that both the prosecutor and defense attorney have access to the certification in the court file. This term will be in place for a period of not less than three years following the execution of this Agreement.

8.      To agree not to hire, contract with, or otherwise use any private probation company (or any other company profiting from offering payment plans relating to unpaid court fines, costs, and restitution) for a period of not less than three years following the execution of this Agreement.

5

9.      To comply with the provisions set out in the Judicial Procedures, attached hereto as **Appendix 1,** for a period of not less than three years following the execution of this Agreement.

10.     To designate at least two days within the six months following the execution of this Agreement during which individuals who have outstanding arrest warrants for having failed to appear for compliance hearings, or for initial appearances for scheduled or nonscheduled offenses, or who otherwise owe outstanding payments, can appear at the window of the Municipal Court, receive a compliance hearing date and the formal notice thereof, and clear any warrants related to their nonpayment[2] or failure to appear rather than being arrested.  These days will be referred to hereinafter as "amnesty days" for the sake of convenience, but the Parties understand that no individual will be relieved of fines, costs or restitution as a result of the provisions of this paragraph, although the Court retains its existing authority to do so on a case by case basis. The amnesty days will be publicized through a press release provided to local media outlets at least seven, but not more than twenty-one, days before the scheduled amnesty days, and news outlets will be permitted to ask questions related thereto at a press conference held during the same period of time subsequent to the publication of the press release. The press release will be posted on the window and front door at the courthouse and on the Municipal Court website. The foregoing provisions of this paragraph notwithstanding, any (a) individuals with outstanding arrest warrants for conduct unrelated to nonpayment and not based on failures to appear for initial appearances or compliance hearings and (b) individuals who were ordered to appear at compliance hearings in connection with matters other than the payment of a fine, court costs, or restitution, may be arrested when they appear for any reason at the window.  Counsel for the Plaintiffs will be notified at least

---

[2]The Municipal Court Judges and City agree to this provision as written for the sake of settlement but take the position that warrants have not been issued for failure to pay fines, costs, or restitution.

one week in advance of each amnesty day selected as part of compliance with this agreement. The press release mentioned herein will contain the following sentence: "No person who comes to the court for the Amnesty Day will be jailed for non-payment or for a warrant in a case in which the only outstanding issue is non-payment."

11. The Judges agree that the obligations set out in this Agreement are binding on their successors in office but only to the extent that said successors fulfill the office of Municipal Court Judge during the relevant time limits set out herein.

THE CITY agrees to the following to be implemented beginning not more than forty-five days after the execution of this Agreement unless otherwise set out herein:

1. To take whatever actions are necessary on its part to accomplish the items to which the Judges of the Municipal Court agreed above.

2. Its jail administrator will not knowingly jail a defendant based on nonpayment of fines, costs, or restitution without the above-referenced certification from the Municipal Court Judge regarding compliance with the Judicial Procedures.

3. To file with within ten days of the execution of this Agreement a motion seeking joinder of the Judges of the Municipal Court of Montgomery, Alabama in their official capacities as Party Defendants in the above-styled action for the sole purpose of filing thereafter a Joint Motion for Entry of Final Declaratory and Injunctive Relief as described below. Said motion for joinder is attached hereto as **Appendix 3**

PLAINTIFFS each agree to the following:

1. To agree to the entry of a final judgment as to all declaratory and injunctive relief as set out below and further to agree not to amend the Complaint in this action or to bring any

other action against any Party to this Agreement for any equitable relief which was or could have been sought in the above-styled action.

2.      To forego their request for class certification and not hereafter file a Motion for Class Certification.

3.      Not to oppose the joinder of the Municipal Court Judges in accordance with the language set out in **Appendix 3** hereto.

4.      To notify counsel for the Municipal Court Judges and the City immediately upon the discovery of any alleged material breach of the foregoing agreement. This notice shall include the specific nature of said breach,  the time and date of said breach, the court personnel involved in the breach, and any other details necessary to identify the case or proceeding in which the said breach occurred to the extent the information is available.  Said notice shall be conveyed both through email and telephonically to Shannon Holliday or Bobby Segall at the following telephone number    and    email    addresses:    (334)    834-1180,    holliday@copelandfranco.com, segall@copelandfranco.com.   Plaintiffs will give the Defendants a reasonable opportunity to remedy the alleged breach before seeking relief from the Court.

5.      That their heirs, personal representatives, successors and assigns will be bound by the terms of this Agreement.

ALL PARTIES agree to the following:

1.      To file with the other Parties to the above-styled action a Joint Stipulation of Dismissal of all class certification allegations within ten days of the execution of this Agreement. Said Joint Stipulation of Dismissal is attached hereto as **Appendix 2**.

2.       Once the above-referenced motion to join the judges of the Municipal Court (**Appendix 3**) is granted, to file within ten days thereof with the other Parties to this action a Joint

Motion for Entry of Final Declaratory and Injunctive Relief, as agreed-upon by the Parties and attached hereto as **Appendix 4**.

     3.     This Agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same agreement.

     Dated this 31st day of October, 2014.

**Attorney for Presiding Judge Les Hayes, III, Judge Darron Hendley, Judge Lloria James, and Judge Milton Westry, in their Official Capacities, and Defendant City of Montgomery:**

**Attorneys for Plaintiffs:**

_____
Robert D. Segall

_____
Alec Karakatsanis

_____
Shannon L. Holliday

_____
Matthew Swerdlin

_____
Joseph Mitchell McGuire

9

Motion for Entry of Final Declaratory and Injunctive Relief, as agreed-upon by the Parties and attached hereto as **Appendix 4**.

3.      This Agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same agreement.

Dated this 31st day of October, 2014.


**Attorney for Presiding Judge Les Hayes, III, Judge Darron Hendley, Judge Lloria James, and Judge Milton Westry, in their Official Capacities, and Defendant City of Montgomery:**

**Attorneys for Plaintiffs:**

_____
Alec Karakatsanis

_____
Robert D. Segall

_____
Matthew Swerdlin

_____
Shannon L. Holliday

_____
Joseph Mitchell McGuire

9

**JUDICIAL PROCEDURES OF THE**
**MUNICIPAL COURT OF THE CITY OF MONTGOMERY FOR**
**INDIGENT DEFENDANTS AND NONPAYMENT**
Page **1** of 11

## BASIC PREMISES:

1. No defendant will be incarcerated for inability to pay any court-ordered monies, including fines, court costs or restitution. (Rule 26.11, Ala. R. Crim. P.).

2. A Public Defender will represent all defendants not otherwise represented by counsel at all compliance and indigence/ability-to-pay hearings. At said hearings, the judge will require that the Public Defender appear with the Defendant in front of the judge, and the Court will note the Public Defender's appearance in the record.

3. Procedures involving initial appearances at the window are applicable to those defendants appearing on or before the due date indicated on the Uniform Traffic Ticket and Complaint ("UTTC").

4. The granting of an initial sixty (60) day review will be afforded to all cases (new and old) as the procedures are implemented.

5. Form One (Payment of Fines and Costs) will be placed on the City of Montgomery website, displayed conspicuously in the Court and Lobby of the Municipal Court, and provided to defendants at their initial appearance if they are provided a compliance hearing along with Form Two (Order for Compliance Review).

6. The Court will use the current Federal Poverty Level ("FPL") chart when making an indigence determination, and there will be a presumption of indigence when a defendant is at or below 125% of the FPL subject to review of his or her assets.

7. The defendant will fill out an Affidavit of Substantial Hardship (Form C-10A) or any updated version of the same, and the inquiry relative to income and assets will follow from the information provided therein. A public Defender will be available to answer any questions about the form.

8. A defendant at 125% of FPL or below without substantial liquid assets available to pay the fines, costs, fees, or restitution will be deemed indigent. In determining whether a defendant has substantial liquid assets, the Court will not consider up to the first $3,000 in personal property, and up to $5,000 in home equity. A finding of substantial liquid assets cannot be based on the receipt of an Earned Income Tax Credit.

9. An indigent defendant will be given the option of either paying $25.00 a month to pay off his fines, court costs, fees, and restitution or doing community service.

10. The Court retains the discretion to make credibility determinations relative to testimony and evidentiary submissions regarding income and assets and to question defendants relative to the same.

11. The ability of a defendant to pay who is not deemed indigent but who expresses an inability to pay his fines, costs, fees and restitution in full will be based on that defendant's: (i) disposable income, as reflected in the Affidavit of Substantial Hardship (Form C-10A) and as further clarified by questions raised in the indigence hearing, (ii) the defendant's assets, and (iii) the defendant's earning potential.

12. The community service hours' computation will be based on a minimum of $10 credit for each hour of community service worked. The monthly requirements will be a minimum of eight (8) hours and a maximum of twenty-four (24) hours of community

service, provided, however, that the court may order more hours of monthly community service at the request of the defendant.

13. The court record shall contain an explanation of any determination of non-indigence.

14. The Court or its designee will designate the entity with which the defendant assigned to community service must work, taking into account the needs of the City for community service, the needs of the other entities providing community service opportunities, and the defendant's needs.

15. Defendants who do not initially pay in full are provided Forms One and Two attached hereto which provide notice regarding the procedures set out herein and defendants' rights.

16. No person may be incarcerated for nonpayment in any case unless these procedures are followed.

17. The payment of restitution as ordered by the court cannot be satisfied by the performance of community service, unless the restitution is owed to the City.

18. The present language of Rule 19(C)(2) of the Rules of Judicial Administration authorizes an increase in the fine only when there is a failure to appear at the initial appearance (pre-judgment) on the ticket.

19. After an initial ability to pay or indigence determination, a defendant's ability to pay may be re-assessed at subsequent compliance hearings based on changed circumstances or at the Court's discretion following the procedures set forth herein.

20. No person unable to pay his or her fines and costs in full will be charged an additional fee for being placed on a payment plan unless affirmatively authorized by law.

# FIRST COURT APPEARANCE WITH ADJUDICATION OR PLEA OF GUILTY

1.      Plea of guilty entered at the window (scheduled offenses only)

      a.      Obtain signature on Plea of Guilty/Waiver of Rights Form

      b.      Collection of scheduled fine and court costs

            i.      If paid in full, close case and issue receipt.

            ii.      If unable to pay on the same day, the defendant will be given an (approximate) sixty (60) day review by the Court at a compliance hearing (Forms One and Two provided).

2.      Plea of guilty entered or adjudicated in Court (scheduled and non-scheduled offenses)

      a.      Judge orally receives guilty plea or adjudication of guilt

      b.      Imposition of Sentence (possible fine, court costs and jail sentence)

            i.      If it is determined that the conduct for which the defendant has been convicted warrants the imposition of a jail sentence, the sentence shall be carried out as directed by the Court.  The imposition of a jail sentence will have nothing to do with a defendant's inability to pay the fines and court costs.

            ii.      If able to pay the fine and court costs on the same day, the defendant may be directed to the pay window or otherwise informed how to make payment. The full amount is paid and the case is closed.

            iii.      If the defendant tells the Court that he or she is unable to pay on the same day, the defendant will be given the following options and/or ordered as follows: placed on a payment plan and given a compliance hearing date; given an approximate sixty (60) day review by the Court at a compliance hearing; given an order to complete community service; or any other disposition deemed just and appropriate at the discretion of the Court, excluding incarceration. (Forms One and Two to be provided)

                  (a)      It will not be a standard practice to hold an indigence /ability-to-pay hearing at this stage of the proceedings.  However, the Court reserves the option to do so and, where the defendant is found indigent, to provide the defendant the option of the minimum payment plan or community service at this stage and to enter an order consistent with the option chosen.

## COURT APPEARANCE – COMPLIANCE REVIEW DATES

1.   If the defendant does not appear (and the defendant has not received a continuance from the Court) a warrant will be issued.

2.   The defendant must be given an opportunity to present evidence that the amount allegedly owed is not accurate or is not in fact owed if the Defendant believes that the amount is not correct.

3.   If the defendant has not paid in full the Court will inquire as to the reasons for noncompliance, including whether the defendant has an inability to pay the amount then due.  During this inquiry the Court will specifically ask questions pertaining to the defendant's ability or inability to pay the amount owed in full.  One of the initial questions asked in connection with the ability to pay inquiry will be "Are you able to pay today?" or words to that effect.

4.   If after inquiry by the Court, there is

   a.   No indication of inability to pay, the defendant may be placed on a payment plan by the Court; given another review date set as a compliance hearing (Forms One and Two provided); sentenced to serve time in jail (but not without an indigence/ability-to-pay hearing described below); or given any other disposition deemed just and appropriate at the discretion of the Court.

   b.   An indication of inability to pay

      i.   the defendant will be directed to a Public Defender to assist with the completion of an Affidavit of Substantial Hardship Form and any further paperwork the Court deems necessary;

      ii.   the Court will then hold a hearing at which the Public Defender will represent the defendant, and the Court will make an indigence/ability to pay determination taking into consideration any testimony, the Affidavit of Substantial Hardship, any other paperwork the Court deems necessary, and any documents submitted by the defendant.  The defendant will be permitted to present evidence.  If, after questioning (including questioning by the Court) and presentation of evidence, the defendant is

         (a)   determined to be at or below 125% of the Federal Poverty Level (FPL), the defendant will be determined to be indigent and unable to pay the fines, fees, court costs, and/or restitution in full at the Compliance Hearing, unless the defendant has substantial liquid assets with which he or she could satisfy the payments. In determining whether a defendant has substantial liquid assets, the Court will not consider up to the first $3,000 in personal property,

Case 2:14-cv-00586-RCL-SMD   Document 161-1   Filed 09/27/18   Page 36 of 234

**JUDICIAL PROCEDURES OF THE
MUNICIPAL COURT OF THE CITY OF MONTGOMERY FOR
INDIGENT DEFENDANTS AND NONPAYMENT**
Page 5 of 11

and up to $5,000 in home equity. A finding of substantial liquid assets cannot be based on the receipt of an Earned Income Tax Credit.

(b)    determined to be above 125% of the FPL, the defendant will not receive a presumption of indigence, but the Court will still consider whether the defendant has the ability to pay based on the defendant's disposable income, liquid assets, and earning potential.

iii.    If the defendant is determined to be indigent or otherwise unable to pay the amount owed for fines, fees, court costs, and/or restitution in full as ordered, the Court:

(a)    may determine the defendant's ability to make payments based on that defendant's: (i) disposable income, as reflected in the Affidavit of Substantial Hardship and any other paperwork required by the Court, and as further clarified by answers to questions posed in the hearing, (ii) the defendant's assets, and (iii) the defendant's earning potential; order the defendant to make payments consistent therewith; and schedule a review at another compliance hearing (Forms One and Two provided). However the Court will not order a monthly payment in excess of $25.00 for indigent defendants;

(b)    may remit costs and fines;

(c)    must (unless fines and costs are remitted in full) provide a defendant deemed indigent or otherwise unable to pay the $25.00 minimum monthly payment, the option to complete community service (if physically able) in lieu of payment of costs and fines and schedule a review at another compliance hearing, provided that: (i) if a defendant who has previously been placed on a payment plan fails to make one or more payments, the Court may order said defendant to complete community service (if physically able) to satisfy his or her debt; and (ii) that community service will not be an option for satisfaction of amounts owed for restitution, unless restitution is owed to the City (Forms One and Two provided); and/or

(c)    may order any other remedy deemed just and appropriate at the discretion of the Court, excluding incarceration.

iv.    If the defendant is determined in the indigence/ability-to-pay hearing to have had the ability to pay as ordered (including individuals previously placed on a payment plan), the Court may:

**JUDICIAL PROCEDURES OF THE
MUNICIPAL COURT OF THE CITY OF MONTGOMERY FOR
INDIGENT DEFENDANTS AND NONPAYMENT**
Page **6** of **11**

> (a)     place the defendant on a payment plan or modify the existing payment plan and schedule a review at another compliance hearing in approximately sixty days (60) (Forms One and Two provided);
>
> (b)     give the defendant another review date set as a compliance hearing (Forms One and Two provided);
>
> (c)     order the defendant to complete community service (if physically able) in lieu of payment of costs and fines and schedule a review at another compliance hearing (Forms One and Two provided);
>
> (d)     remit costs and fines;
>
> (e)     order the defendant to serve jail time with fines and costs reduced per day at an amount no less than that allowed by Ala. R. Crim. P. 26.11 (Public Defender present unless otherwise represented) if there is a finding of willful nonpayment provided that the days to which the defendant is sentenced do not exceed the number of days required to work off the amount then currently due and owing; and/or
>
> (f)     provide any other disposition deemed just and appropriate at the discretion of the Court.

5.      If the defendant was ordered to do community service in lieu of paying, the Court may, upon the defendant's failure to comply, set a contempt hearing to determine if the defendant should be sanctioned.  The Court will comply with the requirements of Ala. R. Crim. P. 33, including, but not limited to, providing notice, hearing, and written findings. The Court will remit additional fines and costs associated with any contempt conviction and will remit the original fines, fees, and costs in connection with any jail sentence given for contempt at the same rate as that provided defendants jailed pursuant to Ala. R. Crim. P.  26.11.

**JUDICIAL PROCEDURES OF THE**
**MUNICIPAL COURT OF THE CITY OF MONTGOMERY FOR**
**INDIGENT DEFENDANTS AND NONPAYMENT**
Page **7** of **11**

## MISCELLANEOUS PROCEDURES

In addition, the Judges of the Court will:

1.   provide notice of a compliance hearing, as set out in these procedures, to all defendants on a Judicial Correction Services payment plan or contract as of June 2014;

2.   treat probationers as set out in the above procedures if and when probation is subject to revocation for nonpayment of fines, costs, fees or restitution;

3.   treat those who are currently on payment plans as set out in the above procedures;

4.   have the Public Defender inform any defendant not otherwise represented by counsel of his or her appellate rights and provide said defendant Form 3 should he or she be sentenced to jail for failure to pay fines, costs, fees or restitution;

5.   instruct the clerks to provide defendants who have failed to appear as required by their UTTC (uniform traffic ticket and complaint) with a license reinstatement letter (if the Court has notified the Alabama Department of Public Safety of the failure to appear) upon the defendant's first voluntary appearance at a compliance hearing or upon full payment of costs, fines, fees or restitution, whichever occurs first; and

6.   permit a defendant who has failed to appear at his or her initial appearance date for a scheduled traffic offense and who is subject to an arrest warrant for the same, to appear at the window at the Court and *not* be arrested on that warrant but instead to be provided a compliance hearing date; and

7.   instruct the clerks that no warrant for failure to appear shall be confirmed unless it is supported in the Court's file by notification from the Court or notification in a charging instrument which notification provides a specific date and time for a court hearing.

**JUDICIAL PROCEDURES OF THE
MUNICIPAL COURT OF THE CITY OF MONTGOMERY FOR
INDIGENT DEFENDANTS AND NONPAYMENT**
Page **8** of 11

## FORM ONE

### <u>Payment of Fines and Costs</u>

If at any time you cannot pay your fines and costs as ordered by the Court, you may go before the Court at your Compliance Hearing to discuss your financial situation, to ask that the Court's Order be changed (for example, to ask that you pay less) and/or to explain why you are unable to pay. The time and date of your Compliance Hearing before the Court will be provided to you in a Court Order given to you.

If you indicate that you are unable to pay your fines and costs, the Court will order you to complete an Affidavit of Substantial Hardship and other forms as deemed necessary, and may inquire about your finances, to include but not be limited to: income, expenses (i.e. rent, childcare, utilities, food, clothing, medical condition/bills, transportation, etc.), bank accounts, and other assets. In some circumstances, the Court may also inquire about your efforts to obtain the money to pay, including your job skills and efforts to apply for jobs. You should present any documents that you have to the Court during this inquiry. If you cannot afford an attorney, the Court will provide a Public Defender to represent you.

Based on your income, you may be ordered to perform community service or be placed on a monthly payment plan. You will be given a Compliance Hearing date to return to Court for the Judge to review your particular case(s). Your appearance at this Compliance Hearing is mandatory.

**You cannot be put in jail solely for your inability to pay your fines and costs, or for nonperformance of community service, unless you willfully failed to pay or to perform the community service ordered despite having the ability to do so.**

You may pay the full amount you owe at any time in accordance with the Court's Order, and at that point you will not have to continue to make payments, finish your community service, or appear at your next scheduled Compliance Hearing. You may contact the Court or inquire at a Municipal Court pay window if you would like to obtain your balance owed.

If the Court determines that you have a disability, illness, or other circumstances that would prevent you from performing community service, you will not be required to perform community service.

In summary, after you have been ordered by the Court to pay your fines and court costs or to perform community service, you will be given a Compliance Hearing date to come back to Court to review your case(s). **<u>This hearing is mandatory</u>**. Even if you are unable to pay all of your fines and costs or complete the hours ordered before that date, you must attend. At this Hearing, you will have the opportunity to explain to the Court why you have not complied with the Court's Order(s) and present evidence. You could be put in jail only if the Court determines that you willfully violated the Court's Order. **<u>If you do not appear at your Compliance Hearing, a warrant will be issued for your arrest.</u>**

FORM TWO

Municipal Court
**City of Montgomery**
320 North Ripley Street
Montgomery, AL 36104

## ORDER SETTING HEARING FOR COMPLIANCE REVIEW

**IN THE MUNICIPAL COURT OF MONTGOMERY, ALABAMA
MUNICIPALITY OF MONTGOMERY
V.
ADULT NWS TEST JR, DEFENDANT**

To the Defendant of the Case listed below:

| Case# | Officer | Attorney | Balance Due | Court Date-Hearing |
|-------|---------|----------|-------------|--------------------|
| 1999CRA999999 | Jane Roe | | $332.00 | Friday, August 31, 2012 |
| THEFT OF PROPERTY 3 | | | | 8:00 am |

If your address changes, you shall provide notification to the court immediately.

You must attend the court hearing on the date and time referenced above unless you have paid in full your fines and court costs or completed and submitted proof of completed community service.

Your ability to pay is a critical issue in this hearing. If you are <u>unable</u> due to no fault of your own to pay the court costs and fines or to perform community service as ordered by the Court by the above referenced date, you may testify at this hearing and should bring with you any records to help explain the reasons for your nonpayment or nonperformance to include, but not limited to, pay stubs, utility bills, expenses, federal and state tax returns, medical bills, documents evidencing any medical condition, any evidence of efforts to gain employment, etc. If you cannot afford an attorney, a Public Defender will be provided to assist and represent you.

If, at the time of the hearing, you have failed to pay the full court costs, fines, fees or restitution ordered by the Court or have failed to meet the requirements of your payment plan, you may be sentenced to jail after the hearing for failure to pay, but only if you are found to have had the ability to pay. If you have previously been ordered to perform community service and have failed to perform community service as ordered by the Court and are found to have had the ability to do so, you may be held in contempt of court only after notice and a hearing.

If you are on probation, your probation can also be revoked and you may be jailed for failing to comply with the other terms of your probation.

If you believe the "Balance Due" amount is incorrect, you may request a balance history (both fines/fees/costs added and payments received) from a Clerk at the Window in the Municipal Court. If you still believe the "Balance Due" amount is incorrect you may discuss it with the

**JUDICIAL PROCEDURES OF THE**
**MUNICIPAL COURT OF THE CITY OF MONTGOMERY FOR**
**INDIGENT DEFENDANTS AND NONPAYMENT**
Page **10** of **11**

Clerk at the Window. You may also discuss it with the Public Defender, and raise it with the Judge.

**IF YOU FAIL TO ATTEND COURT ON THE DATE REFERENCED ABOVE, A WARRANT WILL BE ISSUED AND ADDITIONAL CHARGES MAY BE INITIATED.**


_____

**May 22, 2012**                                                    **Municipal Court Judge**

**JUDICIAL PROCEDURES OF THE**
**MUNICIPAL COURT OF THE CITY OF MONTGOMERY FOR**
**INDIGENT DEFENDANTS AND NONPAYMENT**
Page **11** of **11**

**FORM THREE**

## Notice of Appeal Rights

You have a right to appeal the decision of the Montgomery Municipal Court. If you file an appeal, the Montgomery County Circuit Court will review your case.

Under Alabama law, you have 14 days from the date of your trial/hearing in which to file your appeal. If you wish to file an appeal, you should tell your Municipal Court attorney or the public defender that you wish to file an appeal and you may speak to the Public Defender about how to do so.

When you file an appeal, you ordinarily must file an appeal bond. The amount of the appeal bond varies, depending upon the particular offense. If you cannot afford the cost of an appeal bond, you have a right to have a hearing before the judge for the judge to decide if you do not have to file an appeal bond and can file your appeal for free. You must fill out an affidavit of substantial hardship if you have not already done so.

If you are in jail and file an appeal, you will be released from jail once your appeal bond is posted with the court or when the Court determines that no bond is required.

APPENDIX 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **SHARNALLE MITCHELL, LORENZO** | ) | |
| **BROWN, TITO WILLIAMS, COURTNEY** | ) | |
| **TUBBS, TEQUILA BALLARD, WILLIE** | ) | |
| **WILLIAMS, THOMAS ELLIS, GAVIN** | ) | |
| **BULLOCK, KENDRICK MAUL, TAMARA** | ) | |
| **DUDLEY, JERMAINE TYLER, JANET** | ) | |
| **EDWARDS, RISKO MCDANIEL, DEMETRI** | ) | |
| **COLVIN, CARL WILLIAMS, RAYSHONE** | ) | |
| **WILLIAMS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:14-cv-186** |
| | ) | |
| **CITY OF MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' REQUEST FOR CLASS CERTIFICATION AND ALL REQUESTS FOR CLASS-WIDE RELIEF

COME NOW, the Parties to the above-styled action and stipulate to the dismissal of all

portions of the First Amended Class Action Complaint (Doc. 26) in this case which seek class-

wide relief. To the extent that the Plaintiffs seek class-wide relief in connection with any count

pled in the First Amended Class Action Complaint (Doc. 26), the Parties stipulate that the

Plaintiffs' request for class-wide relief is dismissed with prejudice. The parties therefore stipulate

and agree that the Plaintiffs will not hereafter file a Motion for Class Certification.

s/Shannon L. Holliday
Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Telephone: (334) 834-1180
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com

Stephanie L. Smithee (ASB-8497-T82S)
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111
Telephone: (334) 625-2050
ssmithee@montgomeryal.gov

**ATTORNEYS FOR DEFENDANT
CITY OF MONTGOMERY**

s/Alec Karakatsanis
Alec Karakatsanis, Esq. (D.C. Bar No. 999294)
*Admitted Pro Hac Vice*
Equal Justice Under Law
916 G Street, NW, Suite 701
Washington, DC 20001
Telephone:  202-681-2409
Email:  alec@equaljusticeunderlaw.org

Matthew Swerdlin
P.O. Box 550206
Birmingham, AL  35255
Telephone:  (205) 795-3517
Email:  matt@attorneyswerdlin.com

Joseph Mitchell McGuire
31 Clayton Street
Montgomery, AL  36104
Telephone:  (334) 517-1000
Email:  jmcguire@mandabusinesslaw.com

**ATTORNEYS FOR PLAINTIFFS**

APPENDIX 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **SHARNALLE MITCHELL, LORENZO BROWN, TITO WILLIAMS, COURTNEY TUBBS, TEQUILA BALLARD, WILLIE WILLIAMS, THOMAS ELLIS, GAVIN BULLOCK, KENDRICK MAUL, TAMARA DUDLEY, JERMAINE TYLER, JANET EDWARDS, RISKO MCDANIEL, DEMETRI COLVIN, CARL WILLIAMS, RAYSHONE WILLIAMS,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 2:14-cv-186** |
| ) | |
| **CITY OF MONTGOMERY,** ) | |
| ) | |
| **Defendant.** ) | |

## UNOPPOSED MOTION FOR JOINDER OF PARTIES

COMES NOW Defendant, City of Montgomery, in the above-styled matter and moves this Honorable Court to join the Judges of the Municipal Court of the City of Montgomery in their official capacities as Parties to this action pursuant to Rule 19, Fed. R. Civ. P, and/or Rule 20, Fed. R. Civ. P. As grounds therefor, the City shows the following:

1.      The Judges of the Municipal Court of Montgomery, Alabama include the following persons: Presiding Judge Les Hayes, III, Judge Milton Westry, Judge Darron Hendley, and Judge Lloria James (hereinafter collectively referred to as "the Judges of the Municipal Court," or "the Judges").

2.      The current Parties to this action along with the Judges of the Municipal Court of Montgomery Alabama, in their official capacities, have entered into an agreement entitled

Agreement to Settle Injunctive and Declaratory Relief Claims (hereinafter "Settlement Agreement")which settles all matters relative to the declaratory and injunctive relief requested by the Plaintiffs in this action.

3.      The Judges of the Municipal Court in their official capacities will be providing relief to the Plaintiffs as agreed upon in the Settlement Agreement.

4.      The Plaintiffs in this case further seek this Court's continued jurisdiction over the equitable relief agreed upon by the Parties including the Municipal Court Judges, as set out in the Settlement Agreement.

5.      It is the City's understanding and as represented in the Agreement attached hereto and signed by the Municipal Court Judges of the City of Montgomery, that the Municipal Court Judges of the City of Montgomery, in the interests of promoting the efficient and effective operation of the Court, and further promoting the resolution of the lawsuit and thereby any potential proceedings which might be brought against them in the future, have agreed to joinder in their official capacities.  They have agreed to joinder for this limited purpose and do not intend, in doing so, as set forth in the Settlement Agreement, to waive any potential immunity to claims for damages, attorneys' fees, or any other relief, including other equitable relief, nor do they intend to waive any other defenses.  The Judges join for the sole purpose of filing hereafter with the other Parties to this action a Joint Motion for Entry of Final Declaratory and Injunctive Relief.

6.      For the entirety of the equitable relief negotiated and agreed to by the parties in the Settlement Agreement to be afforded, it is necessary that the Judges of the Municipal Court of the City of Montgomery be joined in their official capacities as Party Defendants to this action for the sole purpose of making them subject to the jurisdiction of this Court relative to this Court's equitable jurisdiction over the Settlement Agreement.

7.     This basis for seeking joinder is consistent with the requirements of Rules 19 and 20 of the Federal Rules of Civil Procedure.

8.     Rule 19(a)(1) provides that "[a] person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if: (A) in that person's absence, the court cannot accord complete relief among existing parties; or (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may: (i) as a practical matter impair or impede the person's ability to protect the interest; or (ii) leave an existing party subject to a substantial risk of incurring double, multiple or otherwise inconsistent obligations because of the interest."

9.     With respect to Rule 19, the Settlement Agreement between the Parties is such that without joinder of the Municipal Court Judges in their official capacities Plaintiffs cannot obtain the full constellation of negotiated equitable relief. *See* Rule 19(a)(1)(A).

10.     Furthermore, the Municipal Court Judges in their official capacities have an interest relating to the subject matter of this lawsuit (specifically the request for equitable relief) such that it is in their interest to control the nature of any resolution of this matter involving the operations of the Municipal Court.  For that reason, it was in their interest to take part in the negotiations between the Parties and to agree to the specific relief set out in the Settlement Agreement.  *See* Rule 10(a)(1)(B)(i).

11.     Rule 20 provides that "persons … may be joined in one action as defendants if: (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action."

15

12. With respect to Rule 20, permissive joinder is appropriate because the relief which the Plaintiffs request arises, in part, out of the same transactions, i.e., hearings held before the Municipal Court, and the parties have agreed to a negotiated settlement which involves the agreement of the Judges of the Municipal Court to take certain actions.

13. Joinder as Defendants for the purpose of entering into the Settlement Agreement is the most efficient manner in which the equitable relief agreed to by the parties in this action can be resolved.

14. Furthermore, joinder for the purpose of settling civil rights actions that implicate and involve multiple parties is appropriate under Rule 19. *See, e.g., Martin v. Wilks*, 490 U.S. 755 (U.S. 1989), *abrogated by statute as the holding applies to Title VII as recognized in*, *Landgraf v. USI Film Prods.*, 511 U.S. 244, 251 (U.S. 1994).

15. Once joinder is granted, the Parties collectively intend immediately to file a Joint Motion for Entry of Final Declaratory and Injunctive Relief.

16. As set forth in the Agreement to settle the Plaintiffs' claims for injunctive and declaratory relief, nothing in that Agreement or in this Motion should be construed as an admission by the City of Montgomery that it is liable for the constitutional claims alleged in this case or by the Plaintiffs that the City of Montgomery is not liable for the constitutional claims alleged in this case.

17. Plaintiffs do not oppose this motion to the extent it seeks permissive joinder under Rule 20.

WHEREFORE, the City asks this Court to join the Judges of the Municipal Court as Party Defendants in this action for the limited purposes set out above.

16

s/Shannon L. Holliday
Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com
Phone: (334) 834-1180
Facsimile: (334) 834-3171

Stephanie L. Smithee (ASB-8497-T82S)
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111
Telephone: (334) 625-2050
Facsimile: (334) 625-2310
Email:  ssmithee@montgomeryal.gov

**ATTORNEYS FOR DEFENDANT
CITY OF MONTGOMERY**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 31st day of October, 2014, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following counsel of record:

Alec Karakatsanis, Esq.
Equal Justice Under Law
916 G Street, NW, Suite 701
Washington, DC 20001

Joseph Mitchell McGuire
31 Clayton Street
Montgomery, AL  36104

Matthew Swerdlin, Esq.
1736 Oxmoor Road
Suite 101
Homewood, AL  35209

s/Shannon L. Holliday
Of Counsel

17

APPENDIX 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **SHARNALLE MITCHELL, LORENZO BROWN, TITO WILLIAMS, COURTNEY TUBBS, TEQUILA BALLARD, WILLIE WILLIAMS, THOMAS ELLIS, GAVIN BULLOCK, KENDRICK MAUL, TAMARA DUDLEY, JERMAINE TYLER, JANET EDWARDS, RISKO MCDANIEL, DEMETRI COLVIN, CARL WILLIAMS, RAYSHONE WILLIAMS,** | ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **Case No. 2:14-cv-186** |
| **CITY OF MONTGOMERY,** | ) ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR ENTRY OF FINAL DECLARATORY AND INJUNCTIVE RELIEF

COME NOW the Parties, including the Municipal Court Judges in their official capacity in connection with whom an uncontested motion for joinder is pending, and move this Court for entry of the attached Order.  As grounds therefor, the Parties show the following:

1.     The Parties have resolved all disputes regarding declaratory and injunctive relief sought by the Plaintiffs in the above-styled action by agreeing to seek entry of the Order attached hereto as **Exhibit 1**.

2.     The Parties have agreed to the continued jurisdiction of this Court for the periods set out in the Agreement to Settle Declaratory and Injunctive Claims ("Settlement Agreement") attached as **Exhibit A to Exhibit 1** for enforcement of the particular terms of the Agreement.

18

WHEREFORE, the Parties hereto request entry of the Order attached hereto as **Exhibit 1**.

s/Shannon L. Holliday
Robert D. Segall (ASB-7354-E68R)
Shannon L. Holliday (ASB-5440-Y77S)
Copeland Franco Screws & Gill, P.A.
Post Office Box 347
Montgomery, AL  36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3171
Email: holliday@copelandfranco.com
Email: segall@copelandfranco.com

Stephanie L. Smithee (ASB-8497-T82S)
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101-1111
Telephone: (334) 625-2050
Email:  ssmithee@montgomeryal.gov

**ATTORNEYS FOR PRESIDING
JUDGE LES HAYES, III, JUDGE
DARRON HENDLEY, JUDGE LLORIA
JAMES, AND JUDGE MILTON
WESTRY, IN THEIR OFFICIAL
CAPACITIES, AND DEFENDANT
CITY OF MONTGOMERY**

s/Alec Karakatsanis
Alec Karakatsanis, Esq.  (D.C. Bar No. 999294)
*Admitted Pro Hac Vice*
Equal Justice Under Law
916 G Street, NW, Suite 701
Washington, DC 20001
Telephone:  202-681-2409
Email:  alec@equaljusticeunderlaw.org

Matthew Swerdlin
P.O. Box 550206
Birmingham, AL  35255
Telephone:  (205) 795-3517
Email:  matt@attorneyswerdlin.com

Joseph Mitchell McGuire
31 Clayton Street
Montgomery, AL  36104
Telephone:  (334) 517-1000
Email:  jmcguire@mandabusinesslaw.com

**ATTORNEYS FOR PLAINTIFFS**

**EXHIBIT 1**
**TO JOINT MOTION FOR ENTRY OF FINAL DECLARATORY**
**AND INJUNCTIVE RELIEF**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **SHARNALLE MITCHELL, LORENZO** ) | |
| **BROWN, TITO WILLIAMS, COURTNEY** ) | |
| **TUBBS, TEQUILA BALLARD, WILLIE** ) | |
| **WILLIAMS, THOMAS ELLIS, GAVIN** ) | |
| **BULLOCK, KENDRICK MAUL, TAMARA** ) | |
| **DUDLEY, JERMAINE TYLER, JANET** ) | |
| **EDWARDS, RISKO MCDANIEL, DEMETRI** ) | |
| **COLVIN, CARL WILLIAMS, RAYSHONE** ) | |
| **WILLIAMS,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case No. 2:14-cv-186** |
| ) | |
| **CITY OF MONTGOMERY,** ) | |
| ) | |
| **Defendant.** ) | |

<u>**ORDER GRANTING FINAL DECLARATORY AND INJUNCTIVE RELIEF**</u>

Based on the representation of the Parties before the Court, the Court orders the following:

1.      The Parties to the Agreement to Settle Declaratory and Injunctive Claims ("Settlement Agreement") which is **Exhibit A** to this Order are ordered to comply with its terms for the periods set out therein.

2.      The Plaintiffs' request for declaratory and injunctive relief is hereby resolved in full subject only to the further jurisdiction of this Court to enforce the Settlement Agreement for the periods set out therein.

3.     Plaintiffs are instructed to notify this Court of any material breaches of the Settlement Agreement after making full attempts to resolve the dispute with the Parties as set out in the Settlement Agreement.

_____
District Judge

EXHIBIT A – TO EXHIBIT 1 TO JOINT MOTION FOR ENTRY OF DECLARATORY AND
INJUNCTIVE RELIEF

[The Parties agree that the entire Settlement Agreement with its appendices will constitute this
exhibit and that it need not be reproduced here.]

**IN THE MUNICIPAL COURT FOR THE CITY OF
MONTGOMERY, ALABAMA**

|                          |   |                                      |
|--------------------------|---|--------------------------------------|
|                          | ) |                                      |
|                          | ) |                                      |
| IN RE:  BAIL PROCEDURES  | ) | AMENDED GENERAL ORDER NO. 2015-0002  |
|                          | ) |                                      |
|                          | ) |                                      |

**BE IT DIRECTED** that the Court hereby issues the following Order regarding bail for persons arrested within its jurisdiction and prosecuted by the Montgomery Municipal Court:

1. Any person charged with a criminal misdemeanor, a violation of Title 32 of the Code of Alabama or a violation of an Ordinance of the City of Montgomery, over which this Court has jurisdiction, shall have bail set in accordance with the Bond Schedule (Attachment A). Pursuant to §12-19-311, Code of Alabama 1975, the required $35.00 filing fee on each bond shall be collected on all cases required by that section. The failure to collect said fee shall not impede the individual's release as provided for herein.

2. Any person who has no outstanding warrants for failure to appear issued by the City of Montgomery within two-years of the date of his or her arrest shall be released pursuant to the execution of an unsecured appearance bond in the amount established by the Bond Schedule, except for the offenses contained in paragraph 4.

3. Any person with an outstanding warrant(s) for failure to appear issued by the City of Montgomery within two years from the date of his or her arrest must post a cash bond, commercial surety bond or the signatory bond of an owner of real property located within the State of Alabama in the amount established by the Bond Schedule for all charges (including new charges except those set forth in paragraph 4 contained herein). Further, when a person released on bond is rearrested and is in a forfeiture status, the judicial officer may increase the amount of the bond up to $1,000, restrict the type of bond to a cash bond or place conditions of release upon the bond.

4. Any person charged with a violent offense or an offense involving a dangerous weapon shall be held in the Montgomery Municipal Jail for a period of at least twelve hours from the time of his or her arrest before being eligible for release. Likewise, any person charged with driving under the influence shall be held in the Montgomery Municipal Jail for a period of at least four hours from the time of his or her arrest before being eligible for release. At the conclusion of the aforementioned periods, the defendant will be eligible for bond consistent with the terms of this Order and Alabama Code §15-13-190.

5. For any person who does not obtain release pursuant to this Order, the Court shall, within forty-eight hours of the person's arrest (or on the next business day if the person was arrested on a Friday, Saturday or a long holiday weekend, but in no event longer than seventy-two hours), hold a hearing to arraign the arrestee or hold the proceeding for which the arrestee failed to appear (unless the proceeding was a trial or other matter requiring the setting of a new court date) and determine, if necessary, what conditions, if any, should be placed on the arrestee

<div style="border:1px solid black; text-align:center; font-weight:bold; width:200px;">
EXHIBIT 3 TO
NIXON AFF.
</div>

pending release. At this time, the arrestee will be given the opportunity to object to the bail amount set for him or her. At these hearings, arrestees will be afforded representation by counsel, if not otherwise represented. The Court will retain the discretion to require a bond if it determines that alternative measures will not reasonably assure the arrestee's appearance at trial. In the unlikely event that no hearing can be held within the time frames set out above, the arrestee shall be released pursuant to an unsecured bond. The jailing authority for the City of Montgomery shall inform the Court of any such arrestees in a timely fashion and will facilitate their appearance with the Court at the time set by the Court. If the arrestee is further detained, findings will be made on the record regarding the basis for that detention.

6.   The judicial officer shall adhere to all statutory requirements governing release of persons charged with certain offenses, e.g., domestic violence, offenses involving the use of a firearm or driving under the influence, which may preclude, for instance, the person's immediate release.

**DONE AND ORDERED** this the _20_ day of September, 2016.


LES HAYES, III
Presiding Judge
Montgomery Municipal Court

| CHARGE | BOND AMOUNT |
|---|---|
| ABANDONMENT OF CHILD | $500.00 |
| ARSON 3RD | $500.00 |
| ASSAULT 3RD | $500.00 |
| BAIL JUMPING 2ND | $500.00 |
| BRINGING STOLEN PROPERTY IN STATE | $500.00 |
| CARRYING BRASS KNUCKLES/SLINGSHOTS | $500.00 |
| CARRYING A CONCEALED WEAPON | $300.00 |
| CERTAIN PERSONS FORBIDDEN TO POSSESS PISTOL | $500.00 |
| CRIMINAL COERSION | $500.00 |
| CRIMINAL IMPERSONATION | $300.00 |
| CRIMINAL LITTERING | $300.00 |
| CRIMINAL MISCHIEF 2ND | $1000.00 |
| CRIMINAL MISCHIEF 3RD | $500.00 |
| CRIMINAL POSS OF A FORGED INSTRUMENT 3RD | $500.00 |
| CRIMINAL SIMULATION | $500.00 |
| CRIMINAL TAMPERING 2ND | $300.00 |
| CRIMINAL TRESPASS 1ST | $1000.00 |
| CRIMINAL TRESPASS 2ND | $500.00 |
| CRIMINAL TRESPASS 3RD | $300.00 |
| CRIMINAL NEGLIGENT HOMICIDE | $1000.00 |
| DISORDERLY CONDUCT | $300.00 |
| DOMESTIC VIOLENCE 3RD ASSAULT | $1000.00 |
| DOMESTIC VIOLENCE 3RD HARASSMENT | $500.00 |
| DOMESTIC VIOLENCE 3RD MENACING | $1000.00 |
| DOMESTIC VIOLENCE 3RD RECKLESS ENDANGERMENT | $1000.00 |
| DRINKING IN PUBLIC | $300.00 |
| DRIVING UNDER THE INFLUENCE | $300.00 |
| ENDANGERING THE WELFARE OF A CHILD | $300.00 |
| FAILING TO FILE REQUIRED REPORT | $300.00 |
| FAILURE OF DISORDERLY PERSONS TO DISPERSE | $300.00 |
| FAILURE OF EX-FELON TO POSSESS REGISTRATION CARD | $300.00 |
| FAILURE TO DELIVER CERTIFICATE OF TITLE | $300.00 |
| FAILURE TO OBEY AN OFFICER DIRECTING TRAFFIC | $300.00 |
| FAILURE TO REGISTER AS AN EX-FELON | $300.00 |
| FALSE REPORTING TO LAW ENFORCEMENT AUTHORITIES | $500.00 |
| FALSE STATEMENT | $1000.00 |
| FALSELY REPORTING AN INCIDENT | $500.00 |
| FORGERY 3RD | $500.00 |
| FALSE NAME/ADDRESS TO LAW ENFORCEMENT | $1000.00 |
| HARASSING COMMUNICATIONS | $300.00 |
| HARASSMENT | $300.00 |
| HINDERING APPREHENSION OF ESCAPEE | $500.00 |
| HINDERING PROSECUTION 2ND | $500.00 |
| ILLEGAL MANUFACTURE, DISTRIBUTION OF IMITATION CONTROLLED SUBSTANCE | $500.00 |
| ILLEGAL POSSESSION OF IMITATION CONTROLLED SUBSTANCE | $300.00 |
| ILLEGAL POSSESSION OF DRUG PARAPHERNALIA | $500.00 |
| IMPERSONATION OF A PUBLIC SERVANT | $300.00 |
| INCITING A RIOT | $500.00 |

| | |
|---|---|
| INDECENT EXPOSURE | $500.00 |
| INTERFERING WITH JUDICIAL PROCEEDING | $300.00 |
| LOITERING | $300.00 |
| MENACING | $500.00 |
| MINOR IN POSSESSION OF ALCOHOL | $500.00 |
| OBSTRUCTING GOVERNMENTAL OPERATIONS | $500.00 |
| PERMITTING OF FACILITATING ESCAPE 2ND | $500.00 |
| POSSESSION OF FIREARM WHILE PARTICIPATING IN ATTENDING A PUBLIC DEMONSTRATION | $500.00 |
| POSSESSION, DRINKING, OR ENTERING PARK UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES | $300.00 |
| POSSESSION OF IMITATION CONTROLLED SUBSTANCE | $500.00 |
| PROMOTING GAMBLING | $500.00 |
| PROMOTING PRISON CONTRABAND | $300.00 |
| PROMOTING PROSTITUTION 3RD | $500.00 |
| PROSTITUTION | $500.00 |
| PUBLIC INTOXICATION | $300.00 |
| PUBLIC LEWDNESS | $300.00 |
| RECEIVING STOLEN PROPERTY 3RD | $500.00 |
| RECKLESS ENDANGERMENT | $500.00 |
| REFUSAL TO PERMIT INSPECTION OF PROPERTY | $300.00 |
| RENDERING A FALSE ALARM | $500.00 |
| RESISTING ARREST | $500.00 |
| RIOT | $500.00 |
| SELLING, ETC., PISTOL OR BOWIE KNIFE TO A MINOR | $500.00 |
| SEXUAL ABUSE 2ND | $1000.00 |
| SEXUAL MISCONDUCT | $1000.00 |
| SIMPLE GAMBLING | $300.00 |
| TAMPERING WITH GOVERNMENTAL RECORDS | $500.00 |
| TAMPERING WITH PHYSICAL EVIDENCE | $500.00 |
| THEFT BY FRADULENT LEASING | $500.00 |
| THEFT OF CABLE SERVICES | $300.00 |
| THEFT OF LOST PROPERTY | $500.00 |
| THEFT OF PROPERTY | $500.00 |
| THEFT OF SERVICES (GASOLINE) | $500.00 |
| THEFT OF SERVICES | $500.00 |
| THREATENING TO BURN | $500.00 |
| UNAUTHORIZED USE OF VEHICLE | $500.00 |
| UNLAWFUL ASSEMBLY | $300.00 |
| UNLAWFUL IMPRISONMENT 1ST | $1000.00 |
| UNLAWFUL IMPRISONMENT 2ND | $500.00 |
| UNLAWFUL POSSESSION, STORAGE, SELL OR USE OF FIREWORKS | $500.00 |
| UNLAWFULLY USING SLUGS | $300.00 |
| UNSWORN FALSIFICATION TO AUTHORITIES | $300.00 |
| VIOLATION OF FAMILY VIOLENCE PROTECTION ORDER ENFORCEMENT ACT | $1000.00 |
| VIOLATION OF LICENSE TO CARRY A PISTOL | $500.00 |
| VIOLATION OF OPEN HOUSE LAW | $300.00 |
| WEAPON POSSESSION ON SCHOOL PROPERTY | $500.00 |

## IN THE MUNICIPAL COURT FOR THE CITY OF
## MONTGOMERY, ALABAMA

|  |  |  |
|---|---|---|
| IN RE:  BAIL PROCEDURES | )<br>)<br>)<br>)<br>) | GENERAL ORDER NO. 2018-0003 |

**BE IT DIRECTED** that the Court hereby issues the following Order amending General Order 2015-0002 (original and amended) regarding bail for persons arrested within its jurisdiction and prosecuted by the Montgomery Municipal Court:

1. Any person charged with a criminal misdemeanor, a violation of Title 32 of the Code of Alabama or a violation of an Ordinance of the City of Montgomery, over which this Court has jurisdiction, shall have bail set in accordance with the Bond Schedule (Attachment A). Pursuant to §12-19-311, Code of Alabama 1975, the required $35.00 filing fee on each bond shall be collected on all cases required by that section. The failure to collect said fee shall not impede the individual's release as provided for herein.

2. Any person who has no outstanding warrants for failure to appear issued by the City of Montgomery within two-years of the date of his or her arrest shall be released pursuant to the execution of an unsecured appearance bond in the amount established by the Bond Schedule, except for the offenses contained in paragraph 4.

3. Any person with an outstanding warrant(s) for failure to appear issued by the City of Montgomery within two years from the date of his or her arrest must post a cash bond, commercial surety bond or the signatory bond of an owner of real property located within the State of Alabama in the amount established by the Bond Schedule for all charges (including new charges except those set forth in paragraph 4 contained herein). Further, when a person released on bond is rearrested and is in a forfeiture status, the judicial officer may increase the amount of the bond up to $1,000, restrict the type of bond to a cash bond or place conditions of release upon the bond.

4. Consistent with Rule 7.2 (a) Alabama Rules of Criminal procedure, any person charged with a violent offense, or an offense involving a dangerous weapon shall be held in the Montgomery Municipal Jail until after an appearance before a judge or magistrate within seventy-two (72) hours of arrest. The magistrate or judge shall determine whether that person poses a real and present danger to the alleged victim, related persons or friends, or the public at large. This determination shall be done utilizing the fourteen suggested considerations under Rule 7.2 (a) Alabama Rules of Criminal Procedures. If the magistrate or judge determines that the defendant poses a danger, the defendant shall be held for a period of twelve (12) hours before being released from the jail. This period is imposed to allow the alleged victim, related persons, or friends to take such actions they deem necessary to prevent harm. The findings of the magistrate or judge shall be memorialized, and made a part of the court records, when a defendant is held.

<div style="border: 1px solid black;">

**EXHIBIT 4 to
NIXON AFF.**

</div>

Provided that the magistrate or judge determine that the defendant does not present a real and present threat of harm to any alleged victim, person, or the public at large, that defendant may be released upon securing bond.

5. For any person who does not obtain release pursuant to this Order, the Court shall, within forty-eight hours of the person's arrest (or on the next business day if the person was arrested on a Friday, Saturday or a long holiday weekend, but in no event longer than seventy-two hours), hold a hearing to arraign the arrestee or hold the proceeding for which the arrestee failed to appear (unless the proceeding was a trial or other matter requiring the setting of a new court date) and determine, if necessary, what conditions, if any, should be placed on the arrestee pending release. At this time, the arrestee will be given the opportunity to object to the bail amount set for him or her. At these hearings, arrestees will be afforded representation by counsel, if not otherwise represented. The Court will retain the discretion to require a bond if it determines that alternative measures will not reasonably assure the arrestee's appearance at trial. In the unlikely event that no hearing can be held within the time frames set out above, the arrestee shall be released pursuant to an unsecured bond. The jailing authority for the City of Montgomery shall inform the Court of any such arrestees in a timely fashion and will facilitate their appearance with the Court at the time set by the Court. If the arrestee is further detained, findings will be made on the record regarding the basis for that detention.

5. The judicial officer shall adhere to all statutory requirements governing release of persons charged with certain offenses, e.g., domestic violence, offenses involving the use of a firearm or driving under the influence, which may preclude, for instance, the person's immediate release.

**DONE AND ORDERED** this the _22_ day of June, 2018.

MILTON WESTRY, SR.
Presiding Judge
Montgomery Municipal Court

| CHARGE | BOND AMOUNT |
|---|---|
| ABANDONMENT OF CHILD | $500.00 |
| ARSON 3RD | $500.00 |
| ASSAULT 3RD | $500.00 |
| BAIL JUMPING 2ND | $500.00 |
| BRINGING STOLEN PROPERTY IN STATE | $500.00 |
| CARRYING BRASS KNUCKLES/SLINGSHOTS | $500.00 |
| CARRYING A CONCEALED WEAPON | $300.00 |
| CERTAIN PERSONS FORBIDDEN TO POSSESS PISTOL | $500.00 |
| CRIMINAL COERSION | $500.00 |
| CRIMINAL IMPERSONATION | $300.00 |
| CRIMINAL LITTERING | $300.00 |
| CRIMINAL MISCHIEF 2ND | $1000.00 |
| CRIMINAL MISCHIEF 3RD | $500.00 |
| CRIMINAL POSS OF A FORGED INSTRUMENT 3RD | $500.00 |
| CRIMINAL SIMULATION | $500.00 |
| CRIMINAL TAMPERING 2ND | $300.00 |
| CRIMINAL TRESPASS 1ST | $1000.00 |
| CRIMINAL TRESPASS 2ND | $500.00 |
| CRIMINAL TRESPASS 3RD | $300.00 |
| CRIMINAL NEGLIGENT HOMICIDE | $1000.00 |
| DISORDERLY CONDUCT | $300.00 |
| DOMESTIC VIOLENCE 3RD ASSAULT | $1000.00 |
| DOMESTIC VIOLENCE 3RD HARASSMENT | $500.00 |
| DOMESTIC VIOLENCE 3RD MENACING | $1000.00 |
| DOMESTIC VIOLENCE 3RD RECKLESS ENDANGERMENT | $1000.00 |
| DRINKING IN PUBLIC | $300.00 |
| DRIVING UNDER THE INFLUENCE | $300.00 |
| ENDANGERING THE WELFARE OF A CHILD | $300.00 |
| FAILING TO FILE REQUIRED REPORT | $300.00 |
| FAILURE OF DISORDERLY PERSONS TO DISPERSE | $300.00 |
| FAILURE OF EX-FELON TO POSSESS REGISTRATION CARD | $300.00 |
| FAILURE TO DELIVER CERTIFICATE OF TITLE | $300.00 |
| FAILURE TO OBEY AN OFFICER DIRECTING TRAFFIC | $300.00 |
| FAILURE TO REGISTER AS AN EX-FELON | $300.00 |
| FALSE REPORTING TO LAW ENFORCEMENT AUTHORITIES | $500.00 |
| FALSE STATEMENT | $1000.00 |
| FALSELY REPORTING AN INCIDENT | $500.00 |
| FORGERY 3RD | $500.00 |
| FALSE NAME/ADDRESS TO LAW ENFORCEMENT | $1000.00 |
| HARASSING COMMUNICATIONS | $300.00 |
| HARASSMENT | $300.00 |
| HINDERING APPREHENSION OF ESCAPEE | $500.00 |
| HINDERING PROSECUTION 2ND | $500.00 |
| ILLEGAL MANUFACTURE, DISTRIBUTION OF IMITATION CONTROLLED SUBSTANCE | $500.00 |
| ILLEGAL POSSESSION OF IMITATION CONTROLLED SUBSTANCE | $300.00 |
| ILLEGAL POSSESSION OF DRUG PARAPHERNALIA | $500.00 |
| IMPERSONATION OF A PUBLIC SERVANT | $300.00 |
| INCITING A RIOT | $500.00 |

| | |
|---|---|
| INDECENT EXPOSURE | $500.00 |
| INTERFERING WITH JUDICIAL PROCEEDING | $300.00 |
| LOITERING | $300.00 |
| MENACING | $500.00 |
| MINOR IN POSSESSION OF ALCOHOL | $500.00 |
| OBSTRUCTING GOVERNMENTAL OPERATIONS | $500.00 |
| PERMITTING OF FACILITATING ESCAPE 2ND | $500.00 |
| POSSESSION OF FIREARM WHILE PARTICIPATING IN ATTENDING A PUBLIC DEMONSTRATION | $500.00 |
| POSSESSION, DRINKING, OR ENTERING PARK UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES | $300.00 |
| POSSESSION OF IMITATION CONTROLLED SUBSTANCE | $500.00 |
| PROMOTING GAMBLING | $500.00 |
| PROMOTING PRISON CONTRABAND | $300.00 |
| PROMOTING PROSTITUTION 3RD | $500.00 |
| PROSTITUTION | $500.00 |
| PUBLIC INTOXICATION | $300.00 |
| PUBLIC LEWDNESS | $300.00 |
| RECEIVING STOLEN PROPERTY 3RD | $500.00 |
| RECKLESS ENDANGERMENT | $500.00 |
| REFUSAL TO PERMIT INSPECTION OF PROPERTY | $300.00 |
| RENDERING A FALSE ALARM | $500.00 |
| RESISTING ARREST | $500.00 |
| RIOT | $500.00 |
| SELLING, ETC., PISTOL OR BOWIE KNIFE TO A MINOR | $500.00 |
| SEXUAL ABUSE 2ND | $1000.00 |
| SEXUAL MISCONDUCT | $1000.00 |
| SIMPLE GAMBLING | $300.00 |
| TAMPERING WITH GOVERNMENTAL RECORDS | $500.00 |
| TAMPERING WITH PHYSICAL EVIDENCE | $500.00 |
| THEFT BY FRADULENT LEASING | $500.00 |
| THEFT OF CABLE SERVICES | $300.00 |
| THEFT OF LOST PROPERTY | $500.00 |
| THEFT OF PROPERTY | $500.00 |
| THEFT OF SERVICES (GASOLINE) | $500.00 |
| THEFT OF SERVICES | $500.00 |
| THREATENING TO BURN | $500.00 |
| UNAUTHORIZED USE OF VEHICLE | $500.00 |
| UNLAWFUL ASSEMBLY | $300.00 |
| UNLAWFUL IMPRISONMENT 1ST | $1000.00 |
| UNLAWFUL IMPRISONMENT 2ND | $500.00 |
| UNLAWFUL POSSESSION, STORAGE, SELL OR USE OF FIREWORKS | $500.00 |
| UNLAWFULLY USING SLUGS | $300.00 |
| UNSWORN FALSIFICATION TO AUTHORITIES | $300.00 |
| VIOLATION OF FAMILY VIOLENCE PROTECTION ORDER ENFORCEMENT ACT | $1000.00 |
| VIOLATION OF LICENSE TO CARRY A PISTOL | $500.00 |
| VIOLATION OF OPEN HOUSE LAW | $300.00 |
| WEAPON POSSESSION ON SCHOOL PROPERTY | $500.00 |

## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM UTC
REV 4.2.11
ELECTRONIC CITATION

COURT CASE NO. 2009TRT037975
YEAR          NUMBER

ALABAMA COUNTY OF: **MONTGOMERY**

CITY: **MONTGOMERY**

TICKET NUMBER: **N2242952**

TYPE VEHICLE: **PRIVATE**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 04/25/2009 at approx 12:00 am

First Name: **ALDARESS**   Middle/Maiden: **DONTAE MAURICE**   Last: **CARTER**

Address: **6078 LITTLE LANE**

City: **MONTGOMERY**   State: **AL**   Zip Code: **36117**

State: **AL**   Driver's License Number: **7866257**   Class of License: **D**

Sex: **M**   Race: **B**   DOB: ~~blacked out~~   Social Security Number: ~~blacked out~~   Driver's License In Possession? **YES**

Height: **6.02**   Weight: **180**   Eyes: **BRN**   Hair: **BLK**   Vehicle Tag Number: **3A92F11**   State: **AL**   Year: **2010**

Vehicle Description (year, make, model, color): **0 CHRY**

Employer/Owner of Vehicle (Address):

Did unlawfully operate a motor vehicle or other vehicle at or near , AL within the city limits of  in violation of Municipal Ordinance Number  duly adopted and in force at the time the offense was committed adopting 32-7A-16(1).

Statute: **32-7A-16(1)**   UCR Code:   Mile No.:   Road Cd:

Described: **FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

Details:   **0 MPH  0 Speed Limit BAC 0.00**   Companion Case:   Crash Involved:

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.):   Officer ID: **2025**   Agency ORI:

Officer Name: **STEVEN PAUL MANUEL JR**

Complainant Signature:

Sworn to and acknowledged before me this DATE

NO SIGNATURE REQUIRED Pursuant to 32-1-4(b):   Signature and Title:   Judge/Magistrate:

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions at the notice part of this ticket

COURT APPEARANCE INFORMATION

Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104

http://traffic.alacourt.gov

Court Appearance Date and Time: **(334) 625-2776**

Defendant's Phone: ~~blacked out~~

RELEASED ON OWN RECOGNIZANCE

Printed:  Friday, August 21, 2015          8:42 AM

COURT 005797

---

## COURT RECORD

COURT CASE NO. 2009TRT037975
YEAR          NUMBER

Court O.R.I. **AL003011J**

CITY/COUNTY: **MONTGOMERY**

TICKET NUMBER: **N2242952**

☒ MUNICIPAL COURT
☐ DISTRICT COURT OF

DEFENDANT'S NAME: **ALDARESS DONTAE MAURICE CARTER**

CHARGE: **FAIL POSSESS/DISPLAY AY**

CONTINUED TO: M __ D __ Y __   REASON:

CONTINUED TO: M __ D __ Y __   REASON:

UTC-4A MAILED: M __ D __ Y __   NEW COURT DATE: M __ D __ Y __

| | UTC-8B ISSUED: M __ D __ Y __ | UTC-8B CLEARANCE: M __ D __ Y __ |
|---|---|---|

WARRANT ISSUED: M **07** D **13** Y **09**   BOND SET **500.00**

WARRANT SERVED: M __ D __ Y __   WARRANT RECALLED: M **07** D **28** Y **10**

CONDITIONAL BOND FORFEITURE PRIORI ISSUED: M __ D __ Y __   CASH DEPOSITED $   BOND FORFEITURE $

ATTORNEY FOR DEFENDANT:   CHECK IF APPLICABLE ☐   ☐ Defendant waived right to counsel   ☐ Voluntarily waived counsel

PLEA OF DEFENDANT (CHECK ONE):
1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not Guilty

ADJUDICATION (CHECK ONE):
1 ☐ Guilty as charged   2 ☐ Not Guilty
3 ☐ Guilty of   4 ☐ Not prossed   5 ☐ Dismissed

### ORDERS OF THE COURT

FINE **122.00**   COURT COSTS **103.00**   TOTAL FINE AND COURT COSTS **225.00**

ADDITIONAL PENALTIES / FEES / COSTS

HEAD INJURY DUI $   CRIMINAL HISTORY DUI $   CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANER (MINIMUM $25.00) $   PARTIAL PAYMENTS AUTH

HOUSING AND MAINT $   MEDICAL $   ATTORNEY RECOUPMENT $   RESTITUTION $   PARTIAL PAYMENTS AUTH

$   $   $   $0.00   $

☐ JAILED M __ D __ Y __   ☐ RELEASED M __ D __ Y __   LOCATION

☐ SUSPENDED SENTENCE 0 DAYS 0 MONTHS   ☐ PROBATION 0 DAYS 0 MONTHS   ☐ COMMUNITY SERVICE DAYS MONTHS

☐ TRAFFIC SAFETY PROGRAM M __ D __ Y __   ☐ SUBSTANCE A EVALUATION   ☐ COURT REFERRAL COMPLETED M __ D __ Y __

COURT ORDERED LIC SUSPENSION 0 DAYS 0 MONTHS   ☐ CONSECUTIVE ☐ CONCURRENT   LICENSE SURRENDERED TO COURT M __ D __ Y __   RECEIVED BY

CONFIDENTIAL ☒ No   ☐ YES   ☐ JUVENILE   ☐ YOUTHFUL OFFENDER

DISPOSITION DATE M __ D __ Y __   SIGNATURE OF JUDGE/MAGISTRATE

CASE APPEALED M __ D __ Y __   APPEAL BOND   CIRCUIT COURT CASE NUMBER

ARRESTING AGENCY (TYPE OF ARREST):   ☐ STATE   ☐ COUNTY   ☒ MUNICIPAL

CASH RECEIVED FROM   RECEIPT #   AMOUNT   DATE M __ D __ Y __

NAME AND TITLE

LICENSE ATTACHED ☐ YES ☐ NO   DPS RECEIVED LICENSE ☐ YES ☐ NO

COURT ACTION AND DISPOSITION

Montgomery Municipal Court

---

EXHIBIT 5 TO
NIXON AFF.

**MANDATORY TIME RELEASE DATE:** _____
**COMMUTED TIME RELEASE DATE:** _____

**THIS REPORT CREATED:**
7/26/2010 1:14 AM

**REVISION #:** ☐

TRANSCRIPT PREPARED BY: _____

## MONTGOMERY MUNICIPAL COURT ⊱ STATE OF ALABAMA

BOOKING DATE & TIME:   07/23/2010 AT 12:28 (MT)      BOOKING #:   **2010-00006970**
NAME:   **CARTER,ALDARESS,,**
RACE:   **Black**   SEX:   **Male**   DOB: ▉▉▉▉▉   SSN: ▉▉▉▉▉
ADDRESS:   **4319 RADBURN RD, MONTGOMERY, Alabama, 36116**

|   | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. DRIVING WHILE SUSP, R | N3599818 | *1 day jail* TIME SERVED |
| 2 | COMM. FAIL POSSESS/DISPLAY | N2242952 | *1 day jail* TIME SERVED |
| 3 | COMM. RUNNING STOP SIGN | N3599817 | *1 day jail* TIME SERVED |
| 4 |  |  |  |
| 5 |  |  | RELEASE DEFENDANT ON |
| 6 |  |  | PERSONAL RECOGNIZANCE BOND BY ORDER OF JUDGE |
| 7 |  |  |  |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 |  |  |  |
| 13 |  |  |  |
| 14 |  |  |  |
| 15 |  |  |  |
| 16 |  |  |  |
| 17 |  |  |  |
| 18 |  |  |  |
| 19 |  |  |  |

COURT 005798

Benchmark Court

File Print Accounting Reports Admin Tools Help

Filed 2009TR0137975
CARTER, ALDARESS DONTAE MAURICE

File Search | Tools |

General | Parties | Parties History | Charges | Documents | Fees | Bonds | Case Tasks | Notes | Evidence

MUNICIPAL JUDGE   DIVISION NOT SET

| Status | CLOS - CLOSED | | Defendant | CARTER, ALDARESS DONTAE MAURICE |
| File Date | 4/26/2009 | | Officer | MANUEL, STEVEN PAUL JP |
| Close Date | 4/23/2009 | | Charge | FAIL POSSESS/DISPLAY INS (1ST OFFENSE) |
| County | MONT - MONTGOMERY | | Total Owed | $0.00 |
| Booking Number | | | Disposition | (N/A) |
| Probation/Commuted | | | | |

Name | DOB | Party Type
CARTER, ALDARESS DONTAE MAURICE | | Defendant
MUNICIPAL JUDGE (80) | | Judge
CITY OF MONTGOMERY (80/004) | | Plaintiff
MANUEL, STEVEN PAUL JR (1768) | | Officer

Events

| Judge | Event Type | Date | Time | Room | Primary Clerk | Secondary Clerk | Court Result | Court Result | |
|---|---|---|---|---|---|---|---|---|---|
| MUNICIPAL JUDGE | JAIL | 7/26/2010 | 8:01 AM | M | (N/A) | (N/A) | | | 4/26/2010 |
| MUNICIPAL JUDGE | DAILY | 4/9/2010 | 8:00 AM | M | (N/A) | (N/A) | CONT | | 4/5/2010 |
| MUNICIPAL JUDGE | NON-COURT TR | 6/1/2009 | 8:30 AM | M | (N/A) | (N/A) | CONT | | 4/23/2009 |

Requirements

Type | Assessment | Charge | Required By | Hold | Complete | Complete Date | Action | | Ordered

Dockets

| 13 | | | | | 2/4/2012 (admin) |
| 12 | 3/12/2010 | REPORT SUBMITTED: DPSRLS 1/4 | | | 2/5/2012 (admin) |
| 11 | 8/6/2010 | CASE STATUS CHANGED FROM  P TO  H | | | 2/4/2012 (admin) |
| 10 | 3/6/2010 | | | | 2/4/2012 (admin) |
| 9 | 7/26/2010 | HEARING TYPE CHANGED FROM  D TO  J | | | 2/4/2012 (admin) |

Process

| Originating Case# | Type | Alt Number | Ordered | Issued | Status Date | Status | Complaint | Internet 2 |
|---|---|---|---|---|---|---|---|---|
| | | | 7/13/2009 | 7/13/2009 | 7/26/2010 | RECALLED | 3271/46 | 0006401975 |

Welcome to Benchmark v2.5.9.0

FORM UTC
REV 4.2.11
ELECTRONIC CITATION

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

| ALABAMA COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| MONTGOMERY | MONTGOMERY | 2010TRT024280 YEAR NUMBER |

N3599817

TYPE VEHICLE **PRIVATE**

The undersigned being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 03/09/2010 at approx 12:00 am

| First Name | Middle/Maiden | Last |
|---|---|---|
| ALDARESS | DONTAE MAURICE | CARTER |

Address
**6078 LITTLE LANE**

| City | State | Zip Code |
|---|---|---|
| MONTGOMERY | AL | 36117 |

| State | Driver's License Number | | | | Class of License |
|---|---|---|---|---|---|
| AL | 7866257 | | | | D |

| Sex | Race | DOB | Social Security Number | Driver's License in Possession? **YES** |
|---|---|---|---|---|
| M | B | 6.02 | | |

| Height | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| 6.02 | 180 | BRN | BLK | 3A92F11 | AL | 2010 |

Vehicle Description (year, make, model, color)
**0 CHRY**

Owner of Vehicle

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle or other vehicle at or near , AL within the city limits of in violation of Municipal Ordinance Number duly adopted and in force at the time the offense was committed adopting 32-5A-112(b).

| | MPH | Speed Limit BAC **0.00** | Mile No. | Road Cd |
|---|---|---|---|---|
| **0** | **0** | | | |

Companion Case
Crash Involved:

Statute
**32-5A-112(b)**

| Officer ID | Agency ORI |
|---|---|
| 899 | |

Described
**RUNNING STOP SIGN**

Details:

FACTS RELATING TO THE OFFENSE (Witnesses, etc.)

Officer Name
**JOHN ANDREW CARLSON**

Complainant Signature

Sworn to and acknowledged
before me this DATE

Signature and Title Judge/Magistrate

COURT APPEARANCE INFORMATION

Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104

(334) 625-2776

Court Appearance Date and Time

http://traffic.alacourt.gov

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(a)

RELEASED ON OWN RECOGNIZANCE

Printed: Friday, August 21, 2015          8:44 AM

COURT 005800

---

| | COURT CASE NO. |
|---|---|
| | 2010TRT024280 YEAR NUMBER |

N3599817

| ☒ MUNICIPAL COURT | MONTGOMERY | TICKET NUMBER | CHARGE |
|---|---|---|---|
| ☐ DISTRICT COURT OF | | N3599817 | RUNNING STOP SIGN |

**COURT RECORD**

AL003011J

DEFENDANT'S NAME
**ALDARESS DONTAE MAURICE CARTER**

CONTINUED TO | M | D | Y | REASON

CONTINUED TO | M | D | Y | REASON

| | UTC-5A MAILED | | | NEW COURT DATE | | | UTC-5B ISSUED | | | UTC-5B CLEARANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | D | Y | M | D | Y | M | D | Y | M | D | Y |

| | WARRANT ISSUED | | | BOND SET | | | WARRANT SERVED | | | WARRANT RECALLED | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | D | Y | CASH DEPOSITED $ | | | M | D | Y | M | D | Y |

| CONDITIONAL BOND FORFEITURE | BOND | | | |
|---|---|---|---|---|
| ORDER ISSUED | M | D | Y | ☐ FORFEITURE |

ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE ☐ | Defendant informed of right to counsel ☐ | ☐ Voluntarily waived counsel

PLEA OF DEFENDANT (CHECK ONE)   1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not Guilty

ADJUDICATION (CHECK ONE)   1 ☐ Guilty as charged   2 ☐ Not Guilty   3 ☐ Guilty of   4 ☐ Not processed   5 ☐ Dismissed

**ORDERS OF THE COURT**

FINE 0.00    COURT COSTS 0.00    TOTAL FINE AND COURT COSTS 0.00

**ADDITIONAL PENALTIES / FEES / COSTS**

| HEAD INJURY DUI | | CRIMINAL HISTORY DUI | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|---|
| $ | | $ | |

| HOUSING AND MAINT | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTH |
|---|---|---|---|---|
| $ | $ | $ | $0.00 | $ |

| ☐ JAILED | M | D | Y | DAYS | 0 | RELEASED ☐ | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|

| ☐ SUSPENDED SENTENCE | | ☐ PROBATION | | ☐ COMMUNITY SERVICE |
|---|---|---|---|---|
| 0 DAYS | MONTHS | 0 DAYS | MONTHS | DAYS | MONTHS |

| ☐ TRAFFIC SAFETY | M | D | Y | ☐ SUBSTANCE EVALUATION | ☐ COURT REFERRAL COMPLETED | M | D | Y |
|---|---|---|---|---|---|---|---|---|
| PROGRAM | | | | | | | | |

| COURT ORDERED LIC SUSPENSION | | LICENSE SURRENDERED TO COURT | | RECEIVED BY |
|---|---|---|---|---|
| 0 DAYS | MONTHS | ☐ CONSECUTIVE ☐ CONCURRENT | M | D | Y | |

| CONFIDENTIAL ☒ NO | ☐ IF YES | ☐ JUVENILE | ☐ YOUTHFUL OFFENDER |
|---|---|---|---|

| DISPOSITION DATE | M | D | Y | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|---|---|---|

| CASE APPEALED | M | D | Y | APPEAL BOND | CIRCUIT COURT CASE NUMBER |
|---|---|---|---|---|---|

ARRESTING AGENCY (TYPE OF ARREST)   ☐ STATE   ☐ COUNTY   ☒ MUNICIPAL

| CASH RECEIVED FROM | | RECEIPT # | AMOUNT | DATE |
|---|---|---|---|---|
| NAME AND TITLE | | | | M | D | Y |

| LICENSE ATTACHED ☐ YES ☒ NO | DPS RECEIVED LICENSE ☐ YES ☒ NO |
|---|---|

**COURT ACTION AND DISPOSITION**

Montgomery Municipal Court

**MANDATORY TIME RELEASE DATE:** _____

**COMMUTED TIME RELEASE DATE:** _____

**THIS REPORT CREATED:**

7/26/2010 1:14 AM

**REVISION #:** [ ]

TRANSCRIPT PREPARED BY: _____

## MONTGOMERY MUNICIPAL COURT ⟶ STATE OF ALABAMA

**BOOKING DATE & TIME:**   07/23/2010 AT 12:28 (MT)      **BOOKING #:**   **2010-00006970**

**NAME:   CARTER,ALDARESS,,**

**RACE:   Black   SEX:  Male   DOB:** ~~_____~~   **SSN:** ~~_____~~

**ADDRESS:   4319 RADBURN RD, MONTGOMERY, Alabama, 36116**

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. DRIVING WHILE SUSP, R | N3599818 | *1 day jail* TIME SERVED |
| 2 | COMM. FAIL POSSESS/DISPLAY | N2242952 | *1 day jail* TIME SERVED |
| 3 | COMM. RUNNING STOP SIGN | N3599817 | *1 day jail* TIME SERVED |
| 4 | | | |
| 5 | | | RELEASE DEFENDANT ON |
| 6 | | | PERSONAL RECOGNIZANCE BOND BY ORDER OF JUDGE |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 005801



COURT 005802

## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM UTC
REV 4.211
ELECTRONIC CITATION

TICKET NUMBER: N3599818
2010TRT024281 YEAR NUMBER

ALABAMA COUNTY OF: MONTGOMERY
CITY: MONTGOMERY

TYPE VEHICLE: PRIVATE

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 03/09/2010 at approx 12:00 am

First Name: DONTAE   Middle/Maiden: MAURICE   Last: CARTER
Address: ALDARESS
6078 LITTLE LANE
City: MONTGOMERY   State: AL   Zip Code: 36117

State: AL
Driver's License Number: 7866257
Class of License: D

Driver's License in Possession? YES

Sex: M   Race: B   DOB: 6.02
Height: Weight: 180   Eyes: BRN   Hair: BLK
State: AL   Vehicle Tag Number: 3A92F11   Year: 2010
Social Security Number:

Vehicle Description (year, make, model, color): 0 CHRY
Owner of Vehicle

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle or other vehicle at or near , AL within the city limits of in violation of Municipal Ordinance Number duly adopted and in force at the time the offense was committed adopting 32-6-19.

Statute: 32-6-19
Described: DRIVING WHILE SUSPENDED
Details:

Mile No.   Road Cd   UCR Code
MPH   Speed Limit   BAC 0.00

Companion Case
Crash Involved

Officer ID: 899   Agency ORI

FACTS RELATING TO THE OFFENSE (Witnesses, etc.)

COURT APPEARANCE INFORMATION
Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104
(334) 625-2776
Court Appearance Date and Time
http://traffic.alacourt.gov

Officer Name: JOHN ANDREW CARLSON
Signature and Title Judge/Magistrate

Complainant Signature

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(e)

Sworn to and acknowledged before me this DATE
Defendant's Phone

RELEASED ON OWN RECOGNIZANCE

Printed: Friday, August 21, 2015   8:44 AM

COURT 005803

---

## COURT RECORD

AL003011J

☒ MUNICIPAL COURT   ☐ DISTRICT COURT OF
MONTGOMERY

COURT CASE NO.: 2010TRT024281 YEAR NUMBER

TICKET NUMBER: N3599818

DEFENDANT'S NAME: ALDARESS DONTAE MAURICE CARTER
CHARGE: DRIVING WHILE

CONTINUED: M D Y   REASON
TO

CONTINUED: M D Y   REASON
TO

| UTC-SA MAILED | NEW COURT DATE | UTC-SB ISSUED | UTC-SB CLEARANCE |
|---|---|---|---|
| M D Y | M D Y | M D Y | M D Y |

| WARRANT ISSUED | BOND SET | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M D Y | CASH DEPOSITED $ | M D Y | M D Y |

CONDITIONAL BOND FORFEITURE: M D Y   BOND FORFEITURE: M D Y
ORDER ISSUED

CHECK IF APPLICABLE: ☐ defendant informed of right to counsel   ☐ Voluntarily waived counsel

ATTORNEY FOR DEFENDANT

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not Guilty

ADJUDICATION (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Not Guilty   4 ☐ Not passed   5 ☐ Dismissed
3 ☐ Guilty of

## ORDERS OF THE COURT

FINE 0.00   COURT COSTS 0.00   TOTAL FINE AND COURT COSTS 0.00

### ADDITIONAL PENALTIES / FEES / COSTS

HEAD INJURY DUI $   CRIMINAL HISTORY DUI $ (MINIMUM $25.00) $   CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANER   PARTIAL PAYMENTS AUTH
HOUSING AND MAINT $   MEDICAL $   ATTORNEY RECOUPMENT $   RESTITUTION $0.00   $

$   $   $   $0.00   $

☐ JAILED M D Y   0 RELEASED ☐ M D Y   LOCATION

☐ SUSPENDED SENTENCE   ☐ PROBATION
0 DAYS   MONTHS   0 DAYS   MONTHS   ☐ COMMUNITY SERVICE DAYS   MONTHS

☐ TRAFFIC SAFETY PROGRAM M D Y   ☐ SUBSTANCE EVALUATION   ☐ COURT REFERRAL COMPLETED M D Y

COURT ORDERED LIC. SUSPENSION
0 DAYS   MONTHS   LICENSE SURRENDERED TO COURT M D Y   RECEIVED BY

CONFIDENTIAL ☒ NO   ☐ CONSECUTIVE ☐ CONCURRENT   ☐ YES   ☐ JUVENILE   ☐ YOUTHFUL OFFENDER

DISPOSITION DATE: M D Y   SIGNATURE OF JUDGE/MAGISTRATE

CASE APPEALED: M D Y   APPEAL BOND   CIRCUIT COURT CASE NUMBER

ARRESTING AGENCY (TYPE OF ARREST)
CASH RECEIVED FROM   ☐ STATE   ☐ COUNTY   ☒ MUNICIPAL
NAME AND TITLE   RECEIPT #   AMOUNT   DATE M D Y

LICENSE ATTACHED ☐ YES ☐ NO   DPS RECEIVED LICENSE ☐ YES ☒ NO

COURT ACTION AND DISPOSITION

Montgomery Municipal Court

**MANDATORY TIME RELEASE DATE:** _____
**COMMUTED TIME RELEASE DATE:** _____

**THIS REPORT CREATED:**
7/26/2010 1:14 AM

**REVISION #:** ☐

TRANSCRIPT PREPARED BY: _____

## MONTGOMERY MUNICIPAL COURT ॰ STATE OF ALABAMA

**BOOKING DATE & TIME:**   07/23/2010 AT 12:28 (MT)      **BOOKING #:**   **2010-00006970**
**NAME:**   CARTER,ALDARESS,,
**RACE:**   **Black**   **SEX:** **Male**   **DOB:** ▓▓▓▓   **SSN:** ▓▓▓▓
**ADDRESS:**   **4319 RADBURN RD, MONTGOMERY, Alabama, 36116**

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | COMM. DRIVING WHILE SUSP, R | N3599818 | *1 day jail* TIME SERVED |
| 2 | COMM. FAIL POSSESS/DISPLAY | N2242952 | *1 day jail* TIME SERVED |
| 3 | COMM. RUNNING STOP SIGN | N3599817 | *1 day jail* TIME SERVED |
| 4 | | | |
| 5 | | | RELEASE DEFENDANT ON |
| 6 | | | PERSONAL RECOGNIZANCE BOND BY ORDER OF JUDGE |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 005804



## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM UTC
REV 4.2.11
ELECTRONIC CITATION

COURT ONLINE NO
2010TRT094803
YEAR    NUMBER

ALABAMA COUNTY OF **MONTGOMERY**
CITY **MONTGOMERY**
TICKET NUMBER **V3260752**
TYPE VEHICLE **PRIVATE**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 1/05/2010 at approx 12:00 am

First Name **DONTAE** Middle/Maiden **MAURICE** Last **CARTER**

Address **6078 LITTLE LANE**

City **MONTGOMERY** State **AL** Zip Code **36117**

State **AL** Driver's License Number **7866257** Class of License **D**

Sex **M** Race **B** DOB

Height **6.02** Weight **180** Eyes **BRN** Hair **BLK**

Social Security Number

Driver's License in Possession? **YES**

Vehicle Tag Number **86670AZ** State **AL** Year **2011**

Vehicle Description (year, make, model, color) **1994 FORD WHI**

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle or other vehicle at or near , AL within the city limits of , in violation of Municipal Ordinance Number duly adopted and in force at the time the offense was committed adopting 32-5A-32.

Statute **32-5A-32**

Described **RUNNING RED LIGHT**

Details:

UCR Code       Mile No.       Road Cd

___ MPH   0 Speed Limit   BAC 0.00

Companion Case:
Crash Involved

Officer ID **1772**   Agency ORI

FACTS RELATING TO THE OFFENSE (Witnesses, etc.)

Officer Name **BRETT CLAYTON WEIR**

Complainant Signature

Sworn to and acknowledged before me this DATE

Signature and Title Judge/Magistrate

COURT APPEARANCE INFORMATION   (334) 625-2776

Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 38104

Court Appearance Date and Time

http://traffic.alacourt.gov

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(a)

Defendant's Phone

**RELEASED ON OWN RECOGNIZANCE**

Printed: Friday, August 21, 2015    8:45 AM

COURT 005806

---

VIOLATION NO **AL003011J**

**COURT RECORD**

COURT CASE NO
**2010TRT094803**
YEAR   NUMBER

☒ MUNICIPAL COURT ☐ DISTRICT COURT OF **MONTGOMERY**

TICKET NUMBER **V3260752**

CHARGE **RUNNING RED LIGHT**

DEFENDANT'S NAME **ALDARESS DONTAE MAURICE CARTER**

CONTINUED TO   M   D   Y   REASON

UTC-BA MAILED   M D Y
NEW COURT DATE   M D Y
UTC-BI ISSUED   M D Y
UTC-BB CLEARANCE   M D Y

WARRANT ISSUED   M D Y
BOND SET   CASH DEPOSITED $
WARRANT SERVED   M D Y
WARRANT RECALLED   M D Y

CONDITIONAL BOND FORFEITURE ORDER ISSUED   M D Y
BOND FORFEITURE   M D Y   LOCATION

ATTORNEY FOR DEFENDANT

CHECK IF APPLICABLE ☐

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not Guilty

ADJUDICATION (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not Guilty   4 ☒ No prossed   5 ☐ Dismissed
3 ☐ Guilty

**ORDERS OF THE COURT**

FINE 20.00   COURT COSTS 128.00   TOTAL FINE AND COURT COSTS 149.00

ADDITIONAL PENALTIES / FEES / COSTS

HEAD INJURY DUI $   CRIMINAL HISTORY DUI $   CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANER (MINIMUM $25.00) $   PARTIAL PAYMENTS AUTH

HOUSING AND MAINT $   MEDICAL $   ATTORNEY RECOUPMENT $   RESTITUTION $0.00

$   $   $   $0.00

☐ JAILED   M D Y   DAYS   0 ☐ RELEASED   M D Y
☐ SUSPENDED SENTENCE   0 DAYS   MONTHS
☐ PROBATION   0 DAYS   MONTHS
☐ COMMUNITY SERVICE   DAYS   MONTHS

☐ TRAFFIC SAFETY PROGRAM   M D Y
☐ SUBSTANCE EVALUATION
☐ COURT REFERRAL COMPLETED   M D Y

COURT ORDERED UC SUSPENSION
0 DAYS   MONTHS   ☐ CONSECUTIVE ☐ CONCURRENT
LICENSE SURRENDERED TO COURT   M D Y   RECEIVED BY

CONFIDENTIAL ☐ NO   ☐ YES   ☐ JUVENILE   ☐ YOUTHFUL OFFENDER

DISPOSITION DATE   M D Y

CASE APPEALED   M D Y

ARRESTING AGENCY (TYPE OF ARREST)   ☐ STATE   ☒ MUNICIPAL

CASH RECEIVED FROM

NAME AND TITLE

LICENSE ATTACHED ☐ YES ☐ NO

SIGNATURE OF JUDGE/MAGISTRATE

APPEAL BOND   CIRCUIT COURT CASE NUMBER

RECEIPT #   AMOUNT   DATE   M D Y

DPS RECEIVED LICENSE ☐ YES ☐ NO

COURT ACTION AND DISPOSITION

Montgomery Municipal Court



**Receipt of Transaction**
**Receipt # 773378**

Municipal Court
City of Montgomery, Alabama

Cashiered by:   on 1/4/2011  12:00:00AM
Transaction # 615104

AGRUBB

,

---

**CASE NUMBER: 2010TRT094803     CHARGE: RUNNING RED LIGHT     CITATION: V3260752**

**CITY OF MONTGOMERY** *VS* **ALDARESS DONTAE MAURICE CARTER**

| Comments:        AL0030100 |
|---|

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 0.00 | 0.00 | 129.00 | 0.00 |
| | Total | 149.00 | 0.00 | 0.00 | 149.00 | 0.00 |
| | Grand Total | 149.00 | 0.00 | 0.00 | 149.00 | ████ |

---

**PAYMENTS**

| Payment Type | Reference | | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|---|
| CASH | 0 | | OK | 150.00 | 0.00 | 0.00 | 1.00 | 149.00 |
| | | | | 150.00 | 0.00 | 0.00 | 1.00 | 149.00 |

COURT 005807

Page 1 of 1

## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM UTC
REV 5.10
ELECTRONIC CITATION

COURT CASE NO
094804

YEAR        NUMBER

| ALABAMA, COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| MONTGOMERY | MONTGOMERY | V3260753 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about   Date **11/5/2010**  at approx Time **10:21 am**

TYPE VEHICLE
**PRIVATE**

| First Name | Middle/Maiden   Last | Suffix |
|---|---|---|
| **ALDRESS** | **DONTAE MAURCARTER** | |

Address
**6078 LITTLE LN**

| City | State | Zip Code |
|---|---|---|
| **MONTGOMERY** | **AL** | **36117** |

| State | Driver's License Number | Class of License |
|---|---|---|
| **AL** | **7866257** | **D** |

| Sex | Race | DOB | Social Security Number | Driver's License in Possession? | **YES** |
|---|---|---|---|---|---|
| **M** | **B** | | | | |

| Height | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| **6' 2"** | **180 lbs.** | **BRN** | **BLK** | **86670AZ** | **AL** | **2011** |

| Vehicle Description (year, make, model, color) | | | | Owner of Vehicle |
|---|---|---|---|---|
| **1994** | **FORD** | **CROWN VICTOR** | **WHITE** | **DRIVER** |

Employer/Owner of Vehicle (Address)
**6078 LITTLE LN / Montgomery, AL 36117-0000**

Did unlawfully operate a motor vehicle or other vehicle at or near CHRISTINE ELIZABETH within the city limits of MONTGOMERY at or near TROY HWY in violation of Municipal Ordinance Number 125.79 duly adopted and in force at the time the offense was committed adopting 32-7A-16(1).

| Statute | UCR Code | Mile No. | Road Cd |
|---|---|---|---|
| **32-7A-16(1)** | | | |

Described
**OPER VEH W/O INSURANCE**

| Details | | MPH | Speed Limit |
|---|---|---|---|
| | | BAC | |

FACTS RELATING TO THE OFFENSE (Witnesses, etc.)

Crash Involved: **NO**
Companion Case:
**TRAFFIC**

| Officer Name | Officer ID | Agency ORI |
|---|---|---|
| **Cpl. B.C. Weir** | **1772** | **AL0030100** |

Complainant's Signature    _1772_

Sworn to and acknowledged before me this date **11/6/10**

Judge/Magistrate   _Regina Watkins_

FIRST APPEARANCE INFORMATION

MUNICIPAL COURT OF MONTGOMERY    **334-241-2465**
MONTGOMERY MUNICIPAL COURTHOUSE
320 NORTH RIPLEY ST
MONTGOMERY, AL 36104

Court Appearance Date and Time
**12/8/2010      8:00 am**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

**NO SIGNATURE REQUIRED**
Pursuant to §32-1-4(a)

Defendant's Phone

**RELEASED ON OWN RECOGNIZANCE**

COURT 005808

---

COURT RECORD

COURT CASE NUMBER
YEAR   NUMBER

MUNICIPAL COURT OF MONTGOMERY

TICKET NUMBER
**V3260753**

DEFENDANT'S NAME
**ALDRESS DONTAE MAURICE CARTER**

CHARGE
**32-7A-16(1)**

ORDERS OF THE COURT

Referred to JCS

COURT ACTION AND DISPOSITION

| State of Alabama<br>Unified Judicial System<br><br>Form UTC-7      Rev. 8/97 | PLEA OF GUILTY/WAIVER OF RIGHTS<br>(Plea Entered Before Magistrate<br>Scheduled Traffic Offenses) | CASE NUMBER<br><br>UTC Number |
|---|---|---|

☐ In The District Court of _____, Alabama
(Name of County)

☒ In The Municipal Court of Montgomery County, Alabama

THE STATE OF ALABAMA
          or                                    v. _____
CITY/TOWN OF **MONTGOMERY**                              Defendant

## NOTICE TO THE DEFENDANT

   State law prohibits magistrates from receiving pleas of guilty from anyone convicted of
two or more traffic offenses in the preceding 12 months. **If you have been convicted
of two or more traffic offenses within the preceding 12 months, do not sign
this plea of guilty. A false statement will be subject to penalties prescribed
prescribed by law.**
   You are charged with the offense of _____. In accordance with
the Rules of Judicial Administration, you may elect to plead guilty to this offense before a
magistrate and pay a fine of $_____ plus court costs of $_____, for a
total of $_____.

## PLEA OF GUILTY - WAIVER OF RIGHTS

**YOU ARE HEREBY ADVISED OF YOUR RIGHTS AS A DEFENDANT IN THIS TRAFFIC CASE**

### PLEASE READ CAREFULLY

   I, the undersigned, do hereby enter my appearance on the offense charged within this
complaint. I understand that I have certain constitutional rights which I will waive if I
plead guilty, namely: the right to a trial before this court; the right to an attorney of my
choice, or if I cannot afford one, one appointed by the court (however, I understand that I
may be ordered to make reimbursement at a later date): the right at trial to subpoena
witnesses on my behalf, to confront and cross-examine witnesses against me and to
argue and make objections; and the right to testify in my own behalf. I also understand
I cannot be forced to testify against myself and that I am presumed innocent and that this
presumption can be overcome only if the prosecution convinces the judge or jury of my
guilt beyond a reasonable doubt.
   I understand my constitutional rights set out above and the punishment that will be
imposed if I elect to plead guilty before a magistrate. I also understand that my plea of
guilty will have the same force and effect as a judgment of conviction by the court and
that this conviction will be sent to the driver license division of the Alabama Department of
Public Safety (or of the sate where I received my license to drive). This may result in the
suspension or revocation of my driver's license and may adversely affect my ability to
maintain or secure automobile insurance. I further understand that this conviction may
result in enhanced penalties on subsequent convictions. I understand my rights and the
matters set out above and hereby <u>voluntarily</u> and <u>knowingly</u> waive such rights by
pleading guilty as evidenced by my signature below. I further state under penalty of law
(Section 13A-10-109, *Code of Alabama* 1975),that I have not been convicted of two or
more traffic violations during the preceding twelve months.

_____    _____
Defendant's Signature                        Date

_____
Defendant's Name (Print or Type)

$428

TRIAL DATE GIVEN 12/7/2010

To: Aldaress Carter

Case Number: V32607520753

## ORDER TO APPEAR

**You are hereby ORDERED to appear in Montgomery Municipal Court, 320 North Ripley Street, on the**

7th **day of** JAN. **,** 2011

**at** 1:00 **[ ] A.M. [X] P.M. for your court case.**

To ensure that your case will be heard, **CALL 241-2464** after 2:00 PM on the day before your court date. A recorded listing will be played. If your case **is not** on the recording, **CALL 241-2776** for the status of your case.

/s/ *Les Hayes*                    by: _____

Les Hayes, III
Presiding Judge
Montgomery Municipal Court

SEBP 209

COURT 005810

**CAPIAS WARRANT**

UTC-6B

**CITY OF MONTGOMERY**
Montgomery, Alabama

To Any Police Officer of the City of Montgomery, Alabama ---
GREETINGS:

**BAIL SET AT $500.00 CASH ONLY**

| CASE NUMBER | UTC NUMBER | ALABAMA, COUNTY OF | OFFENSE DATE |
|---|---|---|---|
| 2010TRT094804 | 0000V3260753 | **Montgomery** | 11/05/2010 |

| FIRST)   (MIDDLE/MAIDEN)   (LAST) | (STATE) | DRIVER'S LICENSE NUMBER |
|---|---|---|
| ALDARESS DONTAE MAURICE CARTER | AL | 7866257 |

| (STREET) | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|
| 6078 LITTLE LN | M | B | ~~████~~ |

| (CITY)   (STATE)   ZIP |
|---|
| MONTGOMERY   AL   36117 |

| VEHICLE TAG NUMBER | STATE | YEAR | VEHICLE DESCRIPTION – YEAR, MAKE, TYPE |
|---|---|---|---|
| 86670AZ | AL | 2011 | 1994 FORD  CVC |

| OFFENSE DESCRIPTION | ADDRESS | PHONE |
|---|---|---|
| **FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)** | Montgomery Municipal Court  STREET: P.O. BOX 159  CITY:   Montgomery, AL 36101-0159 | (334)  241-2776 |

| COURT ORI NUMBER | FAILED TO APPEAR / PAY |
|---|---|
| AL003011J | 01/12/2011 |

The above named defendant, having failed to pay court costs, fines and/or restitution as previously ordered in the above referenced case, **YOU ARE THEREFORE COMMANDED** forthwith to arrest the said defendant and bring him/her immediately before this court to answer for his/her noncompliance.   **TOTAL DUE:** 397.00

WITNESS MY HAND THIS DAY:

| _JUDGE/CLERK SIGNATURE_ | 05/26/2011 |
|---|---|
|  | DATE |

COURT 005811

CASE NO. 2010TRT094804

MUNICIPAL COURT
of Montgomery, Alabama

# CAPIAS

THE CITY
vs.

ALDARESS DONTAE MAURICE CARTER

Executed by:

This _____ day of _____ , ____

COURT 005812



**Receipt of Transaction**
**Receipt # 2012071909**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 8/9/2012  9:04:40AM
Transaction # 1191732

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $155.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 148.00 | 2.00 | 2.00 | 0.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | **Total** | **397.00** | **395.00** | **2.00** | **2.00** | **0.00** |
| | **Grand Total** | **397.00** | **395.00** | **2.00** | **2.00** |  |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001351 | OK | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| | | | **2.00** | **0.00** | **0.00** | **0.00** | **2.00** |

Page 1 of 1

COURT 005813



**Receipt of Transaction**
**Receipt # 2012070085**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: thartley on 8/6/2012  2:04:23PM
Transaction # 1189879

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

CITY OF MONTGOMERY *VS* ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $155.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 138.00 | 12.00 | 10.00 | 2.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | Total | 397.00 | 385.00 | 12.00 | 10.00 | 2.00 |
| | Grand Total | 397.00 | 385.00 | 12.00 | 10.00 | 2.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001346 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

Page 1 of 1

COURT 005814



**Receipt of Transaction**
**Receipt # 2012067938**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL  36117

Cashiered by:  thartley on 8/3/2012  1:17:27PM
Transaction # 1187665

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $155.00 TRAFFIC COST | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 150.00 | 123.00 | 27.00 | 15.00 | 12.00 |
| (DACF) DA COLLECTION FEE | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **397.00** | **370.00** | **27.00** | **15.00** | **12.00** |
| **Grand Total** | **397.00** | **370.00** | **27.00** | **15.00** | **12.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001333 | OK | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| | | | **15.00** | **0.00** | **0.00** | **0.00** | **15.00** |

COURT 005815



**Receipt of Transaction**
**Receipt # 2012059231**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by:  JTOLBERT on 6/29/2012  1:49:17PM
Transaction # 1178751

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $155.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 98.00 | 52.00 | 25.00 | 27.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | **Total** | **397.00** | **345.00** | **52.00** | **25.00** | **27.00** |
| | **Grand Total** | **397.00** | **345.00** | **52.00** | **25.00** | **27.00** |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001337 | OK | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| | | | **25.00** | **0.00** | **0.00** | **0.00** | **25.00** |

Page 1 of 1



**Receipt of Transaction**
**Receipt # 2012049597**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 6/1/2012  2:03:40PM
Transaction # 1168883

CASE NUMBER: 2010TRT094804   CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)   CITATION: V3260753

CITY OF MONTGOMERY *VS* ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 150.00 | 78.00 | 72.00 | 20.00 | 52.00 |
| (DACF) DA COLLECTION FEE | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| **Total** | 397.00 | 325.00 | 72.00 | 20.00 | 52.00 |
| **Grand Total** | 397.00 | 325.00 | 72.00 | 20.00 | 52.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001327 | OK | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| | | | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 |

Page 1 of 1

COURT 005817



**Receipt of Transaction**
**Receipt # 2012049087**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 6/1/2012 12:35:57PM
Transaction # 1168367

---

CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753

CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 68.00 | 82.00 | 10.00 | 72.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | Total | 397.00 | 315.00 | 82.00 | 10.00 | 72.00 |
| | Grand Total | 397.00 | 315.00 | 82.00 | 10.00 | 72.00 |

---

PAYMENTS

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001326 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

Page 1 of 1

COURT 005818



**Receipt of Transaction**
**Receipt # 2012036801**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 4/23/2012 11:00:11AM
Transaction # 1155815

---

**CASE NUMBER: 2010TRT094804     CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)     CITATION: V3260753**

CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 58.00 | 92.00 | 10.00 | 82.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | Total | 397.00 | 305.00 | 92.00 | 10.00 | 82.00 |
| | Grand Total | 397.00 | 305.00 | 92.00 | 10.00 | 82.00 |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001315 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

COURT 005819



**Receipt of Transaction**
**Receipt # 2012033356**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 4/18/2012  3:10:36PM
Transaction # 1152311

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 48.00 | 102.00 | 10.00 | 92.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | Total | 397.00 | 295.00 | 102.00 | 10.00 | 92.00 |
| | Grand Total | 397.00 | 295.00 | 102.00 | 10.00 | 92.00 |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001309 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

Page 1 of 1

COURT 005820



**Receipt of Transaction**
**Receipt # 2012031908**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by:  JTOLBERT on 4/18/2012  9:16:55AM
Transaction # 1150837

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 150.00 | 39.00 | 111.00 | 9.00 | 102.00 |
| (DACF) DA COLLECTION FEE | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| **Total** | 397.00 | 286.00 | 111.00 | 9.00 | 102.00 |
| **Grand Total** | 397.00 | 286.00 | 111.00 | 9.00 | 102.00 |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001306 | OK | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| | | | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 |

Page 1 of 1

COURT 005821



**Receipt of Transaction**
**Receipt # 2012023018**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL  36117

Cashiered by:  JTOLBERT on 3/20/2012  10:23:41AM
Transaction # 1141796

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 34.00 | 116.00 | 5.00 | 111.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | Total | 397.00 | 281.00 | 116.00 | 5.00 | 111.00 |
| | Grand Total | 397.00 | 281.00 | 116.00 | 5.00 | 111.00 |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 1299 | OK | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | | | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 |

Page 1 of 1

COURT 005822



**Receipt of Transaction**
**Receipt # 2012017076**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL  36117

Cashiered by:  JTOLBERT on 3/7/2012  4:58:13PM
Transaction # 1135728

---

**CASE NUMBER: 2010TRT094804     CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)     CITATION: V3260753**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 26.00 | 124.00 | 8.00 | 116.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | Total | 397.00 | 273.00 | 124.00 | 8.00 | 116.00 |
| | Grand Total | 397.00 | 273.00 | 124.00 | 8.00 | 116.00 |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 1293 | OK | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |

Page 1 of 1

COURT 005823



**Receipt of Transaction**
**Receipt # 2012012836**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL  36117

Cashiered by:  JTOLBERT on 3/6/2012  3:47:34PM
Transaction # 1131303

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | | 150.00 | 18.00 | 132.00 | 8.00 | 124.00 |
| (DACF) DA COLLECTION FEE | | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| | **Total** | **397.00** | **265.00** | **132.00** | **8.00** | **124.00** |
| | **Grand Total** | **397.00** | **265.00** | **132.00** | **8.00** | **124.00** |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 1288 | OK | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | | **8.00** | **0.00** | **0.00** | **0.00** | **8.00** |

Page 1 of 1

COURT 005824



**Receipt of Transaction**
**Receipt # 2012010505**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 3/6/2012  8:24:55AM
Transaction # 1128884

---

**CASE NUMBER: 2010TRT094804    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V3260753**

**CITY OF MONTGOMERY  VS  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | 129.00 | 129.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $27.00 ALIAS WARRANT FEE | 27.00 | 27.00 | 0.00 | 0.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 150.00 | 13.00 | 137.00 | 5.00 | 132.00 |
| (DACF) DA COLLECTION FEE | 91.00 | 91.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **397.00** | **260.00** | **137.00** | **5.00** | **132.00** |
| **Grand Total** | **397.00** | **260.00** | **137.00** | **5.00** | **132.00** |

---

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 1285 | OK | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | | | **5.00** | **0.00** | **0.00** | **0.00** | **5.00** |

Page 1 of 1

COURT 005825

FORM UTC-1
REV. 3/2003

# ALABAMA UNIFORM TRAFFIC
# TICKET AND COMPLAINT

COURT CASE NO.
YEAR   NUMBER

ALABAMA, COUNTY OF *Montgomery*

| CO. | CITY | TICKET NUMBER | N 4182607 |
| 0 3 | 0 3 | | |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 0 3   Day 3 0   Year 1 1   Approx. Time At 08 32   ☐ AM ☐ PM ☒ MT

TYPE VEHICLE
☐ Commercial   ☒ Private
☐ Haz-Mat Involved
☐ Passenger (requiring passenger endorsement)

First Name *Aldaress*   Middle/Maiden *Dontae Maurice*   Last *Carter*

Address
Street *6078 Little Lane*

City *Mont.*   State *AC*   Zip Code *36117*   CDL Required ☐ Yes ☐ No

State *AC*   Driver's License Number *7866257*   Class of License

Sex *M*   Race *B*   DOB M ___ D ___   Social Security Number   Drivers License In Possession ☐ Yes ☐ No

Hgt. *6 2*   Wgt. *130*   Eyes *BRO*   Hair *Blk*   Vehicle Tag Number *8667 0AZ*   State *AL*   Year *11*

Vehicle Description *White Ford Cr Vic*   Owner of Vehicle ☒ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☒ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near *Gilmar @ Red Light CH*, within the ☒ city limits or ☐ police jurisdiction of *Montgomery*, or ☐ within ___ County, at or near the following location ___ in violation of ☐ Section ___ Code of Alabama 1975, ☐ or Rule/Regulation number (or) ☒ Municipal Ordinance No. *125-79*, duly adopted and in force at the time the offense was committed, (if applicable) ☒ adopting Section *32-5B-4* Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

|  |  | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|

1   ☐ Speeding ___ MPH ___ Speed Limit
2   ☐ Reckless Driving
3   ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4   ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4   ☐ Under the Influence of Alcohol
5   ☐ Under the Influence of Controlled Substance
71  ☐ Under the Combined Influence of Alcohol and Controlled Substance
72  ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6   ☐ Failure to Yield Right of Way
    ☐ Other Violation (Specify)

7   ☐ Driving While Revoked
8   ☐ Driving While Suspended
10  ☐ Running Red Light
13  ☐ Improper Equipment (Specify) ___
14  ☐ Improper Passing
28  ☐ Improper Tag (Specify) ___
29  ☐ Improper Turn
42  ☐ Overweight Vehicle
61  ☐ Child Restraint Violation
77  ☒ Seat Belt Violation

FACTS RELATING TO THE OFFENSE:
(Witnesses, etc)

☒ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature *Cpl B3 Rell*   Officer ID *1680*   Agency ORI AL *0030100*

Verified and Acknowledged before me this date
(Circle Title)  Judge/Magistrate   M 03   D 30   Y 11

☒ Municipal
☐ District Court   *Montgomery*   Phone ( *334* ) *241-2465*

COURT APPEARANCE INFORMATION

Court Appearance Date *05 02 11*   Time *800* ☐ AM ☐ PM   Court Address *320 N. Ripley Street*

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions the notice part of this ticket.

Defendant's Signature: X *Aldaress Carter*   Phone ( )

☒ Released on Own Recognizance   ☐ Driver's License Posted in Lieu of Bond

# COMPLAINT AND AFFIDAVIT

COURT 005826

NAME

TICKET # N 4182607   CASE #

# COURT RECORD

| Court O.R.I. | COURT CASE NUMBER |
|---|---|
| AL _____ | |

☐ MUNICIPAL COURT
        OR
☐ DISTRICT COURT OF _____ COUNTY

TICKET NUMBER: **N 4182607**

YEAR _____ NUMBER _____

DEFENDANT'S NAME _____

CHARGE _____

| | M | D | Y | REASON |
|---|---|---|---|---|
| CONTINUED TO | | | | |
| 2ND CONTINUANCE | | | | |

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M   D   Y | M   D   Y | M   D   Y | M   D   Y |

| WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M   D   Y | CASH DEPOSITED $ | M   D   Y | M   D   Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M   D   Y | BOND FORFEITURE ORDERED FINAL | M   D   Y |
|---|---|---|---|

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel   ☐ Voluntarily waived counsel |
|---|---|---|
| | | ☐ Defendant found indigent, counsel appointed |

PLEA OF DEFENDANT (CHECK ONE)
1 ☒ Guilty as charged      2 ☐ Guilty of      3 ☐ Not guilty

ADJUDICATION (CHECK ONE)
3 ☐ Guilty of      1 ☒ Guilty as charged      2 ☐ Not guilty      4 ☐ Nol prossed      5 ☐ Dismissed

## ORDERS OF THE COURT

| FINE $  70 | COURT COSTS $  16 | TOTAL FINE AND COURT COSTS $  27 |
|---|---|---|

### ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

| ☐ JAILED | M   D   Y | DAYS _____ RELEASED ☐ | M   D   Y | LOCATION |
|---|---|---|---|---|

| ☐ SENTENCE SUSPENDED | ☐ PROBATION | ☐ COMMUNITY SERVICE |
|---|---|---|
| _____ DAYS _____ MONTHS | _____ DAYS _____ MONTHS | _____ DAYS _____ MONTHS |

| ☐ TRAFFIC SAFETY PROGRAM | M   D   Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M   D   Y |
|---|---|---|---|---|

| COURT ORDERED LICENSE SUSPENSION | ☐ CONSECUTIVE | LICENSE SURRENDERED TO COURT |
|---|---|---|
| _____ DAYS _____ MOS. | ☐ CONCURRENT | M   D   Y   RECEIVED BY |

CONFIDENTIAL: ☐ NO ·   ☐ IF YES:* ☐ Juvenile   ☐ Youthful Offender

| DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| MAY 2 8 2011 | |

| CASE APPEALED | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |
|---|---|---|
| M   D   Y | | |

ARRESTING AGENCY (TYPE OF ARREST)   ☐ STATE   ☐ COUNTY   ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE   M   D   Y |
|---|---|---|---|
| NAME AND TITLE | | | |

LICENSE ATTACHED: ☐ YES   ☐ NO          DPS RECEIVED LICENSE ☐ YES   ☐ NO

## COURT ACTION AND DISPOSITION



**ALIAS WARRANT**

UTC-6B

**CITY OF MONTGOMERY**
Montgomery, Alabama

To Any Police Officer of the City of Montgomery, Alabama ---
GREETINGS:

**BAIL SET AT $500.00**

| CASE NUMBER | UTC NUMBER | ALABAMA, COUNTY OF | OFFENSE DATE |
|---|---|---|---|
| 2011TRT016671 | 0000N4182607 | **Montgomery** | 03/30/2011 |

| FIRST) (MIDDLE/MAIDEN) (LAST) | (STATE) | DRIVER'S LICENSE NUMBER |
|---|---|---|
| ALDARESS DONTAE MAURICE CARTER | AL | 7866257 |

| (STREET) | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|
| 6078 LITTLE LN | M | B | ~~████~~ |

| (CITY) (STATE) ZIP |
|---|
| MONTGOMERY   AL   36117 |

| VEHICLE TAG NUMBER | STATE | YEAR | VEHICLE DESCRIPTION – YEAR, MAKE, TYPE |
|---|---|---|---|
| 86670AZ | AL | 2011 | 1994 FORD CVC |

| OFFENSE DESCRIPTION | ADDRESS | PHONE |
|---|---|---|
| **SEAT BELT VIOLATION** | Montgomery Municipal Court STREET: P.O. BOX 159 CITY: Montgomery, AL 36101-0159 | (334) 241-2776 |

| COURT ORI NUMBER | FAILED TO APPEAR |
|---|---|
| AL003011J | 05/02/2011 |

**YOU ARE COMMANDED FORTHWITH TO ARREST** the above named subject to answer said charge in violation of Chapter 1, Section 9 of the Code of the City of Montgomery, 1980, and commit him/her to jail, unless he/she gives bail to answer such charge, and that you return this writ according to law.

WITNESS MY HAND THIS DAY:

| | 05/26/2011 |
|---|---|
| JUDGE/CLERK SIGNATURE | DATE |

CASE NO.

COURT 005828

CASE NO. 2011TRT016671

MUNICIPAL COURT
of Montgomery, Alabama

# ALIAS

THE CITY
vs.

ALDARESS DONTAE MAURICE CARTER

Executed by: _____

This _____ day of _____ , 2011

COURT 005829



**Receipt of Transaction**
**Receipt # 2012105777**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LANE
MONTGOMERY, AL 36117

Cashiered by:  JTOLBERT on 10/29/2012  12:30:02PM
Transaction # 1226703

---

**CASE NUMBER: 2011TRT016671   CHARGE: SEAT BELT VIOLATION   CITATION: N4182607**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

| Comments: |
|---|
| |

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 26.00 | 26.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 27.00 | 17.00 | 10.00 | 10.00 | 0.00 |
| **Total** | **53.00** | **43.00** | **10.00** | **10.00** | **0.00** |
| **Grand Total** | **53.00** | **43.00** | **10.00** | **10.00** | ████ |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001398 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

Page 1 of 1

COURT 005830



**Receipt of Transaction**
**Receipt # 2012082282**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: thartley on 8/28/2012  3:50:08PM
Transaction # 1202552

**CASE NUMBER: 2011TRT016671    CHARGE: SEAT BELT VIOLATION    CITATION: N4182607**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | | 26.00 | 8.00 | 18.00 | 18.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | | 27.00 | 0.00 | 27.00 | 7.00 | 20.00 |
| | **Total** | **53.00** | **8.00** | **45.00** | **25.00** | **20.00** |
| | **Grand Total** | **53.00** | **8.00** | **45.00** | **25.00** | ███████ |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001364 | OK | 25.00 | 0.00 | 0.00 | 0.00 | 25.00 |
| | | | **25.00** | **0.00** | **0.00** | **0.00** | **25.00** |

Page 1 of 1

COURT 005831



**Receipt of Transaction**
**Receipt # 2012071996**

Municipal Court
City of Montgomery, Alabama

---

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LN
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 8/9/2012  9:09:03AM
Transaction # 1191823

---

**CASE NUMBER: 2011TRT016671    CHARGE: SEAT BELT VIOLATION    CITATION: N4182607**

**CITY OF MONTGOMERY** *VS* **ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | | 26.00 | 0.00 | 26.00 | 8.00 | 18.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | | 27.00 | 0.00 | 27.00 | 0.00 | 27.00 |
| | **Total** | **53.00** | **0.00** | **53.00** | **8.00** | **45.00** |
| | **Grand Total** | **53.00** | **0.00** | **53.00** | **8.00** | **45.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001351 | OK | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 |
| | | | **8.00** | **0.00** | **0.00** | **0.00** | **8.00** |

Page 1 of 1

COURT 005832



**Receipt of Transaction**
**Receipt # 2012092230**

Municipal Court
City of Montgomery, Alabama

---

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LANE
MONTGOMERY, AL 36117

Cashiered by: JTOLBERT on 9/24/2012  9:55:17AM
Transaction # 1212703

---

**CASE NUMBER: 2011TRT016671   CHARGE: SEAT BELT VIOLATION   CITATION: N4182607**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 26.00 | 26.00 | 0.00 | 0.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 27.00 | 7.00 | 20.00 | 10.00 | 10.00 |
| Total | 53.00 | 33.00 | 20.00 | 10.00 | 10.00 |
| Grand Total | 53.00 | 33.00 | 20.00 | 10.00 | 10.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CHECK | 001382 | OK | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |

Page 1 of 1

COURT 005833

FORM UTC-1
REV. 3/2003

# ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

COURT CASE NO.
YEAR 1662
NUMBER

ALABAMA, COUNTY OF _Montgomery_

| CO. | CITY |
|-----|------|
| 0 1 3 | 0 1 3 |

TICKET NUMBER **N 4182608**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

Month 10  Day 13  Year 11  At Approx. 0830  Time ☐ AM ☐ PM ☑ MT

TYPE VEHICLE
☐ Commercial  ☑ Private
☐ Haz-Mat Involved
☐ Passenger (requiring passenger endorsement)

First Name **Aldares**  Middle/Maiden **Dontae Maurice**  Last **Carter**

Address **6078 Little**  Street **Lane**

City **Mont.**  State **AL**  Zip Code **36117**  CDL Required ☐ Yes ☑ No

State **AL**  Driver's License Number **7866257**  Class of License

Sex **M**  Race **B**  DOB  Social Security Number  Drivers License In Possession ☐ Yes ☐ No

Hgt **6'2**  Wgt **180**  Eyes **Bro**  Hair **Blk**  Vehicle Tag Number **8667OAZ**  State **AL**  Year

Vehicle Description **Blue Cr. Vic**  Owner of Vehicle ☐ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near **Calmar @ gas cion** within the ☑ city limits or ☐ police jurisdiction of **Montgomery**, or ☐ within _____ County, at or near the following location _____ in violation of ☐ Section _____ Code of Alabama 1975, ☐ or Rule/Regulation number (or) ☑ Municipal Ordinance No. **125-29** duly adopted and in force at the time the offense was committed, (if applicable) ☑ adopting Section **32-7A-16-1** Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|
| | | | |

1  ☐ Speeding _____ MPH _____ Speed Limit
2  ☐ Reckless Driving
3  ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4  ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4  ☐ Under the Influence of Alcohol
5  ☐ Under the Influence of Controlled Substance
71  ☐ Under the Combined Influence of Alcohol and Controlled Substance
72  ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6  ☐ Failure to Yield Right of Way
☑ Other Violation (Specify) **No Proof Insuran**

7  ☐ Driving While Revoked
8  ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify) _____
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify) _____
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

FACTS RELATING TO THE OFFENSE:
(Witnesses, etc)

☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
☐ Accident Involved

Complainant's Signature **Cpl. B.J. Gill**

Officer I.D. **1680**  Agency ORI **AL0030100**

Verified and Acknowledged before me this date (Circle Title) Judge/Magistrate

M **08** D **30** Y **11**

☑ Municipal
☐ District Court

COURT APPEARANCE INFORMATION

**Montgomery**  Phone **334-241-2465**

Court Appearance Date **05/09/11** Time  ☑ AM ☐ PM  Court Address **320 N. Ripley Street**

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: X **Aldares Carter**  Phone ( )

☑ Released on Own Recognizance  ☐ Driver's License Posted in Lieu of Bond

NAME

TICKET # **N 4182608**

CASE #

COURT 005834

## COMPLAINT AND AFFIDAVIT

# COURT RECORD

| Court O.R.I. | | COURT CASE NUMBER | |
|---|---|---|---|
| AL | | YEAR | NUMBER |

☐ MUNICIPAL COURT OR
☐ DISTRICT COURT OF

COUNTY

TICKET NUMBER **N 4182608**

DEFENDANT'S NAME

CHARGE

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|

| 2ND CONTINUANCE | M | D | Y | REASON |
|---|---|---|---|---|

| UTC-6A MAILED | | | NEW COURT DATE | | | UTC-6B ISSUED | | | UTC-6B CLEARANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | M | D | Y | M | D | Y | M | D | Y |

| WARRANT ISSUED | | | BOND SET $ | WARRANT SERVED | | | WARRANT RECALLED | | |
|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | CASH DEPOSITED $ | M | D | Y | M | D | Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M | D | Y | BOND FORFEITURE ORDERED FINAL | M | D | Y |
|---|---|---|---|---|---|---|---|

ATTORNEY FOR DEFENDANT

CHECK IF APPLICABLE
☐ Defendant informed of right to counsel   ☐ Voluntarily waived counsel
☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged   2 ☐ Guilty of   3 ☐ Not guilty

ADJUDICATION (CHECK ONE)   1 ☐ Guilty as charged   2 ☐ Not guilty   3 ☐ Not guilty
3 ☐ Guilty of   4 ☐ Nol prossed   5 ☐ Dismissed

## ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

### ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTHORIZED FOR |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

| ☐ JAILED | M | D | Y | DAYS _____ RELEASED ☐ | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|

☐ SENTENCE SUSPENDED   ☐ PROBATION   ☐ COMMUNITY SERVICE

_____ DAYS _____ MONTHS _____ DAYS _____ MONTHS _____ DAYS _____ MONTHS

| ☐ TRAFFIC SAFETY PROGRAM | M | D | Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M | D | Y |
|---|---|---|---|---|---|---|---|---|

COURT ORDERED LICENSE SUSPENSION   ☐ CONSECUTIVE   LICENSE SURRENDERED TO COURT
_____ DAYS _____ MOS.   ☐ CONCURRENT   M   D   Y   RECEIVED BY

CONFIDENTIAL: ☐ NO -  ☐ IF YES: ☐ Juvenile  ☐ Youthful Offender

| DISPOSITION DATE M  2  D  2011  Y | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|

| CASE APPEALED | M | D | Y | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |
|---|---|---|---|---|---|

ARRESTING AGENCY (TYPE OF ARREST)   ☐ STATE   ☐ COUNTY   ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE | M | D | Y |
|---|---|---|---|---|---|---|
| NAME AND TITLE | | | | | | |

LICENSE ATTACHED: ☐ YES  ☐ NO   DPS RECEIVED LICENSE ☐ YES  ☐ NO

## COURT ACTION AND DISPOSITION

**ALIAS WARRANT**

UTC-6B

**CITY OF MONTGOMERY**
Montgomery, Alabama

To Any Police Officer of the City of Montgomery, Alabama ---
GREETINGS:

**BAIL SET AT $500.00**

| CASE NUMBER | UTC NUMBER | ALABAMA, COUNTY OF | OFFENSE DATE |
|---|---|---|---|
| 2011TRT016672 | 0000N4182608 | **Montgomery** | 03/30/2011 |
| | | (STATE) | DRIVER'S LICENSE NUMBER |

CASE NO.

| FIRST) (MIDDLE/MAIDEN) (LAST) | | |
|---|---|---|
| ALDARESS DONTAE MAURICE CARTER | AL | 7866257 |

| (STREET) | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|
| 6078 LITTLE LN | M | B | ~~████~~ |

| (CITY) (STATE) ZIP | |
|---|---|
| MONTGOMERY   AL   36117 | |

| VEHICLE TAG NUMBER | STATE | YEAR | VEHICLE DESCRIPTION – YEAR, MAKE, TYPE |
|---|---|---|---|
| 86670AZ | AL | 2011 | 1994 FORD   CVC |

| OFFENSE DESCRIPTION | ADDRESS | PHONE |
|---|---|---|
| **FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)** | **Montgomery Municipal Court** STREET: P.O. BOX 159 CITY: **Montgomery, AL 36101-0159** | (334) 241-2776 |

| COURT ORI NUMBER | FAILED TO APPEAR |
|---|---|
| **AL003011J** | 05/02/2011 |

**YOU ARE COMMANDED FORTHWITH TO ARREST** the above named subject to answer said charge in violation of Chapter 1, Section 9 of the Code of the City of Montgomery, 1980, and commit him/her to jail, unless he/she gives bail to answer such charge, and that you return this writ according to law.

WITNESS MY HAND THIS DAY:

| JUDGE/CLERK SIGNATURE | DATE |
|---|---|
| *Dora DeVoe* | 05/26/2011 |

COURT 005836

CASE NO. 2011TRT016672

MUNICIPAL COURT
of Montgomery, Alabama

# ALIAS

THE CITY
vs.

ALDARESS DONTAE MAURICE CARTER

Executed by: _____

This _____ day of _____

COURT 005837

Defendant's Name:  **CARTER, ALDARESS**    *E-Mailed*

Social Security Number: ▬▬▬▬

DOB: ▬▬▬▬     Sex:  **M**   Race:  **B**

**MONTGOMERY MUNICIPAL COURT**

Magistrate/Clerk

5-26-11    Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Ball of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Ball of Any Form *or Simply Pay the Fine & Cost Shown*)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2011TRT016671 | N4182607 | SEAT BELT VIOLATION | $500.00 | $63.00 |
| 2 | 2011TRT016672 | N4182608 | NO PROOF OF INSURANCE | $500.00 | $45.00 |
| 3 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $176.00 |
| 4 | 2011TRT020957 | V3606055 | NO PROOF OF INSURANCE | $500.00 | $456.00 |
| 5 | 2011TRT020958 | V3606056 | IMPROPER SIGNAL | $500.00 | $176.00 |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2010TRT094804 | V3260753 | NO PROOF OF INSURANCE | $500.00 | $397.00 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

*TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:*

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF    **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF    **$916.00**    OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF    **$2,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF    **$397.00**    OR MUST **POST CASH BOND** IN THE AMOUNT OF    **$500.00**

(TOTAL PAYABLE): **$1,313.00**

COURT 005838

*Pg.1*

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**

VS.

*MonieCarter, Aldaress*
_____
    **DEFENDANT**

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence      (X) Payment of Fine /Restitution      (X) Payment of Court Costs
and that the Defendant be placed on probation for *24* months or until *27* day of *May* 20 *13*, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling $ *1101* at the rate of $ *146* per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| TRT099804 | N.V. I | | | 397 | |
| TRT1667Z | N.V. | | | 866 | |
| TRT20956 | *mp Muffler* | | | 63 | |
| TRT20957 | N.V. I | | | 204 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim_____ Sum $_____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
    (  ) To Serve   (  ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
    ( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
    ( ) Other: _____

(12) ( ) Return to court on:_____ to show completion of: ( ) Driving School ( ) CRO Program
                                                           ( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**
Signed this the *27* day of *May* , 20 *11* .      _____
                                          **HONORABLE KAREN KNIGHT**
                                          MONTGOMERY, AL  MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

                                          **JCS (334) 262-0558**
Signed *aldwress Custer*      Date *05/27/11*  Probation Officer *Martin*

Comments: _____      First Appointment *6/9/11 w/2:00*

| For JCS use only: ☐ Consecutive Case   ☐ Data Entry   ☐ Amended Order   ☐ Adjudication |

COURT 005839

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL

vs.

**ALDARESS CARTER**
3344 FOUNTAIN COURT APT C
MONTGOMERY, AL 36116
DOB:

10TRT094804, 11TRT1667
11TRT20956, 11TRT20957
12TRT033859, 12TRT033860, 12TRT

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: Karen Knight, Judge of the Municipal Court of Montgomery, AL, comes now _____
_____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I.  On or about the 27th day of May, 2011 the above named defendant was placed on probation
    by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
    amended, for a period of 24 months and 145 days for the offense of
    **3 cnts of No Proof Insurance, No Seat Belt, Improper Muffler, Improper Lane, No Seat Belt, 2
    cnts of No Insurance**

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
    statement of the conditions of said probation was signed and executed by the Defendant and the
    Defendant was specifically instructed regarding the special provisions of said probation by
    Judge Karen Knight

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
    failed to:

Report to the probation agent as directed:
7/29/2011, 8/8/2011, 9/27/2011, 10/7/2011, 10/18/2011, 10/21/2011, 10/31/2011, 11/4/2011, 11/14/2011, 11/22/2011, 11/30/2011, 12/13/2011,
12/15/2011, 12/20/2011, 12/30/2011, 1/12/2012, 1/30/2012, 2/18/2012, 2/22/2012, 2/29/2012, 3/16/2012, 3/23/2012, 3/27/2012, 3/28/2012, 4/20/2012,
5/7/2012, 5/25/2012, 6/7/2012, 6/12/2012, 6/22/2012, 6/26/2012, 7/6/2012, 7/10/2012, 7/13/2012, 7/20/2012, 7/27/2012, 8/1/2012, 8/10/2012,
8/14/2012, 8/22/2012, 8/31/2012, 9/7/2012, 9/19/2012, 9/24/2012, 9/29/2012, 10/4/2012, 10/12/2012, 10/23/2012, 10/26/2012, 10/31/2012, 11/1/2012,
11/5/2012, 11/9/2012, 11/16/2012, 11/20/2012, 11/26/2012
Make payments of fines, costs, restitution and other court ordered monies:          **Due $1,195.00**
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: **Due $217.00**
                                                                                     **Total Due  $1,412.00**

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.

WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

**City Prosecutor**                                    **Probation Agent - 12/6/2012**

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.

NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine if the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probationary sentence revoked and the original sentence of the Court imposed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on
this case until a resolution is decided.

**Defendant Failed to Appear;              Municipal Court Judge          Court Date: 1/30/2013**
Issue a Warrant of Arrest

**Court Clerk / Magistrate**

MOORE

COURT 005840

| State of Alabama<br>Unified Judicial System<br>Report #:    11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>**2011TRT016672** |

IN THE  **MUNICIPAL**                                                  COURT OF **MONTGOMERY**, ALABAMA

*(Circuit, District, or Municipal)*                                  *(Name of Municipality or County)*

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF     **MONTGOMERY**          v.     **ALDARESS DONTAE MAURICE CARTER**

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the
defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence.
You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014

Date                                                        Judge/Magistrate

## CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_, _2014_
at _0020_ o'clock _A_ .M. and, as directed, took him or her immediately before the court.

Remarks

Officer's Signature

## DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | | | Telephone Number | |

| Social Security Number | Date of Birth | Age<br>**25** | Race<br>**B** | Sex<br>**M** | Height<br>**6.02** |

| Weight<br>**180** | Hair<br>**BLK** | Eyes<br>**BRN** | Other | | |

| Address<br>**6078 LITTLE LANE** | | City<br>**MONTGOMERY** | | State<br>**AL** | Zip Code<br>**36117** |

| Name of Employer | | | | Employer's Telephone Number | |

| Address Of Employer | | City | | State | Zip Code |

COURT 005841

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ▬▬▬▬

DOB: ▬▬▬   Sex: **M**   Race: **B**

**MONTGOMERY MUNICIPAL COURT**

~~signature~~ Magistrate/Clerk

01·25·14 Date Served

## SECTION A

Alias Warrants - COURT OFFENSES ONLY (Defendant **MUST** Post Bail of Any Form)

| # | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B

Alias Warrants - NON-COURT OFFENSES (Defendant **MAY** Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| # | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C

Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant **MUST** Pay Out All Fines And Court Costs)

| # | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

*TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:*

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF **$1,301.00**   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF **$1,829.00**   OR MUST **POST CASH BOND** IN THE AMOUNT OF **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

COURT 005842

**MANDATORY TIME RELEASE DATE:** _____
**COMMUTED TIME RELEASE DATE:** _____

**THIS REPORT CREATED:**
1/27/2014 10:22 AM
**REVISION #:**

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697
NAME:ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX:M          DOB: ███████          SSN: ███████
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|    | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|----|--------------------|--------|---------------------------|
| 1  | NO INSURANCE | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2  | NO INSURANCE | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3  | IMPROPER LIGHTS | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4  | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5  | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6  | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7  | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8  | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9  | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 | | | |
| 12 | | | ████████████ |
| 13 | | | |
| 14 | | | |
| 15 | | | |

COURT 005843

| State of Alabama<br>Unified Judicial System<br><br>Form C-42          Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2014-0697 |
| --- | --- | --- |

IN THE _____ **MUNICIPALITY** _____ COURT OF _____ **MONTGOMERY** _____ , ALABAMA
                                (Circuit, District, or Municipal)                                                    (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.          <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.


Date: 01/28/2014            _Pricella L. Dav_            By: <u>PLDAVIS</u>
                                    Judge/Clerk


COURT RECORD (Original)          JAILER (Copy)          DEFENDANT (Copy)



**Receipt of Transaction**
**Receipt # 2014005863**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LANE
MONTGOMERY, AL  36117

Cashiered by:  TSMITH on 1/28/2014  9:32:41AM
Transaction # 1376460

---

**CASE NUMBER: 2011TRT020956    CHARGE: IMPROPER MUFFLER    CITATION: V3606054**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

| Comments: | | | | | |
|---|---|---|---|---|---|

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (WAF2) $32.00 ALIAS WARRANT FEE | 27.00 | 0.00 | 27.00 | 27.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 7.00 | 9.00 |
| (TRAF) TRAFFIC FINES | 20.00 | 0.00 | 20.00 | 20.00 | 0.00 |
| Total | 63.00 | 0.00 | 63.00 | 54.00 | 9.00 |

██████████████████████████████████████████████

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

| Comments: | | | | | |
|---|---|---|---|---|---|

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | 129.00 | 10.00 | 119.00 | 119.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| Total | 179.00 | 10.00 | 169.00 | 169.00 | ████ |

---

**CASE NUMBER: 2012TRT033859    CHARGE: SEAT BELT VIOLATION    CITATION: V4894558**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

| Comments: | | | | | |
|---|---|---|---|---|---|

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 36.00 | 0.00 | 36.00 | 0.00 | 36.00 |
| Total | 36.00 | 0.00 | 36.00 | 0.00 | 36.00 |

---

**CASE NUMBER: 2012TRT033860    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V4894559**

Page 1 of 2

COURT 005845



### Receipt of Transaction

### Receipt # 2014005863

Kenneth H. Nixon Jr.
Clerk of Court
Montgomery, ALABAMA

**CITY OF MONTGOMERY** *VS* **ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 0.00 | 129.00 | 129.00 | 0.00 |
| | Total | **229.00** | **0.00** | **229.00** | **229.00** | **0.00** |
| | Grand Total | **507.00** | **10.00** | **497.00** | **452.00** | **45.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CASH | | OK | 452.00 | 0.00 | 0.00 | 0.00 | 452.00 |
| | | | **452.00** | **0.00** | **0.00** | **0.00** | **452.00** |

COURT 005846

FORM UTC
REV. 5.1.0
ELECTRONIC CITATION

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO.
**20956**
YEAR   NUMBER

| ALABAMA, COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| MONTGOMERY | RURAL MONTGOMERY | V3606054 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about **4/19/2011** at approx Time **5:49 pm**

TYPE VEHICLE: **PRIVATE**

| First Name | Middle/Maiden | Last | Suffix |
|---|---|---|---|
| ALDARESS | DONTAE MAURCARTER | | |

Address: **6078 LITTLE LN**

| City | State | Zip Code |
|---|---|---|
| MONTGOMERY | AL | 36117 |

| State | Driver's License Number | Class of License |
|---|---|---|
| AL | 7886257 | D |

| Sex | Race | DOB | Social Security Number | Driver's License in Possession? |
|---|---|---|---|---|
| M | B | | | YES |

| Height | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| 6' 2" | 180 lbs. | BRN | BLK | 88670AZ | AL | 2011 |

| Vehicle Description (year, make, model, color) | Owner of Vehicle |
|---|---|
| 1994 FORD CROWN VICTOR WHITE | DRIVER |

Employer/Owner of Vehicle (Address): **6078 LITTLE LN / MONTGOMERY, AL 36117-0000**

Did unlawfully operate a motor vehicle or other vehicle at or near McGehee Rd within the police jurisdiction of RURAL MONTGOMERY at or near Fisk Rd in violation of Municipal Ordinance Number 125.79 duly adopted and in force at the time the offense was committed adopting 32-5-216.

| Statute | UCR Code | Mile No. | Road Cd |
|---|---|---|---|
| 32-5-216 | | | |

Described: **IMPROPER MUFFLER**

| Details | MPH | Speed Limit | BAC |
|---|---|---|---|

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)
The following officer(s) assisted with this ticket: S.O. Berry

Crash Involved: NO
Companion Case: None

| Officer Name | Officer ID | Agency ORI |
|---|---|---|
| Stephen K Youngblood, Jr. | sy2148 | AL0030100 |

Complainant's Signature

Sworn to and acknowledged before me this date

MUNICIPAL COURT OF RURAL MONTGOMERY   334-241-2465
MONTGOMERY MUNICIPAL COURTHOUSE
320 NORTH RIPLEY ST
MONTGOMERY, AL 36104

Court Appearance Date and Time: **5/20/2011   8:00 am**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

NO SIGNATURE REQUIRED
Pursuant to §32-1-4(a)

**RELEASED ON OWN RECOGNIZANCE**

COURT 005847

---

**COURT RECORD**

MUNICIPAL COURT OF RURAL MONTGOMERY   Ticket No. V3606054

Defendant: ALDRESS DONTAE MAURICE CARTER   Charge: 32-5-216

ORDERS OF THE COURT
Fine $ 20   Court Costs $ 0

Referred to JC

DISPOSITION DATE: MAY 7 2011

**COURT ACTION AND DISPOSITION**

UTC-6B

**ALIAS WARRANT**

**CITY OF MONTGOMERY**
Montgomery, Alabama

To Any Police Officer of the City of Montgomery, Alabama —
GREETINGS:

**BAIL SET AT $500.00**

| CASE NUMBER | UTC NUMBER | ALABAMA, COUNTY OF | OFFENSE DATE |
|---|---|---|---|
| 2011TRT020956 | 0000V3606054 | **Montgomery** | 04/19/2011 |

| FIRST)        (MIDDLE/MAIDEN)        (LAST) | (STATE) | DRIVER'S LICENSE NUMBER |
|---|---|---|
| ALDARESS DONTAE MAURICE CARTER | AL | 7866257 |

| (STREET) | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|
| 6078 LITTLE LN | M | B | ▇▇▇▇▇ |

| (CITY)        (STATE)        ZIP |
|---|
| MONTGOMERY   AL   36117 |

| VEHICLE TAG NUMBER | STATE | YEAR | VEHICLE DESCRIPTION – YEAR, MAKE, TYPE |
|---|---|---|---|
| 86670AZ | AL | 2011 | 1994 FORD  CVC |

| OFFENSE DESCRIPTION | ADDRESS | PHONE |
|---|---|---|
| **IMPROPER MUFFLER** | Montgomery Municipal Court STREET:  P.O. BOX 159 CITY:    Montgomery, AL 36101-0159 | (334) 241-2776 |

| COURT ORI NUMBER | FAILED TO APPEAR |
|---|---|
| **AL003011J** | 05/20/2011 |

**YOU ARE COMMANDED FORTHWITH TO ARREST** the above named subject to answer said charge in violation of Chapter 1, Section 9 of the Code of the City of Montgomery, 1980, and commit him/her to jail, unless he/she gives bail to answer such charge, and that you return this writ according to law.

WITNESS MY HAND THIS DAY:

| JUDGE/CLERK SIGNATURE | 05/26/2011 |
|---|---|
| | DATE |

COURT 005848

CASE NO.

CASE NO. 2011TRT020956

MUNICIPAL COURT
of Montgomery, Alabama

# ALIAS

THE CITY
vs.

ALDARESS DONTAE MAURICE CARTER

Executed by: _____

This _____ day of _____ , ___

COURT 005849

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL

vs.

**AL DARESS CARTER**
3350 FOUNTAIN COURT APT C
MONTGOMERY, AL 36116
DOB:

10TRT094804, 11TRT16671,
11TRT20957, 1
12TRT033859, 12TRT033860, 12TRT04

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: Karen Knight, Judge of the Municipal Court of Montgomery, AL, comes now _____
_____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I. On or about the 27th day of May, 2011 the above named defendant was placed on probation
by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
amended, for a period of 24 months and 145 days for the offense of
**3 cnts of No Proof Insurance, No Seat Belt, Improper Muffler, Improper Lane, No Seat Belt, 2
cnts of No Insurance**

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
statement of the conditions of said probation was signed and executed by the Defendant and the
Defendant was specifically instructed regarding the special provisions of said probation by
**Judge Karen Knight**

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
failed to:

Report to the probation agent as directed:
7/29/2011, 8/8/2011, 9/27/2011, 10/7/2011, 10/10/2011, 10/21/2011, 10/31/2011, 11/4/2011, 11/14/2011, 11/22/2011, 11/29/2011, 12/13/2011,
12/19/2011, 12/26/2011, 12/30/2011, 1/13/2012, 1/30/2012, 2/10/2012, 2/22/2012, 2/29/2012, 3/15/2012, 3/23/2012, 3/27/2012, 3/29/2012, 4/10/2012,
5/7/2012, 5/29/2012, 6/7/2012, 6/11/2012, 6/22/2012, 6/29/2012, 7/6/2012, 7/16/2012, 7/13/2012, 7/20/2012, 7/27/2012, 8/9/2012, 8/16/2012,
8/14/2012, 8/27/2012, 8/31/2012, 9/7/2012, 9/18/2012, 9/24/2012, 9/29/2012, 10/4/2012, 10/12/2012, 10/22/2012, 10/26/2012, 10/31/2012, 11/1/2012,
11/6/2012, 11/9/2012, 11/15/2012, 11/26/2012, 11/06/2012

Make payments of fines, costs, restitution and other court ordered monies:       **Due $1,195.00**
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: **Due $217.00**
                                                                        **Total Due  $1,412.00**

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.
    WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

**City Prosecutor**                                    **Probation Agent - 12/6/2012**

### ORDER

    It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.
    NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine whether the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probationary sentence revoked and the original sentence of the Court imposed.
    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on
this case until a resolution is decided.

**Municipal Court Judge**                          **Court Date: 1/30/2013**

**Court Clerk / Magistrate**

CARTER 005850

| State of Alabama<br>Unified Judicial System<br>Report #:    11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>**2011TRT020956** |
|---|---|---|

IN THE **MUNICIPAL** _____     COURT OF **MONTGOMERY**, ALABAMA _____
<br>_____(Circuit, District, or Municipal)_____         _____(Name of Municipality or County)_____

☐ STATE OF ALABAMA
<br>☒ MUNICIPALITY OF     **MONTGOMERY** _____ v.   **ALDARESS DONTAE MAURICE CARTER** _____
<br>_____, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
<br>**IMPROPER MUFFLER**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014 _____     _____
<br>Date                                                        Judge/Magistrate

## CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_____, _2014____
<br>at _0020__ o'clock _A_ .M. and, as directed, took him or her immediately before the court.

Remarks

_____
<br>Officer's Signature

## DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | | Telephone Number<br>████████ | |
|---|---|---|---|---|

| Social Security Number<br>████████ | Date of Birth<br>████████ | Age<br>**25** | Race<br>**B** | Sex<br>**M** | Height<br>**6.02** |
|---|---|---|---|---|---|

| Weight<br>**180** | Hair<br>**BLK** | Eyes<br>**BRN** | Other | | |
|---|---|---|---|---|---|

| Address<br>**6078 LITTLE LANE** | City<br>**MONTGOMERY** | State<br>**AL** | Zip Code<br>**36117** |
|---|---|---|---|

| Name of Employer | | Employer's Telephone Number | |
|---|---|---|---|

| Address Of Employer | City | State | Zip Code |
|---|---|---|---|

COURT 005851

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ▮▮▮▮▮▮▮

DOB: ▮▮▮▮▮   Sex:   M   Race:   B

**MONTGOMERY MUNICIPAL COURT**

_____ Magistrate/Clerk

01·25·14  Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Caplas Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_**TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:**_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$0.00**

**-AND/OR-**

DEFENDANT **MAY** PAY FINES AND COSTS OF _____ **$1,301.00**   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$1,500.00**

**-AND/OR-**

DEFENDANT **MUST** PAY FINES AND COSTS OF _____ **$1,829.00**   OR MUST **POST CASH BOND** IN THE AMOUNT OF _____ **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

COURT 005852

**MANDATORY TIME RELEASE DATE:** \_\_\_\_
**COMMUTED TIME RELEASE DATE:** \_\_\_\_

THIS REPORT CREATED:
1/27/2014 10:22 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697
NAME: ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX: M          DOB: ████████          SSN: ████████
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|    | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|----|-------------------|--------|---------------------------|
| 1  | NO INSURANCE | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2  | NO INSURANCE | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3  | IMPROPER LIGHTS | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4  | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5  | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6  | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7  | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8  | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9  | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 | | | |
| 12 | | | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13 | | | |
| 14 | | | |
| 15 | | | |

COURT 005853

Defendant's Name:   **CARTER, ALDARESS**

Social Security Number: ~~[redacted]~~

DOB: ~~[redacted]~~        Sex:   **M**   Race:   **B**

**MONTGOMERY MUNICIPAL COURT**

Magistrate/Clerk

01·25·14   Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

***TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:***

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF _____ **$1,301.00**   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF _____ **$1,829.00**   OR **MUST POST CASH BOND** IN THE AMOUNT OF _____ **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

36 Days

COURT 005854



# Booking Card

## Carter, Aldarass

| | | |
|---|---|---|
| **Print Date/Time:** | 01/25/2014 03:13 | Montgomery Police Department |
| **Login ID:** | ddubose | **ORI Number:** AL0030100 |



*2014-00000697*

| | | | | | |
|---|---|---|---|---|---|
| **Booking #:** | 2014-00000697 | **Booking Date/Time:** | 01/25/2014 00:33 | | |
| **Jacket #:** | 123440 | **Inmate #:** | | | |
| **Address:** | 6078 LITTLE LN | | | | |
| | MONTGOMERY, AL 36117 | | | | |
| **Phone #:** | | **DOB:** | | **Race:** | Black |
| **SSN:** | BLK | **Age:** | 25 | **Sex:** | Male |
| **Hair Color:** | BLK | **Eyes:** | BRO | **Height:** | 6ft 2 in | | **Weight:** 180.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Prisoner Type:** | CTYP | **Incarceration Reason:** | Arrest | | | |
| **Facility:** | MMCF Main | **Pod/Block:** 6 | | **Cell:** 6A | | **Bed:** 14 |

**Charge:**
AL0030100      0C23Z      C327A16                    COMM. Fail Possess/Display Ins (1st Offense)

| | | | |
|---|---|---|---|
| **Offense/Charge Date:** 01/25/2014 03:02 | **Warrant Number:** 2012TRT072918 | **Court Date/Time:** |
| **Case Tracking ORI:** | **Case Tracking #:** | **Docket Number:** |
| **Bond/Ball Set Type:** | **Bond/Ball Set Date:** | **Bond/Ball Set Amt:** |
| **Bond Posted By:** | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** No | | |

**Charge:**
AL0030100      0C23Z      C327A16                    COMM. Fail Possess/Display Ins (1st Offense)

| | | | |
|---|---|---|---|
| **Offense/Charge Date:** 01/25/2014 03:02 | **Warrant Number:** 2012TRT071126 | **Court Date/Time:** |
| **Case Tracking ORI:** | **Case Tracking #:** | **Docket Number:** |
| **Bond/Ball Set Type:** | **Bond/Ball Set Date:** | **Bond/Ball Set Amt:** |
| **Bond Posted By:** | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** No | | |

**Charge:**
AL0030100      0C23Z      C25180A                    COMM. Improper Lights

| | | | |
|---|---|---|---|
| **Offense/Charge Date:** 01/25/2014 03:02 | **Warrant Number:** 2012TRT071101 | **Court Date/Time:** |
| **Case Tracking ORI:** | **Case Tracking #:** | **Docket Number:** |
| **Bond/Ball Set Type:** | **Bond/Ball Set Date:** | **Bond/Ball Set Amt:** |
| **Bond Posted By:** | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** No | | |

**Charge:**
AL0030100      0C23Z      C327A16                    COMM. Fail Possess/Display Ins (1st Offense)

| | | | |
|---|---|---|---|
| **Offense/Charge Date:** 01/25/2014 03:02 | **Warrant Number:** 2012TRT040632 | **Court Date/Time:** |
| **Case Tracking ORI:** | **Case Tracking #:** | **Docket Number:** |
| **Bond/Ball Set Type:** | **Bond/Ball Set Date:** | **Bond/Ball Set Amt:** |
| **Bond Posted By:** | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** No | | |

**Charge:**
AL0030100      0C23Z      C327A16                    COMM. Fail Possess/Display Ins (1st Offense)

| | | | |
|---|---|---|---|
| **Offense/Charge Date:** 01/25/2014 03:02 | **Warrant Number:** 2012TRT033860 | **Court Date/Time:** |
| **Case Tracking ORI:** | **Case Tracking #:** | **Docket Number:** |
| **Bond/Ball Set Type:** | **Bond/Ball Set Date:** | **Bond/Ball Set Amt:** |
| **Bond Posted By:** | **Bond Post Date:** | **Bond Post Amt:** |
| **Severest:** No | | |

Page: 1 of 3

1-27-14



**Receipt of Transaction**
**Receipt # 2014005863**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LANE
MONTGOMERY, AL 36117

Cashiered by: TSMITH on 1/28/2014 9:32:41AM
Transaction # 1376460

---

**CASE NUMBER: 2011TRT020956   CHARGE: IMPROPER MUFFLER   CITATION: V3606054**

**CITY OF MONTGOMERY** *VS* **ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (WAF2) $32.00 ALIAS WARRANT FEE | 27.00 | 0.00 | 27.00 | 27.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 7.00 | 9.00 |
| (TRAF) TRAFFIC FINES | 20.00 | 0.00 | 20.00 | 20.00 | 0.00 |
| **Total** | **63.00** | **0.00** | **63.00** | **54.00** | |

Balance

---

**CASE NUMBER: 2011TRT016672   CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)   CITATION: N4182608**

**CITY OF MONTGOMERY** *VS* **ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | 129.00 | 10.00 | 119.00 | 119.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| **Total** | **179.00** | **10.00** | **169.00** | **169.00** | **0.00** |

---

**CASE NUMBER: 2012TRT033859   CHARGE: SEAT BELT VIOLATION   CITATION: V4894558**

**CITY OF MONTGOMERY** *VS* **ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 36.00 | 0.00 | 36.00 | 0.00 | 36.00 |
| **Total** | **36.00** | **0.00** | **36.00** | **0.00** | **36.00** |

---

**CASE NUMBER: 2012TRT033860   CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)   CITATION: V4894559**

Page 1 of 2



## Receipt of Transaction
### Receipt # 2014005863

Kenneth H. Nixon Jr.
Clerk of Court
Montgomery, ALABAMA

**CITY OF MONTGOMERY** *VS* **ALDARESS DONTAE MAURICE CARTER**

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 0.00 | 129.00 | 129.00 | 0.00 |
| | **Total** | **229.00** | **0.00** | **229.00** | **229.00** | **0.00** |
| | **Grand Total** | **507.00** | **10.00** | **497.00** | **452.00** | **45.00** |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CASH | | OK | 452.00 | 0.00 | 0.00 | 0.00 | 452.00 |
| | | | **452.00** | **0.00** | **0.00** | **0.00** | **452.00** |

Page 2 of 2

COURT 005857

| State of Alabama<br>Unified Judicial System<br><br>Form C-42          Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2014-0697 |

IN THE _____ **MUNICIPALITY** _____ COURT OF _____ **MONTGOMERY** _____ , ALABAMA
             (Circuit, District, or Municipal)                          (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.      <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.


Date: 01/28/2014        _Qrinella L. Dav_                By: <u>PLDAVIS</u>
                              Judge/Clerk


COURT RECORD (Original)      JAILER (Copy)        DEFENDANT (Copy)

COURT 005858

FORM UTC
REV 5.10
ELECTRONIC CITATION

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO.
**20957**
YEAR    NUMBER

| ALABAMA, COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| MONTGOMERY | RURAL MONTGOMERY | V3606055 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about   Date **4/19/2011**   at approx Time **5:49 pm**

TYPE VEHICLE
**PRIVATE**

| First Name | Middle/Maiden    Last | Suffix |
|---|---|---|
| ALDARESS | DONTAE MAURCARTER | |

Address
**6078 LITTLE LN**

| City | State | Zip Code |
|---|---|---|
| MONTGOMERY | AL | 36117 |

| State | Driver's License Number | Class of License |
|---|---|---|
| AL | 7886257 | D |

| Sex | Race | DOB | Social Security Number | Driver's License in Possession? |
|---|---|---|---|---|
| M | B | ~~blacked out~~ | ~~blacked out~~ | YES |

| Height | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| 6' 2" | 180 lbs. | BRN | BLK | 86670AZ | AL | 2011 |

Vehicle Description (year, make, model, color)
**1994   FORD   CROWN VICTOR   WHITE**

Owner of Vehicle
**DRIVER**

Employer/Owner of Vehicle (Address)
**6078 LITTLE LN / MONTGOMERY, AL 36117-0000**

Did unlawfully operate a motor vehicle or other vehicle at or near McGehee Rd within the police jurisdiction of RURAL MONTGOMERY at or near Fisk Rd in violation of Municipal Ordinance Number 125.79 duly adopted and in force at the time the offense was committed adopting 32-7A-16(1).

| Statute | UCR Code | Mile No. | Road Cd |
|---|---|---|---|
| 32-7A-16(1) | | | |

Described
**OPER VEH W/O INSURANCE**

| Details | | MPH | Speed Limit |
|---|---|---|---|
| | | | BAC |

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)
The following officer(s) assisted with this ticket: K. Berry

Crash Involved:   **NO**

Companion Case:
**None**

| Officer Name | Officer ID | Agency ORI |
|---|---|---|
| Stephen K Youngblood, Jr. | sy2148 | AL0030100 |

Complainant's Signature

Sworn to and acknowledged before me this date   **4/20/11**   Signature and Title   Judge/Magistrate

**MUNICIPAL COURT OF RURAL MONTGOMERY**   334-241-2465
MONTGOMERY MUNICIPAL COURTHOUSE
320 NORTH RIPLEY ST
MONTGOMERY, AL 36104

COURT APPEARANCE INFORMATION   Case:

Court Appearance Date and Time
**5/20/2011   8:00 am**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

**NO SIGNATURE REQUIRED**
Pursuant to §32-1-4(a)

Defendant's Phone

**RELEASED ON OWN RECOGNIZANCE**

COURT 005859

*(vertical text)* V3606055   ALDARESS CARTER

---

| Court ORI | | | COURT CASE NUMBER |
|---|---|---|---|
| AL | | | |

**COURT RECORD**

YEAR    NUMBER

MUNICIPAL COURT OF RURAL MONTGOMERY   TICKET NUMBER   **V3606055**

DEFENDANT'S NAME
**ALDARESS DONTAE MAURICE CARTER**

CHARGE
**32-7A-16(1)**

| | M | D | Y | REASON |
|---|---|---|---|---|
| CONTINUED TO | | | | |
| 2ND CONTINUANCE | M | D | Y | REASON |

| | UTC#  MAILED | NEW COURT DATE | UTC-8B ISSUED | UTC-8B CLEARANCE |
|---|---|---|---|---|
| | M    Y | M    Y | M    Y | M    Y |

| | WARRANT ISSUED | BOND SET $ | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|---|
| | M    Y | CASH DEPOSITED $ | M    Y | M    Y |

| | CONDITIONAL BOND FORFEITURE ORDER ISSUED | BOND FORFEITURE ORDERED FINAL | |
|---|---|---|---|
| | M    Y | M    Y | |

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel | ☐ Voluntarily waived counsel |
|---|---|---|---|
| | | | ☐ Defendant found indigent, counsel appointed |

TYPE OF DEFENDANT (CHECK ONE)   ☐ 1 Guilty as charged   ☐ 2 Guilty of   ☐ 3 Not Guilty

ADJUDICATION (CHECK ONE)   1 ☐ Guilty as charged   2 ☐ Not guilty
☐ Guilty of   4 ☐ Nol prossed   5 ☐ Dismissed

**ORDERS OF THE COURT**

| FINE $   50 | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

| | | ADDITIONAL PENALTIES / FEES / COSTS |
|---|---|---|

| HEAD INJURY DUI $ | CRIME HISTORY DUI $ | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $   27 |
|---|---|---|

| HOUSING AND MAINTENANCE $ | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENT PLAN $ |
|---|---|---|---|

| ☐ JAILED | M    D    Y | ☐ RELEASED | M    D    Y | LOCATION |
|---|---|---|---|---|
| ☐ SENTENCE SUSPENDED | DAYS | ☐ PROBATION | DAYS   MONTHS | ☐ COMMUNITY SERVICE |
| | DAYS   MONTHS | | DAYS   MONTHS | DAYS   MONTHS |

| ☐ TRAFFIC SAFETY EVALUATION | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED |
|---|---|---|
| COURT ORDERED LICENSE SUSPENSION | LICENSE SURRENDERED TO COURT: | RECEIVED BY |
| ☐ CONSECUTIVE | | |
| DAYS   MONTHS | ☐ CONCURRENT | M    D    Y |

CONFIDENTIAL: ☐ NO  ☐ YES   ☐ JUVENILE   ☐ YOUTHFUL OFFENDER

**Referred to JCS**

| DISPOSITION DATE   MAY 2 6 2011   Y | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| CASE APPEALED | APPEAL DATE   M  D  Y | CIRCUIT COURT CASE NUMBER |

| ARRESTING AGENCY (TYPE OF ARREST)   ☐ STATE  ☐ COUNTY  ☐ MUNICIPAL |
|---|

| LICENSE DENIED OR TAKEN | RECEIPT # | AMOUNT | DATE |
|---|---|---|---|
| | | | M    D    Y |
| NAME AND TITLE | | | |

| LICENSE ATTACHED  ☐ YES  ☐ NO | DPS RECEIVED LICENSE  ☐ YES  ☐ NO | |
|---|---|---|

**COURT ACTION AND DISPOSITION**

**ALIAS WARRANT**

UTC-6B

**CITY OF MONTGOMERY**
Montgomery, Alabama

To Any Police Officer of the City of Montgomery, Alabama ---
GREETINGS:

**BAIL SET AT $500.00**

CASE NO.

| CASE NUMBER | UTC NUMBER | ALABAMA, COUNTY OF | OFFENSE DATE |
|---|---|---|---|
| 2011TRT020957 | 0000V3606055 | **Montgomery** | 04/19/2011 |

| FIRST) (MIDDLE/MAIDEN) (LAST) | (STATE) | DRIVER'S LICENSE NUMBER |
|---|---|---|
| ALDARESS DONTAE MAURICE CARTER | AL | 7866257 |

| (STREET) | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|
| 6078 LITTLE LN | M | B | ~~████~~ |

| (CITY) (STATE) ZIP |
|---|
| MONTGOMERY   AL   36117 |

| VEHICLE TAG NUMBER | STATE | YEAR | VEHICLE DESCRIPTION – YEAR, MAKE, TYPE |
|---|---|---|---|
| 86670AZ | AL | 2011 | 1994 FORD CVC |

| OFFENSE DESCRIPTION | ADDRESS | PHONE |
|---|---|---|
| **FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)** | Montgomery Municipal Court<br>STREET: P.O. BOX 159<br>CITY:   Montgomery, AL 36101-0159 | (334)<br><br>241-2776 |

| COURT ORI NUMBER | FAILED TO APPEAR |
|---|---|
| **AL003011J** | 05/20/2011 |

**YOU ARE COMMANDED FORTHWITH TO ARREST** the above named subject to answer said charge in violation of Chapter 1, Section 9 of the Code of the City of Montgomery, 1980, and commit him/her to jail, unless he/she gives bail to answer such charge, and that you return this writ according to law.

| WITNESS MY HAND THIS DAY: | _(signature)_ | 05/26/2011 |
|---|---|---|
| | JUDGE/CLERK SIGNATURE | DATE |

COURT 005860

CASE NO. 2011TRT020957

MUNICIPAL COURT
of Montgomery, Alabama

# ALIAS

THE CITY
vs.

ALDARESS DONTAE MAURICE CARTER

Executed by:

This _____ day of _____ , ____

COURT 005861

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL
vs.

**ALDARESS CARTER**
3344 FOUNTAIN COURT APT C
MONTOOMERY, AL 36116
DOB:

10TRT094804, 11TRT16671, 11TRT16672,
11TRT20956, 11TRT20957, 11TRT22958,
12TRT033859, 12TRT033860, 12TRT04063

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: **Karen Knight**, Judge of the Municipal Court of Montgomery, AL, comes now _____
_____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I. On or about the **27th** day of **May, 2011** the above named defendant was placed on probation
by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
amended, for a period of **24 months and 145 days** for the offense of
**3 cnts of No Proof Insurance, No Seat Belt, Improper Muffler, Improper Lane, No Seat Belt, 2
cnts of No Insurance**

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
statement of the conditions of said probation was signed and executed by the Defendant and the
Defendant was specifically instructed regarding the special provisions of said probation by
**Judge Karen Knight**

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
failed to:

Report to the probation agent as directed:
7/29/2011, 8/8/2011, 9/27/2011, 10/7/2011, 10/18/2011, 10/21/2011, 10/31/2011, 11/4/2011, 11/14/2011, 11/22/2011, 11/30/2011, 12/13/2011,
12/15/2011, 12/20/2011, 12/30/2011, 1/13/2012, 1/30/2012, 2/10/2012, 2/22/2012, 2/29/2012, 3/15/2012, 3/23/2012, 3/27/2012, 3/29/2012, 4/20/2012,
4/5/2012, 5/30/2012, 6/7/2012, 6/11/2012, 6/22/2012, 6/28/2012, 7/6/2012, 7/10/2012, 7/13/2012, 7/20/2012, 7/27/2012, 8/7/2012, 8/10/2012,
8/14/2012, 8/22/2012, 8/31/2012, 9/7/2012, 9/18/2012, 9/24/2012, 9/29/2012, 10/4/2012, 10/12/2012, 10/22/2012, 10/26/2012, 10/31/2012, 11/1/2012,
11/5/2012, 11/9/2012, 11/16/2012, 11/26/2012

Make payments of fines, costs, restitution and other court ordered monies;  **Due $1,195.00**
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: Due **$217.00**
**Total Due $1,412.00**

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.

WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

_Cynthia Moore_

**City Prosecutor**                    **Probation Agent - 12/6/2012**

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.

NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine if the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probationary sentence revoked and the original sentence of the Court imposed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on
this case until a resolution is decided.

**Defendant Failed to Appear:**
~~Issue Warrant of Arrest~~

_____
**Municipal Court Judge**          **Court Date:** 1/30/2013

_____
**Court Clerk / Magistrate**              **Date**

COURT 005862

| State of Alabama<br>Unified Judicial System<br>Report #:   11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>**2011TRT020957** |
|---|---|---|

IN THE **MUNICIPAL** _____  COURT OF **MONTGOMERY**, ALABAMA _____

*(Circuit, District, or Municipal)*  *(Name of Municipality or County)*

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF  **MONTGOMERY** _____  v. **ALDARESS DONTAE MAURICE CARTER** _____

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014 _____

Date

_____
Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, ___1-25___ , ___2014___
at ___0020___ o'clock A.M. and, as directed, took him or her immediately before the court.

Remarks

_____
Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | Telephone Number<br>▬▬▬▬▬ |
|---|---|

| Social Security Number<br>▬▬▬▬▬ | Date of Birth | Age<br>25 | Race<br>B | Sex<br>M | Height<br>6.02 |
|---|---|---|---|---|---|

| Weight<br>180 | Hair<br>BLK | Eyes<br>BRN | Other |
|---|---|---|---|

| Address<br>6078 LITTLE LANE | City<br>MONTGOMERY | State<br>AL | Zip Code<br>36117 |
|---|---|---|---|

| Name of Employer | Employer's Telephone Number |
|---|---|

| Address Of Employer | City | State | Zip Code |
|---|---|---|---|

COURT 005863

Defendant's Name:   **CARTER, ALDARESS**

Social Security Number: ~~████████~~

DOB: ~~████████~~        Sex:   **M**   Race:   **B**

**MONTGOMERY MUNICIPAL COURT**

_Magistrate/Clerk_

01·25·14   _Date Served_

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 _Cash Bail Only_ - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF        **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF     **$1,301.00**    OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF     **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF     **$1,829.00**    OR MUST **POST CASH BOND** IN THE AMOUNT OF     **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

COURT 005864

**MANDATORY TIME RELEASE DATE:** _____
**COMMUTED TIME RELEASE DATE:** _____

**THIS REPORT CREATED:**
1/27/2014 10:22 AM
**REVISION #:**

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697

NAME:ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX:M          DOB: ████          SSN: ████
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|     | CHARGE DESCRIPTION       | CASE #          | COURT DISPOSITION OF CASE                        |
|-----|--------------------------|-----------------|--------------------------------------------------|
| 1   | NO INSURANCE             | 2012TRT072918   | $237.00 TO PAY 05/06/2014                         |
| 2   | NO INSURANCE             | 2012TRT071126   | $237.00 TO PAY 05/06/2014                         |
| 3   | IMPROPER LIGHTS          | 2012TRT071101   | $207.00 TO PAY 05/06/2014                         |
| 4   | NO INSURANCE             | 2012TRT040632   | $279.00 COMMUTED                                  |
| 5   | NO INSURANCE             | 2012TRT033860   | $229.00 COMMUTED                                  |
| 6   | SEAT BELT VIOLATION      | 2012TRT033859   | $36.00 COMMUTED                                   |
| 7   | NO SIGNAL                | 2011TRT020958   | $149.00 COMMUTED                                  |
| 8   | NO INSURANCE             | 2011TRT020957   | $179.00 COMMUTED                                  |
| 9   | IMPROPER MUFFLER         | 2011TRT020956   | $63.00 COMMUTED                                   |
| 10  | NO INSURANCE             | 2011TRT016672   | $169.00 COMMUTED                                  |
| 11  |                          |                 |                                                  |
| 12  |                          |                 | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY      |
| 13  |                          |                 |                                                  |
| 14  |                          |                 |                                                  |
| 15  |                          |                 |                                                  |

COURT 005865

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ▇▇▇▇▇▇▇

DOB: ▇▇▇▇▇▇   Sex: **M**   Race: **B**

**MONTGOMERY MUNICIPAL COURT**

Magistrate/Clerk

01·25·14   Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF _____ **$1,301.00**   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF _____ **$1,829.00**   OR MUST **POST CASH BOND** IN THE AMOUNT OF _____ **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**   36 Days

COURT 005866



# Booking Card

## Carter, Aldaress

| | |
|---|---|
| **Print Date/Time:** 01/25/2014 03:13 | **Montgomery Police Department** |
| **Login ID:** ddubose | **ORI Number:** AL0030100 |



*2014-00000697*

| | | | |
|---|---|---|---|
| **Booking #:** 2014-00000697 | **Booking Date/Time:** 01/25/2014 00:33 | | |
| **Jacket #:** 123440 | **Inmate #:** | | |
| **Address:** 6078 LITTLE LN | | | |
| MONTGOMERY, AL 36117 | | | |
| **Phone #:** | **DOB:** | **Race:** Black | |
| **SSN:** | **Age:** 25 | **Sex:** Male | |
| **Hair Color:** BLK | **Eyes:** BRO | **Height:** 6ft 2 in | **Weight:** 180.0 |

| | | | | |
|---|---|---|---|---|
| **Prisoner Type:** CTYP | **Incarceration Reason:** Arrest | | | |
| **Facility:** MMCF Main | **Pod/Block:** 6 | **Cell:** 6A | **Bed:** 14 |

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT072918   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                     **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                         **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**           No

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT071126   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                     **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                         **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**           No

**Charge:**
AL0030100        0C23Z        C25180A                    COMM. Improper Lights
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT071101   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                     **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                         **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**           No

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT040632   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                     **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                         **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**           No

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT033860   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                     **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                         **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**           No

Page: 1 of 3

1-27-14

Municipal Court
**City of Montgomery**
320 North Ripley Street
Montgomery, AL 36104

---

### IN THE MUNICIPAL COURT OF MONTGOMERY, ALABAMA
### MUNICIPALITY OF MONTGOMERY
### V.
### ALDARESS DONTAE MAURICE CARTER, DEFENDANT

Tuesday, January 28, 2014

To the Defendant of the Case listed below:

| Case# | Officer | Attorney | Balance Due | Court Date |
|-------|---------|----------|-------------|------------|
| 2011TRT020957 | STEPHEN KIRK YOUNGBLOOD .IR FAIL POSSESS/DISPLAY INS. (1ST OFFENSE) | | $179.00 | |

The above case has been continued on the court docket to the time specified.

(Please bring this order with you.)

Montgomery Municipal Court

COURT 005868

| State of Alabama<br>Unified Judicial System<br><br>Form C-42                     Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2014-0697 |

IN THE          **MUNICIPALITY**          COURT OF          **MONTGOMERY**          **ALABAMA**
<br>                        (Circuit, District, or Municipal)                                (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF CITY OF MONTGOMERY v.          ALDARESS DONTAE MAURICE CARTER

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release   PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.

Date: 01/28/2014          _Priscilla L. Dav_          By: PLDAVIS
<br>                                Judge/Clerk

COURT RECORD (Original)          JAILER (Copy)          DEFENDANT (Copy)

COURT 005869

FORM UTC
REV 5.18
ELECTRONIC CITATION

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

20958

| YEAR | NUMBER |

**COURT RECORD**

| COURT CASE NUMBER |
| YEAR | NUMBER |

| ALABAMA, COUNTY OF | CITY | TICKET NUMBER |
| MONTGOMERY | RURAL MONTGOMERY | V3606056 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about **4/19/2011** Date at approx Time **5:49 pm**

TYPE VEHICLE: **PRIVATE**

**MUNICIPAL COURT OF RURAL MONTGOMERY**

| TICKET NUMBER | V3606056 |

DEFENDANTS NAME: **ALDARESS DONTAE MAURICE CARTER**

CHARGE: **32-5A-133**

| First Name | Middle/Maiden | Last | Suffix |
| ALDARESS | DONTAE MAURCARTER | | |

Address: **6078 LITTLE LN**

| City | State | Zip Code |
| MONTGOMERY | AL | 36117 |

| State | Driver's License Number | Class of License |
| AL | 7866257 | D |

| Sex | Race | DOB | Social Security Number | Driver's License in Possession? | YES |
| M | B | | | |

| Height | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
| 6' 2" | 180 lbs. | BRN | BLK | 86670AZ | AL | 2011 |

Vehicle Description (year, make, model, color)
| 1994 | FORD | CROWN VICTOR | WHITE | Owner of Vehicle: DRIVER |

Employer/Owner of Vehicle (Address): **6078 LITTLE LN / MONTGOMERY, AL 36117-0000**

Did unlawfully operate a motor vehicle or other vehicle at or near McGehee Rd within the police jurisdiction of RURAL MONTGOMERY at or near Fisk Rd in violation of Municipal Ordinance Number 125.79 duly adopted and in force at the time the offense was committed adopting 32-5A-133.

| Statute | UCR Code | Mile No. | Road Cd |
| 32-5A-133 | | | |

Described: **LANE CHANGE W/O PROPER SIGNAL**

| Details | MPH | Speed Limit | BAC |

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)
The following officer(s) assisted with this ticket: S.O. Berry

Crash Involved: NO
Companion Case: None

| Officer Name | Officer ID | Agency ORI |
| Stephen K Youngblood, Jr. | sy2148 | AL0030100 |

Complainant's Signature

Sworn to and acknowledged before me this date 4/20/11

MUNICIPAL COURT OF RURAL MONTGOMERY
MONTGOMERY MUNICIPAL COURTHOUSE
320 NORTH RIPLEY ST
MONTGOMERY, AL 36104

334-241-2465

Court Appearance Date and Time: **5/20/2011  8:00 am**

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

| Defendant's Phone |

**NO SIGNATURE REQUIRED**
Pursuant to §32-1-4(a)

**RELEASED ON OWN RECOGNIZANCE**

**ORDERS OF THE COURT**

**COURT ACTION AND DISPOSITION**

DISPOSITION DATE: MAY 2 7 2011

COURT 005870

**ALIAS WARRANT**

UTC-6B

CASE NO.

**CITY OF MONTGOMERY**
Montgomery, Alabama

To Any Police Officer of the City of Montgomery, Alabama ---
GREETINGS:

**BAIL SET AT $500.00**

| CASE NUMBER | UTC NUMBER | ALABAMA, COUNTY OF | OFFENSE DATE |
|---|---|---|---|
| 2011TRT020958 | 0000V3606056 | **Montgomery** | 04/19/2011 |

| FIRST | (MIDDLE/MAIDEN) | (LAST) | (STATE) | DRIVER'S LICENSE NUMBER |
|---|---|---|---|---|
| ALDARESS DONTAE MAURICE CARTER | | | AL | 7866257 |

| (STREET) | SEX | RACE | DATE OF BIRTH |
|---|---|---|---|
| 6078 LITTLE LN | M | B | ▬▬▬▬ |

| (CITY) | (STATE) | ZIP |
|---|---|---|
| MONTGOMERY | AL | 36117 |

| VEHICLE TAG NUMBER | STATE | YEAR | VEHICLE DESCRIPTION – YEAR, MAKE, TYPE |
|---|---|---|---|
| 86670AZ | AL | 2011 | 1994 FORD CVC |

| OFFENSE DESCRIPTION | ADDRESS | PHONE |
|---|---|---|
| **FAILURE TO SIGNAL/TURNING WITHOUT SIGNALS** | Montgomery Municipal Court STREET: P.O. BOX 159 CITY: Montgomery, AL 36101-0159 | (334) 241-2776 |

| COURT ORI NUMBER | FAILED TO APPEAR |
|---|---|
| AL003011J | 05/20/2011 |

**YOU ARE COMMANDED FORTHWITH TO ARREST** the above named subject to answer said charge in violation of Chapter 1, Section 9 of the Code of the City of Montgomery, 1980, and commit him/her to jail, unless he/she gives bail to answer such charge, and that you return this writ according to law.

| WITNESS MY HAND THIS DAY: | | 05/26/2011 |
|---|---|---|
| | JUDGE/CLERK SIGNATURE | DATE |

COURT 005871

CASE NO. 2011TRT020958

MUNICIPAL COURT
of Montgomery, Alabama

# ALIAS

THE CITY
vs.

ALDARESS DONTAE MAURICE CARTER

Executed by: _____

This _____ day of _____, 20___

COURT 005872

*Pg 2*

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**
VS.
*Carter, Aldaress*
**DEFENDANT**

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
( X ) Imposition of sentence      (X) Payment of Fine /Restitution      (X) Payment of Court Costs
and that the Defendant be placed on probation for *24* months or until *17* day of *May* 20 *13*,
upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling $ *1,121* at the rate of $ *140* per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| TRT20958 | Imp lane Change | | | 126 | |
| TRT16691 | Seat Belt Violation | | | 53 | |
| | | | | | |
| | | | | | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim_____      Sum $_____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve  ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____

(12) ( ) Return to court on:_____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**
Signed this the *17* day of *May*, 20 *11*.      _____
                                    HONORABLE KAREN KNIGHT
                                    MONTGOMERY, AL  MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
                                    JCS (334) 262-0558
Signed_____ Date _____ Probation Officer *Martin*

Comments:_____      First Appointment *6/9/11 @ 2:00C*

| For JCS use only: ☐ Consecutive Case  ☐ Data Entry  ☐ Amended Order  ☐ Adjudication |
|---|

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL

vs.

**ALDARESS CARTER**
3344 FOUNTAIN COURT APT C
MONTGOMERY AL 36116
DOB:

10TRT094804, 11TRT16671, 11TRT16674
11TRT20956, 11TRT20957, 11TRT20958
12TRT033859, 12TRT033860, 12TRT040052

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: **Karen Knight**, Judge of the Municipal Court of Montgomery, AL, comes now
_____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I. On or about the **27th** day of **May, 2011** the above named defendant was placed on probation
by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
amended, for a period of **24 months and 145 days** for the offense of
**3 cts of No Proof Insurance, No Seat Belt, Improper Muffler, Improper Lane, No Seat Belt, 2
cts of No Insurance**

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
statement of the conditions of said probation was signed and executed by the Defendant and the
Defendant was specifically instructed regarding the special provisions of said probation by
**Judge Karen Knight**

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
failed to:

Report to the probation agent as directed:
7/29/2011, 8/8/2011, 9/27/2011, 10/7/2011, 10/20/2011, 10/21/2011, 10/31/2011, 11/4/2011, 11/14/2011, 11/22/2011, 11/30/2011, 12/13/2011,
12/19/2011, 12/30/2011, 12/30/2011, 1/13/2012, 1/30/2012, 2/10/2012, 2/21/2012, 2/29/2012, 3/19/2012, 3/23/2012, 3/27/2012, 3/30/2012, 4/10/2012,
5/1/2012, 5/29/2012, 6/7/2012, 6/11/2012, 6/22/2012, 7/6/2012, 7/10/2012, 7/13/2012, 7/20/2012, 7/27/2012, 8/3/2012, 8/10/2012,
8/14/2012, 8/22/2012, 8/31/2012, 9/7/2012, 9/18/2012, 9/24/2012, 9/28/2012, 10/4/2012, 10/12/2012, 10/22/2012, 10/26/2012, 10/31/2012, 11/1/2012,
11/5/2012, 11/7/2012, 11/19/2012, 11/30/2012, 11/30/2012

Make payments of fines, costs, restitution and other court ordered monies: **Due $1,195.00**
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: **Due $217.00**
**Total Due $1,412.00**

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.

WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

_____
**City Prosecutor**

Probation Agent - 12/6/2012

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.

NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine if the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probation and/or sentence revoked and the original sentence of the Court imposed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on
this case until a restitution is decided.

Defendant Failed to Appear;
Issue a Warrant of Arrest

_____
Municipal Court Judge

Court Date: **1/30/2013**

_____
Court Clerk / Magistrate

Date

COURT 005874

| State of Alabama<br>Unified Judicial System<br>Report #:     11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>**2011TRT020958** |
|---|---|---|

IN THE **MUNICIPAL** _____   COURT OF **MONTGOMERY**, ALABAMA

_(Circuit, District, or Municipal)_                    _(Name of Municipality or County)_

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF     **MONTGOMERY** _____     v.     **ALDARESS DONTAE MAURICE CARTER**

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**FAILURE TO SIGNAL/TURNING WITHOUT SIGNALS**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014
_____
Date

_Judge/Magistrate_

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_____, _2014_____
at _0020___ o'clock _A_ M. and, as directed, took him or her immediately before the court.

Remarks

_Officer's Signature_

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | | | Telephone Number<br>████████ | |
|---|---|---|---|---|---|

| Social Security Number<br>████████ | Date of Birth<br>████████ | Age<br>**25** | Race<br>**B** | Sex<br>**M** | Height<br>**6.02** |
|---|---|---|---|---|---|

| Weight<br>**180** | Hair<br>**BLK** | Eyes<br>**BRN** | Other | | |
|---|---|---|---|---|---|

| Address<br>**6078 LITTLE LANE** | City<br>**MONTGOMERY** | State<br>**AL** | Zip Code<br>**36117** |
|---|---|---|---|
| Name of Employer | | Employer's Telephone Number | |
| Address Of Employer | City | State | Zip Code |

COURT 005875

Defendant's Name: **CARTER, ALDARESS**
Social Security Number: ▮▮▮▮▮▮
DOB: ▮▮▮▮   Sex:   **M**   Race:   **B**

**MONTGOMERY MUNICIPAL COURT**
_____ Magistrate/Clerk
01·25·14   Date Served

## SECTION A
Alias Warrants - COURT OFFENSES ONLY (Defendant **MUST** Post Bail of Any Form)

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
Alias Warrants - NON-COURT OFFENSES (Defendant **MAY** Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
Capias Warrants - MANDATORY FINE ($500 *Cash Bail Only* - Or Defendant **MUST** Pay Out All Fines And Court Costs)

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

*TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:*

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$0.00**
**-AND/OR-**
DEFENDANT **MAY** PAY FINES AND COSTS OF _____ **$1,301.00**   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$1,500.00**
**-AND/OR-**
DEFENDANT **MUST** PAY FINES AND COSTS OF _____ **$1,829.00**   OR **MUST** POST CASH BOND IN THE AMOUNT OF _____ **$3,500.00**

(TOTAL PAYABLE): **$3,130.00**

COURT 005876

MANDATORY TIME RELEASE DATE: ____
COMMUTED TIME RELEASE DATE: ____

THIS REPORT CREATED:
1/27/2014 10:22 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697

NAME: ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX: M          DOB: ▆▆▆▆          SSN: ▆▆▆▆
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|     | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|-----|--------------------|--------|---------------------------|
| 1   | NO INSURANCE       | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2   | NO INSURANCE       | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3   | IMPROPER LIGHTS    | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4   | NO INSURANCE       | 2012TRT040632 | $279.00 COMMUTED |
| 5   | NO INSURANCE       | 2012TRT033860 | $229.00 COMMUTED |
| 6   | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7   | NO SIGNAL          | 2011TRT020958 | $149.00 COMMUTED |
| 8   | NO INSURANCE       | 2011TRT020957 | $179.00 COMMUTED |
| 9   | IMPROPER MUFFLER   | 2011TRT020956 | $63.00 COMMUTED |
| 10  | NO INSURANCE       | 2011TRT016672 | $169.00 COMMUTED |
| 11  |                    |        |                           |
| 12  |                    |        | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13  |                    |        |                           |
| 14  |                    |        |                           |
| 15  |                    |        |                           |

**Defendant's Name** CARTER, ALDARESS

**Social Security Number:** ~~█████████~~

**DOB:** ~~█████~~   **Sex:** M   **Race:** B

**MONTGOMERY MUNICIPAL COURT**

_Magistrate/Clerk_

01.25.14 _Date Served_

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:**

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ......... **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF ... **$1,301.00** OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ......... **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF ... **$1,829.00** OR MUST **POST CASH BOND** IN THE AMOUNT OF ......... **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

36 Days

COURT 005878



# Booking Card

Carter, Aldaress

| | | | |
|---|---|---|---|
| Print Date/Time: | 01/25/2014 03:13 | | Montgomery Police Department |
| Login ID: | ddubose | | ORI Number:  AL0030100 |



*2014-00000697*

| | | | | |
|---|---|---|---|---|
| Booking #: | 2014-00000697 | Booking Date/Time: | 01/25/2014 00:33 | |
| Jacket #: | 123440 | Inmate #: | | |
| Address: | 6078 LITTLE LN MONTGOMERY, AL 36117 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Phone #: | | DOB: | | Race: | Black | |
| SSN: | | Age: | 25 | Sex: | Male | |
| Hair Color: | BLK | Eyes: | BRO | Height: | 6ft 2 in | Weight: 180.0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prisoner Type: | CTYP | Incarceration Reason: | Arrest | | | | |
| Facility: | MMCF Main | Pod/Block: | 6 | Cell: | 6A | Bed: | 14 |

**Charge:**

| | | | | | | |
|---|---|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | | COMM. Fail Possess/Display Ins (1st Offense) | | |
| Offense/Charge Date: | 01/25/2014 03:02 | | Warrant Number: | 2012TRT072918 | Court Date/Time: | |
| Case Tracking ORI: | | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | | |

**Charge:**

| | | | | | | |
|---|---|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | | COMM. Fail Possess/Display Ins (1st Offense) | | |
| Offense/Charge Date: | 01/25/2014 03:02 | | Warrant Number: | 2012TRT071126 | Court Date/Time: | |
| Case Tracking ORI: | | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | | |

**Charge:**

| | | | | | | |
|---|---|---|---|---|---|---|
| AL0030100 | 0C23Z | C25180A | | COMM. Improper Lights | | |
| Offense/Charge Date: | 01/25/2014 03:02 | | Warrant Number: | 2012TRT071101 | Court Date/Time: | |
| Case Tracking ORI: | | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | | |

**Charge:**

| | | | | | | |
|---|---|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | | COMM. Fail Possess/Display Ins (1st Offense) | | |
| Offense/Charge Date: | 01/25/2014 03:02 | | Warrant Number: | 2012TRT040632 | Court Date/Time: | |
| Case Tracking ORI: | | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | | |

**Charge:**

| | | | | | | |
|---|---|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | | COMM. Fail Possess/Display Ins (1st Offense) | | |
| Offense/Charge Date: | 01/25/2014 03:02 | | Warrant Number: | 2012TRT033860 | Court Date/Time: | |
| Case Tracking ORI: | | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | | |

Page: 1 of 3

1-27-14

| State of Alabama<br>Unified Judicial System<br><br>Form C-42　　　　Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2014-0697 |
| --- | --- | --- |

IN THE　　**MUNICIPALITY**　　COURT OF　　**MONTGOMERY**　, ALABAMA
　　　　　　(Circuit, District, or Municipal)　　　　　　(Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.　　<u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release　PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.

Date: 01/28/2014　　　　*Priscilla L. Dav*　　　　By: <u>PLDAVIS</u>
　　　　　　　　　　　　　　Judge/Clerk

COURT RECORD (Original)　　　JAILER (Copy)　　　DEFENDANT (Copy)

COURT 005880

COURT 005881

FORM UTC
REV 4.2.11
ELECTRONIC CITATION

**ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT**

COURT CASE NO.
**2012TRT033859**
YEAR      NUMBER

| ALABAMA COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| MONTGOMERY | MONTGOMERY | V4894558 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 04/18/2012 at approx 08:53 pm

TYPE VEHICLE
**PRIVATE**

| First Name | Middle/Maiden | Last |
|---|---|---|
| ALDARESS | DONTAE MAURICE | CARTER |

Address
**6078 LITTLE LN**

| City | State | Zip Code |
|---|---|---|
| MONTGOMERY | AL | 36117 |

| State | Driver's License Number | Class of License |
|---|---|---|
| AL | 7866257 | D |

| Sex | Race | DOB | Social Security Number | Driver's License In Possession? YES |
|---|---|---|---|---|
| M | B | | | |

| Height | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| 74 | 180 | BRN | BLK | 86670AZ | AL | 2013 |

Vehicle Description (year, make, model, color)
**1994 FORD WHITE**

Owner of Vehicle

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle or other vehicle at or near within the city limits of in violation of Municipal Ordinance Number duly adopted and in force at the time the offense was committed adopting 32-5B-4.

| Statute | UCR Code | Mile No. | Road Cd |
|---|---|---|---|
| 32-5B-4 | | | |

Described
**NO SEAT BELT**

Details:
**0** MPH **0** Speed Limit BAC **0.00**

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)

Companion Case: ☐ NO
Crash Involved: ☐ NO

| Officer Name | Officer ID | Agency ORI |
|---|---|---|
| R L Fleming | 1656 | |

Complainant Signature
1656

Sworn to and acknowledged before me this DATE **04/22/2012**

Signature and Title Judge/Magistrate

Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104

COURT APPEARANCE INFORMATION
(334) 625-2776

Court Appearance Date and Time
May 23, 2012 1:00 pm

http://traffic.alacourt.gov

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(a)

Defendant's Phone

**RELEASED ON OWN RECOGNIZANCE**

Printed:   Sunday, April 22, 2012          10:19 PM          Montgomery Municipal Court

---

| Court O.R.I. **O.R.I.** | **COURT RECORD** | COURT CASE NO. **2012TRT033859** YEAR      NUMBER |
|---|---|---|

| ☒ MUNICIPAL COURT ☐ DISTRICT COURT OF | MONTGOMERY | TICKET NUMBER V4894558 |
|---|---|---|

DEFENDANT'S NAME
**ALDARESS  DONTAE MAURICE  CARTER**

CHARGE
**NO SEAT BELT**

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|

| UTC-6A MAILED | NEW COURT DATE | UTC-6B ISSUED | UTC-6B CLEARANCE |
|---|---|---|---|
| M   D   Y | M   D   Y | M   D   Y | M   D   Y |

| WARRANT ISSUED | BOND SET | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M   D   Y | CASH DEPOSITED $ | M   D   Y | M   D   Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M   D   Y | BOND FORFEITURE | M   D   Y |
|---|---|---|---|

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel | ☐ Voluntarily waived counsel |
|---|---|---|---|

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged      2 ☐ Guilty of                              3 ☐ Not Guilty

ADJUDICATION (CHECK ONE)
1 ☐ Guilty as charged      2 ☐ Not Guilty
3 ☐ Guilty of                              4 ☐ Nol prossed      5 ☐ Dismissed

**ORDERS OF THE COURT**

| FINE 26.00 | COURT COSTS 0.00 | TOTAL FINE AND COURT COSTS 26.00 |
|---|---|---|

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI | CRIMINAL HISTORY DUI | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANER (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING AND MAINT | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTH |
|---|---|---|---|---|
| $ | $ | $ | $0.00 | $ |

| ☐ JAILED | M   D   Y DAYS   0 | ☐ RELEASED | M   D   Y | LOCATION |
|---|---|---|---|---|

| ☐ SUSPENDED SENTENCE 0   DAYS   MONTHS | ☐ PROBATION 0   DAYS   MONTHS | ☐ COMMUNITY SERVICE DAYS   MONTHS |
|---|---|---|

| ☐ TRAFFIC SAFETY PROGRAM | M   D   Y | ☐ SUBSTANCE A EVALUATION | ☐ COURT REFERRAL COMPLETED | M   D   Y |
|---|---|---|---|---|

| COURT ORDERED LIC SUSPENSION | LICENSE SURRENDERED TO COURT | RECEIVED BY |
|---|---|---|
| 0   DAYS   MONTHS ☐ CONSECUTIVE ☐ CONCURRENT | M   D   Y | |

| CONFIDENTIAL | ☒ NO | ☐ IF YES | ☐ JUVENILE | ☐ YOUTHFUL OFFENDER |
|---|---|---|---|---|

| DISPOSITION DATE M   D   Y | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|

| CASE APPEALED M   D   Y | APPEAL BOND | CIRCUIT COURT CASE NUMBER |
|---|---|---|

| ARRESTING AGENCY (TYPE OF ARREST) | ☐ STATE | ☐ COUNTY | ☒ MUNICIPAL |
|---|---|---|---|

| CASH RECEIVED FROM | RECEIPT # | AMOUNT | DATE M   D   Y |
|---|---|---|---|
| NAME AND TITLE | | | |

| LICENSE ATTACHED ☐ YES ☐ NO | DPS RECEIVED LICENSE ☐ YES ☐ NO |
|---|---|

**COURT ACTION AND DISPOSITION**

| State of Alabama<br>Unified Judicial System<br>Form C-74      Rev. 1/89 | **PLEA OF GUILTY/WAIVER OF RIGHTS**<br>(Plea Entered Before Magistrate Scheduled Non-Traffic Offenses) | Case Number<br>**2012TRT033859** |
|---|---|---|

IN THE    **MUNICIPAL**    COURT OF    **MONTGOMERY**    , ALABAMA

*(Circuit, District, or Municipal)*          *(Name of Municipality or County)*

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF    **MONTGOMERY**    v.    **ALDARESS DONTAE MAURICE CARTER**

Defendant

## PLEA OF GUILTY - WAIVER OF RIGHTS
### YOU ARE HEREBY ADVISED OF YOUR RIGHTS AS A DEFENDANT IN THIS CRIMINAL CASE
#### Please Read Carefully

I, the undersigned, do hereby enter my appearance on the complaint for the offense cited above. I understand that I have certain constitutional rights which I will waive if I plead guilty, namely: the right to a trial before this court and to appeal de novo to the circuit court for trial before a judge or jury; the right to an attorney of my choice, or one appointed by the court at no charge if I cannot afford one; the right at trial to subpoena witnesses on my behalf, confront and cross-examine witnesses against me and to argue and make objections; and the right to testify in my own behalf. I also understand that I cannot be forced to testify against myself and that I am presumed innocent and that this presumption can be overcome only if the prosecution convinces the judge or jury of my guilt beyond a reasonable doubt.

I understand my constitutional rights set out above and the punishment that will be imposed if I elect to plead guilty before a magistrate. I also understand that my plea of guilty will have the same force and effect as a judgement of conviction by the court, which may result in enhanced penalties for subsequent convictions. I further understand that such conviction will be noted on the court's records, which are open to public inspection. I understand my rights and the matters set out above and hereby voluntarily and knowingly waive such rights by pleading guilty, as evidenced by my signature below.

### NOTICE TO THE ABOVE NAMED DEFENDANT:

You are charged with the offense of **SEAT BELT VIOLATION**
In accordance with the Rules of Judicial Administration, you may elect to plead guilty to this offense before a magistrate and pay a fine of **$36.00** plus court costs of **$0.00**, for a total of **$36.00**.
In the event you elect to change your plea to not guilty, you must appear in court on_____ at _____ or you will have waived your right for a trial and waived your right to change your plea of not guilty.

*aldaress Carter*          6/4/12

Defendant's Signature          Date

ALDARESS DONTAE MAURICE CARTER

Defendant's Name (Print or Type)

Printed: 6/4/2012      8:25 am          Montgomery Municipal Court

COURT 005883

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL
vs.
ALDARESS CARTER
3324 FOUNTAIN COURT APT C
MONTGOMERY, AL 36116
DOB:

10TRT094804, 11TRT116071, 11TRT116072,
11TRT200956, 11TRT200957, 11TRT200958,
12TRT033860, 12TRT040052

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: Karen Knight, Judge of the Municipal Court of Montgomery, AL, comes now _____
_____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I. On or about the 27th day of May, 2011 the above named defendant was placed on probation
by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
amended, for a period of 24 months and 145 days for the offense of
3 cnts of No Proof Insurance, No Seat Belt, Improper Muffler, Improper Lane, No Seat Belt, 2
cnts of No Insurance

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
statement of the conditions of said probation was signed and executed by the Defendant and the
Defendant was specifically instructed regarding the special provisions of said probation by
Judge Karen Knight

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
failed to:

Report to the probation agent as directed:
7/29/2011, 8/6/2011, 9/27/2011, 10/7/2011, 10/18/2011, 10/21/2011, 10/31/2011, 11/4/2011, 11/14/2011, 11/22/2011, 11/30/2011, 12/13/2011,
12/19/2011, 12/29/2011, 12/30/2011, 1/13/2012, 1/30/2012, 2/10/2012, 2/22/2012, 2/29/2012, 3/15/2012, 3/23/2012, 3/27/2012, 3/29/2012, 4/20/2012,
5/7/2012, 5/20/2012, 6/12/2012, 6/11/2012, 6/22/2012, 6/29/2012, 7/6/2012, 7/19/2012, 7/13/2012, 7/20/2012, 7/27/2012, 8/3/2012, 8/10/2012,
8/14/2012, 8/22/2012, 8/31/2012, 9/7/2012, 9/18/2012, 9/24/2012, 9/29/2012, 10/4/2012, 10/12/2012, 10/22/2012, 10/26/2012, 10/31/2012, 11/1/2012,
11/5/2012, 11/9/2012, 11/15/2012, 11/20/2012, 11/30/2012

Make payments of fines, costs, restitution and other court ordered monies:        Due $1,195.00
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: Due $217.00
                                                                                        Total Due $1,412.00

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.

WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

                                                            _____
City Prosecutor                                  Probation Agent - 12/6/2012

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.

NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine if the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probationary sentence revoked and the original sentence of the Court imposed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on
this case until a resolution is decided.

                                                      _____
Defendant Failed to Appear;          Municipal Court Judge          Court Date: 1/30/2013
Issue Warrant of Arrest

                                                      _____
                                                      Court Clerk / Magistrate                Date

COURT 005884

| State of Alabama<br>Unified Judicial System<br>Report #:    11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>2012TRT033859 |
|---|---|---|

IN THE **MUNICIPAL** _____ COURT OF **MONTGOMERY**, ALABAMA

*(Circuit, District, or Municipal)*      *(Name of Municipality or County)*

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF    **MONTGOMERY** _____ v.   **ALDARESS DONTAE MAURICE CARTER** _____

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**SEAT BELT VIOLATION**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014 _____

Date           Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_ , _2014_ ,
at _0020_ o'clock _A_.M. and, as directed, took him or her immediately before the court.

Remarks

_____ 2293

Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | | Telephone Number | | |
|---|---|---|---|---|---|

| Social Security Number | Date of Birth | Age<br>25 | Race<br>B | Sex<br>M | Height<br>6.02 |
|---|---|---|---|---|---|

| Weight<br>180 | Hair<br>BLK | Eyes<br>BRN | Other | | |
|---|---|---|---|---|---|

| Address<br>**6078 LITTLE LANE** | City<br>**MONTGOMERY** | State<br>**AL** | Zip Code<br>**36117** |
|---|---|---|---|

| Name of Employer | | Employer's Telephone Number | |
|---|---|---|---|

| Address Of Employer | City | State | Zip Code |
|---|---|---|---|

COURT 005885

**Defendant's Name:** CARTER, ALDARESS
**Social Security Number:** ▬▬▬▬▬
**DOB:** ▬▬▬▬   **Sex:** M   **Race:** B

**MONTGOMERY MUNICIPAL COURT**
_____ Magistrate/Clerk
01·25·14 Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 _Cash Bail Only_ - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _**$0.00**_
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF _**$1,301.00**_ OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _**$1,500.00**_
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF _**$1,829.00**_ OR MUST **POST CASH BOND** IN THE AMOUNT OF _**$3,500.00**_

**(TOTAL PAYABLE): $3,130.00**

COURT 005886

**MANDATORY TIME RELEASE DATE:** _____
**COMMUTED TIME RELEASE DATE:** _____

**THIS REPORT CREATED:**
1/27/2014 10:22 AM
**REVISION #:**

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697

NAME:ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX:M          DOB:~~~~~~~          SSN:~~~~~~~
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|    | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|----|--------------------|--------|---------------------------|
| 1  | NO INSURANCE | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2  | NO INSURANCE | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3  | IMPROPER LIGHTS | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4  | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5  | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6  | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7  | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8  | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9  | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 | | | |
| 12 | | | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13 | | | |
| 14 | | | |
| 15 | | | |

COURT 005887

| Defendant's Name: | **CARTER, ALDARESS** | | |
|---|---|---|---|

Social Security Number: ~~[redacted]~~

DOB: ~~[redacted]~~   Sex: **M**   Race: **B**

**MONTGOMERY MUNICIPAL COURT**

_(signature)_ Magistrate/Clerk

01·25·14 Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Caplas Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $298.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:**

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ........ **$0.00**
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF ..... **$1,301.00**   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ..... **$1,500.00**
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF .... **$1,829.00**   OR MUST **POST CASH BOND** IN THE AMOUNT OF ................... **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**     _36 Days_

COURT 005888



# Booking Card

## Carter, Aldaress

**Print Date/Time:** 01/25/2014 03:13
**Login ID:** ddubose

Montgomery Police Department
**ORI Number:** AL0030100



*2014-00000697*

| | | |
|---|---|---|
| **Booking #:** 2014-00000697 | **Booking Date/Time:** 01/25/2014 00:33 | |
| **Jacket #:** 123440 | **Inmate #:** | |
| **Address:** 6078 LITTLE LN MONTGOMERY, AL 36117 | | |

| **Phone #:** | **DOB:** | **Race:** Black | |
| **SSN:** | **Age:** 25 | **Sex:** Male | |
| **Hair Color:** BLK | **Eyes:** BRO | **Height:** 6ft 2 in | **Weight:** 180.0 |

| **Prisoner Type:** CTYP | **Incarceration Reason:** Arrest | | |
| **Facility:** MMCF Main | **Pod/Block:** 6 | **Cell:** 6A | **Bed:** 14 |

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02        **Warrant Number:** 2012TRT072918        **Court Date/Time:**
**Case Tracking ORI:**                           **Case Tracking #:**                       **Docket Number:**
**Bond/Ball Set Type:**                          **Bond/Ball Set Date:**                    **Bond/Ball Set Amt:**
**Bond Posted By:**                              **Bond Post Date:**                        **Bond Post Amt:**
**Severest:**        No

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02        **Warrant Number:** 2012TRT071126        **Court Date/Time:**
**Case Tracking ORI:**                           **Case Tracking #:**                       **Docket Number:**
**Bond/Ball Set Type:**                          **Bond/Ball Set Date:**                    **Bond/Ball Set Amt:**
**Bond Posted By:**                              **Bond Post Date:**                        **Bond Post Amt:**
**Severest:**        No

**Charge:**
AL0030100        0C23Z        C25180A                    COMM. Improper Lights
**Offense/Charge Date:** 01/25/2014 03:02        **Warrant Number:** 2012TRT071101        **Court Date/Time:**
**Case Tracking ORI:**                           **Case Tracking #:**                       **Docket Number:**
**Bond/Ball Set Type:**                          **Bond/Ball Set Date:**                    **Bond/Ball Set Amt:**
**Bond Posted By:**                              **Bond Post Date:**                        **Bond Post Amt:**
**Severest:**        No

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02        **Warrant Number:** 2012TRT040632        **Court Date/Time:**
**Case Tracking ORI:**                           **Case Tracking #:**                       **Docket Number:**
**Bond/Ball Set Type:**                          **Bond/Ball Set Date:**                    **Bond/Ball Set Amt:**
**Bond Posted By:**                              **Bond Post Date:**                        **Bond Post Amt:**
**Severest:**        No

**Charge:**
AL0030100        0C23Z        C327A16                    COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02        **Warrant Number:** 2012TRT033860        **Court Date/Time:**
**Case Tracking ORI:**                           **Case Tracking #:**                       **Docket Number:**
**Bond/Ball Set Type:**                          **Bond/Ball Set Date:**                    **Bond/Ball Set Amt:**
**Bond Posted By:**                              **Bond Post Date:**                        **Bond Post Amt:**
**Severest:**        No

Page: 1 of 3

1-27-14

| State of Alabama<br>Unified Judicial System<br><br>Form C-42          Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br><br>2014-0697 |
| --- | --- | --- |

IN THE _____ **MUNICIPALITY** _____ COURT OF _____ **MONTGOMERY** _____ **, ALABAMA**
<br>(Circuit, District, or Municipal)                                         (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.      <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.

Date: 01/28/2014          *Priscilla L. Dav*
                          _____
                          Judge/Clerk                    By: <u>PLDAVIS</u>

COURT RECORD (Original)        JAILER (Copy)        DEFENDANT (Copy)

COURT 005890



**Receipt of Transaction**
**Receipt # 2014005863**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LANE
MONTGOMERY, AL 36117

Cashiered by: TSMITH on 1/28/2014 9:32:41AM
Transaction # 1376460

---

CASE NUMBER: 2011TRT020956    CHARGE: IMPROPER MUFFLER    CITATION: V3606054

CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (WAF2) $32.00 ALIAS WARRANT FEE | 27.00 | 0.00 | 27.00 | 27.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 7.00 | 9.00 |
| (TRAF) TRAFFIC FINES | 20.00 | 0.00 | 20.00 | 20.00 | 0.00 |
| Total | 63.00 | 0.00 | 63.00 | 54.00 | 9.00 |

---

CASE NUMBER: 2011TRT016672    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: N4182608

CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | 129.00 | 10.00 | 119.00 | 119.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| Total | 179.00 | 10.00 | 169.00 | 169.00 | 0.00 |

---

CASE NUMBER: 2012TRT033859    CHARGE: SEAT BELT VIOLATION    CITATION: V4894558

CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 36.00 | 0.00 | 36.00 | 0.00 | ██████ |
| Total | 36.00 | 0.00 | 36.00 | 0.00 | ██████ |

---

CASE NUMBER: 2012TRT033860    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: V4894559

Page 1 of 2



**Receipt of Transaction**

**Receipt # 2014005863**

Kenneth H. Nixon Jr.
Clerk of Court
Montgomery, ALABAMA

CITY OF MONTGOMERY *VS* ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 0.00 | 129.00 | 129.00 | 0.00 |
| | Total | 229.00 | 0.00 | 229.00 | 229.00 | 0.00 |
| | Grand Total | 507.00 | 10.00 | 497.00 | 452.00 | 45.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CASH | | OK | 452.00 | 0.00 | 0.00 | 0.00 | 452.00 |
| | | | 452.00 | 0.00 | 0.00 | 0.00 | 452.00 |

COURT 005892

COURT 005893

Municipal Court
**City of Montgomery**
320 North Ripley Street
Montgomery, AL 36104

---

**IN THE MUNICIPAL COURT OF MONTGOMERY, ALABAMA**
**MUNICIPALITY OF MONTGOMERY**
**V.**
**ALDARESS DONTAE MAURICE CARTER, DEFENDANT**

Tuesday, January 28, 2014

To the Defendant of the Case listed below:

| Case# | Officer | Attorney | | Court Date |
|---|---|---|---|---|
| 2012TRT033859 | RICHARD L FLEMING | | ▬▬▬▬ | Tuesday, May 6, 2014 8:00 am |
| | SEAT BELT VIOLATION | | | |

The above case has been continued on the court docket to the time specified.

(Please bring this order with you.)

Montgomery Municipal Court

## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM-UTC
REV 4.2.11
ELECTRONIC CITATION

**COURT CASE NO.**
2012TRT033860
YEAR   NUMBER

| ALABAMA COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| MONTGOMERY | MONTGOMERY | V4894559 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 04/08/2012 at approx 08:53 pm

TYPE VEHICLE
**PRIVATE**

| First Name | Middle/Maiden | Last |
|---|---|---|
| ALDARESS | DONTAE MAURICE | CARTER |

Address
**6078 LITTLE LN**

| City | State | Zip Code |
|---|---|---|
| MONTGOMERY | AL | 36117 |

| State | Driver's License Number | Class of License |
|---|---|---|
| AL | 7866257 | D |

| Sex | Race | DOB | Social Security Number | Driver's License in Possession? YES |
|---|---|---|---|---|
| M | B | | | |

| Weight | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| 74 | 180 | BRN | BLK | 86670AZ | AL | 2013 |

Vehicle Description (year, make, model, color)
**1994 FORD WHITE**

Owner of Vehicle

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle or other vehicle at or near within the city limits of in violation of Municipal Ordinance Number duly adopted and in force at the time the offense was committed adopting 32-7A-16(1).

| Statute | UCR Code | Mile No. | Road Cd |
|---|---|---|---|
| 32-7A-16(1) | | | |

Described
**OPER VEH W/O INSURANCE**

Details:
**0** MPH **0** Speed Limit BAC **0.00**

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)

| | |
|---|---|
| Companion Case: | NO |
| Cash Involved: | NO |

| Officer Name | Officer ID | Agency ORI |
|---|---|---|
| R L Fleming | 1656 | |

Complainant Signature
*R L ____ 1656*

Sworn to and acknowledged before me this DATE **04/22/2012**

Signature and Title   Judge/Magistrate
*Rachel Smith*

Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104

(334) 625-2776

Court Appearance Date and Time
May 23, 2012  1:00 pm

http://traffic.alacourt.gov

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(a)

Defendant's Phone

RELEASED ON OWN RECOGNIZANCE

Printed:   Sunday, April 22, 2012      10:19 PM       Montgomery Municipal Court

---

## COURT RECORD

| Court O.R.I. | | COURT CASE NO. |
|---|---|---|
| **O.R.I.** | | 2012TRT033860 |
| | | YEAR   NUMBER |

| ☑ MUNICIPAL COURT ☐ DISTRICT COURT OF | MONTGOMERY | TICKET NUMBER | V4894559 |
|---|---|---|---|

| DEFENDANT'S NAME | CHARGE |
|---|---|
| ALDARESS  DONTAE MAURICE  CARTER | OPER VEH W/O |

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|

| UTC-8A MAILED | NEW COURT DATE | UTC-8B ISSUED | UTC-8B CLEARANCE |
|---|---|---|---|
| M   D   Y | M   D   Y | M   D   Y | M   D   Y |

| WARRANT ISSUED | BOND SET | WARRANT SERVED | WARRANT RECALLED |
|---|---|---|---|
| M   D   Y | CASH DEPOSITED $ | M   D   Y | M   D   Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | BOND FORFEITURE |
|---|---|
| M   D   Y | M   D   Y |

| ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel ☐ Voluntarily waived counsel |
|---|---|---|

PLEA OF DEFENDANT (CHECK ONE)   ☐ 1 Guilty as charged   ☐ 2 Guilty of   ☐ 3 Not Guilty

ADJUDICATION (CHECK ONE)   ☐ 1 Guilty as charged   ☐ 2 Not Guilty
☐ 3 Guilty of   ☐ 4 Nol prossed   ☐ 5 Dismissed

### ORDERS OF THE COURT

| FINE 50.00 | COURT COSTS 129.00 | TOTAL FINE AND COURT COSTS 179.00 |
|---|---|---|

#### ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $ | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING AND MAINT $ | MEDICAL $ | ATTORNEY RECOUPMENT $ | RESTITUTION $0.00 | PARTIAL PAYMENTS AUTH $ |
|---|---|---|---|---|

| ☐ JAILED | M  D  Y  DAYS  0  RELEASED ☐ | M  D  Y  LOCATION |
|---|---|---|

| ☐ SUSPENDED SENTENCE | ☐ PROBATION | ☐ COMMUNITY SERVICE |
|---|---|---|
| 0  DAYS   MONTHS | 0  DAYS   MONTHS | DAYS   MONTHS |

| ☐ TRAFFIC SAFETY PROGRAM | M  D  Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL COMPLETED | M  D  Y |
|---|---|---|---|---|

| COURT ORDERED LIC SUSPENSION | LICENSE SURRENDERED TO COURT | RECEIVED BY |
|---|---|---|
| 0  DAYS   MONTHS  ☐ CONSECUTIVE ☐ CONCURRENT | M  D  Y | |

| CONFIDENTIAL | ☒ NO | ☐ IF YES | ☐ JUVENILE | ☐ YOUTHFUL OFFENDER |
|---|---|---|---|---|

| DISPOSITION DATE | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|
| M   D   Y | |

| CASE APPEALED | APPEAL BOND | CIRCUIT COURT CASE NUMBER |
|---|---|---|
| M   D   Y | | |

| ARRESTING AGENCY (TYPE OF ARREST) | ☐ STATE | ☐ COUNTY | ☒ MUNICIPAL |
|---|---|---|---|

| CASH RECEIVED FROM | RECEIPT # | AMOUNT | DATE |
|---|---|---|---|
| NAME AND TITLE | | | M   D   Y |

| LICENSE ATTACHED | ☐ YES | ☐ NO | DPS RECEIVED LICENSE | ☐ YES | ☐ NO |
|---|---|---|---|---|---|

### COURT ACTION AND DISPOSITION

| State of Alabama<br>Unified Judicial System<br>Form C-74      Rev. 1/89 | **PLEA OF GUILTY/WAIVER OF RIGHTS**<br>(Plea Entered Before Magistrate Scheduled Non-Traffic Offenses) | Case Number<br>**2012TRT033860** |
|---|---|---|

IN THE **MUNICIPAL** COURT OF **MONTGOMERY** , ALABAMA

*(Circuit, District, or Municipal)*                     *(Name of Municipality or County)*

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF **MONTGOMERY**      v.      **ALDARESS DONTAE MAURICE CARTER**
                                                                    Defendant

### PLEA OF GUILTY - WAIVER OF RIGHTS
### YOU ARE HEREBY ADVISED OF YOUR RIGHTS AS A DEFENDANT IN THIS CRIMINAL CASE
**Please Read Carefully**

I, the undersigned, do hereby enter my appearance on the complaint for the offense cited above. I understand that I have certain constitutional rights which I will waive if I plead guilty, namely: the right to a trial before this court and to appeal de novo to the circuit court for trial before a judge or jury; the right to an attorney of my choice, or one appointed by the court at no charge if I cannot afford one; the right at trial to subpoena witnesses on my behalf, confront and cross-examine witnesses against me and to argue and make objections; and the right to testify in my own behalf. I also understand that I cannot be forced to testify against myself and that I am presumed innocent and that this presumption can be overcome only if the prosecution convinces the judge or jury of my guilt beyond a reasonable doubt.

I understand my constitutional rights set out above and the punishment that will be imposed if I elect to plead guilty before a magistrate. I also understand that my plea of guilty will have the same force and effect as a judgement of conviction by the court, which may result in enhanced penalties for subsequent convictions. I further understand that such conviction will be noted on the court's records, which are open to public inspection. I understand my rights and the matters set out above and hereby voluntarily and knowingly waive such rights by pleading guilty, as evidenced by my signature below.

### NOTICE TO THE ABOVE NAMED DEFENDANT:

You are charged with the offense of **FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**
In accordance with the Rules of Judicial Administration, you may elect to plead guilty to this offense before a magistrate and pay a fine of **$100.00** plus court costs of **$129.00**, for a total of **$229.00**.
In the event you elect to change your plea to not guilty, you must appear in court on_____
at _____ or you will have waived your right for a trial and waived your right to change your plea of not guilty.

_Aldaress Carter_                                         6/4/12
_____          _____
Defendant's Signature                                         Date

ALDARESS DONTAE MAURICE CARTER
_____
Defendant's Name (Print or Type)

Printed: 6/4/2012      8:25 am              Montgomery Municipal Court

COURT 005896

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL

vs.

ALDARESS CARTER
3140 FOUNTAIN COURT APT C
MONTGOMERY, AL 36116
DOB:

10TRT094804, 11TRT16671,
11TRT20956, 11TRT20957,
12TRT033859,                12TRT

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: Karen Knight, Judge of the Municipal Court of Montgomery, AL, comes now _____
_____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I.  On or about the 27th day of May, 2011 the above named defendant was placed on probation
by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
amended, for a period of 24 months and 145 days for the offense of
3 cnts of No Proof Insurance, No Seat Belt, Improper Muffler, Improper Lane, No Seat Belt, 2
cnts of No Insurance

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
statement of the conditions of said probation was signed and executed by the Defendant and the
Defendant was specifically instructed regarding the special provisions of said probation by
Judge Karen Knight

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
failed to:

Report to the probation agent as directed:
7/29/2011, 8/8/2011, 9/27/2011, 10/7/2011, 10/18/2011, 10/21/2011, 10/31/2011, 11/4/2011, 11/14/2011, 11/22/2011, 11/30/2011, 12/13/2011,
12/15/2011, 12/20/2011, 12/30/2011, 1/13/2012, 1/30/2012, 3/16/2012, 2/22/2012, 2/29/2012, 3/16/2012, 3/23/2012, 3/27/2012, 3/30/2012, 4/26/2012,
5/3/2012, 5/29/2012, 6/7/2012, 6/11/2012, 6/22/2012, 6/29/2012, 7/6/2012, 7/16/2012, 7/13/2012, 7/20/2012, 7/27/2012, 8/3/2012, 8/10/2012,
3/14/2012, 8/21/2012, 8/31/2012, 9/7/2012, 9/13/2012, 9/24/2012, 9/29/2012, 10/4/2012, 10/12/2012, 10/22/2012, 10/26/2012, 10/31/2012, 11/1/2012,
11/5/2012, 11/9/2012, 11/18/2012, 11/30/2012, 11/30/2012

Make payments of fines, costs, restitution and other court ordered monies:          Due $1,195.00
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: Due $217.00
                                                                            Total Due  $1,412.00

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.
WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

_____                    _____
City Prosecutor                                     Probation Agent – 12/6/2012

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.
NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine if the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probationary sentence revoked and the original sentence of the Court imposed.
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on
this case until a resolution is decided.

_____                    _____
                                                    Municipal Court Judge         Court Date: 1/30/2013

If Defendant Failed to Appear,
Issue a Warrant of Arrest

_____                    _____
                                                    Court Clerk / Magistrate          Date

CAR00001 005897

| State of Alabama<br>Unified Judicial System<br>Report #:    11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>2012TRT033860 |
| --- | --- | --- |

IN THE  **MUNICIPAL**                               COURT OF **MONTGOMERY**,  ALABAMA
_____            _____
_(Circuit, District, or Municipal)_                    _(Name of Municipality or County)_

☐  STATE OF ALABAMA
[X]  MUNICIPALITY OF     **MONTGOMERY**              v.    **ALDARESS DONTAE MAURICE CARTER**
                                                                    , Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014
_____            _____
Date                                                      Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _____1-25_____, ___7014___,
at ___0010___ o'clock _A_ .M. and, as directed, took him or her immediately before the court.

Remarks

_____
Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | | Telephone Number<br>▓▓▓▓▓▓▓▓ | |
| --- | --- | --- | --- | --- |
| Social Security Number<br>▓▓▓▓▓▓▓ | Date of Birth<br>▓▓▓▓▓▓▓ | Age<br>25 | Race<br>B | Sex<br>M | Height<br>6.02 |

| Weight<br>180 | Hair<br>BLK | Eyes<br>BRN | Other |
| --- | --- | --- | --- |

| Address<br>**6078 LITTLE LANE** | City<br>**MONTGOMERY** | State<br>**AL** | Zip Code<br>**36117** |
| --- | --- | --- | --- |

| Name of Employer | | Employer's Telephone Number | |
| --- | --- | --- | --- |
| Address Of Employer | City | State | Zip Code |

COURT 005898

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ▒▒▒▒▒▒▒▒

DOB: ▒▒▒▒▒▒   Sex:   **M**   Race:   **B**

**MONTGOMERY MUNICIPAL COURT**

_Magistrate/Clerk_

01-25-14   _Date Served_

## SECTION A

**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

## SECTION B

**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|
| 1 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

## SECTION C

**Capias Warrants - MANDATORY FINE ($500 _Cash Bail Only_ - Or Defendant MUST Pay Out All Fines And Court Costs)**

| Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|
| 1 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ......... **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF ..... **$1,301.00**   **OR MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ..... **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF ..... **$1,829.00**   OR MUST **POST CASH BOND** IN THE AMOUNT OF ................ **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

COURT 005899

COURT 005900

·MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
1/27/2014 10:22 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697

NAME:ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX:M          DOB: ████████          SSN: ████████
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|  | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO INSURANCE | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2 | NO INSURANCE | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3 | IMPROPER LIGHTS | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4 | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5 | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6 | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7 | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8 | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9 | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 | | | |
| 12 | | | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13 | | | |
| 14 | | | |
| 15 | | | |

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ████████

DOB: ████████     Sex: **M**   Race: **B**

**MONTGOMERY MUNICIPAL COURT**

_____ Magistrate/Clerk

01·25·14 Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Caplas Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

COMMUTE TO DAYS

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$0.00**
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF _ **$1,301.00** _ OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$1,500.00**
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF _ **$1,829.00** _ OR **MUST POST CASH BOND** IN THE AMOUNT OF _____ **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**     36 Days

COURT 005902



# Booking Card

Carter, Aldaress

| | | | |
|---|---|---|---|
| Print Date/Time: | 01/25/2014 03:13 | | Montgomery Police Department |
| Login ID: | ddubose | | ORI Number:   AL0030100 |



*2014-00000697*

| | | | |
|---|---|---|---|
| Booking #: | 2014-00000697 | Booking Date/Time: | 01/25/2014 00:33 |
| Jacket #: | 123440 | Inmate #: | |
| Address: | 6078 LITTLE LN | | |
| | MONTGOMERY, AL 36117 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Phone #: | | DOB: | | Race: | Black | |
| SSN: | | Age: | 25 | Sex: | Male | |
| Hair Color: | BLK | Eyes: | BRO | Height: | 6ft 2 in | Weight:   180.0 |

| | | | | | |
|---|---|---|---|---|---|
| Prisoner Type: | CTYP | Incarceration Reason: | Arrest | | |
| Facility: | MMCF Main | Pod/Block:   6 | | Cell:  6A | Bed:  14 |

**Charge:**
AL0030100       0C23Z       C327A16              COMM. Fail Possess/Display Ins (1st Offense)

| | | | | | |
|---|---|---|---|---|---|
| Offense/Charge Date: | 01/25/2014 03:02 | Warrant Number: | 2012TRT072918 | Court Date/Time: | |
| Case Tracking ORI: | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | |

**Charge:**
AL0030100       0C23Z       C327A16              COMM. Fail Possess/Display Ins (1st Offense)

| | | | | | |
|---|---|---|---|---|---|
| Offense/Charge Date: | 01/25/2014 03:02 | Warrant Number: | 2012TRT071126 | Court Date/Time: | |
| Case Tracking ORI: | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | |

**Charge:**
AL0030100       0C23Z       C25180A              COMM. Improper Lights

| | | | | | |
|---|---|---|---|---|---|
| Offense/Charge Date: | 01/25/2014 03:02 | Warrant Number: | 2012TRT071101 | Court Date/Time: | |
| Case Tracking ORI: | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | |

**Charge:**
AL0030100       0C23Z       C327A16              COMM. Fail Possess/Display Ins (1st Offense)

| | | | | | |
|---|---|---|---|---|---|
| Offense/Charge Date: | 01/25/2014 03:02 | Warrant Number: | 2012TRT040632 | Court Date/Time: | |
| Case Tracking ORI: | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | |

**Charge:**
AL0030100       0C23Z       C327A16              COMM. Fail Possess/Display Ins (1st Offense)

| | | | | | |
|---|---|---|---|---|---|
| Offense/Charge Date: | 01/25/2014 03:02 | Warrant Number: | 2012TRT033860 | Court Date/Time: | |
| Case Tracking ORI: | | Case Tracking #: | | Docket Number: | |
| Bond/Bail Set Type: | | Bond/Bail Set Date: | | Bond/Bail Set Amt: | |
| Bond Posted By: | | Bond Post Date: | | Bond Post Amt: | |
| Severest: | No | | | | |

Page: 1 of 3

1-27-14

COURT 005903

| State of Alabama<br>Unified Judicial System<br><br>Form C-42          Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2014-0697 |

**IN THE**     **MUNICIPALITY**    **COURT OF**    **MONTGOMERY**    **, ALABAMA**
<br>(Circuit, District, or Municipal)         (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.     <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.

Date: 01/28/2014        *Priscilla L. Dav*
<br>                            Judge/Clerk            By: PLDAVIS

COURT RECORD (Original)      JAILER (Copy)      DEFENDANT (Copy)

COURT 005904



**Receipt of Transaction**
**Receipt # 2014005863**

Municipal Court
City of Montgomery, Alabama

CARTER, ALDARESS DONTAE MAURICE
6078 LITTLE LANE
MONTGOMERY, AL 36117

Cashiered by: TSMITH on 1/28/2014  9:32:41AM
Transaction # 1376460

---

**CASE NUMBER: 2011TRT020956    CHARGE: IMPROPER MUFFLER    CITATION: V3606054**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

| Comments: |
|---|

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (WAF2) $32.00 ALIAS WARRANT FEE | 27.00 | 0.00 | 27.00 | 27.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 7.00 | 9.00 |
| (TRAF) TRAFFIC FINES | 20.00 | 0.00 | 20.00 | 20.00 | 0.00 |
| Total | 63.00 | 0.00 | 63.00 | 54.00 | 9.00 |

---

**CASE NUMBER: 2011TRT016672    CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)    CITATION: N4182608**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

| Comments: |
|---|

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC9) $129.00 TRAFFIC COST | 129.00 | 10.00 | 119.00 | 119.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| Total | 179.00 | 10.00 | 169.00 | 169.00 | 0.00 |

---

**CASE NUMBER: 2012TRT033859    CHARGE: SEAT BELT VIOLATION    CITATION: V4894558**

**CITY OF MONTGOMERY  *VS*  ALDARESS DONTAE MAURICE CARTER**

| Comments: |
|---|

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 36.00 | 0.00 | 36.00 | 0.00 | 36.00 |
| Total | 36.00 | 0.00 | 36.00 | 0.00 | 36.00 |

COURT 005905



**Receipt of Transaction**

**Receipt # 2014005863**

Kenneth H. Nixon Jr.
Clerk of Court
Montgomery, ALABAMA

CITY OF MONTGOMERY *VS* ALDARESS DONTAE MAURICE CARTER

Comments:

| Fee Description | | Fee | Prior Paid | Due | Paid | |
|---|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | | 100.00 | 0.00 | 100.00 | 100.00 | ▬▬ |
| (TRC9) $129.00 TRAFFIC COST | | 129.00 | 0.00 | 129.00 | 129.00 | 0.00 |
| | Total | 229.00 | 0.00 | 229.00 | 229.00 | ▬▬ |
| | Grand Total | 507.00 | 10.00 | 497.00 | 452.00 | 45.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CASH | | OK | 452.00 | 0.00 | 0.00 | 0.00 | 452.00 |
| | | | 452.00 | 0.00 | 0.00 | 0.00 | 452.00 |

COURT 005906

FORM UTC-1
REV. 3/97

# ALABAMA UNIFORM TRAFFIC
## TICKET AND COMPLAINT

COURT CASE NO.

| | | | | YEAR | NUMBER |
|---|---|---|---|---|---|

ALABAMA, COUNTY OF _Montgomery_
CO. 0 3  CITY 0 3  TICKET NUMBER  N **3763094**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

TYPE VEHICLE
☐ Commercial  ☑ Private
☐ Haz-Mat Involved
☐ Passenger (requiring passenger endorsement)

Month 04  Day 28  Year 17  At Approx. 17:23  Time  ☐ AM ☐ PM ☑ GMT

First Name _Aldaress_    Middle/Maiden    Last _Carter_

Address _6078 Little Ln_    Street

City _Montgomery_    State _AL_    Zip Code _3611?_    CDL Required ☐ Yes ☐ No

State _AL_    Driver's License Number _7866257_    Class of License _D_

Sex _M_  Race _B_  DOB    Social Security Number    Drivers License in Possession ☐ Yes ☐ No

Hgt. _6'2_  Wgt. _160_  Eyes _Bro_  Hair _Blk_  Vehicle Tag Number _86670AZ_  State _AL_  Year _12_

Vehicle Description    Owner of Vehicle ☐ Driver ☐ Employer ☐ Other

Employer/Owner of Vehicle (Address)

☑ Did unlawfully operate a motor vehicle, other vehicle, or ☐ otherwise unlawfully use a public street, road, highway or other place, at or near _Woy1ES Blvd_ , within the ☐ city limits or ☐ police jurisdiction of _Montgomery_ , or ☐ within _____ County, at or near the following location _____ in violation of ☐ Section _____ Code of Alabama 1975,

☐ or Rule/Regulation number (or) ☐ Municipal Ordinance No. _12579_ , duly adopted and in force at the time the offense was committed, (if applicable) ☐ adopting Section _T32A-16-1_ Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|

1 ☐ Speeding _____ MPH _____ Speed Limit
2 ☐ Reckless Driving
3 ☐ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 ☐ There was .08% or More By Weight of Alcohol in His/Her Blood
4 ☐ Under the Influence of Alcohol
5 ☐ Under the Influence of Controlled Substance
71 ☐ Under the Combined Influence of Alcohol and Controlled Substance
72 ☐ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 ☐ Failure to Yield Right of Way

7 ☐ Driving While Revoked
8 ☐ Driving While Suspended
10 ☐ Running Red Light
13 ☐ Improper Equipment (Specify)
14 ☐ Improper Passing
28 ☐ Improper Tag (Specify)
29 ☐ Improper Turn
42 ☐ Overweight Vehicle
61 ☐ Child Restraint Violation
77 ☐ Seat Belt Violation

Vehicle #7374
☐ Other Violation (Specify) _T32-7A-16-1  NO Proof of Insurance_

FACTS RELATING TO THE OFFENSE:    ☐ Companion Case (Traffic, Non-Traffic, Felony, Other)
(Witnesses, etc)    ☐ Accident Involved

Complainant's Signature

Officer ID. _2812_  Agency ORI  _AL036 0200_
_0470572012_

Verified and Acknowledged before (Circle Title) Judge/Magistrate

COURT APPEARANCE INFORMATION

☐ Municipal
☐ District Court    Phone _334 241 2532_

Court Appearance Date _05 13P_  Time _117 02 00_  ☐ AM ☐ PM  Court Address _370 N Ripley St_

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: X _Aldris Carr_    Phone (   )

☐ Released on Own Recognizance    ☐ Driver's License Posted in Lieu of Bond

TICKET # N **3763094**

CASE #

## COMPLAINT AND AFFIDAVIT

05907

# COURT RECORD

| Court O.R.I | | COURT CASE NUMBER |
|---|---|---|
| AL | | YEAR        NUMBER |

☐ MUNICIPAL COURT
OR
☐ DISTRICT COURT OF

| | TICKET NUMBER | N 3763094 |
|---|---|---|
| COUNTY | | |

DEFENDANT'S NAME | CHARGE

| CONTINUED TO | M | D | Y | REASON |
|---|---|---|---|---|
| 2ND CONTINUANCE | M | D | Y | REASON |

| UTC-6A MAILED | | | NEW COURT DATE | | | UTC-6B ISSUED | | | UTC-6B CLEARANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | M | D | Y | M | D | Y | M | D | Y |

| WARRANT ISSUED | | | BOND SET $ | WARRANT SERVED | | | WARRANT RECALLED | | |
|---|---|---|---|---|---|---|---|---|---|
| M | D | Y | CASH DEPOSITED $ | M | D | Y | M | D | Y |

| CONDITIONAL BOND FORFEITURE ORDER ISSUED | M | D | Y | BOND FORFEITURE ORDERED FINAL | M | D | Y |
|---|---|---|---|---|---|---|---|

ATTORNEY FOR DEFENDANT | CHECK IF APPLICABLE | ☐ Defendant informed of right to counsel   ☐ Voluntarily waived counsel   ☐ Defendant found indigent, counsel appointed

PLEA OF DEFENDANT (CHECK ONE)
1 ☐ Guilty as charged          2 ☐ Guilty of                    3 ☐ Not guilty

ADJUDICATION (CHECK ONE)     1 ☐ Guilty as charged      2 ☐ Not guilty
3 ☐ Guilty of                                        4 ☐ Nol prossed      5 ☐ Dismissed

## ORDERS OF THE COURT

| FINE $ | COURT COSTS $ | TOTAL FINE AND COURT COSTS $ |
|---|---|---|

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $10.00 | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR (MINIMUM $25.00) $ |
|---|---|---|

| HOUSING & MAINTENANCE $ | MEDICAL $ | ATTORNEY RECOUPMENT $ | RESTITUTION $ | PARTIAL PAYMENTS AUTHORIZED FOR $ |
|---|---|---|---|---|

| ☐ JAILED | M | D | Y | DAYS ____ RELEASED ☐ | M | D | Y | LOCATION |
|---|---|---|---|---|---|---|---|---|

☐ SENTENCE SUSPENDED          ☐ PROBATION                    ☐ COMMUNITY SERVICE
____ DAYS ____ MONTHS          ____ DAYS ____ MONTHS          ____ DAYS ____ MONTHS

| ☐ TRAFFIC SAFETY PROGRAM | M | D | Y | ☐ SUBSTANCE ABUSE EVALUATION | ☐ COURT REFERRAL PROGRAM COMPLETED | M | D | Y |
|---|---|---|---|---|---|---|---|---|

COURT ORDERED LICENSE SUSPENSION          ☐ CONSECUTIVE          LICENSE SURRENDERED TO COURT
____ DAYS ____ MOS          ☐ CONCURRENT          | M | D | Y |   RECEIVED BY

CONFIDENTIAL: ☐ NO   ☐ IF YES ☐ Juvenile ☐ Youthful Offender

| DISPOSITION DATE | | | SIGNATURE OF JUDGE/MAGISTRATE |
|---|---|---|---|
| M | D | Y | |

| CASE APPEALED | | | APPEAL BOND $ | CIRCUIT COURT CASE NUMBER |
|---|---|---|---|---|
| M | D | Y | | |

ARRESTING AGENCY (TYPE OF ARREST) ☐ STATE ☐ COUNTY ☐ MUNICIPAL

| CASH RECEIVED FROM | RECEIPT # | AMOUNT $ | DATE | M | D | Y |
|---|---|---|---|---|---|---|
| NAME AND TITLE | | | | | | |

LICENSE ATTACHED ☐ YES ☐ NO          DPS RECEIVED LICENSE ☐ YES ☐ NO

## COURT ACTION AND DISPOSITION

| State of Alabama<br>Unified Judicial System<br>Form C-74      Rev. 1/89 | **PLEA OF GUILTY/WAIVER OF RIGHTS**<br>(Plea Entered Before Magistrate Scheduled Non-Traffic Offenses) | Case Number<br>**2012TRT040632** |
| --- | --- | --- |

IN THE      **MUNICIPAL**           COURT OF           **MONTGOMERY**           , **ALABAMA**

*(Circuit, District, or Municipal)*                       *(Name of Municipality or County)*

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF      **MONTGOMERY**      v.      **ALDARESS DONTAE MAURICE CARTER**

                                                                                Defendant

## PLEA OF GUILTY - WAIVER OF RIGHTS
### YOU ARE HEREBY ADVISED OF YOUR RIGHTS AS A DEFENDANT IN THIS CRIMINAL CASE
**Please Read Carefully**

I, the undersigned, do hereby enter my appearance on the complaint for the offense cited above. I understand that I have certain constitutional rights which I will waive if I plead guilty, namely: the right to a trial before this court and to appeal de novo to the circuit court for trial before a judge or jury; the right to an attorney of my choice, or one appointed by the court at no charge if I cannot afford one; the right at trial to subpoena witnesses on my behalf, confront and cross-examine witnesses against me and to argue and make objections; and the right to testify in my own behalf. I also understand that I cannot be forced to testify against myself and that I am presumed innocent and that this presumption can be overcome only if the prosecution convinces the judge or jury of my guilt beyond a reasonable doubt.

I understand my constitutional rights set out above and the punishment that will be imposed if I elect to plead guilty before a magistrate. I also understand that my plea of guilty will have the same force and effect as a judgement of conviction by the court, which may result in enhanced penalties for subsequent convictions. I further understand that such conviction will be noted on the court's records, which are open to public inspection. I understand my rights and the matters set out above and hereby voluntarily and knowingly waive such rights by pleading guilty, as evidenced by my signature below.

### NOTICE TO THE ABOVE NAMED DEFENDANT:

You are charged with the offense of **FAIL POSSESS/DISPLAY INS. (2ND OFFENSE)** In accordance with the Rules of Judical Administration, you may elect to plead guilty to this offense before a magistrate and pay a fine of **$150.00** plus court costs of **$129.00**, for a total of **$279.00**.

In the event you elect to change your plea to not guilty, you must appear in court on_____ at _____ or you will have waived your right for a trial and waived your right to change your plea of not guilty.

_____  6/4/12
Defendant's Signature                                        Date

ALDARESS DONTAE MAURICE CARTER
_____
Defendant's Name (Print or Type)

| Printed: 6/4/2012      8:26 am | Montgomery Municipal Court |
| --- | --- |

COURT 005909

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL

vs.

**ALDARESS CARTER**
334 FOUNTAIN COURT APT C
MONTOOMERY, AL 36116
DOB:

10TRT094804, 11TRT16671, 11TRT16672,
11TRT20956, 11TRT20957, 11TRT20958,
12TRT033859, 12TRT033860,

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: **Karen Knight**, Judge of the Municipal Court of Montgomery, AL, comes now
_____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I. On or about the **27th day of May, 2011** the above named defendant was placed on probation
   by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
   amended, for a period of 24 months and 145 days for the offense of
   **3 cnts of No Proof Insurance, No Seat Belt, Improper Muffler, Improper Lane, No Seat Belt, 2
   cnts of No Insurance**

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
    statement of the conditions of said probation was signed and executed by the Defendant and the
    Defendant was specifically instructed regarding the special provisions of said probation by
    **Judge Karen Knight**

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
     failed to:

Report to the probation agent as directed:
7/29/2011, 8/9/2011, 9/27/2011, 10/7/2011, 10/18/2011, 10/21/2011, 10/31/2011, 11/4/2011, 11/14/2011, 11/22/2011, 11/30/2011, 12/12/2011,
12/13/2011, 12/22/2011, 12/26/2011, 1/13/2012, 1/30/2012, 8/10/2012, 2/22/2012, 2/29/2012, 3/13/2012, 3/23/2012, 3/27/2012, 3/29/2012, 4/20/2012,
3/7/2012, 5/25/2012, 6/7/2012, 6/11/2012, 6/22/2012, 6/29/2012, 7/6/2012, 7/10/2012, 7/13/2012, 7/20/2012, 7/27/2012, 8/3/2012, 8/10/2012,
8/14/2012, 8/22/2012, 8/31/2012, 9/7/2012, 9/13/2012, 9/24/2012, 9/29/2012, 10/4/2012, 10/12/2012, 10/22/2012, 10/26/2012, 10/31/2012, 11/1/2012,
11/9/2012, 11/7/2011, 11/15/2012, 11/30/2012, 11/30/2012

Make payments of fines, costs, restitution and other court ordered monies:          **Due $1,195.00**
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: **Due $217.00**
                                                                        **Total Due $1,412.00**

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.

WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

_Charles Moore_

**City Prosecutor**                     **Probation Agent - 12/6/2012**

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.

NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine if the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probationary sentence revoked and the original sentence of the Court imposed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on
this case until a resolution is decided.

**Defendant Failed to Appear;**            **Municipal Court Judge**          **Court Date: 1/30/2012**
**Issue a Warrant or Alias**

                                           **Court Clerk / Magistrate**           Date

COURT 005910

| State of Alabama<br>Unified Judicial System<br>Report #:      11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>**2012TRT040632** |
|---|---|---|

IN THE **MUNICIPAL** _____   COURT OF **MONTGOMERY**,  ALABAMA

*(Circuit, District, or Municipal)*                    *(Name of Municipality or County)*

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF     **MONTGOMERY** _____   v.   **ALDARESS DONTAE MAURICE CARTER** _____

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**FAIL POSSESS/DISPLAY INS. (2ND OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014
_____
Date

_____
Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_ , _2014_ ,
at _0020_ o'clock _A_ M. and, as directed, took him or her immediately before the court.

Remarks

_____
Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | Telephone Number |
|---|---|

| Social Security Number | Date of Birth | Age<br>**25** | Race<br>**B** | Sex<br>**M** | Height<br>**6.02** |
|---|---|---|---|---|---|

| Weight<br>**180** | Hair<br>**BLK** | Eyes<br>**BRN** | Other |
|---|---|---|---|

| Address<br>**6078 LITTLE LANE** | City<br>**MONTGOMERY** | State<br>**AL** | Zip Code<br>**36117** |
|---|---|---|---|

| Name of Employer | Employer's Telephone Number |
|---|---|

| Address Of Employer | City | State | Zip Code |
|---|---|---|---|

COURT 005911

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ~~████████~~

DOB: ~~████████~~   Sex: **M**   Race: **B**

**MONTGOMERY MUNICIPAL COURT**

~~Davis~~ Magistrate/Clerk

01·25·14 Date Served

## SECTION A

Alias Warrants - COURT OFFENSES ONLY (Defendant **MUST** Post Bail of Any Form)

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B

Alias Warrants - NON-COURT OFFENSES (Defendant **MAY** Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C

Capias Warrants - MANDATORY FINE ($500 *Cash Bail Only* - Or Defendant **MUST** Pay Out All Fines And Court Costs)

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

*TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:*

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ......... **$0.00**
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF ..... **$1,301.00**  OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ....... **$1,500.00**
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF ..... **$1,829.00**  OR MUST **POST CASH BOND** IN THE AMOUNT OF ................. **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

COURT 005912

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
1/27/2014 10:22 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697
NAME:ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX:M          DOB: ██████          SSN: ██████
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|   | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO INSURANCE | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2 | NO INSURANCE | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3 | IMPROPER LIGHTS | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4 | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5 | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6 | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7 | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8 | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9 | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 | | | |
| 12 | | | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13 | | | |
| 14 | | | |
| 15 | | | |

COURT 005913

Defendant's Name:   **CARTER, ALDARESS**

Social Security Number: ~~XXXXXXXXX~~

DOB: ~~XXXXXXXXX~~      Sex:   **M**   Race:   **B**

**MONTGOMERY MUNICIPAL COURT**

_Magistrate/Clerk_

_01·25·14_ Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Caplas Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_COMMUTE 10 DAYS_  JAN 2014

**_TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_**

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF _ **$1,301.00** _ OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF _ **$1,829.00** _ OR MUST **POST CASH BOND** IN THE AMOUNT OF _____ **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**   _36 Days_

COURT 005914



# Booking Card

### Carter, Aldaress

| | | |
|---|---|---|
| **Print Date/Time:** | 01/25/2014 03:13 | Montgomery Police Department |
| **Login ID:** | ddubose | **ORI Number:** AL0030100 |



*2014-00000697*

| | | | | | |
|---|---|---|---|---|---|
| **Booking #:** | 2014-00000697 | **Booking Date/Time:** | 01/25/2014 00:33 | | |
| **Jacket #:** | 123440 | **Inmate #:** | | | |
| **Address:** | 6078 LITTLE LN MONTGOMERY, AL 36117 | | | | |
| **Phone #:** | | **DOB:** | | **Race:** | Black |
| **SSN:** | | **Age:** | 25 | **Sex:** | Male |
| **Hair Color:** | BLK | **Eyes:** | BRO | **Height:** | 6ft 2 in |

**Weight:** 180.0

| **Prisoner Type:** | CTYP | **Incarceration Reason:** | Arrest | | |
|---|---|---|---|---|---|
| **Facility:** | MMCF Main | **Pod/Block:** 6 | **Cell:** 6A | **Bed:** 14 | |

---

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02     **Warrant Number:** 2012TRT072918     **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02     **Warrant Number:** 2012TRT071126     **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C25180A          COMM. Improper Lights
**Offense/Charge Date:** 01/25/2014 03:02     **Warrant Number:** 2012TRT071101     **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02     **Warrant Number:** 2012TRT040632     **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02     **Warrant Number:** 2012TRT033860     **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

Page: 1 of 3

1-27-14

Municipal Court
**City of Montgomery**
320 North Ripley Street
Montgomery, AL 36104

**IN THE MUNICIPAL COURT OF MONTGOMERY, ALABAMA**
**MUNICIPALITY OF MONTGOMERY**
**V.**
**ALDARESS DONTAE MAURICE CARTER, DEFENDANT**

Tuesday, January 28, 2014

To the Defendant of the Case listed below:

| Case# | Officer | Attorney | Balance Due | Court Date |
|---|---|---|---|---|
| 2012TRT040632 | WILLIE L FIELDER | | $79.00 | Tuesday, May 6, 2014  8:00 am |
| | FAIL POSSESS/DISPLAY INS. (2ND OFFENSE) | | | |

The above case has been continued on the court docket to the time specified.

(Please bring this order with you.)

Montgomery Municipal Court

COURT 005916

| State of Alabama<br>Unified Judicial System | **ORDER OF RELEASE FROM JAIL** | Booking Number |
|---|---|---|
| Form C-42          Rev. 6/88 | | 2014-0697 |

IN THE        **MUNICIPALITY**        COURT OF        **MONTGOMERY**        , ALABAMA
<br>(Circuit, District, or Municipal)                (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.        <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.


Date: 01/28/2014        _Priscilla L. Dav_        By: <u>PLDAVIS</u>
<br>                            Judge/Clerk


COURT RECORD (Original)        JAILER (Copy)        DEFENDANT (Copy)

COURT 005917

## ALABAMA UNIFORM TRAFFIC TICKET AND COMPLAINT

FORM UTC
REV 4.2.11
ELECTRONIC CITATION

COURT CASE NO. **2012TRT071101**

ALABAMA COUNTY OF **MONTGOMERY**
CITY **MONTGOMERY**
TICKET NUMBER **V5416510**

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 06/22/2012 at approx 12:02 am

First Name **ALDARESS**  Middle/Maiden **DONTAE MAURICE**  Last **CARTER**

Address **6078 LITTLE LN**
City **MONTGOMERY**  State **AL**  Zip Code **36117**

State **AL**  Driver's License Number **7866257**  Class of License **D**

Sex **M**  Race **B**  Eyes **BRN**  Hair **BLK**  Social Security Number ▓  Vehicle Tag Number **86670AZ**  State **AL**  Year **2013**
Height **74**  Weight **180**

Driver's License in Possession? **YES**
Owner of Vehicle

Vehicle Description (year, make, model, color) **1994 FORD WHITE**

TYPE VEHICLE **PRIVATE**

Did unlawfully operate a motor vehicle or other vehicle at or near within the city limits of in violation of Municipal Ordinance Number duly adopted and in force at the time the offense was committed adopting 32-5-240.

Statute **32-5-240**
Described **IMPROPER LIGHTS**

**0** MPH **0** Speed Limit BAC **0.00**

Complainant Signature ▓

Sworn to and acknowledged before me this DATE **08/30/2012**

Officer ID **1263**
Complainant's Signature **Moyer**

COURT APPEARANCE INFORMATION
Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104

Court Appearance Date and Time **September 24, 2012  1:00 pm**

Signature and Title  Judge/Magistrate ▓  **(334) 625-2776**

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(n)

RELEASED ON OWN RECOGNIZANCE

COURT 005919

---

## COURT RECORD

Court O.R.I. **AL003011J**  COURT CASE NO. **2012TRT071101**

☒ MUNICIPAL COURT / DISTRICT COURT OF **MONTGOMERY**
TICKET NUMBER **V5416510**  CHARGE **IMPROPER LIGHTS**

DEFENDANT'S NAME **ALDARESS DONTAE MAURICE CARTER**

NEW COURT DATE M **05** D **06** Y **2014**

FINE **52.00**  COURT COSTS **155.00**  TOTAL FINE AND COURT COSTS **207.00**

**ORDERS OF THE COURT**

Printed: Wednesday, February 12, 2014   10:44 AM                          Montgomery Municipal Court

| State of Alabama<br>Unified Judicial System<br>Report #:    11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR**<br>**FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>**2012TRT071101** |
|---|---|---|

IN THE  **MUNICIPAL** COURT OF **MONTGOMERY**, ALABAMA

*(Circuit, District, or Municipal)*          *(Name of Municipality or County)*

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF     **MONTGOMERY**     v.   **ALDARESS DONTAE MAURICE CARTER**

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**IMPROPER/NO TAIL LIGHTS**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014
Date                                          Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_ , _2014_
at _0020_ o'clock _A_.M. and, as directed, took him or her immediately before the court.

Remarks

Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | | | Telephone Number | |
|---|---|---|---|---|---|
| Social Security Number | Date of Birth | Age<br>**25** | Race<br>**B** | Sex<br>**M** | Height<br>**6.02** |
| Weight<br>**180** | Hair<br>**BLK** | Eyes<br>**BRN** | Other | | |
| Address<br>**6078 LITTLE LANE** | | City<br>**MONTGOMERY** | | State<br>**AL** | Zip Code<br>**36117** |
| Name of Employer | | | | Employer's Telephone Number | |
| Address Of Employer | | City | | State | Zip Code |

COURT 005920

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ~~[redacted]~~

DOB: ~~[redacted]~~        Sex: **M**    Race: **B**

**MONTGOMERY MUNICIPAL COURT**

_Magistrate/Clerk_

01·25·14 _Date Served_

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 _Cash Bail Only_ - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF       **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF     **$1,301.00**    OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF     **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF     **$1,829.00**    OR MUST **POST CASH BOND** IN THE AMOUNT OF     **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

COURT 005921

MANDATORY TIME RELEASE DATE: ____
COMMUTED TIME RELEASE DATE: ____

THIS REPORT CREATED:
1/27/2014 10:22 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697
NAME:ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX:M          DOB: ███████          SSN: ███████
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

|    | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|----|--------------------|--------|----------------------------|
| 1  | NO INSURANCE | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2  | NO INSURANCE | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3  | ~~IMPROPER TAGS~~ | ~~...~~ | ~~...06/2014~~ |
| 4  | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5  | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6  | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7  | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8  | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9  | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 |  |  |  |
| 12 |  |  | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13 |  |  |  |
| 14 |  |  |  |
| 15 |  |  |  |

COURT 005922

Defendant's Name: **CARTER, ALDARESS**

Social Security Number:

DOB:          Sex: **M**   Race: **B**

**MONTGOMERY MUNICIPAL COURT**

Magistrate/Clerk

01·25·14   Date Served

## SECTION A

**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B

**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C

**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ............ **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF ...... **$1,301.00**   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ...... **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF ...... **$1,829.00**   OR **MUST POST CASH BOND** IN THE AMOUNT OF .............. **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**

36 Days

COURT 005923



# Booking Card

### Carter, Aldaress

| | | |
|---|---|---|
| **Print Date/Time:** | 01/25/2014 03:13 | Montgomery Police Department |
| **Login ID:** | ddubose | **ORI Number:** AL0030100 |



*2014-00000697*

| | | | |
|---|---|---|---|
| **Booking #:** | 2014-00000697 | **Booking Date/Time:** | 01/25/2014 00:33 |
| **Jacket #:** | 123440 | **Inmate #:** | |
| **Address:** | 6078 LITTLE LN | | |
| | MONTGOMERY, AL 36117 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Phone #:** | | **DOB:** | | **Race:** | Black |
| **SSN:** | | **Age:** | 25 | **Sex:** | Male |
| **Hair Color:** | BLK | **Eyes:** | BRO | **Height:** | 6ft 2 in | **Weight:** | 180.0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Prisoner Type:** | CTYP | **Incarceration Reason:** | Arrest | | | |
| **Facility:** | MMCF Main | **Pod/Block:** | 6 | **Cell:** 6A | **Bed:** 14 |

**Charge:**
AL0030100      0C23Z      C327A16                          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT072918   **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**      No

**Charge:**
AL0030100      0C23Z      C327A16                          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT071126   **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**      No

**Charge:**
AL0030100      0C23Z      C25180A                          COMM. Improper Lights
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT071101   **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**      No

**Charge:**
AL0030100      0C23Z      C327A16                          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT040632   **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**      No

**Charge:**
AL0030100      0C23Z      C327A16                          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT033860   **Court Date/Time:**
**Case Tracking ORI:**                        **Case Tracking #:**                **Docket Number:**
**Bond/Bail Set Type:**                       **Bond/Bail Set Date:**             **Bond/Bail Set Amt:**
**Bond Posted By:**                           **Bond Post Date:**                 **Bond Post Amt:**
**Severest:**      No

Page: 1 of 3

1-27-14

| State of Alabama<br>Unified Judicial System<br><br>Form C-42          Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2014-0697 |
| --- | --- | --- |

IN THE      **MUNICIPALITY**      **COURT OF**      **MONTGOMERY**      **, ALABAMA**
<br>(Circuit, District, or Municipal)      (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.      <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release     PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.

Date: 01/28/2014      *Priscilla L. Dav*
<br>                        Judge/Clerk          By: <u>PLDAVIS</u>

COURT RECORD (Original)      JAILER (Copy)      DEFENDANT (Copy)

COURT 005925

Municipal Court
**City of Montgomery**
320 North Ripley Street
Montgomery, AL 36104

---

### IN THE MUNICIPAL COURT OF MONTGOMERY, ALABAMA
### MUNICIPALITY OF MONTGOMERY
### V.
### ALDARESS DONTAE MAURICE CARTER, DEFENDANT

Monday, January 27, 2014

To the Defendant of the Case listed below:

| Case# | Officer | Attorney | Balance Due | Court Date |
|---|---|---|---|---|
| 2012TRT071101 | MICHAEL PATRICK MOYER | | ███ | ████ am |
| | IMPROPER/NO TAIL LIGHTS | | | |

The above case has been continued on the court docket to the time specified.

(Please bring this order with you.)

Montgomery Municipal Court

COURT 005926

FORM UTC
REV 4.2.11
ELECTRONIC CITATION

ALABAMA UNIFORM TRAFFIC
TICKET AND COMPLAINT

COURT CASE NO.
2012TRT07I126
YEAR          NUMBER

| ALABAMA COUNTY OF | CITY | TICKET NUMBER |
|---|---|---|
| MONTGOMERY | MONTGOMERY | V5416511 |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that on or about 08/23/2012 at approx 12:02 am.

TYPE VEHICLE
PRIVATE

First Name: ALDARESS   Middle/Maiden: DONTAE MAURICE   Last: CARTER

Address: 6078 LITTLE LN

| City | State | Zip Code |
|---|---|---|
| MONTGOMERY | AL | 36117 |

| State | Driver's License Number | | | Class of License |
|---|---|---|---|---|
| AL | 7866257 | | | D |

| Sex | Race | DOB | Social Security Number | Driver's License In Possession? YES |
|---|---|---|---|---|
| M | B | | | |

| Height | Weight | Eyes | Hair | Vehicle Tag Number | State | Year |
|---|---|---|---|---|---|---|
| 74 | 180 | BRN | BLK | 86670AZ | AL | 2013 |

Vehicle Description (year, make, model, color): 1994 FORD WHITE

Employer/Owner of Vehicle (Address): Owner of Vehicle

Did unlawfully operate a motor vehicle or other vehicle at or near  within the city limits of  in violation of Municipal Ordinance Number duly adopted and in force at the time the offense was committed adopting 32-7A-16(1).

Statute: 32-7A-16(1)
Described: OPER VEH W/O INSURANCE
Details:

| | UGR Code | Mile No. | 0 MPH | Speed Limit BAC 0.00 | Road Cd |
|---|---|---|---|---|---|

FACTS RELATING TO THE OFFENSE (Witnesses, etc.):

Companion Case: ☐ NO
Crash Involved: ☐ NO
Agency ORI

Officer ID: 1263

Officer Name: Moyer

Complainant Signature: _[signature]_  1263

Court Appearance Information
Court Appearance Date and Time: September 24, 2012  1:00 pm
Judge/Magistrate: _[signature]_
Defendant's Phone: (334) 625-2776
http://traffic.alacourt.gov

Sworn to and acknowledged before me this DATE: 08/30/2012

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket

Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(n)

RELEASED ON OWN RECOGNIZANCE

Printed: Wednesday, February 12, 2014   10:44 AM

---

| Court O.R.I. AL003011J | COURT RECORD | COURT CASE NO. 2012TRT07I126 YEAR NUMBER |
|---|---|---|

| ☒ MUNICIPAL COURT / DISTRICT COURT OF | MONTGOMERY | TICKET NUMBER V5416511 |

DEFENDANT'S NAME: ALDARESS DONTAE MAURICE CARTER
CHARGE: OPER VEH W/O INSURANCE

| CONTINUED | M 01 | D 27 | Y 14 | REASON |
|---|---|---|---|---|
| TO | | | | |
| CONTINUED | M 01 | D 27 | Y 14 | REASON |
| TO | | | | |

| UTC-6A MAILED | M | D | Y | NEW COURT DATE M 05 D 06 Y 2014 | UTC-6B ISSUED M | D | Y | UTC-6B CLEARANCE M | D | Y |

| WARRANT ISSUED M 01 | D 24 | Y 14 | BOND SET 0.00 | WARRANT SERVED M | D | Y | WARRANT RECALLED M | D | Y |

CONDITIONAL BOND FORFEITURE ☐   CASH DEPOSITED $
ORDER ISSUED ☐

| CHECK IF APPLICABLE | M | D | Y | Defendant informed of rights waived ☐ Voluntarily waived counsel |

ATTORNEY FOR DEFENDANT: ☐
PLEA OF DEFENDANT (CHECK ONE):
1 ☒ Guilty as charged   2 ☐ Guilty of
ADJUDICATION (CHECK ONE):
1 ☐ Guilty as charged   2 ☐ Not Guilty
3 ☐ Guilty of   4 ☐ Not prossed   5 ☐ Dismissed
3 ☐ Not Guilty   5 ☐ Dismissed

**ORDERS OF THE COURT**

FINE $2.00   COURT COSTS $66.00   TOTAL FINE AND COURT COSTS 237.00

**ADDITIONAL PENALTIES / FEES / COSTS**

| HEAD INJURY DUI | CRIMINAL HISTORY DUI | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR |
|---|---|---|
| HOUSING AND MAINT | MEDICAL | ATTORNEY RECOUPMENT | RESTITUTION | PARTIAL PAYMENTS AUTH |
| $ | $ | $ | $0.00 | $ |

| ☐ JAILED M | D | Y | DAYS 0 | ☐ RELEASED M | D | Y | LOCATION |
| ☐ SUSPENDED SENTENCE | ☐ PROBATION | ☐ COMMUNITY SERVICE |
| 0 DAYS 0 MONTHS | DAYS 0 MONTHS | DAYS MONTHS |
| ☐ TRAFFIC SAFETY PROGRAM M | D | Y | ☐ SUBSTANCE EVALUATION ☐ COURT REFERRAL COMPLETED | M | D | Y |

COURT ORDERED LIC SUSPENSION
0 DAYS MONTHS ☐ CONSECUTIVE ☐ CONCURRENT
LICENSE SURRENDERED TO COURT M D Y   RECEIVED BY

☐ CONFIDENTIAL ☒ NO ☐ IF YES   ☐ JUVENILE   ☐ YOUTHFUL OFFENDER

DISPOSITION DATE: M 01 D 27 Y 14
CASE APPEALED ☐ YES ☐ NO

SIGNATURE OF JUDGE/MAGISTRATE _[signature]_

APPEAL BOND   CIRCUIT COURT CASE NUMBER

ARRESTING AGENCY (TYPE OF ARREST): ☐ STATE ☐ COUNTY ☒ MUNICIPAL
CASH RECEIVED FROM: RECEIPT #   AMOUNT   DATE M D Y
NAME AND TITLE:
LICENSE ATTACHED ☐ YES ☐ NO   DPS RECEIVED LICENSE ☐ YES ☐ NO

COURT ACTION AND DISPOSITION

Montgomery Municipal Court

COURT 005927

| State of Alabama<br>Unified Judicial System<br>Report #:      11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>**2012TRT071126** |
|---|---|---|

IN THE **MUNICIPAL** _____     COURT OF **MONTGOMERY**, ALABAMA _____

_(Circuit, District, or Municipal)_     _(Name of Municipality or County)_

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF     **MONTGOMERY** _____     v.     **ALDARESS DONTAE MAURICE CARTER** _____

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014 _____

Date _____     Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_ , _2014_ ,
at _0020_ o'clock _A_ .M. and, as directed, took him or her immediately before the court.

Remarks

_____
Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | Telephone Number<br>▓▓▓▓▓▓ | |
|---|---|---|---|

| Social Security Number<br>▓▓▓▓▓ | Date of Birth<br>▓▓▓▓▓ | Age<br>**25** | Race<br>**B** | Sex<br>**M** | Height<br>**6.02** |
|---|---|---|---|---|---|

| Weight<br>**180** | Hair<br>**BLK** | Eyes<br>**BRN** | Other | | |
|---|---|---|---|---|---|

| Address<br>**6078 LITTLE LANE** | City<br>**MONTGOMERY** | State<br>**AL** | Zip Code<br>**36117** |
|---|---|---|---|

| Name of Employer | | Employer's Telephone Number | |
|---|---|---|---|

| Address Of Employer | City | State | Zip Code |
|---|---|---|---|

COURT 005928

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ▮▮▮▮▮▮▮▮

DOB: ▮▮▮▮▮   Sex: **M**   Race: **B**

**MONTGOMERY MUNICIPAL COURT**

_(signature)_ Magistrate/Clerk

01·25·14 Date Served

## SECTION A

Alias Warrants - COURT OFFENSES ONLY (Defendant **MUST** Post Bail of Any Form)

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B

Alias Warrants - NON-COURT OFFENSES (Defendant **MAY** Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C

Caplas Warrants - MANDATORY FINE ($500 _Cash Bail Only_ - Or Defendant **MUST** Pay Out All Fines And Court Costs)

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF __**$0.00**__

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF __**$1,301.00**__ OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF __**$1,500.00**__

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF __**$1,829.00**__ OR MUST **POST CASH BOND** IN THE AMOUNT OF __**$3,500.00**__

**(TOTAL PAYABLE): $3,130.00**

COURT 005929

**MANDATORY TIME RELEASE DATE:** _____
**COMMUTED TIME RELEASE DATE:** _____

THIS REPORT CREATED:
1/27/2014 10:22 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: 2014-00000697

NAME:ALDARESS DONTAE MAURICE CARTER
RACE: B          SEX:M          DOB████████          SSN:████████
ADDRESS: 6078 LITTLE LANE          MONTGOMERY, AL 36117

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | NO INSURANCE | 2012TRT072918 | $237.00 TO PAY 05/06/2014 |
| 2 | ██████████ | ██████████ | ██████████ |
| 3 | IMPROPER LIGHTS | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4 | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5 | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6 | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7 | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8 | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9 | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 | | | |
| 12 | | | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13 | | | |
| 14 | | | |
| 15 | | | |

COURT 005930

Defendant's Name:   **CARTER, ALDARESS**

Social Security Number: ▮▮▮▮▮

DOB: ▮▮▮▮     Sex:  **M**   Race:  **B**

**MONTGOMERY MUNICIPAL COURT**

Magistrate/Clerk

*01·25·14*  Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE  50 | $500.00 | $373.00  237 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE  50 | $500.00 | $633.00  237 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS  22 | $500.00 | 207  $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | 279  $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | 229  $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | 30  $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | 149  $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | 179  $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | 63  $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | 109  $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

*TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:*

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF _____ **$0.00**

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF ____ **$1,301.00**  OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ____ **$1,500.00**

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF ____ **$1,829.00**  OR MUST **POST CASH BOND** IN THE AMOUNT OF _____ **$3,500.00**

**(TOTAL PAYABLE): $3,130.00**    *36 Days*

COURT 005931



# Booking Card

Carter, Aldaress

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 01/25/2014 03:13 | | Montgomery Police Department |
| **Login ID:** | ddubose | | **ORI Number:** AL0030100 |



*2014-00000697*

| | | | | | |
|---|---|---|---|---|---|
| **Booking #:** | 2014-00000697 | **Booking Date/Time:** | 01/25/2014 00:33 | | |
| **Jacket #:** | 123440 | **Inmate #:** | | | |
| **Address:** | 6078 LITTLE LN | | | | |
| | MONTGOMERY, AL 36117 | | | | |
| **Phone #:** | | **DOB:** | | **Race:** | Black |
| **SSN:** | | **Age:** | 25 | **Sex:** | Male |
| **Hair Color:** | BLK | **Eyes:** | BRO | **Height:** | 6ft 2 in |

**Weight:** 180.0

| | | | | |
|---|---|---|---|---|
| **Prisoner Type:** | CTYP | **Incarceration Reason:** | Arrest | |
| **Facility:** | MMCF Main | **Pod/Block:** 6 | **Cell:** 6A | **Bed:** 14 |

**Charge:**

| | | | | |
|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | COMM. Fail Possess/Display Ins (1st Offense) | |
| **Offense/Charge Date:** 01/25/2014 03:02 | | **Warrant Number:** 2012TRT072918 | **Court Date/Time:** | |
| **Case Tracking ORI:** | | **Case Tracking #:** | **Docket Number:** | |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** | |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** | |
| **Severest:** | No | | | |

**Charge:**

| | | | | |
|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | COMM. Fail Possess/Display Ins (1st Offense) | |
| **Offense/Charge Date:** 01/25/2014 03:02 | | **Warrant Number:** 2012TRT071126 | **Court Date/Time:** | |
| **Case Tracking ORI:** | | **Case Tracking #:** | **Docket Number:** | |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** | |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** | |
| **Severest:** | No | | | |

**Charge:**

| | | | | |
|---|---|---|---|---|
| AL0030100 | 0C23Z | C25180A | COMM. Improper Lights | |
| **Offense/Charge Date:** 01/25/2014 03:02 | | **Warrant Number:** 2012TRT071101 | **Court Date/Time:** | |
| **Case Tracking ORI:** | | **Case Tracking #:** | **Docket Number:** | |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** | |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** | |
| **Severest:** | No | | | |

**Charge:**

| | | | | |
|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | COMM. Fail Possess/Display Ins (1st Offense) | |
| **Offense/Charge Date:** 01/25/2014 03:02 | | **Warrant Number:** 2012TRT040632 | **Court Date/Time:** | |
| **Case Tracking ORI:** | | **Case Tracking #:** | **Docket Number:** | |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** | |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** | |
| **Severest:** | No | | | |

**Charge:**

| | | | | |
|---|---|---|---|---|
| AL0030100 | 0C23Z | C327A16 | COMM. Fail Possess/Display Ins (1st Offense) | |
| **Offense/Charge Date:** 01/25/2014 03:02 | | **Warrant Number:** 2012TRT033860 | **Court Date/Time:** | |
| **Case Tracking ORI:** | | **Case Tracking #:** | **Docket Number:** | |
| **Bond/Bail Set Type:** | | **Bond/Bail Set Date:** | **Bond/Bail Set Amt:** | |
| **Bond Posted By:** | | **Bond Post Date:** | **Bond Post Amt:** | |
| **Severest:** | No | | | |

Page: 1 of 3

1-27-14

COURT 005932

| State of Alabama | | | Booking Number |
|---|---|---|---|
| Unified Judicial System | **ORDER OF RELEASE FROM JAIL** | | 2014-0697 |
| Form C-42          Rev. 6/88 | | | |

IN THE     **MUNICIPALITY**     COURT OF     **MONTGOMERY**   , ALABAMA
(Circuit, District, or Municipal)           (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.     <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.

Date: 01/28/2014        _Priscilla L. Dav_        By: <u>PLDAVIS</u>

                                  Judge/Clerk

COURT RECORD (Original)      JAILER (Copy)      DEFENDANT (Copy)

COURT 005933

## Left Form

FORM UTC
REV 4.2.11
ELECTRONIC CITATION

**ALABAMA UNIFORM TRAFFIC**
**TICKET AND COMPLAINT**

COURT CASE NO.
2012TRT072918
YEAR   NUMBER

ALABAMA COUNTY OF
MONTGOMERY

CITY
MONTGOMERY

TICKET NUMBER
N4216733

TYPE VEHICLE
PRIVATE

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, while the previous 12 months, commit the offense set forth contrary to law in that on or about 04/21/2012 at approx 09:25 am

First Name: ALDARESS   Middle/Maiden: DONTAE MAURICE   Last: CARTER

Address: 6078 LITTLE LANE

City: MONTGOMERY   State: AL   Zip Code: 36117

State: AL   Driver's License Number: 7866257   Class of License: D

| Sex M | Race B | DOB | Driver's License in Possession: YES |
| Height 6.02 | Weight 180 | Eyes BRN | Hair BLK | Social Security Number | Vehicle Tag Number 86670AZ | State AL | Year 2013 |

Vehicle Description (year, make, model, color): 0 FORD WHITE   Owner of Vehicle

Employer/Owner of Vehicle (Address)

Did unlawfully operate a motor vehicle or other vehicle at or near within the city limits of in violation of Municipal Ordinance Number/ Section number as adopted and in force at the time the offense was committed adopting 32-7A-16(1).

Statute: 32-7A-16(1)   UGR Code   Mile No.   Road Cd

Described: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)

0 MPH □   Q Speed Limit BAC 0.00

Details:

FACTS RELATING TO THE OFFENSE: (Witnesses, etc.)
Companion Case: □ NO
Crash Involved: □ NO

Officer Name: DUSTIN LAMAR SMITH   Officer ID: 2199   Agency ORI

Complainant Signature

Sworn to and acknowledged before me this DATE: 08/22/2012

COURT APPEARANCE INFORMATION
Montgomery Municipal Court
320 North Ripley Street
Montgomery, AL 36104

Signature and Title: Judge/Magistrate
Court Appearance Date and Time

(334) 625-2776

Defendant's Phone
334 284 0596

http://traffic.alacourt.gov

Defendant must appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket

NO SIGNATURE REQUIRED
Pursuant to 32-1-4(b)

RELEASED ON OWN RECOGNIZANCE

Printed: Monday, January 27, 2014   11:31 AM

COURT 005934

## Right Form

Court O.R.I.
AL003011J

**COURT RECORD**

COURT CASE NO.
2012TRT072918
YEAR   NUMBER

☒ MUNICIPAL COURT
□ DISTRICT COURT OF   MONTGOMERY

TICKET NUMBER: N4216733

CHARGE: FAIL POSSESS/DISPLAY INS.

DEFENDANT'S NAME: ALDARESS DONTAE MAURICE CARTER

| CONTINUED | M 01 | D 27 | Y 14 | REASON |
| TO | | | | |
| CONTINUED | M 01 | D 27 | Y 14 | REASON |
| TO | | | | |

UTC-8A MAILED: M   D   Y
NEW COURT DATE: M 05   D 06   Y 2014
UTC-8B ISSUED: M   D   Y
UTC-8B CLEARANCE: M   D   Y

WARRANT ISSUED: M 01   D 24   Y 14
BOND SET 0.000
WARRANT SERVED: M   D   Y
WARRANT RECALLED: M   D   Y

CONDITIONAL BOND FORFEITURE
ORDER ISSUED
CASH DEPOSITED $
BOND FORFEITURE: M   D   Y

ATTORNEY FOR DEFENDANT
CHECK IF APPLICABLE □ Defendant informed of rights on docket
□ Voluntarily waived counsel

PLEA OF DEFENDANT (CHECK ONE)
1 ☒ Guilty as charged   2 □ Guilty of
3 □ Not Guilty   5 □ Dismissed

ADJUDICATION (CHECK ONE)
3 □ Guilty of   1 ☒ Guilty as charged   2 □ Not Guilty   4 □ Not prossed

**ORDERS OF THE COURT**

FINE 82.00   COURT COSTS 166.00   TOTAL FINE AND COURT COSTS 237.00

ADDITIONAL PENALTIES / FEES / COSTS

| HEAD INJURY DUI $ | CRIMINAL HISTORY DUI $ | CRIME VICTIMS (DUI/RECKLESS DRIVING) MISDEMEANOR $ |
| HOUSING AND MAINT $ | MEDICAL $ | MINIMUM $25.000 $ |
| | ATTORNEY RECOUPMENT $ | RESTITUTION $0.00 | PARTIAL PAYMENTS AUTH $ |

| JAILED M | D | Y 0 DAYS | RELEASED □ M | D | Y 0 LOCATION |
| SUSPENDED SENTENCE 0 | MONTHS 0 | PROBATION 0 DAYS | MONTHS | COMMUNITY SERVICE 0 DAYS | MONTHS |
| TRAFFIC SAFETY PROGRAM M | D | Y | □ SUBSTANCE ABUSE EVALUATION | □ COURT REFERRAL COMPLETED | M | D | Y |

COURT ORDERED LIC SUSPENSION   LICENSE SURRENDERED TO COURT   RECEIVED BY
0 DAYS   MONTHS   □ CONSECUTIVE   □ CONCURRENT   M   D   Y

CONFIDENTIAL ☒ NO   □ YES   □ JUVENILE   □ YOUTHFUL OFFENDER

DISPOSITION DATE: M 01   D 27   Y 14

CASE APPEALED: M   D   Y

SIGNATURE OF JUDGE/MAGISTRATE

APPEAL BOND

CIRCUIT COURT CASE NUMBER

ARRESTING AGENCY (TYPE OF ARREST)
□ STATE   □ COUNTY   ☒ MUNICIPAL

CASH RECEIVED FROM
RECEIPT #   AMOUNT   DATE: M   D   Y

NAME AND TITLE

LICENSE ATTACHED   □ YES   □ NO   DPS RECEIVED LICENSE   □ YES   □ NO

COURT ACTION AND DISPOSITION

Montgomery Municipal Court

FORM UTC-1
REV. 3/2003

**ALABAMA UNIFORM TRAFFIC
TICKET AND COMPLAINT**

COURT CASE NO.

| | | | | | |
|---|---|---|---|---|---|
| ALABAMA, COUNTY OF | CO. | CITY | TICKET NUMBER | | N 4216733 |
| Montgom | 03 | 03 | | | |

The undersigned, being duly sworn, deposes and says that he/she has probable cause to believe and does believe that the person herein named did, within the previous 12 months, commit the offense set forth contrary to law in that: on or about

| Month | Day | Year | At | Time | Approx. |
|---|---|---|---|---|---|
| 08 | 21 | 12 | | 21 55 | |

Time □ AM ☑ PM □ MT

TYPE VEHICLE
□ Commercial  ☑ Private
□ Haz-Mat Involved
□ Passenger (requiring passenger endorsement)

First Name: Aldarcss
Middle/Maiden
Last: Carter

Address / Street: 6078 Little Lane

City: Montgom    State: Ala    Zip Code: 36117    CDL Required □ Yes ☑ No

State: Al    Driver's License Number: 786257    Class of License:

Sex: M   Race: B   DOB: ▮▮ ▮ Y   Social Security Number:    Drivers License ☑ Yes □ No In Possession

Hgt: 5-5   Wgt: 180   Eyes: Bro   Hair: Blk   Vehicle Tag Number: 8667017   State: AL   Year: 13

Vehicle Description: White Camry Un    Owner of Vehicle ☑ Driver □ Employer □ Other

Employer/Owner of Vehicle (Address):

□ Did unlawfully operate a motor vehicle, other vehicle, or □ otherwise unlawfully use a public street, road, highway or other place, at or near 2119 Lois W/plw , within the □ city limits or □ police jurisdiction of Montgomy or □ within _____ County, at or near the following location _____ in violation of □ Section _____ Code of Alabama 1975,

□ or Rule/Regulation number (per □ Municipal Ordinance No. 125.7 I , duly adopted and in force at the time the offense was committed, (if applicable) □ adopting Section T32-7L-16-1 Code 1975, more particularly described below:

CHECK THE APPROPRIATE BLOCK:

| | | UCR Code | KM No. | Street/Road Code |
|---|---|---|---|---|

1 □ Speeding ____ MPH ____ Speed Limit
2 □ Reckless Driving
3 □ Driving Without First Obtaining a Driver's License
DID DRIVE OR BE IN ACTUAL PHYSICAL CONTROL OF A VEHICLE WHILE:
4 □ There was .08% or More By Weight of Alcohol in His/Her Blood
4 □ Under the Influence of Alcohol
5 □ Under the Influence of Controlled Substance
71 □ Under the Combined Influence of Alcohol and Controlled Substance
72 □ Under the Influence of any Substance which Impairs the Mental or Physical Faculties
6 □ Failure to Yield Right of Way
□ Other Violation (Specify) No Proof of Ins

7 □ Driving While Revoked
8 □ Driving While Suspended
10 □ Running Red Light
13 □ Improper Equipment (Specify) ____
14 □ Improper Passing
28 □ Improper Tag (Specify) ____
29 □ Improper Turn
42 □ Overweight Vehicle
61 □ Child Restraint Violation
77 □ Seat Belt Violation

FACTS RELATING TO THE OFFENSE: (Witnesses, etc)     □ Companion Case (Traffic, Non-Traffic, Felony, Other)     □ Accident Involved

failue to dim

Complainant's Signature: _____   N I S. 11

Officer ID.: 2159   Agency ORI: AL 003400

Verified and Acknowledged before (Circle Title) Judge/Magistrate   08/22/2012

☑ Municipal   **COURT APPEARANCE INFORMATION**
□ District Court    Phone (334) 241-J465

Court Appearance Date / Time: 9 20 12   8 00 □ AM ☑ PM   Court Address: 320 N. Ripley St

I Promise to appear in court at said time and place or otherwise comply with the provisions of this complaint and instructions of the notice part of this ticket.

Defendant's Signature: _____   Phone ( )

□ Released on Own Recognizance   □ Driver's License Posted in Lieu of Bond

NAME
TICKET # N 4216733
CASE #

**COMPLAINT AND AFFIDAVIT**

| State of Alabama<br>Unified Judicial System<br>Report #:    11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR**<br>**FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>**2012TRT072918** |
|---|---|---|

IN THE  **MUNICIPAL**

*(Circuit, District, or Municipal)*

COURT OF **MONTGOMERY,** ALABAMA

*(Name of Municipality or County)*

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF   **MONTGOMERY**   v.   **ALDARESS DONTAE MAURICE CARTER**

, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offense of
**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

01/24/2014
Date

Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, _1-25_   _2014_
at _0020_ o'clock _A_.M. and, as directed, took him or her immediately before the court.

Remarks

Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**ALDARESS DONTAE MAURICE CARTER** | | | | Telephone Number | |
|---|---|---|---|---|---|

| Social Security Number | Date of Birth | Age<br>**25** | Race<br>**B** | Sex<br>**M** | Height<br>**6.02** |
|---|---|---|---|---|---|

| Weight<br>**180** | Hair<br>**BLK** | Eyes<br>**BRN** | Other | | |
|---|---|---|---|---|---|

| Address<br>**6078 LITTLE LANE** | City<br>**MONTGOMERY** | State<br>**AL** | Zip Code<br>**36117** |
|---|---|---|---|

| Name of Employer | | Employer's Telephone Number | |
|---|---|---|---|

| Address Of Employer | City | State | Zip Code |
|---|---|---|---|

COURT 005936

Defendant's Name: **CARTER, ALDARESS**

Social Security Number: ▮▮▮▮

DOB: ▮▮▮▮ Sex: M  Race: B

**MONTGOMERY MUNICIPAL COURT**

Magistrate/Clerk

01·25·14

Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form _or Simply Pay the Fine & Cost Shown_)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

_**TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:**_

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF        $0.00

-AND/OR-

DEFENDANT **MAY** PAY FINES AND COSTS OF ..... $1,301.00   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF       $1,500.00

-AND/OR-

DEFENDANT **MUST** PAY FINES AND COSTS OF ..... $1,829.00   OR MUST **POST CASH BOND** IN THE AMOUNT OF ................. $3,500.00

**(TOTAL PAYABLE): $3,130.00**

COURT 005937

**MANDATORY TIME RELEASE DATE:** ____
**COMMUTED TIME RELEASE DATE:** ____

THIS REPORT CREATED:
1/27/2014 10:22 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. HARTLEY

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 1/25/2014 12:33 AM   BOOKING #: ▓▓▓▓▓▓▓

NAME: ALDARESS DONTAE MAURICE CARTER
RACE: B     SEX: M     DOB: ▓▓▓▓▓     SSN: ▓▓▓▓▓
ADDRESS: 6078 LITTLE LANE     MONTGOMERY, AL 36117

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓▓ Outstanding balance |
| 2 | NO INSURANCE | 2012TRT071126 | $237.00 TO PAY 05/06/2014 |
| 3 | IMPROPER LIGHTS | 2012TRT071101 | $207.00 TO PAY 05/06/2014 |
| 4 | NO INSURANCE | 2012TRT040632 | $279.00 COMMUTED |
| 5 | NO INSURANCE | 2012TRT033860 | $229.00 COMMUTED |
| 6 | SEAT BELT VIOLATION | 2012TRT033859 | $36.00 COMMUTED |
| 7 | NO SIGNAL | 2011TRT020958 | $149.00 COMMUTED |
| 8 | NO INSURANCE | 2011TRT020957 | $179.00 COMMUTED |
| 9 | IMPROPER MUFFLER | 2011TRT020956 | $63.00 COMMUTED |
| 10 | NO INSURANCE | 2011TRT016672 | $169.00 COMMUTED |
| 11 | | | |
| 12 | | | DEF CAN BE RELEASED WITH ½ PER JUDGE HENDLEY |
| 13 | | | |
| 14 | | | |
| 15 | | | |

| Defendant's Name: | CARTER, ALDARESS | | | | |
|---|---|---|---|---|---|
| Social Security Number: | | | | | |
| DOB: | Sex: M | Race: B | | | |

**MONTGOMERY MUNICIPAL COURT**
Magistrate/Clerk
01·25·14 Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)**

| | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form or Simply Pay the Fine & Cost Shown)**

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT072918 | N4216733 | NO INSURANCE | $500.00 | $373.00 |
| 2 | 2012TRT071126 | V5416511 | NO INSURANCE | $500.00 | $633.00 |
| 3 | 2012TRT071101 | V5416510 | IMPROPER LIGHTS | $500.00 | $295.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Caplas Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2012TRT040632 | N3763094 | NO INSURANCE | $500.00 | $404.00 |
| 2 | 2012TRT033860 | V4894559 | NO INSURANCE | $500.00 | $339.00 |
| 3 | 2012TRT033859 | V4894558 | SEAT BELT VIOLATION | $500.00 | $88.00 |
| 4 | 2011TRT020958 | V3606056 | NO SIGNAL | $500.00 | $270.00 |
| 5 | 2011TRT020957 | V3606055 | NO INSURANCE | $500.00 | $309.00 |
| 6 | 2011TRT020956 | V3606054 | IMPROPER MUFFLER | $500.00 | $123.00 |
| 7 | 2011TRT016672 | N4182608 | NO INSURANCE | $500.00 | $296.00 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL:  SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:**

DEFENDANT MUST POST BOND OF ANY TYPE IN THE AMOUNT OF _____ $0.00
-AND/OR-
DEFENDANT MAY PAY FINES AND COSTS OF _____ $1,301.00  OR MAY POST BOND OF ANY TYPE IN THE AMOUNT OF _____ $1,500.00
-AND/OR-
DEFENDANT MUST PAY FINES AND COSTS OF _____ $1,829.00  OR MUST POST CASH BOND IN THE AMOUNT OF _____ $3,500.00

(TOTAL PAYABLE): $3,130.00    36 Days

COURT 005939



# Booking Card

Carter, Aldaress

| | | |
|---|---|---|
| **Print Date/Time:** | 01/25/2014 03:13 | Montgomery Police Department |
| **Login ID:** | ddubose | **ORI Number:** AL0030100 |



*2014-00000697*

| | | | | |
|---|---|---|---|---|
| **Booking #:** | 2014-00000697 | **Booking Date/Time:** | 01/25/2014 00:33 | |
| **Jacket #:** | 123440 | **Inmate #:** | | |
| **Address:** | 6078 LITTLE LN | | | |
| | MONTGOMERY, AL 36117 | | | |
| **Phone #:** | | **DOB:** | **Race:** Black | |
| **SSN:** | | **Age:** 25 | **Sex:** Male | |
| **Hair Color:** BLK | | **Eyes:** BRO | **Height:** 6ft 2 in | **Weight:** 180.0 |

| | | | | |
|---|---|---|---|---|
| **Prisoner Type:** | CTYP | **Incarceration Reason:** | Arrest | |
| **Facility:** | MMCF Main | **Pod/Block:** 6 | **Cell:** 6A | **Bed:** 14 |

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT072918   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                      **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                          **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT071126   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                      **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                          **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C25180A          COMM. Improper Lights
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT071101   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                      **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                          **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT040632   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                      **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                          **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

**Charge:**
AL0030100          0C23Z          C327A16          COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:** 01/25/2014 03:02   **Warrant Number:** 2012TRT033860   **Court Date/Time:**
**Case Tracking ORI:**                      **Case Tracking #:**                  **Docket Number:**
**Bond/Bail Set Type:**                      **Bond/Bail Set Date:**               **Bond/Bail Set Amt:**
**Bond Posted By:**                          **Bond Post Date:**                   **Bond Post Amt:**
**Severest:**          No

Page: 1 of 3

1-27-14

COURT 005940

| State of Alabama<br>Unified Judicial System | **ORDER OF RELEASE FROM JAIL** | Booking Number |
|---|---|---|
| Form C-42          Rev. 6/88 | | 2014-0697 |

IN THE       **MUNICIPALITY**          COURT OF       **MONTGOMERY**          , ALABAMA
<span style="font-size:smaller">(Circuit, District, or Municipal)</span>                    <span style="font-size:smaller">(Name of Municipality or County)</span>

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.       <u>ALDARESS DONTAE MAURICE CARTER</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    PAID $ 452.00; CREDIT FOR 4 DAYS COMMUTED TIME @ $50.00 A DAY;

CONTACT THE COURTS @ 334-241-2777 FOR FUTURE COURT DATES.

Date: 01/28/2014            _Briquella L. Dav._
                                    Judge/Clerk              By: <u>PL DAVIS</u>

COURT RECORD (Original)        JAILER (Copy)        DEFENDANT (Copy)

COURT 005941

| Defendant | CASE ACTION SUMMARY | | Page #1 |
|---|---|---|---|

**ALDARESS DONTAE MAURICE CARTER**  2010TRT024280  **Court Date:**

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~████████~~

Sex: **M**
DOB: ~~████████~~
Race: **BLACK**
DL: **AL 7866257**
Employer:

**RUNNING STOP SIGN**

---

### CHARGE

RUNNING STOP SIGN                                    Arrest Date:

Statute: **32-5A-112(** Para:         Local: **1-9**

Code: **012**

---

### PARTIES

JUDGE          MUNICIPAL JUDGE
OFFICER        CARLSON, JOHN ANDREW
PLAINTIFF      CITY OF MONTGOMERY

---

### EVENT HISTORY

| | | |
|---|---|---|
| CHGTRANS | 03/15/2010 | Hearing Type entered as   D. |
| CHGTRANS | 03/15/2010 | Case Status entered as   P. |
| CHGTRANS | 07/23/2010 | Report Submitted: ALIAS   WI |
| CHGTRANS | 07/26/2010 | Hearing Type changed from   D to   J. |
| CHGTRANS | 07/26/2010 | Court date/time: 07/26/2010 - 08:30. |
| CHGTRANS | 08/06/2010 | 1 DAY SERVED |
| CHGTRANS | 08/06/2010 | Case Status changed from   P to   H. |
| UTC | 08/21/2015 | UTC CITATION |
| FREETYPE | 08/21/2015 | JAIL TRANSCRIPT FROM 7/26/2010 |
| FREETYPE | 08/21/2015 | CITATION FILED |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

---

### BENCH NOTES

On _____ the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is _____ and is fined **0.00** together with **0.00** cost and **0.00**

fees/restitution to the victim and sentenced to _____ days in

_____ and suspended _____ day(s). Defendant to pay

_____ per day for housing and maintenance plus actual medical expenses incurred

during the period of incarceration. Defendant is given _____ days credit for time

already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

---

### PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|---|---|---|---|---|---|
| | | | | | |

COURT 016000
Printed: Wed, Feb 22, 2017 11:12 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

**ALDARESS DONTAE MAURICE CARTER**    **2010TRT024281**    Court Date:

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~████████████~~

Sex: **M**
DOB: ~~████████~~
Race: **BLACK**
DL: **AL 7866257**
Employer:

**DRIVING WHILE SUSPENDED**

--- **CHARGE** ---

DRIVING WHILE SUSPENDED                                    Arrest Date:

Statute: **32-6-19**    Para:       Local: **1-9**
Code:   **008**

--- **PARTIES** ---

JUDGE         MUNICIPAL JUDGE
OFFICER       CARLSON, JOHN ANDREW
PLAINTIFF     CITY OF MONTGOMERY

--- **EVENT HISTORY** ---

| | | |
|---|---|---|
| CHGTRANS | 03/15/2010 | Hearing Type entered as   D. |
| CHGTRANS | 03/15/2010 | Case Status entered as   P. |
| CHGTRANS | 07/23/2010 | Report Submitted: ALIAS   WI |
| CHGTRANS | 07/26/2010 | Hearing Type changed from   D to   J. |
| CHGTRANS | 07/26/2010 | Court date/time: 07/26/2010 - 08:30. |
| CHGTRANS | 08/06/2010 | 1 DAY SERVED |
| CHGTRANS | 08/06/2010 | Case Status changed from   P to   H. |
| UTC | 08/21/2015 | UTC CITATION |
| FREETYPE | 08/21/2015 | CITATION FILED |
| FREETYPE | 08/21/2015 | JAIL TRANSCRIPT FROM 7/26/2010 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

--- **BENCH NOTES** ---

On _____ the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is _____ and is fined **0.00** together with **0.00** cost and **0.00**

fees/restitution to the victim and sentenced to _____ days in

_____ and suspended _____ day(s). Defendant to pay

_____ per day for housing and maintenance plus actual medical expenses incurred

during the period of incarceration. Defendant is given _____ days credit for time

already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

--- **PAYMENTS** ---

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|---|---|---|---|---|---|
| | | | | | |

COURT 016001
Printed: Wed, Feb 22, 2017 11:12 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| ALDARESS DONTAE MAURICE CARTER | 2010TRT094803 | Court Date: |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117

Sex: **M**
DOB: ~~████████~~
Race: **BLACK**
DL: AL 7866257
Employer:

**RUNNING RED LIGHT**

--- **CHARGE** ---

RUNNING RED LIGHT                                        Arrest Date:

Statute: **32-5A-32**  Para:          Local: **1-9**

Code:  **010**

--- **PARTIES** ---

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | WEIR, BRETT CLAYTON |

--- **EVENT HISTORY** ---

| CHGTRANS | 11/08/2010 | Hearing Type entered as  T. |
|---|---|---|
| CHGTRANS | 11/08/2010 | Case Status entered as  P. |
| CHGTRANS | 12/15/2010 | Hearing Type changed from  T to  A. |
| CHGTRANS | 12/15/2010 | Court date/time: 01/07/2011 - 13:00. |
| CHGTRANS | 01/04/2011 | Penalties to this date have been paid in full. |
| UTC | 08/21/2015 | UTC CITATION |
| FREETYPE | 08/21/2015 | CITATION FILED |
| RECEIPT | 08/21/2015 | RECEIPT |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

--- **BENCH NOTES** ---

On _____ the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is _____ and is fined **20.00** together with **129.00** cost and **0.00**

fees/restitution to the victim and sentenced to _____ days in

_____ and suspended _____ day(s). Defendant to pay

_____ per day for housing and maintenance plus actual medical expenses incurred

during the period of incarceration.  Defendant is given _____ days credit for time

already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

--- **PAYMENTS** ---

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|---|---|---|---|---|---|
| 773378 | 2010TRT094803 | 01/04/2011 | | $298.00 | |

COURT 016002
Printed: Wed, Feb 22, 2017 11:12 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| **ALDARESS DONTAE MAURICE CARTER** | **2010TRT094804** | **Court Date:** |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117

Sex: **M**
DOB: 0▓▓▓▓▓▓
Race: **BLACK**
DL: AL 7866257
Employer:

**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

──────────────── **CHARGE** ────────────────

FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)                    Arrest Date:

Statute: **32-7A-16**  Para:          Local: **1-9**
Code:  **131**

──────────────── **PARTIES** ────────────────

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | WEIR, BRETT CLAYTON |

──────────────── **EVENT HISTORY** ────────────────

| CHGTRANS | 11/08/2010 | Hearing Type entered as   T. |
|---|---|---|
| CHGTRANS | 11/08/2010 | Case Status entered as   P. |
| CHGTRANS | 12/15/2010 | Hearing Type changed from   T to   A. |
| CHGTRANS | 12/15/2010 | Court date/time: 01/07/2011 - 13:00. |
| CHGTRANS | 01/12/2011 | Disposition entered as   01. |
| CHGTRANS | 01/12/2011 | Case Status changed from   P to CAP. |
| CHGTRANS | 05/26/2011 | Report Submitted: CAPIAS  WI |
| CHGTRANS | 05/27/2011 | Court date/time: 05/27/2011 - 08:00. |
| CHGTRANS | 05/27/2011 | Hearing Type changed from   A to   J. |
| CHGTRANS | 05/27/2011 | Case Status changed from  CAP to   P. |
| CHGTRANS | 05/27/2011 | Case Status changed from   P to JCS. |
| RECEIPT | 03/06/2012 | PAYMENT $5.00 RECEIPT #2012010505 |
| RECEIPT | 03/06/2012 | PAYMENT $8.00 RECEIPT #2012012836 |
| RECEIPT | 03/07/2012 | PAYMENT $8.00 RECEIPT #2012017076 |
| RECEIPT | 03/20/2012 | PAYMENT $5.00 RECEIPT #2012023018 |
| RECEIPT | 04/18/2012 | PAYMENT $9.00 RECEIPT #2012031908 |
| RECEIPT | 04/18/2012 | PAYMENT $10.00 RECEIPT #2012033356 |
| RECEIPT | 04/23/2012 | PAYMENT $10.00 RECEIPT #2012036801 |
| RECEIPT | 06/01/2012 | PAYMENT $10.00 RECEIPT #2012049087 |
| RECEIPT | 06/01/2012 | PAYMENT $20.00 RECEIPT #2012049597 |
| RECEIPT | 06/29/2012 | PAYMENT $25.00 RECEIPT #2012059231 |
| RECEIPT | 08/03/2012 | PAYMENT $15.00 RECEIPT #2012067938 |
| RECEIPT | 08/06/2012 | PAYMENT $10.00 RECEIPT #2012070085 |
| acfp | 08/09/2012 | DEFENDANT ENTERED PLEA OF GUILTY SEQ 1 |
| SENTEFF | 08/09/2012 | CASE# 2010TRT094804 - SENTENCED: 8/9/2012  IMPOSED: 8/9/2012 |
|  |  | EFFECTIVE DATE: 8/9/2012 |
| CASECLOSED | 08/09/2012 | CASE CLOSED |
| RECEIPT | 08/09/2012 | PAYMENT $2.00 RECEIPT #2012071909 |
| ARCHIVE | 09/26/2012 | ARCHIVE IMAGES |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

──────────────── **BENCH NOTES** ────────────────

COURT 016003

On 12/07/2010 the defendant appears in open court in person and pleads GUILTY. After hearing the evidence it is the judgment of the court that defendant is FINE / COST and is fined 177.00 together with 311.00 cost and 0.00 fees/restitution to the victim and sentenced to _____ days in _____ and suspended _____ day(s). Defendant to pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given _____ days credit for time already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|-----------|--------|-----------|--------|----------|--------|
| 843417 | 2010TRT094804 | 07/31/2011 | | $80.00 | |
| 834255 | 2010TRT094804 | 07/15/2011 | | $200.00 | |
| 887526 | 2010TRT094804 | 12/18/2011 | | $30.00 | |
| 884723 | 2010TRT094804 | 12/29/2011 | | $50.00 | |
| 855096 | 2010TRT094804 | 09/03/2011 | | $80.00 | |
| 867894 | 2010TRT094804 | 10/22/2011 | | $80.00 | |
| 2012010505 | 2010TRT094804 | | | | |
| 2012010505 | 2010TRT094804 | 03/06/2012 | CHECK | $5.00 | |
| 2012012836 | 2010TRT094804 | | | | |
| 2012012836 | 2010TRT094804 | 03/06/2012 | CHECK | $8.00 | |
| 2012017076 | 2010TRT094804 | | | | |
| 2012017076 | 2010TRT094804 | 03/07/2012 | CHECK | $8.00 | |
| 2012023018 | 2010TRT094804 | | | | |
| 2012023018 | 2010TRT094804 | 03/20/2012 | CHECK | $5.00 | |
| 2012031908 | 2010TRT094804 | | | | |
| 2012031908 | 2010TRT094804 | 04/18/2012 | CHECK | $9.00 | |
| 2012033356 | 2010TRT094804 | | | | |
| 2012033356 | 2010TRT094804 | 04/18/2012 | CHECK | $10.00 | |
| 2012036801 | 2010TRT094804 | | | | |
| 2012036801 | 2010TRT094804 | 04/23/2012 | CHECK | $10.00 | |
| 2012049087 | 2010TRT094804 | | | | |
| 2012049087 | 2010TRT094804 | 06/01/2012 | CHECK | $10.00 | |
| 2012049597 | 2010TRT094804 | | | | |
| 2012049597 | 2010TRT094804 | 06/01/2012 | CHECK | $20.00 | |
| 2012059231 | 2010TRT094804 | | | | |
| 2012059231 | 2010TRT094804 | 06/29/2012 | CHECK | $25.00 | |
| 2012067938 | 2010TRT094804 | | | | |
| 2012067938 | 2010TRT094804 | 08/03/2012 | CHECK | $15.00 | |
| 2012070085 | 2010TRT094804 | | | | |
| 2012070085 | 2010TRT094804 | 08/06/2012 | CHECK | $10.00 | |
| 2012071909 | 2010TRT094804 | | | | |
| 2012071909 | 2010TRT094804 | 08/09/2012 | CHECK | $2.00 | |

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| **ÁLDARESS DONTAE MAURICE CARTER** | **2011TRT016671** | **Court Date:** |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~██████~~

**SEAT BELT VIOLATION**

Sex: **M**
DOB: ~~██████~~
Race: **BLACK**
DL: AL 7866257
Employer:

--- **CHARGE** ---

SEAT BELT VIOLATION                      Arrest Date:

Statute: **32-5B-4**   Para:        Local: **1-9**
Code:  **077**

--- **PARTIES** ---

JUDGE             MUNICIPAL JUDGE
PLAINTIFF         CITY OF MONTGOMERY
OFFICER           CHAMPLIN, BRIAN JOSEPH

--- **EVENT HISTORY** ---

| | | |
|---|---|---|
| CHGTRANS | 03/31/2011 | Hearing Type entered as   T. |
| CHGTRANS | 03/31/2011 | Case Status entered as   P. |
| CHGTRANS | 05/26/2011 | Report Submitted: ALIAS   WI |
| CHGTRANS | 05/27/2011 | Disposition entered as  01. |
| CHGTRANS | 05/27/2011 | Court date/time: 05/27/2011 - 08:00. |
| CHGTRANS | 05/27/2011 | Hearing Type changed from   T to   J. |
| CHGTRANS | 05/27/2011 | Case Status changed from   P to JCS. |
| RECEIPT | 08/09/2012 | PAYMENT $8.00 RECEIPT #2012071996 |
| RECEIPT | 08/28/2012 | PAYMENT $25.00 RECEIPT #2012082282 |
| RECEIPT | 09/24/2012 | PAYMENT $10.00 RECEIPT #2012092230 |
| ARCHIVE | 09/26/2012 | ARCHIVE IMAGES |
| acfp | 10/29/2012 | DEFENDANT ENTERED PLEA OF GUILTY SEQ 1 |
| SENTEFF | 10/29/2012 | CASE# 2011TRT016671 - SENTENCED: 10/29/2012  IMPOSED: 10/29/2012 EFFECTIVE DATE: 10/29/2012 |
| CASECLOSED | 10/29/2012 | CASE CLOSED |
| RECEIPT | 10/29/2012 | PAYMENT $10.00 RECEIPT #2012105777 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

--- **BENCH NOTES** ---

On **05/27/2011** the defendant appears in open court in person and pleads **GUILTY**.  After hearing the evidence it is the judgment of the court that defendant is **FINE / COST** and is fined **53.00** together with **0.00** cost and **0.00** fees/restitution to the victim and sentenced to _____ days in _____ and suspended _____ day(s).  Defendant to pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration.  Defendant is given _____ days credit for time already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

COURT 016005                                         Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|-----------|--------|-----------|--------|----------|--------|
| 2012071996 | 2011TRT016671 | | | | |
| 2012071996 | 2011TRT016671 | 08/09/2012 | CHECK | $8.00 | |
| 2012082282 | 2011TRT016671 | 08/28/2012 | CHECK | $25.00 | |
| 2012092230 | 2011TRT016671 | | | | |
| 2012092230 | 2011TRT016671 | 09/24/2012 | CHECK | $10.00 | |
| 2012105777 | 2011TRT016671 | | | | |
| 2012105777 | 2011TRT016671 | 10/29/2012 | CHECK | $10.00 | |

| Defendant | CASE ACTION SUMMARY | Page #1 |
|---|---|---|

| ALDARESS DONTAE MAURICE CARTER | 2011TRT016672 | Court Date: |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
▓▓▓▓▓▓▓▓

Sex: **M**
DOB: ▓▓▓▓▓▓▓
Race: **BLACK**
DL: AL 7866257
Employer:

**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

───────────────── **CHARGE** ─────────────────

FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)                    Arrest Date:

Statute: **32-7A-16**  Para:          Local: **1-9**

Code:  **131**

───────────────── **PARTIES** ─────────────────

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | CHAMPLIN, BRIAN JOSEPH |
| ATTORNEY | KLOESS, BRANCH |

───────────────── **EVENT HISTORY** ─────────────────

| CHGTRANS | 03/31/2011 | Hearing Type entered as   T. |
|---|---|---|
| CHGTRANS | 03/31/2011 | Case Status entered as   P. |
| CHGTRANS | 05/26/2011 | Report Submitted: ALIAS   WI |
| CHGTRANS | 05/27/2011 | Disposition entered as   01. |
| CHGTRANS | 05/27/2011 | Court date/time: 05/27/2011 - 08:00. |
| CHGTRANS | 05/27/2011 | Hearing Type changed from   T to   J. |
| CHGTRANS | 05/27/2011 | Case Status changed from   P to  JCS. |
| ARCHIVE | 09/26/2012 | ARCHIVE IMAGES |
| RECEIPT | 12/27/2012 | PAYMENT $10.00 RECEIPT #2012127020 |
| FREETYPE | 07/18/2013 | PROBATION REVOCATION |
| WARRSTATUS | 07/18/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 07/18/2013 |
| WARRNUM | 07/18/2013 | WARRANT NUMBER: 13201344724 |
| EXEC | 07/18/2013 | ALIAS WARRANTS EXECUTED ON 7/18/2013 BY MONTGOMERY POLICE DEPARTMENT |
| AW | 01/24/2014 | ALIAS WARRANT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| TRANSCRIPT | 01/27/2014 | TRANSCRIPT |
| a005 | 01/27/2014 | DEFENSE ATTORNEY: KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| TRANSCRIPT | 01/27/2014 | TRANSCRIPT |
| RECEIPT | 01/28/2014 | PAYMENT $169.00 RECEIPT #2014005863 |
| JR | 01/28/2014 | JAIL RELEASE |
| CASECLOSED | 01/28/2014 | CASE CLOSED |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

───────────────── **BENCH NOTES** ─────────────────

COURT 016007

On **05/27/2011** the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is **FINE / COST** and is fined **50.00** together with **129.00** cost and **0.00** fees/restitution to the victim

and sentenced to _____ days in _____ and suspended

_____ day(s). Defendant to pay _____ per day for housing

and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given

_____ days credit for time already served in jail on this charge. Aforementioned

subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|-----------|--------|-----------|--------|----------|--------|
| 2012127020 | 2011TRT016672 | | | | |
| 2012127020 | 2011TRT016672 | 12/27/2012 | CHECK | $10.00 | |
| 2014005863 | 2011TRT016672 | 01/28/2014 | CASH | $169.00 | |

Printed: Wed, Feb 22, 2017 11:13 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| **ALDARESS DONTAE MAURICE CARTER** | **2011TRT020956** | **Court Date:** |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~████████████~~

**IMPROPER MUFFLER**

Sex: **M**
DOB: ~~████████~~
Race: **BLACK**
DL: **AL 7866257**
Employer:

───────────────── **CHARGE** ─────────────────

IMPROPER MUFFLER                         Arrest Date:

Statute: **32-5-216(a** Para:          Local: **1-9**
Code:  **013**

───────────────── **PARTIES** ─────────────────

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | YOUNGBLOOD, STEPHEN KIRK JR |

───────────────── **EVENT HISTORY** ─────────────────

| CHGTRANS | 04/20/2011 | Hearing Type entered as   T. |
|---|---|---|
| CHGTRANS | 04/20/2011 | Case Status entered as   P. |
| CHGTRANS | 05/26/2011 | Report Submitted: ALIAS   WI |
| CHGTRANS | 05/27/2011 | Disposition entered as   O1. |
| CHGTRANS | 05/27/2011 | Court date/time: 05/27/2011 - 08:00. |
| CHGTRANS | 05/27/2011 | Hearing Type changed from   T to   J. |
| CHGTRANS | 05/27/2011 | Case Status changed from   P to  JCS. |
| ARCHIVE | 09/26/2012 | ARCHIVE IMAGES |
| FREETYPE | 07/18/2013 | PROBATION REVOCATION |
| WARRSTATUS | 07/18/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 07/18/2013 |
| WARRNUM | 07/18/2013 | WARRANT NUMBER: 13201344725 |
| EXEC | 07/18/2013 | ALIAS WARRANTS EXECUTED ON 7/18/2013 BY MONTGOMERY POLICE DEPARTMENT |
| AW | 01/24/2014 | ALIAS WARRANT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a005 | 01/27/2014 | DEFENSE ATTORNEY:  KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| RECEIPT | 01/28/2014 | PAYMENT $54.00 RECEIPT #2014005863 |
| a121 | 01/28/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM  IN MAIN COURTROOM |
| CONT | 01/28/2014 | CONTINUANCE |
| RECEIPT | 08/06/2015 | RECEIPT |
| FREETYPE | 08/21/2015 | JAIL RELEASE FROM 1/28/2014 |
| CASECLOSED | 08/25/2016 | CASE CLOSED |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

───────────────── **BENCH NOTES** ─────────────────

COURT 016009

On __05/27/2011__ the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is __FINE / COST__ and is fined __47.00__ together with __16.00__ cost and __0.00__ fees/restitution to the victim and

sentenced to _____ days in _____ and suspended

_____ day(s). Defendant to pay _____ per day for housing

and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given

_____ days credit for time already served in jail on this charge. Aforementioned

subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|-----------|--------|-----------|--------|----------|--------|
| 2014005863 | 2011TRT020956 | 01/28/2014 | CASH | $54.00 | |

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

**ALDARESS DONTAE MAURICE CARTER**     **2011TRT020957**     **Court Date:**

6078 LITTLE LANE
MONTGOMERY, AL 36117
▓▓▓▓▓▓▓▓

Sex: **M**
DOB: ▓▓▓▓▓▓
Race: **BLACK**
DL: **AL 7866257**
Employer:

**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

──────── **CHARGE** ────────

FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)          Arrest Date:

Statute: **32-7A-16**  Para:          Local: **1-9**
Code:  **131**

──────── **PARTIES** ────────

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | YOUNGBLOOD, STEPHEN KIRK JR |

──────── **EVENT HISTORY** ────────

| CHGTRANS | 04/20/2011 | Hearing Type entered as   T. |
|---|---|---|
| CHGTRANS | 04/20/2011 | Case Status entered as   P. |
| CHGTRANS | 05/26/2011 | Report Submitted: ALIAS   WI |
| CHGTRANS | 05/27/2011 | Disposition entered as  01. |
| CHGTRANS | 05/27/2011 | Court date/time: 05/27/2011 - 08:00. |
| CHGTRANS | 05/27/2011 | Hearing Type changed from   T to   J. |
| CHGTRANS | 05/27/2011 | Case Status changed from   P to  JCS. |
| ARCHIVE | 09/26/2012 | ARCHIVE IMAGES |
| FREETYPE | 07/18/2013 | PROBATION REVOCATION |
| WARRSTATUS | 07/18/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 07/18/2013 |
| WARRNUM | 07/18/2013 | WARRANT NUMBER: 13201344728 |
| EXEC | 07/18/2013 | ALIAS WARRANTS EXECUTED ON 7/18/2013 BY MONTGOMERY POLICE DEPARTMENT |
| AW | 01/24/2014 | ALIAS WARRANT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a005 | 01/27/2014 | DEFENSE ATTORNEY:  KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| a121 | 01/28/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM  IN MAIN COURTROOM |
| CONT | 01/28/2014 | CONTINUANCE |
| FREETYPE | 08/21/2015 | JAIL RELEASE FROM 1/28/2014 |
| a121 | 08/25/2016 | CT 2 COMPLIANCE TUE, WED, THUR PM COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| FREETYPE | 08/25/2016 | DATE SET AT REQUEST OF ATTORNEY FOR DEFENDANT |
| 60 day | 08/29/2016 | COMPLIANCE REVIEW |
| a121 | 09/07/2016 | COMPLIANCE COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| a121 | 09/07/2016 | CT 2 COMPLIANCE MONDAY THRU FRIDAY AM COURT SET FOR 12/22/2016 AT 8:00 AM  IN MAIN COURTROOM |
| NOT | 09/07/2016 | NOTICE |
| PART | 09/07/2016 | PARTIAL PAYMENT ORDER |
| CL | 09/07/2016 | CLEARANCE LETTER ISSUED |
| FREETYPE | 09/07/2016 | SIGNED COMPLIANCE ORDER |
| FREETYPE | 09/07/2016 | THE DEF STATED HE CAN PAY $25.00 PER MONTH BY THE 20TH OF EACH MONTH BEFORE JUDGE HAYES; THE DEF WAS REPRESENTED BY ATTY PATRICK EVANS |
| RECEIPT | 09/20/2016 | PAYMENT $20.00 RECEIPT #2016045012 |
| RECEIPT | 10/28/2016 | PAYMENT $25.00 RECEIPT #2016050649 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

──────── **BENCH NOTES** ────────

COURT 016011

On **05/27/2011** the defendant appears in open court in person and pleads
_____. After hearing the evidence it is the judgment of the court that defendant is **FINE / COST** and is fined **50.00** together with **129.00** cost and **0.00** fees/restitution to the victim and sentenced to _____ days in _____ and suspended _____ day(s). Defendant to pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given _____ days credit for time already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____

Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|---|---|---|---|---|---|
| 2016045012 | 2011TRT020957 | | | | |
| 2016045012 | 2011TRT020957 | 09/20/2016 | CASH | $20.00 | |
| 2016050649 | 2011TRT020957 | | | | |
| 2016050649 | 2011TRT020957 | 10/28/2016 | CASH | $25.00 | |

COURT 016012

| Defendant | CASE ACTION SUMMARY | Page #1 |
|---|---|---|

| ALDARESS DONTAE MAURICE CARTER | 2011TRT020958 | Court Date: |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~●●●●●●●●●●~~

**FAILURE TO SIGNAL/TURNING WITHOUT SIGNALS**

Sex: **M**
DOB: ~~●●●●●●●●~~
Race: **BLACK**
DL: **AL 7866257**
Employer:

───────────── **CHARGE** ─────────────

FAILURE TO SIGNAL/TURNING WITHOUT SIGNALS          Arrest Date:

Statute: **32-5A-133** Para:          Local: **1-9**
Code: **022**

───────────── **PARTIES** ─────────────

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | YOUNGBLOOD, STEPHEN KIRK JR |

───────────── **EVENT HISTORY** ─────────────

| CHGTRANS | 04/20/2011 | Hearing Type entered as   T. |
|---|---|---|
| CHGTRANS | 04/20/2011 | Case Status entered as   P. |
| CHGTRANS | 05/26/2011 | Report Submitted: ALIAS   WI |
| CHGTRANS | 05/27/2011 | Disposition entered as   01. |
| CHGTRANS | 05/27/2011 | Court date/time: 05/27/2011 - 08:00. |
| CHGTRANS | 05/27/2011 | Hearing Type changed from   T to   J. |
| CHGTRANS | 05/27/2011 | Case Status changed from   P to  JCS. |
| ARCHIVE | 09/26/2012 | ARCHIVE IMAGES |
| FREETYPE | 07/18/2013 | PROBATION REVOCATION |
| WARRSTATUS | 07/18/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 07/18/2013 |
| WARRNUM | 07/18/2013 | WARRANT NUMBER: 13201344729 |
| EXEC | 07/18/2013 | ALIAS WARRANTS EXECUTED ON 7/18/2013 BY MONTGOMERY POLICE DEPARTMENT |
| AW | 01/24/2014 | ALIAS WARRANT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a005 | 01/27/2014 | DEFENSE ATTORNEY:  KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| a121 | 01/28/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM  IN MAIN COURTROOM |
| CONT | 01/28/2014 | CONTINUANCE |
| FREETYPE | 08/21/2015 | JAIL RELEASE FROM 1/28/2014 |
| a121 | 08/25/2016 | CT 2 COMPLIANCE TUE, WED, THUR PM COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| FREETYPE | 08/25/2016 | DATE SET AT REQUEST OF ATTORNEY FOR DEFENDANT |
| 60 day | 08/29/2016 | COMPLIANCE REVIEW |
| a121 | 09/07/2016 | COMPLIANCE COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| a121 | 09/07/2016 | CT 2 COMPLIANCE MONDAY THRU FRIDAY AM COURT SET FOR 12/22/2016 AT 8:00 AM  IN MAIN COURTROOM |
| NOT | 09/07/2016 | NOTICE |
| CL | 09/07/2016 | CLEARANCE LETTER ISSUED |
| FREETYPE | 09/07/2016 | SIGNED COMPLIANCE ORDER |
| FREETYPE | 09/07/2016 | THE DEF STATED HE CAN PAY $25.00 PER MONTH BY THE 20TH OF EACH MONTH BEFORE JUDGE HAYES; THE DEF WAS REPRESENTED BY ATTY PATRICK EVANS |
| RECEIPT | 09/20/2016 | PAYMENT $0.00 RECEIPT #2016045012 |
| RECEIPT | 10/28/2016 | PAYMENT $0.00 RECEIPT #2016050649 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

───────────── **BENCH NOTES** ─────────────

COURT 016013

On **05/27/2011** the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is **FINE** / **COST** and is fined **47.00** together with **129.00** cost and **0.00** fees/restitution to the victim

and sentenced to _____ days in _____ and suspended

_____ day(s). Defendant to pay _____ per day for housing

and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given

_____ days credit for time already served in jail on this charge. Aforementioned

subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|-----------|--------|-----------|--------|----------|--------|
| 2016045012 | 2011TRT020958 | | | | |
| 2016050649 | 2011TRT020958 | | | | |

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| **ALDARESS DONTAE MAURICE CARTER** | **2012TRT033859** | **Court Date:** |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~----------~~

Sex: **M**
DOB: ~~██████~~
Race: **BLACK**
DL: **AL 7866257**
Employer:

**SEAT BELT VIOLATION**

--- **CHARGE** ---

SEAT BELT VIOLATION                          Arrest Date: **04/18/2012**

Statute: **32-5B-4**   Para:        Local: **1-9**
Code:  **077**

--- **PARTIES** ---

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| OFFICER | FLEMING, RICHARD L |
| PLAINTIFF | CITY OF MONTGOMERY |

--- **EVENT HISTORY** ---

| | | |
|---|---|---|
| FREETYPE | 04/18/2012 | CITATION FILED |
| aics | 04/19/2012 | CITATION SEQ: 1 - () |
| 9999 | 04/19/2012 | TRAFFIC FINES ASSESSED $26.00 DUE ON 5/19/2012 |
| 0101 | 04/22/2012 | CASE FILED 04/19/2012 CASE NUMBER 2012TRT033859 |
| a002 | 04/22/2012 | JUDGE MUNICIPAL JUDGE:  ASSIGNED |
| GPC74 | 06/04/2012 | GUILTY PLEA C-74 |
| ORDPROB | 06/04/2012 | ORDER OF PROBATION |
| FREETYPE | 07/18/2013 | PROBATION REVOCATION |
| WARRSTATUS | 07/18/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 07/18/2013 |
| WARRNUM | 07/18/2013 | WARRANT NUMBER: 13201344731 |
| EXEC | 07/18/2013 | ALIAS WARRANTS EXECUTED ON 7/18/2013 BY MONTGOMERY POLICE DEPARTMENT |
| AW | 01/24/2014 | ALIAS WARRANT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a005 | 01/27/2014 | DEFENSE ATTORNEY:  KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| RECEIPT | 01/28/2014 | PAYMENT $0.00 RECEIPT #2014005863 |
| a121 | 01/28/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM  IN MAIN COURTROOM |
| CONT | 01/28/2014 | CONTINUANCE |
| FREETYPE | 08/21/2014 | JAIL RELEASE FROM 1/28/2014 |
| a121 | 08/25/2016 | CT 2 COMPLIANCE TUE, WED, THUR PM COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| FREETYPE | 08/25/2016 | DATE SET AT REQUEST OF ATTORNEY FOR DEFENDANT |
| 60 day | 08/29/2016 | COMPLIANCE REVIEW |
| a121 | 09/07/2016 | COMPLIANCE COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| CL | 09/07/2016 | CLEARANCE LETTER ISSUED |
| a121 | 09/07/2016 | CT 2 COMPLIANCE MONDAY THRU FRIDAY AM COURT SET FOR 12/22/2016 AT 8:00 AM  IN MAIN COURTROOM |
| NOT | 09/07/2016 | NOTICE |
| FREETYPE | 09/07/2016 | SIGNED COMPLIANCE ORDER |
| FREETYPE | 09/07/2016 | THE DEF STATED HE CAN PAY $25.00 PER MONTH BY THE 20TH OF EACH MONTH BEFORE JUDGE HAYES; THE DEF WAS REPRESENTED BY ATTY PATRICK EVANS |
| RECEIPT | 09/20/2016 | PAYMENT $0.00 RECEIPT #2016045012 |
| RECEIPT | 10/28/2016 | PAYMENT $0.00 RECEIPT #2016050649 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

--- **BENCH NOTES** ---

COURT 016015

On _____ the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is _____ and is fined **36.00** together with **0.00** cost and **0.00**

fees/restitution to the victim and sentenced to _____ days in

_____ and suspended _____ day(s). Defendant to pay

_____ per day for housing and maintenance plus actual medical expenses incurred

during the period of incarceration. Defendant is given _____ days credit for time

already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.


_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|-----------|--------|-----------|--------|----------|--------|
| 2014005863 | 2012TRT033859 | | | | |
| 2016045012 | 2012TRT033859 | | | | |
| 2016050649 | 2012TRT033859 | | | | |

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| ALDARESS DONTAE MAURICE CARTER | 2012TRT033860 | Court Date: |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~████████████~~

Sex: **M**
DOB: ~~████████~~
Race: **BLACK**
DL: AL 7866257
Employer:

**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

--- **CHARGE** ---

FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)            Arrest Date: **04/18/2012**

Statute: **32-7A-16**  Para:            Local: **1-9**
Code:  **131**

--- **PARTIES** ---

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| OFFICER | FLEMING, RICHARD L |
| PLAINTIFF | CITY OF MONTGOMERY |

--- **EVENT HISTORY** ---

| FREETYPE | 04/18/2012 | CITATION FILED |
|---|---|---|
| aics | 04/19/2012 | CITATION SEQ: 1 - () |
| 9999 | 04/19/2012 | TRAFFIC FINES ASSESSED $50.00 DUE ON 5/19/2012 |
| 9999 | 04/19/2012 | $129.00 TRAFFIC COST ASSESSED $129.00 |
| 0101 | 04/22/2012 | CASE FILED 04/19/2012 CASE NUMBER 2012TRT033860 |
| a002 | 04/22/2012 | JUDGE MUNICIPAL JUDGE:  ASSIGNED |
| GPC74 | 06/04/2012 | GUILTY PLEA C-74 |
| FREETYPE | 07/18/2013 | PROBATION REVOCATION |
| WARRSTATUS | 07/18/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 07/18/2013 |
| WARRNUM | 07/18/2013 | WARRANT NUMBER: 13201344732 |
| EXEC | 07/18/2013 | ALIAS WARRANTS EXECUTED ON 7/18/2013 BY MONTGOMERY POLICE DEPARTMENT |
| AW | 01/24/2014 | ALIAS WARRANT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a005 | 01/27/2014 | DEFENSE ATTORNEY: KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| RECEIPT | 01/28/2014 | PAYMENT $229.00 RECEIPT #2014005863 |
| CASECLOSED | 01/28/2014 | CASE CLOSED |
| FREETYPE | 08/21/2015 | JAIL RELEASE FROM 1/28/2014 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

--- **BENCH NOTES** ---

On _____ the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is _____ and is fined **100.00** together with **129.00** cost and

**0.00** fees/restitution to the victim and sentenced to _____ days in

_____ and suspended _____ day(s).  Defendant to pay

_____ per day for housing and maintenance plus actual medical expenses incurred

during the period of incarceration.  Defendant is given _____ days credit for time

already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

COURT 016017

Judge/Magistrate Municipal Court

**PAYMENTS**

| Receipt # | Case # | Date Paid | Method | | Credited | Voided |
|---|---|---|---|---|---|---|
| 2014005863 | 2012TRT033860 | 01/28/2014 | CASH | | $229.00 | |

COURT 016018
Printed: Wed, Feb 22, 2017 11:15 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| **ALDARESS DONTAE MAURICE CARTER** | **2012TRT040632** | **Court Date:** |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~████████████~~

Sex: **M**
DOB: ~~████████~~
Race: **BLACK**
DL: **AL 7866257**
Employer:

**FAIL POSSESS/DISPLAY INS. (2ND OFFENSE)**

─────────────────── **CHARGE** ───────────────────

FAIL POSSESS/DISPLAY INS. (2ND OFFENSE)                    Arrest Date: **05/16/2012**

Statute: **32-7A-16(2** Para:          Local: **1-9**

Code:  **131**

─────────────────── **PARTIES** ───────────────────

PLAINTIFF          CITY OF MONTGOMERY
OFFICER            FIELDER, WILLIE L

─────────────────── **EVENT HISTORY** ───────────────────

| | | |
|---|---|---|
| FREETYPE | 05/16/2012 | CITATION FILED |
| 0101 | 05/16/2012 | CASE FILED 05/16/2012 CASE NUMBER 2012TRT040632 |
| aics | 05/16/2012 | CITATION SEQ: 1 - (32-7A-16(1)) FAIL POSSESS/DISPLAY INS. (1ST OFFENSE) |
| a121 | 05/16/2012 | NON-COURT TRAFFIC COURT SET FOR 06/14/2012 AT 8:00 AM IN MAIN COURTROOM |
| GPC74 | 06/04/2012 | GUILTY PLEA C-74 |
| ORDPROB | 06/04/2012 | ORDER OF PROBATION |
| FREETYPE | 07/18/2013 | PROBATION REVOCATION |
| WARRSTATUS | 07/18/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 07/18/2013 |
| WARRNUM | 07/18/2013 | WARRANT NUMBER: 13201344733 |
| EXEC | 07/18/2013 | ALIAS WARRANTS EXECUTED ON 7/18/2013 BY MONTGOMERY POLICE DEPARTMENT |
| AW | 01/24/2014 | ALIAS WARRANT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a005 | 01/27/2014 | DEFENSE ATTORNEY: KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| FREETYPE | 01/28/2014 | CREDIT TIME SERVED FOR 4 DAYS @ $50.00 |
| a121 | 01/28/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM IN MAIN COURTROOM |
| CONT | 01/28/2014 | CONTINUANCE |
| FREETYPE | 08/21/2015 | JAIL RELEASE FROM 1/28/2014 |
| a121 | 08/25/2016 | CT 2 COMPLIANCE TUE, WED, THUR PM COURT SET FOR 09/07/2016 AT 1:00 PM IN MAIN COURTROOM |
| FREETYPE | 08/25/2016 | DATE SET AT REQUEST OF ATTORNEY FOR DEFENDANT |
| 60 day | 08/29/2016 | COMPLIANCE REVIEW |
| a121 | 09/07/2016 | COMPLIANCE COURT SET FOR 09/07/2016 AT 1:00 PM IN MAIN COURTROOM |
| CL | 09/07/2016 | CLEARANCE LETTER ISSUED |
| a121 | 09/07/2016 | CT 2 COMPLIANCE MONDAY THRU FRIDAY AM COURT SET FOR 12/22/2016 AT 8:00 AM IN MAIN COURTROOM |
| NOT | 09/07/2016 | NOTICE |
| FREETYPE | 09/07/2016 | SIGNED COMPLIANCE ORDER |
| FREETYPE | 09/07/2016 | THE DEF STATED HE CAN PAY $25.00 PER MONTH BY THE 20TH OF EACH MONTH BEFORE JUDGE HAYES; THE DEF WAS REPRESENTED BY ATTY PATRICK EVANS |
| RECEIPT | 09/20/2016 | PAYMENT $0.00 RECEIPT #2016045012 |
| RECEIPT | 10/28/2016 | PAYMENT $0.00 RECEIPT #2016050649 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

─────────────────── **BENCH NOTES** ───────────────────

COURT 016019

On _____ the defendant appears in open court in person and pleads

_____. After hearing the evidence it is the judgment of the court that

defendant is _____ and is fined **150.00** together with **129.00** cost and

**0.00** fees/restitution to the victim and sentenced to _____ days in

_____ and suspended _____ day(s). Defendant to pay

_____ per day for housing and maintenance plus actual medical expenses incurred

during the period of incarceration. Defendant is given _____ days credit for time

already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

**PAYMENTS**

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|---|---|---|---|---|---|
| 2016045012 | 2012TRT040632 | | | | |
| 2016050649 | 2012TRT040632 | | | | |

COURT 016020
Printed: Wed, Feb 22, 2017 11:16 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

| ALDARESS DONTAE MAURICE CARTER | 2012TRT071101 | Court Date: |
|---|---|---|

6078 LITTLE LANE
MONTGOMERY, AL 36117
▬▬▬▬▬

Sex: **M**
DOB: ▬▬▬▬
Race: **BLACK**
DL: AL 7866257
Employer:

**IMPROPER/NO TAIL LIGHTS**

---
**CHARGE**
---

IMPROPER/NO TAIL LIGHTS         Arrest Date: **08/23/2012**

Statute: **32-5-240(c** Para:        Local: **1-9**
Code: **013**

---
**PARTIES**
---

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| OFFICER | MOYER, M |
| PLAINTIFF | CITY OF MONTGOMERY |

---
**EVENT HISTORY**
---

| | | |
|---|---|---|
| FREETYPE | 08/23/2012 | CITATION FILED |
| aics | 08/24/2012 | CITATION SEQ: 1 -  () |
| 0101 | 08/31/2012 | CASE FILED 08/24/2012 CASE NUMBER 2012TRT071101 |
| a002 | 08/31/2012 | JUDGE MUNICIPAL JUDGE:  ASSIGNED |
| WARRSTATUS | 01/24/2014 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 01/24/2014 |
| WARRNUM | 01/24/2014 | WARRANT NUMBER: 142014006523 |
| AW | 01/24/2014 | ALIAS WARRANT |
| EXEC | 01/24/2014 | ALIAS WARRANTS EXECUTED ON 1/24/2014 BY MONTGOMERY POLICE DEPARTMENT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| acfp | 01/27/2014 | DEFENDANT ENTERED PLEA OF GUILTY SEQ 1 |
| acat | 01/27/2014 | GUILTY SEQ: 1 |
| a121 | 01/27/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM  IN MAIN COURTROOM |
| CONT | 01/27/2014 | CONTINUANCE |
| UTC | 01/27/2014 | UTC CITATION |
| a005 | 01/27/2014 | DEFENSE ATTORNEY:  KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| FREETYPE | 08/21/2015 | JAIL RELEASE FROM 1/28/2014 |
| a121 | 08/25/2016 | CT 2 COMPLIANCE TUE, WED, THUR PM COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| FREETYPE | 08/25/2016 | DATE SET AT REQUEST OF ATTORNEY FOR DEFENDANT |
| 60 day | 08/29/2016 | COMPLIANCE REVIEW |
| a121 | 09/07/2016 | COMPLIANCE COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| CL | 09/07/2016 | CLEARANCE LETTER ISSUED |
| a121 | 09/07/2016 | CT 2 COMPLIANCE MONDAY THRU FRIDAY AM COURT SET FOR 12/22/2016 AT 8:00 AM  IN MAIN COURTROOM |
| NOT | 09/07/2016 | NOTICE |
| FREETYPE | 09/07/2016 | SIGNED COMPLIANCE ORDER |
| FREETYPE | 09/07/2016 | THE DEF STATED HE CAN PAY $25.00 PER MONTH BY THE 20TH OF EACH MONTH BEFORE JUDGE HAYES; THE DEF WAS REPRESENTED BY ATTY PATRICK EVANS |
| RECEIPT | 09/20/2016 | PAYMENT $0.00 RECEIPT #2016045012 |
| RECEIPT | 10/28/2016 | PAYMENT $0.00 RECEIPT #2016050649 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

---
**BENCH NOTES**
---

COURT 016021

On **01/27/2014** the defendant appears in open court in person and pleads **GUILTY**.  After hearing the evidence it is the judgment of the court that defendant is **GUILTY** and is fined **52.00** together with **155.00** cost and **0.00** fees/restitution to the victim and sentenced to _____ days in _____ and suspended _____ day(s).  Defendant to pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration.  Defendant is given _____ days credit for time already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|---|---|---|---|---|---|
| 2016045012 | 2012TRT071101 | | | | |
| 2016050649 | 2012TRT071101 | | | | |

COURT 016022
Printed: Wed, Feb 22, 2017 11:16 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

**ALDARESS DONTAE MAURICE CARTER**     **2012TRT071126**     **Court Date:**

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~████████~~

Sex: **M**
DOB: ~~████████~~
Race: **BLACK**
DL: AL 7866257
Employer:

**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

--- **CHARGE** ---

FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)     Arrest Date: **08/23/2012**

Statute: **32-7A-16**   Para:    Local: **1-9**
Code: **131**

--- **PARTIES** ---

JUDGE      MUNICIPAL JUDGE
OFFICER     MOYER, M
PLAINTIFF    CITY OF MONTGOMERY

--- **EVENT HISTORY** ---

| | | |
|---|---|---|
| FREETYPE | 08/23/2012 | CITATION FILED |
| aics | 08/24/2012 | CITATION SEQ: 1 - () |
| 0101 | 08/31/2012 | CASE FILED 08/24/2012 CASE NUMBER 2012TRT071126 |
| a002 | 08/31/2012 | JUDGE MUNICIPAL JUDGE: ASSIGNED |
| WARRSTATUS | 01/24/2014 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 01/24/2014 |
| WARRNUM | 01/24/2014 | WARRANT NUMBER: 142014006522 |
| AW | 01/24/2014 | ALIAS WARRANT |
| EXEC | 01/24/2014 | ALIAS WARRANTS EXECUTED ON 1/24/2014 BY MONTGOMERY POLICE DEPARTMENT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a121 | 01/27/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM IN MAIN COURTROOM |
| acfp | 01/27/2014 | DEFENDANT ENTERED PLEA OF GUILTY SEQ 1 |
| acat | 01/27/2014 | GUILTY SEQ: 1 |
| UTC | 01/27/2014 | UTC CITATION |
| a005 | 01/27/2014 | DEFENSE ATTORNEY: KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| FREETYPE | 08/21/2014 | JAIL RELEASE FROM 1/28/2014 |
| a121 | 08/25/2016 | CT 2 COMPLIANCE TUE, WED, THUR PM COURT SET FOR 09/07/2016 AT 1:00 PM IN MAIN COURTROOM |
| FREETYPE | 08/25/2016 | DATE SET AT REQUEST OF ATTORNEY FOR DEFENDANT |
| 60 day | 08/29/2016 | COMPLIANCE REVIEW |
| a121 | 09/07/2016 | COMPLIANCE COURT SET FOR 09/07/2016 AT 1:00 PM IN MAIN COURTROOM |
| CL | 09/07/2016 | CLEARANCE LETTER ISSUED |
| a121 | 09/07/2016 | CT 2 COMPLIANCE MONDAY THRU FRIDAY AM COURT SET FOR 12/22/2016 AT 8:00 AM IN MAIN COURTROOM |
| NOT | 09/07/2016 | NOTICE |
| FREETYPE | 09/07/2016 | SIGNED COMPLIANCE ORDER |
| FREETYPE | 09/07/2016 | THE DEF STATED HE CAN PAY $25.00 PER MONTH BY THE 20TH OF EACH MONTH BEFORE JUDGE HAYES; THE DEF WAS REPRESENTED BY ATTY PATRICK EVANS |
| RECEIPT | 09/20/2016 | PAYMENT $0.00 RECEIPT #2016045012 |
| RECEIPT | 10/28/2016 | PAYMENT $0.00 RECEIPT #2016050649 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

--- **BENCH NOTES** ---

COURT 016023

On **01/27/2014** the defendant appears in open court in person and pleads **GUILTY**.  After hearing the evidence it is the judgment of the court that defendant is **GUILTY** and is fined **82.00** together with **155.00** cost and **0.00** fees/restitution to the victim and sentenced to _____ days in _____ and suspended _____ day(s).  Defendant to pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration.  Defendant is given _____ days credit for time already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|-----------|--------|-----------|--------|----------|--------|
| 2016045012 | 2012TRT071126 | | | | |
| 2016050649 | 2012TRT071126 | | | | |

COURT 016024
Printed: Wed, Feb 22, 2017 11:17 AM

| Defendant | **CASE ACTION SUMMARY** | Page #1 |
|---|---|---|

**ALDARESS DONTAE MAURICE CARTER**      **2012TRT072918**      **Court Date:**

6078 LITTLE LANE
MONTGOMERY, AL 36117
~~~~~~~~~~~~~

Sex: **M**
DOB ~~~~~~~~~~
Race: **BLACK**
DL: **AL 7866257**
Employer:

**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

--- **CHARGE** ---

FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)          Arrest Date:  **09/06/2012**

Statute: **32-7A-16**  Para:          Local: **1-9**

Code:  **131**

--- **PARTIES** ---

PLAINTIFF          CITY OF MONTGOMERY
OFFICER          SMITH, DUSTIN LAMAR

--- **EVENT HISTORY** ---

| | | |
|---|---|---|
| FREETYPE | 09/06/2012 | CITATION FILED |
| 0101 | 09/06/2012 | CASE FILED 09/06/2012 CASE NUMBER 2012TRT072918 |
| aics | 09/06/2012 | CITATION SEQ: 1 - (32-7A-16(1)) FAIL POSSESS/DISPLAY INS. (1ST OFFENSE) |
| a121 | 09/06/2012 | NON-COURT TRAFFIC COURT SET FOR 10/04/2012 AT 8:00 AM  IN MAIN COURTROOM |
| WARRSTATUS | 01/24/2014 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 01/24/2014 |
| WARRNUM | 01/24/2014 | WARRANT NUMBER: 142014006521 |
| AW | 01/24/2014 | ALIAS WARRANT |
| EXEC | 01/24/2014 | ALIAS WARRANTS EXECUTED ON 1/24/2014 BY MONTGOMERY POLICE DEPARTMENT |
| a121 | 01/25/2014 | JAIL COURT SET FOR 01/27/2014 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 01/25/2014 | ALIAS SHEET |
| a121 | 01/27/2014 | COMPLIANCE COURT SET FOR 05/06/2014 AT 8:00 AM  IN MAIN COURTROOM |
| acfp | 01/27/2014 | DEFENDANT ENTERED PLEA OF GUILTY SEQ 1 |
| acat | 01/27/2014 | GUILTY SEQ: 1 |
| UTC | 01/27/2014 | UTC CITATION |
| a005 | 01/27/2014 | DEFENSE ATTORNEY:  KLOESS, BRANCH ASSIGNED |
| FREETYPE | 01/27/2014 | JAIL TRANSCRIPT |
| FREETYPE | 08/21/2015 | JAIL RELEASE FROM 1/28/2014 |
| a121 | 08/25/2016 | CT 2 COMPLIANCE TUE, WED, THUR PM COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| FREETYPE | 08/25/2016 | DATE SET AT REQUEST OF ATTORNEY FOR DEFENDANT |
| 60 day | 08/29/2016 | COMPLIANCE REVIEW |
| a121 | 09/07/2016 | COMPLIANCE COURT SET FOR 09/07/2016 AT 1:00 PM  IN MAIN COURTROOM |
| CL | 09/07/2016 | CLEARANCE LETTER ISSUED |
| a121 | 09/07/2016 | CT 2 COMPLIANCE MONDAY THRU FRIDAY AM COURT SET FOR 12/22/2016 AT 8:00 AM  IN MAIN COURTROOM |
| NOT | 09/07/2016 | NOTICE |
| FREETYPE | 09/07/2016 | SIGNED COMPLIANCE ORDER |
| FREETYPE | 09/07/2016 | THE DEF STATED HE CAN PAY $25.00 PER MONTH BY THE 20TH OF EACH MONTH BEFORE JUDGE HAYES; THE DEF WAS REPRESENTED BY ATTY PATRICK EVANS |
| RECEIPT | 09/20/2016 | PAYMENT $0.00 RECEIPT #2016045012 |
| RECEIPT | 10/28/2016 | PAYMENT $0.00 RECEIPT #2016050649 |
| CAS | 02/22/2017 | CASE ACTION SUMMARY |

--- **BENCH NOTES** ---

COURT 016025

On **01/27/2014** the defendant appears in open court in person and pleads **GUILTY**. After hearing the evidence it is the judgment of the court that defendant is **GUILTY** and is fined **82.00** together with **155.00** cost and **0.00** fees/restitution to the victim and sentenced to _____ days in _____ and suspended _____ day(s). Defendant to pay _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given _____ days credit for time already served in jail on this charge. Aforementioned subject to Code of Alabama, 1975 § 12-14-12.

_____
Judge/Magistrate Municipal Court

## PAYMENTS

| Receipt # | Case # | Date Paid | Method | Credited | Voided |
|---|---|---|---|---|---|
| 2016045012 | 2012TRT072918 | | | | |
| 2016050649 | 2012TRT072918 | | | | |

COURT 016026
Printed: Wed, Feb 22, 2017 11:17 AM