IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALDARESS CARTER, INDIVIDUALLY, AND FOR A CLASS OF SIMILARLY SITUATED PERSONS OR ENTITIES,** | ) ) ) ) | |
| **Plaintiffs** | ) ) | |
| v. | ) ) | **Civil Action No.: 2:15-cv-555-RCL** |
| **THE CITY OF MONTGOMERY and BRANCH D. KLOESS; JUDICIAL CORRECTION SERVICES, INC., a corporation; CORRECTIONAL HEALTHCARE COMPANIES, INC., a corporation; CHC COMPANIES, INC., a corporation.** | ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT DECLARING THE CONTRACT BETWEEN
JCS AND MONTGOMERY VOID *AB INITIO***

Comes now the Plaintiff and respectfully moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure to enter a partial summary judgment in favor of the Plaintiff declaring that the contract between JCS and Montgomery is void *ab initio* and allowing Plaintiff to prove damages at a later date. In support of the motion, Plaintiff shows the Court that, as to this motion, there is no genuine issue of any material fact and that the Plaintiff is entitled to judgment as a matter of law. This Motion is based on the Plaintiff's Evidentiary Submission in Support of Motion for Summary Judgment, and the Statement of Undisputed Facts and Conclusions of Applicable Law in the Plaintiff's Memorandum Brief in Support of Motion for Partial Summary Judgment, which are

submitted simultaneously with this Motion.

        RESPECTFULLY SUBMITTED,

        s/ G. Daniel Evans
        G. Daniel Evans
        ASB-1661-N76G
        Alexandria Parrish
        ASB-2477-D66P
        Maurine C. Evans
        ASB-4168-P16T
        Attorneys for The Plaintiffs
        The Evans Law Firm, P.C.
        1736 Oxmoor Road, Suite 101
        Birmingham, Alabama 35209
        Telephone:  (205) 870-1970
        Fax: (205) 870-7763
        E-Mail: gdevans@evanslawpc.com
        E-Mail: ap@evanslawpc.com
        E-Mail: mevans@evanslawpc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of September, 2018, I electronically filed the foregoing Plaintiff's Motion for Partial Summary Judgment Void Contract with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Micheal S. Jackson
WEBSTER, HENRY, LYONS, BRADWELL,
COHAN & BLACK, P.C.
P. O. Box 239
Montgomery, AL 36101-0239

Shannon Holliday
Robert D. Segall
Joel Caldwell
COPELAND, FRANCO, SCREWS & GILL
P. O. Box 347
Montgomery, AL 36101-0347

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn

WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253

F. Lane Finch, Jr.
Brian C. Richardson
SWIFT CURRIE MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406

                                                                               s/ G. Daniel Evans
                                                                               G. Daniel Evans