**IN THE UNITED STATED DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| ALDARESS CARTER, ) | |
|     Plaintiff, ) | |
| ) | CASE NO. 2:15-cv-00555-RCL |
| v. ) | |
| ) | |
| THE CITY OF MONTGOMERY, *et al*., ) | |
|     Defendants. ) | |

**CHC COMPANIES, LLC'S SUPPLEMENTAL**
**CORPORATE DISCLOSURE STATEMENT**

In compliance with Fed. R. Civ. P. 7.1, the undersigned counsel for the Defendant improperly named as "CHC Companies, Inc.", the correct legal name of which is CHC Companies, LLC, certifies that CHC Companies, LLC serves as the common paymaster for the employees of its subsidiaries. Counsel also certifies that CHC Companies, LLC is a wholly-owned subsidiary of Correctional Healthcare Holding Company, LLC. CHC Companies, LLC wholly owns: Health Professionals, LLC; Physicians Network Association, Inc.; CHC Pharmacy Services, LLC; and Correctional Healthcare Companies, LLC. No publicly held corporation owns 10% or more of CHC Companies, LLC.

                                                  RESPECTFULLY SUBMITTED,

DATED:  October 8, 2018                  */s/Brian C. Richardson*
                                                F. Lane Finch, Jr. (ASB-0027-I58F)
                                                Brian C. Richardson (ASB-5241-H14U)
                                                *Attorneys for CHC Companies, LLC*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, AL 35203
T: (205) 314-2404
F: (205) 244-1373
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 8, 2018, the foregoing was served on the following attorneys of record by one or more of the following means in accordance with the Federal Rules of Civil Procedure:

[✓]    CM/ECF Electronic Filing
[ ]    Email
[ ]    U.S. Mail
[ ]    Facsimile
[ ]    Hand Delivery

G. Daniel Evans, Esquire
gdevans@evanslawpc.com
Alexandria Parrish, Esquire
ap@evanslawpc.com
Maurine C. Evans, Esquire
mevans@evanslawpc.com
William M. Dawson, Jr., Esquire
bill@billdawsonlaw.com
*Attorneys for Plaintiff*

Michael L. Jackson, Esquire
mjackson@wallacejordan.com
Larry S. Logsdon, Esquire
llogsdon@wallacejordan.com
Wesley Kyle Winborn, Esquire
wwinborn@wallacejordan.com
Wilson F. Green, Esquire
wgreen@fleenorgreen.com
*Attorneys for Judicial Correction Services*

Michael S. Jackson, Esquire
mjackson@websterhenry.com
*Attorney for Branch D. Kloess*

Robert D. Segall, Esquire
segall@copelandfranco.com
Shannon L. Holliday, Esquire
holliday@copelandfranco.com
Kimberly O. Fehl, Esquire
kfehl@montgomeryal.gov
Michael D. Brymer, Esquire
mbrymer@montgomeryal.gov
Robert H. Gill, Esquire
gill@copelandfranco.com
*Attorneys for City of Montgomery*

                              */s/Brian C. Richardson*
                              Of Counsel