# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALDARESS CARTER, INDIVIDUALLY, AND FOR A CLASS OF SIMILARLY SITUATED PERSONS OR ENTITIES, ) ) ) ) **Plaintiffs** ) ) v. ) ) THE CITY OF MONTGOMERY and ) BRANCH D. KLOESS; JUDICIAL ) CORRECTION SERVICES, INC., ) a corporation; CORRECTIONAL ) HEALTHCARE COMPANIES, INC., a ) corporation; CHC COMPANIES, INC., a ) corporation. ) ) **Defendants.** ) | Civil Action No.: 2:15-cv-555-RCL |

## PLAINTIFF'S MOTION TO ACCEPT AS TIMELY FILED

COMES NOW Plaintiff and moves that the Court accept as timely filed his Briefs in Opposition to Defendants' Motions for Summary Judgment and the Evidentiary Submission Related thereto. In support of this Motion, Plaintiff avers that those submissions have been filed beginning early the morning of February 21, 2020. (See Docs. 274-279 et. seq.) Despite diligent efforts and numerous attempts, Plaintiffs' counsel experienced difficulty overnight with the ECF system accepting the filings, apparently due to invisible electronic codes contained within deposition transcripts submitted as exhibits to Plaintiff's Evidentiary Submission, and was unable to submit these filings with the Briefs and Evidentiary submission before 11:59 pm February 20, 2020. Plaintiff's counsel tried physically printing and scanning each transcript; removing meta-data; printing to PDF; and other methods to no avail. Finally, with the assistance of the court clerk this morning, February 21, 2020, this problem was diagnosed, which required a second round of

physical printing and scanning of hard copies of several exhibits in order to remove the codes for the system to accept the same. This delayed the filings until the morning of February 21, 2020.

Defendants are not prejudiced by these late filings, and counsel for the defendants have been consulted concerning this request and have indicated they have no objection to the motion.

WHEREFORE, Plaintiff respectfully requests this Court accept as timely his Briefs and Supporting Documents relating thereto (Docs. 274, 275, 276, 277, 278 & exhibits thereto, and 279).

                                RESPECTFULLY SUBMITTED,

                                /s Leslie A. Bailey
                                Leslie A. Bailey
                                Brian Hardingham
                                PUBLIC JUSTICE
                                475 14th Street, Suite 610
                                Oakland, CA 94612
                                (510) 622-8150
                                lbailey@publicjustice.net
                                bhardingham@publicjustice.net
                                (admitted pro hac vice)

                                /s G. Daniel Evans
                                G. Daniel Evans
                                ASB-1661-N76G
                                Alexandria Parrish
                                ASB-2477-D66P
                                Maurine C. Evans
                                ASB-4168-P16T
                                Attorneys for The Plaintiff
                                The Evans Law Firm, P.C.
                                1736 Oxmoor Road, Suite 101
                                Birmingham, Alabama 35209
                                Telephone: (205) 870-1970
                                Fax: (205) 870-7763
                                E-Mail: gdevans@evanslawpc.com
                                E-Mail: ap@evanslawpc.com
                                E-Mail: mevans@evanslawpc.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 21st day of February, 2020, I electronically filed the foregoing Plaintiff's Motion to Accept as Timely Filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Micheal S. Jackson
WEBSTER, HENRY, LYONS,
BRADWELL,
COHAN & SPEAGLE, P.C.
P. O. Box 239
Montgomery, AL 36101-0239

Shannon Holliday
Robert D. Segall
Ben Maxymuk
Richard H. Gill
COPELAND, FRANCO, SCREWS & GILL
P. O. Box 347
Montgomery, AL 36101-0347

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253

F. Lane Finch, Jr.
Brian C. Richardson
SWIFT CURRIE MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406


/s G. Daniel Evans
G. Daniel Evans