UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALDARESS CARTER,<br>individually and for a class of similarly situated persons,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE CITY OF MONTGOMERY, *et al.*,<br><br>    *Defendants*. | Case No. 2:15-cv-555-RCL |

## ORDER

Upon consideration of plaintiffs' Motion to Reconsider Order Granting Motion to Strike [268], the opposition and reply thereto, and the record herein, plaintiffs' motion is **DENIED**. Allowing plaintiffs late disclosure would entitle defendants to extend the period for discovery, which would upend the schedule set for dispositive motions and significantly extend the schedule set last year. This case is already almost five years old, and far past time for disposition by motion or trial. The Court fully took these factors into account when it issued the January 21, 2020 Order, and will not reconsider that Order.

**IT IS SO ORDERED.**

Date: 03/10/2020

                                                                       Royce C. Lamberth
                                                        United States District Court Judge