**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ALDARESS CARTER, INDIVIDUALLY, AND FOR A CLASS OF SIMILARLY SITUATED PERSONS OR ENTITIES,** | ) ) ) ) | |
| **Plaintiffs** | ) ) | |
| **v.** | ) ) | **Civil Action No.: 2:15-cv-555-RCL** |
| **THE CITY OF MONTGOMERY, et al** | ) ) ) | |
| **Defendants.** | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 83.1 of the Local Rules of this Court, G. Daniel Evans, a member in good standing of the Bar of the Court, moves for the admission *Pro Hac Vice* of Toby J. Marshall as additional counsel for Plaintiffs. In support of this Motion, movant states as follows:

1.      Toby J. Marshall is a graduate of the University of Washington and is a licensed attorney at Terrell Marshall Law Group PLLC, 936 N. 34th Street, Suite 300, Seattle, WA 98103, telephone - 206-816-6603, facsimile - 206-319-5450, email: tmarshall@terrellmarshall.com.

2.      Mr. Marshall is a member in good standing of the State Bar of Washington under Bar Number #32726. He is also admitted to practice before the United States District Court, Western District of Washington; United States District Court, Eastern District of Washington; Ninth Circuit Court of Appeals; United States District Court, District of Colorado; Fourth Circuit Court of Appeals; and the United States Supreme Court. His Certificate of Good Standing with the State Bar of Washington is attached hereto as Exhibit

1

A.

3.      Mr. Marshall agrees to be bound by the local rules of this Court and to comport himself in accordance with the Alabama Rules of Professional Responsibility and, to the extent not inconsistent with the preceding, the American Bar Association Model Rules of Professional Conduct except Rule 3.8(f) thereof.

RESPECTFULLY SUBMITTED,

/s Daniel Evans_____
G. Daniel Evans
ASB-1661-N76G
Alexandria Parrish
ASB-2477-D66P
Maurine C. Evans
ASB-4168-P16T
Attorneys for the Plaintiffs
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone:   (205) 870-1970
Fax: (205) 870-7763
E-Mail: ap@evanslawpc.com
E-Mail: gdevans@evanslawpc.com
E-Mail: mevans@evanslawpc.com

Leslie A. Bailey
Brian Hardingham
PUBLIC JUSTICE
475 14th Street, Suite 610
(510) 622-8150
Oakland, CA 94612
E-Mail: lbailey@publicjustice.net
E-Mail: bhardingham@publicjustice.net

2

## CERTIFICATE OF SERVICE

I hereby certify that on this  the 30th day of July, 2020, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Micheal S. Jackson
WEBSTER, HENRY, LYONS, BRADWELL,
COHAN & SPEAGLE, P.C.
P. O. Box 239
Montgomery, AL 36101-0239

Shannon Holliday
Robert D. Segall
Ben Maxymuk
Richard H. Gill
COPELAND, FRANCO, SCREWS & GILL
P. O. Box 347
Montgomery, AL 36101-0347

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406

F. Lane Finch, Jr.
Brian C. Richardson
SWIFT CURRIE MCGHEE & HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203

s/ G. Daniel Evans
G. Daniel Evans

- Exhibit A -

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION    )

OF    )

TOBY JAMES MARSHALL    )

TO PRACTICE IN THE COURTS OF THIS STATE    )

BAR NO. 32726

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

### TOBY JAMES MARSHALL

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 24, 2002, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 16th day of June, 2020.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ALDARESS CARTER, INDIVIDUALLY,** | ) | |
| **AND FOR A CLASS OF SIMILARLY** | ) | |
| **SITUATED PERSONS OR ENTITIES,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | **2:15-cv-555-RCL** |
| | ) | |
| **THE CITY OF MONTGOMERY, et al** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATION

I, Toby J. Marshall, hereby certify that I have read and understand the following:

(a)     any local rules applicable in this District;

(b)     the Alabama State Bar Code of Professional Courtesy and the Lawyer's
Creed, which can be accessed at:

https://www.alabar.org/office-of-general-counsel/ethics-
division/code-of-professional-courtesy/,
https://www.alabar.org/office-of-general-counsel/ethics-division/

(c)     this court's CM/ECF requirements.

_____
Toby J. Marshall