IN THE UNITED STATED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALDARESS CARTER, individually, and on behalf of a class of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THE CITY OF MONTGOMERY; BRANCH D. KLOESS; JUDICIAL CORRECTION SERVICES, INC.; a corporation; CORRECTIONAL HEALTHCARE COMPANIES, INC.; a corporation; and CHC COMPANIES, INC., a corporation.<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  2:15-cv-555-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO ACCEPT FILING OUT OF TIME**

Now comes Defendant Branch D. Kloess, and moves the Court to accept Kloess' Opposition to Plaintiff's Motion for Class Certification out of time. In support of said motion, Kloess shows unto the Court as follows:

1. Counsel for Kloess has consulted with counsel for Carter and the motion is unopposed.

2. The Opposition was completed and ready to be filed at approximately 6:00 p.m. on Friday, November 6, 2020.

3. Due to human error, the Opposition was not filed until early Saturday morning, after midnight, November 6, 2020.

4. No party will be prejudiced by the Court accepting the filing out of time.

5. The filing is approximately two and a half hours after the deadline set by the Court to file same.

WHEREFORE, premises considered, Kloess moves the Court to accept his Opposition to Plaintiff's Motion for Class Certification out of time.

DONE this the 9th day of November, 2020.

/s/*Micheal S. Jackson*
**MICHEAL S. JACKSON [ASB-8173-O78M]**
Attorney for Branch D. Kloess
WEBSTER, HENRY, BRADWELL,
COHAN, SPEAGLE & DESHAZO, P.C.
105 Tallapoosa Street, Suite 101 [36104]
P. O. Box 239
Montgomery, AL  36101
mjackson@websterhenry.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 9, 2020, I electronically filed the foregoing UNOPPOSED MOTION TO ACCEPT FILING OUT OF TIME with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to the following:

William M. Dawson, Jr., Esq.
Attorney at Law
2600 Highland Avenue, Suite 404
Birmingham, AL 35205
bill@billdawsonlaw.com

F. Lane Finch Jr., Esq.
Brian C. Richardson, Esq.
Swift, Currie, McGhee & Hiers, LLP
2 North 20th Street, Suite 1405
Birmingham, AL 35203
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

Shannon L. Holliday, Esq.
Robert D. Segall, Esq.
Joel Caldwell, Esq.
COPELAND, FRANCO, SCREWS
 & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
holliday@copelandfranco.com
segall@copelandfranco.com
caldwell@copelandfranco.com

Wilson F. Green, Esq.
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, AL 35406
wgreen@fleenorgreen.com

Alexandria Parrish, Esq.
G. Daniel Evans, Esq.
Maurine C. Evans, Esq.
The Evans Law Firm
1736 Oxmoor Road, Suite 101
Birmingham, AL 35209
gdevans@evanslawpc.com
ap@evanslawpc.com
me@evanslawpc.com

Larry S. Logsdon, Esq.
Michael L. Jackson, Esq.
Wesley K. Winborn, Esq.
Wallace, Jordan, Ratliff &
 Brandt, L.L.C.
P.O. Box 530910
Birmingham, AL 35253
mjackson@wallacejordan.com
wwinborn@wallacejordan.com

    /s/*Micheal S. Jackson*
    **MICHEAL S. JACKSON**