# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

**ALDARESS CARTER**, individually and for a class of similarly situated persons

*Plaintiffs,*

v.

**THE CITY OF MONTGOMERY**, et al.,

*Defendants.*

Case No. 2:15-cv-555-RCL

## ORDER

Before the Court is defendant Branch Kloess's status report [336], in which he requests that his counsel be excused from participating from the hearing on plaintiff Aldaress Carter's motion for class certification.

That request is **DENIED**.

**IT IS SO ORDERED**.

Date: November 24, 2020

/s/ Royce C. Lamberth
Royce C. Lamberth
United States District Judge