UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**ALDARESS CARTER**, individually and for
a class of similarly situated persons, et al.,

    *Plaintiffs,*

**v.**

                                     **Case No. 2:15-cv-555-RCL**

**THE CITY OF MONTGOMERY**, et al.,

    *Defendants.*

## ORDER

Before the Court is the parties' joint proposal [309] for structuring the class certification hearing. Upon review of the proposal, the Court **ORDERS** final exhibit and witness lists for the hearings to be filed by 5:00 p.m. CST on the following dates:

- Plaintiffs' exhibit and witness lists                     December 9, 2020
- Defendants' final exhibit and witness lists            December 11, 2020
- Plaintiffs' supplemental exhibit and rebuttal witness lists   December 14, 2020

The Court advises the parties that it intends to proceed as follows during the hearing:

I.   Class Certification (*McCullough* ECF No. 281; *Carter* ECF No. 309)

      A. Opening Statements

          ▪ Plaintiffs (10 minutes)

          ▪ Defendants (10 minutes)

      B. Witness Testimony

          ▪ John Rubens (*Carter* direct, *McCullough* direct, cross, redirect, and recross)

- Any additional witnesses (direct, cross, redirect, and recross)

- Any rebuttal witnesses (direct, cross, redirect, and recross)

C. Oral Argument

- Opening: Plaintiffs (90 minutes)

- Response: Defendants (90 minutes)

- Reply: Plaintiffs (any reserved/remaining time)

II. Motions to Reconsider

*(Time allotted may be yielded to other parties)*

A. City of Montgomery's Motion to Reconsider/Rule 16 Conference

(*McCullough* ECF No. 301)

1. Oral Argument

- Opening: City (15 minutes)

- Statements from any other defendants (5 minutes)

- Response: Plaintiffs (20 minutes)

- Reply: City (any reserved/remaining time)

B. JCS's Motion to Alter or Amend Order (*McCullough* ECF No. 310;

*Carter* ECF No. 332)

1. Oral Argument

- Opening: JCS (15 minutes)

- Statements from any other defendants (5 minutes)

- Response: Plaintiffs (20 minutes)

- Reply: JCS (any reserved/remaining time)

2

    C. *McCullough* Plaintiffs' Motion for Partial Reconsideration (*McCullough*

       ECF No. 311)

       1. Oral Argument

- Opening: Plaintiffs (15 minutes)

- Statements from any other plaintiff (5 minutes)

- Response: City (15 minutes)

- Statements from any other defendants (5 minutes)

- Reply: Plaintiffs (any reserved/remaining time)

III.   Consolidation

    A. Oral Argument

- Opening: Plaintiffs (20 minutes)

- Response: Defendants (20 minutes)

- Reply: Plaintiffs (any reserved/remaining time)

IV.   Status Conference

The Court will ask the parties to update it on their current thinking with respect to

the following matters.

    A. Trial Plan

       1. In the event class certification is denied

- Plaintiffs' update

- Defendants' update

       2. In the event class certification is granted

- Plaintiffs' update

- Defendants' update

    B.  Notice Plan (in the event class certification is granted)

- Plaintiffs' update on plan
- Defendants' update on timeline for objections

    C.  Further Motions Practice

      1.  Dispositive Motions

- Plaintiffs' update
- Defendants' update

      2.  Pretrial Motions

- Plaintiffs' update
- Defendants' update

    D.  Availability for Pretrial Conference(s)

**IT IS SO ORDERED**.

Date: _____ 12/3/20 _____

Royce C. Lamberth
United States District Judge

4