UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALDARESS CARTER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) CASE NO.: |
| | ) |
| v. | ) 2:15-cv-555 (RCL) |
| | ) |
| THE CITY OF MONTGOMERY, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

Under Rule 83.1 of the Local Rules of this Court, G. Daniel Evans, a member in good standing of the Bar of this Court, moves for the admission *pro hac vice* of Alexandra Brodsky as additional counsel for Plaintiffs. In support of this motion, Mr. Evans states as follows:

1. Alexandra Brodsky is a graduate of Yale Law School, and is an attorney at Public Justice, 1620 L Street, N.W., Suite 630, Washington DC 20036. Her phone number is (202) 797-8600 and her email address is abrodsky@publicjustice.net. She is a member in good standing of the State Bars of New York (Bar No. 5531793) and Washington, D.C. (Bar No. 1048430). She is also admitted to practice before the U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Third Circuit, and the U.S. Court of Appeals for the Fourth Circuit.

2. Ms. Brodsky agrees to be bound by the local rules of this Court, to comport herself in accordance with the Alabama Rules of Professional Responsibility and, to the extent not inconsistent with the preceding, to adhere to the American Bar Association Model Rules of Professional Conduct.

3. A recent Certificate of Good Standing from the U.S. District Court for the District

of Columbia is attached to this motion as Exhibit 1.

  4. The $75 *pro hac vice* admission fee will be sent to the Office of the Clerk of the Middle District of Alabama by mail, along with an ECF-stamped copy of this motion, immediately after filing.

 Respectfully submitted January 22, 2021.

                s/ G. Daniel Evans
                G. Daniel Evans
                ASB-1661-N76G
                Alexandria Parrish
                ASB-2477-D66P
                Maurine C. Evans
                ASB-1468-P16T
                Attorneys for the Plaintiffs
                The Evans Law Firm, P.C.
                1736 Oxmoor Road, Suite 101
                Birmingham, Alabama 35209
                Telephone: (205) 870-1970
                Fax: (205) 870-7763
                E-Mail: ap@evanslawpc.com
                E-Mail: gdevans@evanslawpc.com
                E-Mail: mevans@evanslawpc.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on January 22, 2021, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Shannon L. Holliday, Esquire
Robert D. Segall, Esquire
Richard H. Gill, Esquire
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

Micheal S. Jackson, Esquire
WEBSTER, HENRY, LYONS, BRADWELL, COHAN & BLACK, P.C.
P. O. Box 239
Montgomery, AL 36101-0239

F. Lane Finch, Jr., Esquire
Brian Richardson, Esquire
SWIFT CURRIE MCGHEE AND HIERS, LLP
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203

Wilson F. Green, Esquire
FLEENOR & GREEN LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406

Kimberly O. Fehl, Esquire
CITY OF MONTGOMERY LEGAL DEPT.
Post Office Box 1111
Montgomery, AL 36101-1111

s/ G. Daniel Evans
G. Daniel Evans

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## ALEXANDRA BRODSKY

was, on the ___14th___ day of ___September___ A.D. ___2020___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___23rd___ day of ___September___ A.D. ___2020___.



**ANGELA D. CAESAR, CLERK**

By: *Janisha Jefferson*
**Deputy Clerk**