UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALDARESS CARTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.: |
| | ) | |
| v. | ) | 2:15-cv-555 (RCL) |
| | ) | |
| THE CITY OF MONTGOMERY, ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Under Rule 83.1 of the Local Rules of this Court, G. Daniel Evans, a member in good standing of the bar of this Court, moves for the admission *pro hac vice* of John He as additional counsel for Plaintiffs. In support of this motion, Mr. Evans states as follows:

1. John He is a graduate of the University of Michigan Law School and is an attorney at Public Justice, 475 14th Street, Suite 610, Oakland CA 94612. His phone number is (510) 622-8150 and his email address is jhe@publicjustice.net. Mr. He is a member in good standing of the State Bar of California (Bar No. 328382). He is also admitted to practice in federal court before the Northern District of California.

2. Mr. He agrees to be bound by the local rules of this Court, to comport himself in accordance with the Alabama Rules of Professional Responsibility, and to the extent not inconsistent with the preceding, to adhere to the American Bar Association Model Rules of Professional Conduct.

3. A recent Certificate of Good Standing from the United States District Court for the Northern District of California is attached to this motion as Exhibit 1.

4. The $75 *pro hac vice* admission fee will be sent to the Office of the Clerk of the Middle District of Alabama by mail, along with an ECF-stamped copy of this motion, immediately after filing.

Respectfully submitted on January 22, 2021.

s/ G. Daniel Evans
G. Daniel Evans
ASB-1661-N76G
Alexandria Parrish
ASB-2477-D66P
Maurine C. Evans
ASB-4168-P16T
Attorney for the Plaintiffs
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone:  (205) 870-1970
Fax: (205) 870-7763
E-Mail: ap@evanslawpc.com
E-Mail: gdevans@evanslawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253

Micheal S. Jackson
WEBSTER, HENRY, LYONS, BRADWELL,
COHAN & SPEAGLE, P.C.
P. O. Box 239
Montgomery, AL 36101-0239

Shannon Holliday
Robert D. Segall
Richard H. Gill
COPELAND, FRANCO, SCREWS & GILL
P. O. Box 347
Montgomery, AL 36101-0347

Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406

s/ G. Daniel Evans
G. Daniel Evans

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# John C. He

Bar Number 328382

was duly admitted to practice in this Court on October 14, 2020, and is in good standing as a member of the bar of this Court.



Signed on October 26, 2020 by

*Susan Y. Soong*
Susan Y. Soong, Clerk of Court