# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALDARESS CARTER, *et al.*, | ) |
| Plaintiffs, | ) CASE NO.: |
| v. | ) 2:15-cv-555 (RCL) |
| THE CITY OF MONTGOMERY, ALABAMA, *et al.*, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Under Rule 83.1 of the Local Rules of this Court, the undersigned attorney moves for an order allowing his withdrawal as counsel for Plaintiffs in this case. There are other attorneys representing Plaintiffs, and there will be adequate representation and no cause for delay or harm resulting from the withdrawal.

Respectfully submitted on October 11, 2022,

/s/ John He
John He
Public Justice, P.C.
475 14th Street, Suite 710
Oakland, CA 94612
(510) 622-8210
jhe@publicjustice.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Larry S. Logsdon
Michael L. Jackson
Wesley K. Winborn
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
P.O. Box 530910
Birmingham, AL 35253

Micheal S. Jackson
WEBSTER, HENRY, LYONS,
BRADWELL,
COHAN & SPEAGLE, P.C.
P. O. Box 239
Montgomery, AL 36101-0239

Shannon Holliday
Robert D. Segall
Richard H. Gill
COPELAND, FRANCO, SCREWS & GILL
P. O. Box 347
Montgomery, AL 36101-0347
Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd. N., Ste. G2A
Tuscaloosa, Alabama 35406

/s/ John He
John He
Public Justice, P.C.
475 14th Street, Suite 710
Oakland, CA 94612
(510) 622-8210
jhe@publicjustice.net